Filed
4/20/2022 7:47 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

~~CIVIL CASE NUMBER: 5:23-00642~~

~~2022DCV-1363-E~~
CAUSE NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J. HENRY INJURY ATTORNEYS, **Plaintiffs** | § § § § § | IN THE COUNTY COURT |
| | § | AT LAW NO. _____ |
| **v.** | § § | |
| ANDERSON & ASSOCIATES LAW FIRM PLLC and LAW OFFICES OF DIEGO LOPEZ, PLLC, **Defendants** | § § § § § | NUECES COUNTY, TEXAS |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs, Hilliard Martinez Gonzales LLP and Thomas J. Henry Injury Attorneys and file this their Original Petition against Defendants, Anderson & Associates Law Firm PLLC and the Law Offices of Diego Lopez, PLLC, asserting causes of action for Declaratory Relief, Quantum Meruit, and Unjust Enrichment.

### I.
### DISCOVERY CONTROL PLAN

1. Pursuant to the provisions of Texas Rule of Civil Procedure 190.3, Plaintiffs propose to conduct discovery according to Discovery Control Plan Level 3, and therefore request this Court to enter a Litigation Control Order, which includes a discovery deadline date and a designation of expert deadline.



***STATE OF TEXAS***
***COUNTY OF NUECES***

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

***ANN LORENTZEN***
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## II.
## PARTIES

2.      Plaintiff, Hilliard Martinez Gonzales LLP, is a limited liability partnership with its headquarters and principal place of business in Corpus Christi, Nueces County, Texas.

3.      Plaintiff, Thomas J. Henry Injury Attorneys, is a professional corporation with an office and principal place of business in Corpus Christi, Nueces County, Texas.

4.      Defendant Anderson & Associates Law Firm PLLC has its principal place of business in the State of Texas and has been served by and through its registered agent Paul Anderson at 102 Palo Alto, Ste. 455, San Antonio, Texas 78211.

5.      Defendant the Law Offices of Diego Lopez, PLLC has its principal place of business in the State of Texas and has been served by and through its registered agent Diego Lopez, 8118 Datapoint Drive, San Antonio, Texas 78229.

6.      Defendants Anderson & Associates Law Firm PLLC and the Law Offices of Diego Lopez, PLLC will be referred to collectively as Defendants and/or individually by their individual name.

## III.
## VENUE AND JURISDICTION

7.      Plaintiffs seek monetary relief over $1,000,000.00. The Court has jurisdiction over the lawsuit because the amount in controversy exceeds the Court's minimum jurisdictional requirements, and because Defendants have their principal place of business in the State of Texas and regularly conduct business in the State of Texas.

8.      This Court has personal jurisdiction over Defendants because, pursuant to Chapter 17 of the Texas Civil Practice & Remedies Code, Defendants have conducted business in this state.

9.      Venue is proper in Nueces County, Texas under Texas Civil Practices & Remedies    .



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

P2

Code section 15.002(a)(1) because all or a substantial part of the events or omissions giving rise to the claim occurred in Nueces County, Texas. Venue is also proper in Nueces County because the contract with the Plaintiffs' client—under which the work was performed—provides for venue in Nueces County, Texas.

## IV.
## FACTUAL BACKGROUND

10.     Hilliard Martinez Gonzales LLP ("HMG") and Thomas J. Henry Injury Attorneys ("TJH") represent Chancie McMahan, the mother of a minor, R.W. R.W. was shot five times in the horrific Sutherland Springs shooting on Nov. 5, 2017. The Sutherland Springs shooting was the largest mass shooting in the State of Texas, where the shooter took the lives of 26 individuals and wounded 22 more. Plaintiffs were retained by Ms. McMahan, Individually and as Next Friend of R.W. in 2017.

11.     Plaintiffs filed two lawsuits: one in state court against Academy Sports + Outdoors, Cause No. 2018CI12329, consolidated with 2017CI23341 in the 224th Judicial District of Bexar County, Texas and one in federal court against the United States Air Force, No. 5:19-CV-0972-XR, consolidated with 5:18-cv-00555-XR. The latter suit proceeded to trial in the Western District of Texas Court, and the global matter was titled: *Holcombe et al v. United States of America*, No. 5:18-cv-00555-XR. The Judge awarded approximately $233 Million to all of the plaintiffs collectively. Final Judgment was entered on April 5, 2022 for R.W. in the amount of $11,059,219.07. Pursuant to the Federal Tort Claims Act ("FTCA"), attorneys' fees are capped at 25%.

12.     Upon information and belief, R.W.'s father, Christopher Ward, retained Anderson & Associates Law Firm PLLC to bring claims for R.W.'s injuries as well, and then after the liability phase of the trial, but before the damages phase of the trial, retained the Law Offices of



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

P3

Diego Lopez, PLLC. Plaintiffs do not concede the validity of any agreements, if they existed, signed by Christopher Ward for R.W. to retain Anderson & Associates Law Firm PLLC and/or the Law Offices of Diego Lopez, PLLC.

13.     Throughout the course of the litigation, Plaintiffs performed a substantial majority (nearly all) of the work for the prosecution directly related to R.W.'s claims, including drafting briefing and legal memoranda, preparing objections to evidence, taking the depositions of the necessary damages experts, representing R.W. at trial, paying for R.W.'s portion of the litigation fund, participating in strategic legal discussions with counsel, and paying for a vast majority of the expenses associated with the trial of R.W.'s case. Plaintiffs' attorneys were actively involved in strategy, briefing, motion practice, witness preparation, and exhibit compilation, while Anderson & Associates Law Firm PLLC and the Law Offices of Diego Lopez PLLC did very little. In fact, Diego Lopez did not even make an appearance in the matter until August 6, 2021—4 months after the liability phase of the trial was complete. No attorney with Anderson & Associates Law Firm PLLC was involved in any material part with the liability phase of the trial, and in fact, did not even appear for trial a number of the days.

14.     The work performed by HMG and TJH was performed substantially in Nueces County, Texas, utilizing resources from the firms in Nueces County, Texas and the cause of action thus accrued in this County. Additionally, the contract between Plaintiffs and Ms. McMahan, Individually and on behalf of R.W., provides for venue in Nueces County, Texas.

**V.**
**CAUSES OF ACTION**

**COUNT 1: DECLARATORY JUDGMENT**

15.     Plaintiffs incorporate the facts set forth above.

16.     On December 15, 2017, Ms. McMahan retained Thomas J. Henry Injury Attorneys

---

Plaintiffs' Original Petition                                            Page 4



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

on behalf of herself and her minor son, R.W. On December 29, 2017, Ms. McMahan signed a consent to associate ratifying the contract and agreeing to have Hilliard Martinez Gonzales LLP associate in as additional counsel. On July 23, 2021, Ms. McMahan executed an additional consent to associate ratifying the contract and agreeing to have The Webster Law Firm and the Herrera Law Firm associate in as additional counsel. These written agreements are attached hereto as Exhibit A.

17.    The FTCA caps awards of attorneys' fees to 25%, and the minor cannot—and should not—pay a double recovery. Thus far, Plaintiffs and Defendants have been unable to reach an agreement as to the division of attorneys' fees for the amount awarded to R.W. Accordingly, Plaintiffs seek a declaration from This Honorable Court, after reviewing the applicable documents and the work performed, that the Plaintiffs' fee agreement is valid and reach a determination as to how the attorneys' fees should be divided.

**COUNT 2: QUANTUM MERUIT**

18.    Plaintiffs incorporate the facts set forth above, and assert this cause of action in the alternative to their request for declaratory relief.

19.    Plaintiffs provided valuable legal services to and/or on Defendants' behalf. Defendants accepted the benefits of Plaintiffs' services, which were reasonably worth the amount allowed under the FTCA. Defendants had reasonable notice of Plaintiffs' expected compensation for such services. Such services were provided under circumstances which Defendants knew, or reasonably should have known, that it would be expected to compensate Plaintiffs for services rendered. Defendants retained the benefit of Plaintiffs' services. Plaintiffs are entitled to recover from Defendants, based upon quantum meruit the reasonable value of the services performed.

20.    Plaintiffs provided valuable services which Defendants accepted. Defendants knew

---



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

P5

that Plaintiffs expected to be compensated for these services. As such, Plaintiffs seek damages under quantum meruit for the value of the work they performed.

## COUNT 3: UNJUST ENRICHMENT

21.    Plaintiffs incorporate the facts set forth above, and assert this cause of action in the alternative to their request for declaratory relief.

22.    As described herein, Plaintiffs conferred valuable benefits on Defendants in the form of, *inter alia*, performing a substantial majority (nearly all) of the work for the prosecution directly related to R.W.'s claims, including drafting briefing and legal memoranda, preparing objections to evidence, taking the depositions of the necessary damages experts, representing R.W. at trial, paying for R.W.'s portion of the litigation fund, participating in strategic legal discussions with counsel, and paying for a vast majority of the expenses associated with the trial of R.W.'s case. Plaintiffs' attorneys were actively involved in strategy, briefing, motion practice, witness preparation, and exhibit compilation.

23.    Defendants accepted such valuable benefits from Plaintiffs. As such, and as a direct and/or proximate result, Defendants have been unjustly enriched by the benefits Plaintiffs conferred.

## VI.
## DAMAGES

24.    Plaintiffs seek declaratory relief and unliquidated damages in an amount that is within the jurisdictional limits of the court.

25.    Plaintiffs seek monetary damages from Defendants to compensate them for the following elements of damages, including but not limited to: actual, consequential, and/or compensatory damages and any equitable relief to which Plaintiffs may be entitled. The Plaintiffs further hereby seek attorneys fees in bringing this declaratory judgment action.



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

P6

## VII.
## NOTICE OF SELF-AUTHENTICATION

26.    Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Defendants are hereby notified that the production by Defendants of any document in response to written discovery authenticates the document for use against Defendants in any pre-trial proceeding or at trial.

## VIII.
## CONDITIONS PRECEDENT

27.    All conditions precedent to Plaintiffs' right to recover the relief sought herein have occurred or have been performed.

## IX.
## PRE- AND POST-JUDGMENT INTEREST

28.    Plaintiffs seek pre- and post-judgment interest as allowed by law.

## X.
## JURY DEMAND

29.    Plaintiffs request a trial by jury for all issues of fact.

## XI.
## PRAYER

WHEREFORE, Plaintiffs pray that the citations be issued, that upon trial or hearing of this cause that judgment be rendered against Defendants; that the judgment bear interest as allowed by law; for pre-judgment and post-judgment interest; that costs of Court be taxed against the Defendants and for such other and further relief, at law and in equity, to which the Court or Jury believes Plaintiffs are deserving and for which they will ever pray.

> Respectfully submitted,
> HILLIARD MARTINEZ GONZALES, LLP
>
> By: */s/ Marion M. Reilly*

---

Plaintiffs' Original Petition                                          Page 7



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

P7

Robert C. Hilliard
State Bar No. 09677700
bobh@hmglawfirm.com
John B. Martinez
State Bar No. 24010212
john@hmglawfirm.com
Rudy Gonzales, Jr.
State Bar No. 08121700
rudyg@hmglawfirm.com
Catherine Tobin Hilliard
State Bar No. 24013642
catherine@hmglawfirm.com
T. Christopher Pinedo
State Bar No. 00788935
cpinedo@hmglawfirm.com
Marion M. Reilly
State Bar No. 24079195
marion@hmglawfirm.com

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
T: 361-882-1612
F: 361-882-3015

**ATTORNEYS FOR PLAINTIFFS**

And

By: */s/ Robert Wilson*
Robert Wilson
State Bar No. 2171875
rwilson@thomasjhenrylaw.com
**LAW OFFICE OF THOMAS J. HENRY**
P.O. 696025
San Antonio, Texas 78269
Telephone No.: 210.656.1000
Facsimile No.: 210.985.0601

---

Plaintiffs' Original Petition                                      Page 8



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

S CONTRACT IS SUBJECT TO ARBITRATI.___    **Exhibit "A"**

POWER OF ATTORNEY AND CONTINGENT FEE CONTRACT

This agreement is made between Client(s), referred to as "client" and the The Law Offices of Thomas J. Henry, hereinafter referred to as "Attorneys".

In consideration of the mutual promises herein contained, the parties hereto agree as follows:

**1.    PURPOSE OF REPRESENTATION**

The client hereby retain and employs Attorneys to sue for and recover all damages and compensation to which the client may be entitled as well as to compromise and settle all claims arising out of on or about:

It is specifically agreed and understood that Attorneys' representation is limited to specific persons and or companies named as clients and that Attorneys are not representing or expected to represent any other person or entity not named herein as a client.  It is expressly agreed and understood that Attorneys' obligations are limited to representing Client in the specific matters documented herein, and Clients do not expect Attorneys to do anything else.

Client's signature hereon confirms that said client was not improperly solicited by The Law Offices of Thomas J. Henry

**2.    ATTORNEYS' FEES**

A. General Fee Agreement: In consideration of the services rendered and to be rendered to Client by Attorneys, Client does hereby assign, grant and convey to Attorney the following present undivided interests in all the claims and courses of action for and as a reasonable contingent fee for Attorneys' services and said contingent attorneys' fee will be figured on the total gross recovery which includes any money received.

B. Federal Government and Government Claims or Suit:

1. Federal Tort Claims Act: For cases arising out of, or subject to the Federal Tort Claims Act, Client does hereby assign, grant and convey to Attorney the following present undivided interests in all the claims and courses of action for and as a reasonable contingent fee for Attorneys' services and said contingent attorneys' fee will be figured on the total gross recovery which includes any money received:

      20 %    of any award or settlement made by an administrative agency;
      25 %    of any settlement or recovery made after suit is filed;

2. In consideration of the services rendered and to be rendered to Client by Attorneys, Client does hereby assign, grant and convey to Attorney the following present undivided interests in all the claims and courses of action for and as a reasonable contingent fee for Attorneys' services and said contingent attorneys' fee will be figured on the total gross recovery which includes any money received:

      33 1/3 %    of any settlement or recovery made before suit is filed thereon;
      40%    of any settlement or recovery made after suit is filed;
      42.5 %    of any settlement or recovery made after a notice of appeal has been given or an appeal bond has been filed.

**3.    ASSIGNMENT OF INTEREST**

In consideration of Attorneys' services, the Client hereby conveys and assigns to Attorneys and agrees to pay to Attorneys an undivided interest in and to all of Client's claims and causes of action to the extent of the percentage set out in Paragraph 2.

If there is any type of settlement whereby the Client is to receive or be paid future payments, then the settlement will be reduced to present value, and the settlement will be arranged whereby there will be sufficient cash at the time of the settlement to pay the attorneys' fees which will be figured on the present value of the total settlement, including the present value of future payments.

All sums due and to become due are payable at The Law Offices of Thomas J. Henry in Nueces County, Texas.

**4.    APPROVAL NECESSARY FOR SETTLEMENT**

No settlement of any nature shall be made without Client's approval and Client agrees to make no settlement or offer of settlement without the approval of the Attorneys.

Attorneys are hereby granted a Power of Attorney so that they may have full authority to prepare, sign and file all legal instruments, pleadings, drafts, authorizations and papers as shall be reasonably necessary to conclude this representation, including settlement and/or reducing to possession any and all monies or other things of value due to the Client under the claim as fully as the Client could do in person.  Attorneys are also authorized and empowered as Client's negotiator in any and all settlement negotiations concerning the subject of this Agreement.

**5.    REPRESENTATIONS**

It is understood and agreed that Attorneys cannot warrant or guarantee the outcome of the case and Attorneys have not represented to the Client that the Client will recover all or any of the funds so desired.  Client realizes that Attorneys will be investigating the law and facts applicable to this claim on a continuing basis and should Attorneys learn something which in the opinion of attorneys makes it impractical for Attorneys to proceed with the handling of Client's claim, then Attorneys may withdraw from further representation of Client by sending written notice to Client's last known address.

I understand that if I am currently receiving SSI, Medicaid, or certain other government benefits, and enter into any settlement without a financial consultant and/or attorney taking appropriate precautions on my behalf, that my receipt of these government benefits may be changed, stopped or delayed.  The Law Offices of Thomas J. Henry is not providing legal advice regarding any issue regarding SSI, Medicaid, or certain other government benefits.



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**6.**     **DEDUCTION OF EXPENSES**
Client additionally agrees that Attorneys are to be repaid and reimbursed out of client's recovery for all Court costs and expenses of litigation and non-litigation Attorney has paid or incurred. Including but not limited to, collection by various agents for The Law Offices of Thomas J. Henry of medical records, affidavits, statements, depositions, investigator expenses, expert witness expenses, photographs, witness fees, Court costs, travel, meals, copies, long-distance calls, postage, advances to Client or in Client's behalf, or any other expense reasonably related to Client's claim. Regardless of the outcome of the matter described above, all medical expenses, subrogation claims, any and all liens, and adverse parties' costs and expenses shall be the sole responsibility of client. Client agrees that attorneys may borrow funds from a commercial bank to advance or pay such Court costs and litigation expenses and the reasonable interest charged by the bank on such borrowed funds will be added to the Court costs and litigation expenses to be deducted from the settlement recovery.

The Law Offices of Thomas J. Henry have Client's permission to send "Letters of Protection" to providers for the benefit of client and attorneys are authorized to pay resultant monies owed from the Client's recovery at the resolution of the case.

**7.**     **COOPERATION OF CLIENT**
Client agrees to cooperate with Attorneys at all times and to comply with all reasonable requests of Attorneys. Client further agrees to keep attorneys advised of his/her whereabouts at all times, and to provide attorneys with any changes of address, phone number, or business affiliation in writing.

Attorneys or either of them may at his/her option, withdraw from the case and cease to represent the client should client fail to comply with any portion of this Agreement or should Attorneys or either of them decide that he or she cannot continue to be involved in this case. Such withdrawal will be effective by mailing written notice to client's last known address.

**8.**     **ASSOCIATION OF OTHER ATTORNEYS**
Attorneys may, at their own expense, use or associate other attorneys in the representation of the aforesaid claims of the client. The Law Offices of Thomas J. Henry is a law firm with a number of attorneys; and, several of those attorneys may work on Client's case.

**9.**     **TEXAS LAW TO APPLY**
This Agreement shall be construed under and in accordance with the laws of the State of Texas, and the rights, duties and obligations of client and of Attorneys regarding attorneys' representation of Client and regarding anything covered by this Agreement shall be governed by the laws of the State of Texas. Any suit between Client and Attorneys or either of them regarding Attorneys' representation of client or regarding anything covered by this Agreement will be filed in a Court of competent jurisdiction in Nueces County, Texas.

**10.**     **ARBITRATION**
Any and all disputes, controversies, claims or demands arising out of or relating to this Agreement or any provision hereof, the providing of services by Attorneys to Client, or in any way relating to the relationship between Attorneys and Client, whether in contract, tort or otherwise, at law or in equity, for damages or any other relief, shall be resolved by binding arbitration pursuant to the Federal Arbitration Act in accordance with the Commercial Arbitration Rules then in affect with the American Arbitration Association. Any such arbitration proceeding shall be conducted in Nueces County, Texas. This arbitration provision shall be enforceable in either federal or state court in Nueces County, Texas, pursuant to the substantive federal laws established by the Federal Arbitration Act. Any party to any award rendered in such arbitration proceeding may seek a judgment upon the award and that judgment may be entered by any federal or state court in Nueces County, Texas, having jurisdiction.

**11.**     **PARTIES BOUND**
This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, executors, administrators, legal representatives, successors and assigns.

**12.**     **LEGAL CONSTRUCTION**
In case any one or more of the provisions contained in this Agreement shall for any reason be held to be invalid, illegal, or unenforceable in any respect, such invalidity, illegality, or unenforceability shall not affect any other provisions thereof and this Agreement shall be construed as if such invalid, illegal, or unenforceable provision had never been contained herein.

**13.**     **PRIOR AGREEMENTS SUPERSEDED**
This Agreement constitutes the sole and only Agreement of the parties hereto and supersedes any prior understandings or written or oral agreement between the parties respecting the within subject matter.

I certify and acknowledge that I have had the opportunity to read this Agreement. I further state that I have voluntarily entered into this Agreement fully aware of its terms and conditions.

Signed and accepted this _15_ day of _December_, 2017.

THIS CONTRACT IS SUBJECT TO ARBITRATION UNDER THE TEXAS GENERAL ARBITRATION STATUTE.



X _____
CLIENT:

X _____
ATTORNEY

STATE OF TEXAS
COUNTY OF NUECES

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CONSENT TO ASSOCIATE ATTORNEY, SPLIT FEE AND <u>ACKNOWLEDGMENT OF EXPENSES</u>

I, **Chancie McMahon, individually and as next friend of Ryland Ward**, have been informed by my attorney, Thomas J. Henry, that he intends to associate the law firm of Hilliard, Martinez, & Gonzales LLP,. to assist in the prosecution of my case arising from the injuries sustained by my son, Ryland Ward, on November 5, 2017 in Sutherland Springs, Texas. <u>I have been informed that the attorneys will split whatever attorney's fees I owe amongst themselves equally (50-50) and that this association will not cost me any more money in attorney's fees</u>. However, I am still responsible for reimbursing all case expenses regardless of whether they are expenses from attorneys Henry, Hilliard, Martinez, & Gonzales LLP., or both. After full disclosure, I have consented to this fee-splitting arrangement.



_____
Chancie McMahon

12/29/2017
_____
Date signed

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

THOMASJHENRY
INJURY ATTORNEYS

TJHLAW.COM

**HILLIARD MARTINEZ GONZALES ≡**
**TRIAL ATTORNEYS**

## CONSENT TO ASSOCIATION OF ADDITIONAL COUNSEL AND
## CONSENT TO FEE-SHARING

I, **Chancie McMahan, on behalf of Ryland Ward**, hereinafter called "the Client," have previously employed and/or consented to be represented by **HILLIARD MARTINEZ GONZALES LLP ("HMG")** and **Thomas J. Henry Law ("TJH")** in connection with Chancie McMahan's claims on behalf of Ryland Ward arising from injuries he sustained in the Sutherland Springs shooting on November 5, 2017.

The Client wishes to associate with **The Webster Law Firm ("Webster")** and **The Herrera Law Firm ("Herrera")** as additional counsel to represent Chancie McMahan, on behalf of Ryland Ward, with the understanding and agreement that Webster and Herrera are bound by the contract with Chancie McMahan, on behalf of Ryland Ward so that the total attorneys' fees that will be charged to the Client, and the other terms and conditions of the original contract Chancie McMahan, on behalf of Ryland Ward remain unchanged.

The undersigned hereby consents to the association of Webster, Herrera, HMG and TJH as attorneys for Chancie McMahan, on behalf of Ryland Ward. Client further consents to a fee sharing agreement between Webster, Herrera, HMG and TJH for her claims on behalf of Ryland Ward. Client further consents to a division of the work and services required to represent the Client between these attorneys in such manner as may be agreed upon between the attorneys. Attorneys agree, and I consent, that Ryland Ward's claims will be presented during the damages phase of trial by attorneys for HMG and TJH. Client understands and consents that the fee sharing agreement of these attorneys will be based on an assumption of joint responsibility for the representation of Chancie McMahan, on behalf of Ryland Ward, that if a recovery is made for Client on behalf of Ryland Ward, of the total attorneys' fees obtained by Webster, **Herrera**, HMG and TJ for Chancie McMahan, on behalf of Ryland Ward, fees shall be shared as follows:

| | |
|---|---|
| Hilliard Martinez Gonzales, LLP | 47.5 % |
| Thomas J. Henry Law | 47.5 % |
| The Webster Law Firm & Herrera Law Firm | 5 % |

If the 25% percent attorneys' fees provided in the original contract with the Client on behalf of Ryland Ward is altered in any way, whether by the Court, ad litem or counsel, the percentages delineated above will be maintained for any distribution of attorneys' fees for the prosecution of Client's claims on behalf of Ryland Ward to Webster, **Herrera**, HMG and/or TJH.

This Consent to Association of Additional Counsel and Consent to Fee-Sharing **applies only to the claims of Ryland Ward, individually, and not to the individual claims of Chancie McMahan, or any other clients independently and individually represented by counsel.**

If, at any time Webster, Herrera, HMG and/or TJH determine, for whatever reason, that it would like to play no further role in the prosecution of Client's claims on behalf of Ryland Ward, Webster, **Herrera**, HMG and/or TJH may withdraw from said representation. This agreement and consent shall become a part of the contract attached hereto.

*[Signature page follows]*



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Dated: _____

Chancie McMahan on behalf of Ryland Ward

Dated: **07/23/2021**

Robert C. Hilliard
Hilliard Martinez Gonzales LLP

Dated: _____

Thomas J. Henry
Thomas J. Henry Law

Dated: **07/23/2021**

Jason Webster
The Webster Law Firm

Dated: _____

The Herrera Law Firm



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Dated: _____                    _____
                                      Chancie McMahan on behalf of Ryland Ward

Dated: **07/23/2021**                 _____
                                      Robert C. Hilliard
                                      Hilliard Martinez Gonzales LLP

Dated: _____                    _____
                                      Thomas J. Henry
                                      Thomas J. Henry Law

Dated: 07/23/2021                     _____
                                      Jason Webster
                                      The Webster Law Firm

Dated: _____                    _____
                                      The Herrera Law Firm



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW



HILLIARD MARTINEZ GONZALES ₃
TRIAL ATTORNEYS

Filed
4/21/2022 10:45 AM
Anne Lorentzen
District Clerk
Nueces County, Texas

April 21, 2022

<u>Via EFile</u>
Nueces County District Clerk
Attention: Supervisor Sergio
Nueces County Court House
901 Leopard Street
Corpus Christi, Texas 78401
Floor 3rd, Room 313

Re:     Cause No. 2022DCV-1363-E *Hilliard Martinez Gonzales and Thomas J. Henry
vs. Anderson & Assoiates Law Firm PLLC and Law Office of Diego Lopez, LLC;*
In the District Court of the 148th, Nueces County, Texas

Dear Supervisor Sergio:

Thank you for speaking with me this morning in regards to the above referenced matter.
As discussed, a clerical error was made at the time of this filing. The original complaint was to be
filed in County court. We ask that you kindly reassign matter to a County court.

If you need to speak to me about anyting further please cotact me 361.946.6086. Thank
you in advance for your time and assistance with efiling.

Sincerely,

Caitlin Salinas, Paralegal assiting
Marion Reilly
Hilliard Martinez Gonzales, LLP
719 South Shoreline Blvd.
Corpus Christi, Texas 78374
Phone: 361.882.1612
Fax: 361.8823015

719 S. Shoreline Blvd, Corpus Christi, TX 78401 • O 361.882.1612 • TF 800.334.3298 • F 361.882.3015 • hmglawfirm.com



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

P15

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 63769061
Status as of 4/21/2022 10:54 AM CST

Associated Case Party: HILLIARD MARTINEZ GONZALES LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|-------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 4/21/2022 10:45:59 AM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
4/21/2022 11:16 AM
Anne Lorentzen
District Clerk
Nueces County, Texas

# ANNE LORENTZEN

### DISTRICT CLERK



DISTRICT COURTS | COUNTY COURTS AT LAW
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401
361 888-0450 | Fax 888-0571

*Via eService*
April 21, 2022

Re:    Notice of New Cause Number: 2022CCV-60432-1
       *Hilliard Martinez Gonzales LLP, Thomas J. Henry Injury Attorneys*
       *vs.*
       *Anderson & Associates Law Firm PLLC, Law Offices of Diego Lopez, PLLC*

Greetings:

Please be advised that the above-mentioned matter has been assigned a new cause number in order to correct a clerical error when the case was originally filed. The original petition filed under cause number 2022DCV-1363-E has been corrected to reflect the new cause number of 2022CCV-60432-1.

Please use this cause number to file all further pleadings.

Thank you,

*S. Montemayor*

Sergio Montemayor
Supervisor

**Anne Lorentzen**
**District Clerk**



## STATE OF TEXAS
## COUNTY OF NUECES

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Envelope ID: 63771643
Status as of 4/21/2022 11:22 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 4/21/2022 11:16:55 AM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
4/25/2022 12:00 AM
Anne Lorentzen
District Clerk
Nueces County, Texas

# ANNE LORENTZEN

**DISTRICT CLERK**



DISTRICT COURTS / COUNTY COURTS AT LAW
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401
361 888-0450 Fax 888-0571

## NUECES COUNTY PROCESS REQUEST SHEET

Cause No. _2022CCV-60432-1_    Date of Request: _04/24/2022_    Style:

HILLIARD MARTINEZ GONZALES et al  vs. _ANDERSON & ASSOCIATES LAW FIRM et al

Section 1:
**Process Type (Check All That Apply):**

☒ Citation
☐ Citation by Posting
☐ Temporary Restraining Order
☐ Citation by Secretary of State
☐ Application / Temp. (Ex Parte) Protective Order
☐ Citation by Publication

☐ Other: _____
☐ Precept to Serve / Notice of Hearing
☐ Citation by Commissioner of Insurance
☐ Writ of _____

Section 2:
**Service Type:**

☐ Return to Requester by Mail
☐ Courthouse Posting*:
    Length of Posting: _____Day(s)
☐ Certified Mail
    ☐ w/ Restricted Delivery
☐ Private Process Server: _____
    ☐ via Email: _____
☐ Publication*:
    ☐ Corpus Christi Caller Times    ☐ Coastal Bend Daily Business & Legal News
    ☐ Nueces County Record Star    ☐ OCA Website (TCPRC 17.032)
    ☐ Other: _____
    Length of Publication: _____ Day(s)

☒ Email to Requester
☐ Hold for Pickup
☐ Nueces County Constable / Sheriff

*Requires Nature of Suit

Section 3:
Document(s) / Pleading(s) to be attached for Service:

_____Plaintiffs'_____ _____Original_____ _____Petition_____

_____

_____

Section 4:
**Parties to be Served:**

1. Name/Agent: Paul Anderson  Agent for: Anderson and Associates Law Firm, PLLC

    Address: 102 Palo Alto, Ste. 455, San Antonio, Texas 78211

Page 1 of 2
→



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

2. Name/Agent: _Diego Lopez Agent for Law Offices of Diego Lopez, PLLC

Address: _8118 Datapoint Drive, San Antonio, Texas 78229

3. Name/Agent: _____

Address:

*Attach another sheet for more additional parties.*

Section 5:
Requesters Information:

Name: _Marion Reilly_ Bar #: _24079195_ Mailing Address: _719 S.shoreline blvd. corpus

Christi, Texas 78401 Email: _caitlin@hmglawfirm.com_ Phone: 361-882-1612 Representing:

☐ Pro Se   ☐ Plaintiff   ☐ Defendant   ☐ Other: _____

---

## Notes

1. You do not need to put a cause number for requests filed with an initial petition.
2. For each party served you must furnish one (1) copy of the pleading or pay a copy fee of $1.00 per page.
3. Failure to include all required information is cause for a rejection.
4. You must attach a Nature of Suit for any Publication or Posting.
5. On an Posting or Publication in a SAPCR case, Place and Date of Birth are required for each child involved in the case
6. Copy fees DO NOT need to be paid if requesting a citation to be emailed. We also DO NOT issue e-service. we are only sending a citation.
7. You are responsible for ensuring that your Private Process Server is accepting Emailed services.
8. Please see our Service Fee Sheet for accurate service fees.
9. How to calculate service fee:

Process Preparation Fee  +  Service Fee  =  Total Cost
                              *(if applicable)*

Page 2 of 2



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

P20

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 63848205
Status as of 4/26/2022 4:37 PM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 4/24/2022 11:17:44 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
9/12/2022 7:39 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

# Original

<u>**Citation for Personal Service –RESIDENT**</u>

Case Number: <u>**2022CCV-60432-1**</u>

## THE STATE OF TEXAS

NOTICE TO DEFENDANT: . You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO:   Anderson & Associates Law Firm PLLC
      Registered Agent, Paul Anderson
      102 Palo Alto, Ste. 455
      San Antonio, Texas 78211
the Defendant,

GREETING:  You are commanded to appear by filing a written answer to the **Plaintiffs' Original Petition With Attached Covid Standing Orders And Notice** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the <u>**Honorable Robert J. Vargas, County Court at Law #1**</u> of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas. Said Petition was filed on the 20th day of April, 2022. A copy of same accompanies this citation. The file number of said suit being Number:  2022CCV-60432-1

The style of the case is: **Hilliard Martinez Gonzales LLP, Thomas J. Henry Injury Attorneys vs. Anderson & Associates Law Firm PLLC, Law Offices of Diego Lopez, PLLC**

Said Petition was filed in said court by Marion M. Reilly, attorney for Plaintiff, whose address is 719 S. Shoreline Blvd., Ste 500, Corpus Christi, Tx 78401.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this 27th day of April, 2022.



ANNE LORENTZEN, DISTRICT CLERK
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401
Signed: 4/27/2022 10:23 AM

BY:  , Deputy
        Laura Munoz

## STATE OF TEXAS
## COUNTY OF NUECES

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## RETURN OF SERVICE

2022CCV-60432-1

HILLIARD MARTINEZ GONZALES
LLP, THOMAS J. HENRY INJURY
ATTORNEYS
VS.
ANDERSON & ASSOCIATES LAW
FIRM PLLC, LAW OFFICES OF
DIEGO LOPEZ, PLLC

COUNTY COURT AT LAW #1

Name _____

**ADDRESS FOR SERVICE**
Anderson & Associates Law Firm PLLC
Registered Agent Paul Anderson
102 Palo Alto, Ste. 455
San Antonio, Texas 78211

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the 12 day of September, 2022, at 9:00 o'clock A. m., and executed in Bexar County, Texas by delivering to the within named defendant in person, a true copy of this citation with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Original Petition w/ Attached _____ at the following times and places, to-wit: Court Standing Order and Notice

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|---|---|---|
| Anderson and Associates Law | 09-12-2022 2:30pm | 2600 S.W. Military Dr. #118 SATx 78224 |

Fred Peter Real Estate Anderson c/o Robert David Neilbach Litigation Administrator
And not executed as to the defendant(s)
The diligence used in finding said defendant(s) being:

and the cause of failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

| Fees: | | | Officer |
|---|---|---|---|
| Serving Petition and Copy | $_____ | ; | County, Texas |
| Total | $_____ | By _____ | Deputy |

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is Joey Hurt, my date of birth is 9/16/68, and my
(First, Middle, Last)
address is JOEY HURT
P.O. BOX 120146
(Street, City, State, Zip, Country) SAN ANTONIO, TEXAS 78212

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in Bexar County, State of Texas, on the 12 day
of September 20 22.



Declarant / Authorized Process Server

JOEY HURT
EXP 07-31-24
PSC-658

ID# & Expiration of Certification

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 68226962
Status as of 9/20/2022 8:27 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marion Reilly | | Caitlin@hmglawfirm.com | 9/13/2022 7:39:58 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 9/13/2022 7:39:58 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 68226962
Status as of 9/20/2022 8:27 AM CST
Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 9/13/2022 7:39:58 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

***ANN LORENTZEN***
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW



**Original**

Filed
9/13/2022 7:39 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

<u>**Citation for Personal Service --RESIDENT**</u>

Case Number: <u>**2022CCV-60432-1**</u>

THE STATE OF TEXAS

NOTICE TO DEFENDANT: . You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO:  Anderson & Associates Law Firm PLLC
     Registered Agent, Paul Anderson
     102 Palo Alto, Ste. 455
     San Antonio, Texas 78211
the Defendant,

GREETING: You are commanded to appear by filing a written answer to the Plaintiffs' Original Petition With Attached Covid Standing Orders And Notice at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the <u>Honorable Robert J. Vargas</u>, <u>County Court at Law #1</u> of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas. Said Petition was filed on the 20th day of April, 2022. A copy of same accompanies this citation. The file number of said suit being Number:  2022CCV-60432-1

The style of the case is:  **Hilliard Martinez Gonzales LLP, Thomas J. Henry Injury Attorneys vs. Anderson & Associates Law Firm PLLC, Law Offices of Diego Lopez, PLLC**

Said Petition was filed in said court by Marion M. Reilly, attorney for Plaintiff, whose address is 719 S. Shoreline Blvd., Ste 500, Corpus Christi, Tx 78401.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this 27th day of April, 2022.



ANNE LORENTZEN, DISTRICT CLERK
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401
Signed 4/27/2022 10:22 AM

BY: _____ , Deputy
    Laura Munoz



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

2022CCV-60432-1

## RETURN OF SERVICE

HILLIARD MARTINEZ GONZALES
LLP, THOMAS J. HENRY INJURY
ATTORNEYS
VS.
ANDERSON & ASSOCIATES LAW
FIRM PLLC, LAW OFFICES OF
DIEGO LOPEZ, PLLC

COUNTY COURT AT LAW #1

Name

**ADDRESS FOR SERVICE**
Anderson & Associates Law Firm PLLC
Registered Agent Paul Anderson
102 Palo Alto, Ste. 455
San Antonio, Texas 78211

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _12_ day of _September_, 20_22_, at _9.00_ o'clock _A_. m., and executed in
_Bexar_ County, Texas by delivering to the within named defendant in person, a true copy of this citation with the
date of delivery endorsed thereon, together with the accompanying copy of the _Plaintiff's Original Petition w/ Attached_
_Covid Standing Orders and Notice_, at the following times and places, to-wit:

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|---|---|---|
| Anderson and Associates law | 09-12-2022  2:30pm | 2600 S.W. Military Dr #18 SATX 78224 |

And not executed as to the defendant(s) _Anderson c/o Robert David Walbach Litigation Administrator_
The diligence used in finding said defendant(s) being:

and the cause of failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

| Fees: | | | |
|---|---|---|---|
| Serving Petition and Copy | $_____ | _____ | Officer |
| Total | $_____ | _____ | County, Texas |
| | | By _____ | Deputy |

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The
signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the
return shall be signed under penalty of perjury and contain the following statement:
"My name is _Joey Hurt_, my date of birth is _9/16/68_, and my
          (First, Middle, Last)          JOEY HURT
address is _____          P.O. BOX 120146
          (Street, City, State, Zip, Country)    SAN ANTONIO, TEXAS 78212
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in _Bexar_ County, State of _Texas_, on the _12_ day
of _September_ 20_22_.

_____
Declarant / Authorized Process Server



ID# & Expiration of Certification

JOEY HURT
EXP 07-31-24
PSC-050

---

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 68226962
Status as of 9/20/2022 8:27 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 9/13/2022 7:39:58 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 9/13/2022 7:39:58 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 68226962
Status as of 9/20/2022 8:27 AM CST

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 9/13/2022 7:39:58 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Case #
439M04333

NO. 13-01-0026-CVW

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| | § | |
| RYLAND TATE WARD | § | 218TH JUDICIAL DISTRICT |
| | § | |
| A CHILD | § | WILSON COUNTY, TEXAS |

## ORDER IN SUIT AFFECTING THE PARENT-CHILD RELATIONSHIP

On October 15, 2013 the Court heard this case.

*Appearances*

Petitioner, CHRISTOPHER ALLEN WARD, appeared in person and through attorney of record, Kirk Dockery, and announced ready for trial.

Respondent, CHANCIE RENAE MCMAHAN, has made a general appearance and has agreed to the terms of this order to the extent permitted by law, as evidenced by Respondent's signature below.

*Jurisdiction*

The Court, after examining the record and the evidence and argument of counsel, finds that it has jurisdiction of this case and of all the parties and that no other court has continuing, exclusive jurisdiction of this case. All persons entitled to citation were properly cited.

*Jury*

A jury was waived, and all questions of fact and of law were submitted to the Court.

*Record*

The record of testimony was duly reported by the court reporter for the 218th Judicial District Court.

*Child*

The Court finds that the following child is the subject of this suit:

Name: RYLAND TATE WARD
Sex: Male
Birth date: 01/05/2012
Home state: Texas
Social Security number: 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

*Parenting Plan*

The Court finds that the provisions in these orders relating to the rights and duties of the parties with relation to the child, possession of and access to the child, child support, and

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP                                    Defendant App 000691



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Case #
439 M04333

optimizing the development of a close and continuing relationship between each party and the child constitute the parenting plan established by the Court.

*Conservatorship*

The Court finds that the following orders are in the best interest of the child.

IT IS ORDERED that CHRISTOPHER ALLEN WARD and CHANCIE RENAE MCMAHAN are appointed Joint Managing Conservators of the following child: RYLAND TATE WARD.

IT IS ORDERED that, at all times, CHRISTOPHER ALLEN WARD, as a parent joint managing conservator, shall have the following rights:

1.    the right to receive information from any other conservator of the child concerning the health, education, and welfare of the child;

2.    the right to confer with the other parent to the extent possible before making a decision concerning the health, education, and welfare of the child;

3.    the right of access to medical, dental, psychological, and educational records of the child;

4.    the right to consult with a physician, dentist, or psychologist of the child;

5.    the right to consult with school officials concerning the child's welfare and educational status, including school activities;

6.    the right to attend school activities;

7.    the right to be designated on the child's records as a person to be notified in case of an emergency;

8.    the right to consent to medical, dental, and surgical treatment during an emergency involving an immediate danger to the health and safety of the child; and

9.    the right to manage the estate of the child to the extent the estate has been created by the parent or the parent's family.

IT IS ORDERED that, at all times, CHANCIE RENAE MCMAHAN, as a parent joint managing conservator, shall have the following rights:

1.    the right to receive information from any other conservator of the child concerning the health, education, and welfare of the child;

2.    the right to confer with the other parent to the extent possible before making a decision concerning the health, education, and welfare of the child;

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP

Defendant
000002



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

CASE #
439M04333

3.    the right of access to medical, dental, psychological, and educational records of the child;

4.    the right to consult with a physician, dentist, or psychologist of the child;

5.    .   the right to consult with school officials concerning the child's welfare and educational status, including school activities;

6.    the right to attend school activities;

7.    the right to be designated on the child's records as a person to be notified in case of an emergency;

8.    the right to consent to medical, dental, and surgical treatment during an emergency involving an immediate danger to the health and safety of the child; and

9.    the right to manage the estate of the child to the extent the estate has been created by the parent or the parent's family.

IT IS ORDERED that, at all times, CHRISTOPHER ALLEN WARD and CHANCIE RENAE MCMAHAN, as parent joint managing conservators, shall each have the following duties:

1.    the duty to inform the other conservator of the child in a timely manner of significant information concerning the health, education, and welfare of the child; and

2.    the duty to inform the other conservator of the child if the conservator resides with for at least thirty days, marries, or intends to marry a person who the conservator knows is registered as a sex offender under Chapter 62 of the Code of Criminal Procedure or is currently charged with an offense for which on conviction the person would be required to register under that Chapter. IT IS ORDERED that this information shall be tendered in the form of a notice made as soon as practicable, but not later than the fortieth day after the date the conservator of the child begins to reside with the person or on the tenth day after the date the marriage occurs, as appropriate. IT IS ORDERED that the notice must include a description of the offense that is the basis of the person's requirement to register as a sex offender or of the offense with which the person is charged.    WARNING:    A CONSERVATOR COMMITS AN OFFENSE PUNISHABLE AS A CLASS C MISDEMEANOR IF THE CONSERVATOR FAILS TO PROVIDE THIS NOTICE.

IT IS ORDERED that, during his periods of possession, CHRISTOPHER ALLEN WARD, as parent joint managing conservator, shall have the following rights and duties:

1.    the duty of care, control, protection, and reasonable discipline of the child;

2.    the duty to support the child, including providing the child with clothing, food, shelter, and medical and dental care not involving an invasive procedure;

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP
Defendant App. 000003



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

P32

3.    the right to consent for the child to medical and dental care not involving an invasive procedure; and

4.    the right to direct the moral and religious training of the child.

IT IS ORDERED that, during her periods of possession, CHANCIE RENAE MCMAHAN, as parent joint managing conservator, shall have the following rights and duties:

1.    the duty of care, control, protection, and reasonable discipline of the child;

2.    the duty to support the child, including providing the child with clothing, food, shelter, and medical and dental care not involving an invasive procedure;

3.    the right to consent for the child to medical and dental care not involving an invasive procedure; and

4.    the right to direct the moral and religious training of the child.

IT IS ORDERED that CHRISTOPHER ALLEN WARD, as a parent joint managing conservator, shall have the following rights and duty:

1.    the exclusive right to designate the primary residence of the child without regard to geographic location;

2.    the right, subject to the agreement of the other parent conservator, to consent to medical, dental, and surgical treatment involving invasive procedures;

3.    the right, subject to the agreement of the other parent conservator, to consent to psychiatric and psychological treatment of the child;

4.    the right, subject to the agreement of the other parent conservator, to receive and give receipt for periodic payments for the support of the child and to hold or disburse these funds for the benefit of the child;

5.    the right, subject to the agreement of the other parent conservator, to represent the child in legal action and to make other decisions of substantial legal significance concerning the child;

6.    the right, subject to the agreement of the other parent conservator, to consent to marriage and to enlistment in the armed forces of the United States;

7.    the right, subject to the agreement of the other parent conservator, to make decisions concerning the child's education;

8.    except as provided by Section 264.0111 of the Texas Family Code, the independent right to the services and earnings of the child;

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP

Page 4 of 18
Defendant A & A 000004



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

439M04333

9.    except when a guardian of the child's estate or a guardian or attorney ad litem has been appointed for the child, the independent right to act as an agent of the child in relation to the child's estate if the child's action is required by a state, the United States, or a foreign government; and

10.    the independent duty to manage the estate of the child to the extent the estate has been created by community property or the joint property of the parent.

IT IS ORDERED that CHANCIE RENAE MCMAHAN, as a parent joint managing conservator, shall have the following rights and duty:

1.    the right, subject to the agreement of the other parent conservator, to consent to medical, dental, and surgical treatment involving invasive procedures;

2.    the right, subject to the agreement of the other parent conservator, to consent to psychiatric and psychological treatment of the child;

3.    the right, subject to the agreement of the other parent conservator, to represent the child in legal action and to make other decisions of substantial legal significance concerning the child;

4.    except as provided by Section 264.0111 of the Texas Family Code, the independent right to the services and earnings of the child;

8.    except when a guardian of the child's estate or a guardian or attorney ad litem has been appointed for the child, the independent right to act as an agent of the child in relation to the child's estate if the child's action is required by a state, the United States, or a foreign government; and

9.    the independent duty to manage the estate of the child to the extent the estate has been created by separate property of that parent.

IT IS ORDERED that CHRISTOPHER ALLEN WARD shall have the exclusive right and duty to prepare and file income tax returns for the estate of RYLAND TATE WARD.

IT IS ORDERED that CHANCIE RENAE MCMAHAN shall furnish such information to CHRISTOPHER ALLEN WARD as is requested to prepare federal income tax returns for the child's estate within thirty days of receipt of a written request for the information, and in no event shall the information be furnished later than March 1 of that year. As requested information becomes available after that date, it shall be furnished within ten days of receipt.

*Possession and Access*

1.    *Possession Order*

IT IS ORDERED that each conservator shall comply with all terms and

---

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP

Defendant A Sec 000065



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

439M0433

conditions of this Possession Order. IT IS ORDERED that this Possession Order is effective immediately and applies to all periods of possession occurring on and after the date the Court signs this Possession Order. IT IS, THEREFORE, ORDERED:

(a)    Definitions

1.    In this Possession Order "school" means the primary or secondary school in which the child is enrolled or, if the child is not enrolled in a primary or secondary school, the public school district in which the child primarily resides.

2.    In this Possession Order "child" includes each child, whether one or more, who is a subject of this suit while that child is under the age of eighteen years and not otherwise emancipated.

(b)    Mutual Agreement or Specified Terms for Possession

IT IS ORDERED that the conservators shall have possession of the child at times mutually agreed to in advance by the parties, and, in the absence of mutual agreement, it is ORDERED that the conservators shall have possession of the child under the specified terms set out in this Possession Order.

(c)    Possession Schedule

Except as otherwise expressly provided in this Possession Order, CHANCIE RENAE MCMAHAN shall have the right to possession of the child as follows:

1.    Weekly Periods of Possession Until School Age -

Until the child RYLAND TATE WARD begin attending school, CHANCIE RENAE MCMAHAN shall possession of the child beginning at 5:00 p.m. on the 1st Sunday of each month and ending at 5:00 p.m. on the 2nd Sunday of each month; and again beginning at 5:00 p.m. on the 3rd Sunday of each month and ending at 5:00 p.m. on the 4th Sunday of each month.

Weekends After Child Begins Attending School -

Starting one week before the child begins attending school, the parties shall revert to the following possession schedule.

On weekends that occur during the regular school term, beginning at the time the child's school is regularly dismissed, on the first and third Friday of each month and ending at the time the child's school resumes after the weekend.

On weekends that do not occur during the regular school term, beginning at 6:00 p.m., on the first and third Friday of each month and ending at

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP

Defendant A & R 000006



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

439MU4333

6:00 p.m. on the following Sunday.

2.   Weekend Possession Extended by a Holiday –

Except as otherwise expressly provided in this Possession Order, if a weekend period of possession by CHANCIE RENAE MCMAHAN begins on a student holiday or a teacher in-service day that falls on a Friday during the regular school term, as determined by the school in which the child is enrolled, or a federal, state, or local holiday that falls on a Friday during the summer months when school is not in session, that weekend period of possession shall begin at the time the child's school is regularly dismissed on the Thursday immediately preceding the student holiday or teacher in-service day and 6:00 p.m. on the Thursday immediately preceding the federal, state, or local holiday during the summer months.

Except as otherwise expressly provided in this Possession Order, if a weekend period of possession by CHANCIE RENAE MCMAHAN ends on or is immediately followed by a student holiday or a teacher in-service day that falls on a Monday during the regular school term, as determined by the school in which the child is enrolled, or a federal, state, or local holiday that falls on a Monday during the summer months when school is not in session, that weekend period of possession shall end at 6:00 p.m. on that Monday.

3.   Spring Vacation in Even-Numbered Years - In even-numbered years, beginning at the time the child's school is dismissed for the school's spring vacation and ending at 6:00 p.m. on the day before school resumes after that vacation.

4.   Summer Possession by CHANCIE RENAE MCMAHAN –

CHANCIE RENAE MCMAHAN shall possession of the child during summer vacation beginning at 5:00 p.m. on the 1st Sunday of each month and ending at 5:00 p.m. on the 2nd Sunday of each month; and again beginning at 5:00 p.m. on the 3rd Sunday of each month and ending at 5:00 p.m. on the 4th Sunday of each month; provided further that CHANCIE RENAE MCMAHAN may one week long period of CHRISTOPHER ALLEN WARD during which she may keep the child, thereby extending that period of possession to a total of 21 days, by giving written notice at least 21 days in advance.

Notwithstanding the periods of possession ORDERED for CHANCIE RENAE MCMAHAN, it is expressly ORDERED that CHRISTOPHER ALLEN WARD shall have a superior right of possession of the child as follows:

1.   Spring Vacation in Odd-Numbered Years - In odd-numbered years, beginning at the time the child's school is dismissed for the school's spring vacation and ending at 6:00 p.m. on the day before school resumes after that vacation.

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP

Page 7 of 11
Defendant APPX 000007



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

2.    Summer Possession by CHRISTOPHER ALLEN WARD - CHRISTOPHER ALLEN WARD shall possession of the child during summer vacation beginning at 5:00 p.m. on the 2nd Sunday of each month and ending at 5:00 p.m. on the 3rd Sunday of each month; and again beginning at 5:00 p.m. on the 4th Sunday of each month and ending at 5:00 p.m. on the 1st Sunday of the following month; provided further that CHRISTOPHER ALLEN WARD may one week long period of CHANCIE RENAE MCMAHAN during which he may keep the child, thereby extending that period of possession to a total of 21 days, by giving written notice at least 21 days in advance.

(d)    Holidays Schedule

Notwithstanding the weekend and Thursday periods of possession of CHANCIE RENAE MCMAHAN, CHRISTOPHER ALLEN WARD and CHANCIE RENAE MCMAHAN shall have the right to possession of the child as follows:

1.    Christmas Holidays in Even-Numbered Years - In even-numbered years, CHANCIE RENAE MCMAHAN shall have the right to possession of the child beginning at the time the child's school is dismissed for the Christmas school vacation and ending at noon on December 26, and CHRISTOPHER ALLEN WARD shall have the right to possession of the child beginning at noon on December 26 and ending at 6:00 p.m. on the day before school resumes after that Christmas school vacation.

2.    Christmas Holidays in Odd-Numbered Years - In odd-numbered years, CHRISTOPHER ALLEN WARD shall have the right to possession of the child beginning at the time the child's school is dismissed for the Christmas school vacation and ending at noon on December 26, and CHANCIE RENAE MCMAHAN shall have the right to possession of the child beginning at noon on December 26 and ending at 6:00 p.m. on the day before school resumes after that Christmas school vacation.

3.    Thanksgiving in Odd-Numbered Years - In odd-numbered years, CHANCIE RENAE MCMAHAN shall have the right to possession of the child beginning at the time the child's school is dismissed for the Thanksgiving holiday and ending at 6:00 p.m. on the Sunday following Thanksgiving.

4.    Thanksgiving in Even-Numbered Years - In even-numbered years, CHRISTOPHER ALLEN WARD shall have the right to possession of the child beginning at the time the child's school is dismissed for the Thanksgiving holiday and ending at 6:00 p.m. on the Sunday following Thanksgiving.

5.    Child's Birthday - If a parent is not otherwise entitled under this Possession Order to present possession of the child on the child's birthday, that parent shall have possession of the child beginning at 6:00 p.m. and ending at 8:00 p.m. on that day, provided that that parent picks up the child from the other

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP

Defendant A Page 00018



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

parent's residence and returns the child to that same place.

6.    Father's Day - CHRISTOPHER ALLEN WARD shall have the right to possession of the child each year, beginning at 6:00 p.m. on the Friday preceding Father's Day and ending at 8:00 a.m. on the Monday after Father's Day, provided that if CHRISTOPHER ALLEN WARD is not otherwise entitled under this Possession Order to present possession of the child, he shall pick up the child from CHANCIE RENAE MCMAHAN's residence and return the child to that same place.

7.    Mother's Day - CHANCIE RENAE MCMAHAN shall have the right to possession of the child each year, beginning at the time the child's school is regularly dismissed on the Friday preceding Mother's Day and ending at the time the child's school resumes after Mother's Day, provided that if CHANCIE RENAE MCMAHAN is not otherwise entitled under this Possession Order to present possession of the child, she shall pick up the child from CHRISTOPHER ALLEN WARD's residence and return the child to that same place.

(e)    Undesignated Periods of Possession

CHRISTOPHER ALLEN WARD shall have the right of possession of the child at all other times not specifically designated in this Possession Order for CHANCIE RENAE MCMAHAN.

(f)    General Terms and Conditions

Except as otherwise expressly provided in this Possession Order, the terms and conditions of possession of the child that apply regardless of the distance between the residence of a parent and the child are as follows:

1.    Surrender of Child by CHRISTOPHER ALLEN WARD - CHRISTOPHER ALLEN WARD is ORDERED to surrender the child to CHANCIE RENAE MCMAHAN at the beginning of each period of CHANCIE RENAE MCMAHAN's possession at a location which is one-half the distance from the residence of each parent; which for the present shall be determined to be the Dairy Queen restaurant located on U.S. Highway 281 in Blanco, Texas.

2.    Return of Child by CHANCIE RENAE MCMAHAN - CHANCIE RENAE MCMAHAN is ORDERED to return the child to CHRISTOPHER ALLEN WARD at the end of each period of possession at a location which is one-half the distance from the residence of each parent; which for the present shall be determined to be the Dairy Queen restaurant located on U.S. Highway 281 in Blanco, Texas.

3.    In the event that either parent changes their County of residence, then the parent shall attempt to mutually agree on the redesignation of a location

---

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

which is one-half the distance from the residence of each parent for the exchange of possession thereafter.

4.    Personal Effects - Each conservator is ORDERED to return with the child the personal effects that the child brought at the beginning of the period of possession.

5.    Designation of Competent Adult - Each conservator may designate any competent adult to pick up and return the child, as applicable.    IT IS ORDERED that a conservator or a designated competent adult be present when the child is picked up or returned.

6.    Inability to Exercise Possession - Each conservator is ORDERED to give notice to the person in possession of the child on each occasion that the conservator will be unable to exercise that conservator's right of possession for any specified period.

7.    Written Notice - Written notice shall be deemed to have been timely made if received or postmarked before or at the time that notice is due.

This concludes the Possession Order.

2.    *Duration*

The periods of possession ordered above apply to the child the subject of this suit while that child is under the age of eighteen years and not otherwise emancipated.

3.    *Termination of Orders*

The provisions of this order relating to conservatorship, possession, or access terminate on the marriage of CHRISTOPHER ALLEN WARD to CHANCIE RENAE MCMAHAN unless a nonparent or agency has been appointed conservator of the child under Chapter 153 of the Texas Family Code.

*Child Support*

IT IS ORDERED that due to the approximately equal period of possession of the child by each parent, neither parent shall be obligated to pay child support to the other parent.

*Health Care*

1.    IT IS ORDERED that CHRISTOPHER ALLEN WARD and CHANCIE RENAE MCMAHAN shall each provide medical support for the child as set out in this order as additional child support for as long as the Court may order CHRISTOPHER ALLEN WARD and CHANCIE RENAE MCMAHAN to provide support for the child under Sections 154.001

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP                                    Page 10 of 18
                                                    Defendant A & A 000010



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

439M04533

and 154.002 of the Texas Family Code. Beginning on the day CHRISTOPHER ALLEN WARD and CHANCIE RENAE MCMAHAN's actual or potential obligation to support the child under Sections 154.001 and 154.002 of the Family Code terminates, IT IS ORDERED that CHRISTOPHER ALLEN WARD and CHANCIE RENAE MCMAHAN are discharged from the obligations set forth in this medical support order, except for any failure by a parent to fully comply with those obligations before that date. IT IS FURTHER ORDERED that the cash medical support payments ordered below are payable through the state disbursement unit and subject to the provisions for withholding from earnings provided above for other child support payments.

2.    Definitions -

"Health Insurance" means insurance coverage that provides basic health-care services, including usual physician services, office visits, hospitalization, and laboratory, X-ray, and emergency services, that may be provided through a health maintenance organization or other private or public organization, other than medical assistance under Chapter 32 of the Texas Human Resources Code.

"Reasonable cost" means the cost of health insurance coverage for a child that does not exceed 9 percent of CHANCIE RENAE MCMAHAN 's annual resources, as described by Section 154.062(b) of the Texas Family Code.

"Reasonable and necessary health-care expenses not paid by insurance and incurred by or on behalf of a child" include, without limitation, any copayments for office visits or prescription drugs, the yearly deductible, if any, and medical, surgical, prescription drug, mental health-care services, dental, eye care, ophthalmological, and orthodontic charges. These reasonable and necessary health-care expenses do not include expenses for travel to and from the health-care provider or for nonprescription medication.

"Furnish" means:

a.    to hand deliver the document by a person eighteen years of age or older either to the recipient or to a person who is eighteen years of age or older and permanently resides with the recipient;

b.    to deliver the document to the recipient by certified mail, return receipt requested, to the recipient's last known mailing or residence address; or

c.    to deliver the document to the recipient at the recipient's last known mailing or residence address using any person or entity whose principal

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP

Defendant A's Appx 0011    Page 11 of 16



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

439M04333

business is that of a courier or deliverer of papers or documents either within or outside the United States.

3.    Findings on Health Insurance Availability- Having considered the cost, accessibility, and quality of health insurance coverage available to the parties, the Court finds:

No parent has access to private health insurance at a reasonable cost.

IT IS FURTHER FOUND that the following orders regarding health-care coverage are in the best interest of the child.

4.    Provision of Health-Care Coverage -

CHRISTOPHER ALLEN WARD is ORDERED to continue  coverage under a governmental medical assistance program or health plan for the child who is the subject of this suit.

When such health coverage is obtained, CHRISTOPHER ALLEN WARD is ORDERED to maintain the coverage in full force and effect on the child who is the subject of this suit as long as child support is payable for that child, by paying all applicable fees required for the coverage, including but not limited to enrollment fees and premiums. CHRISTOPHER ALLEN WARD is ORDERED to furnish CHANCIE RENAE MCMAHAN and the Office of the Attorney General Child Support Division a true and correct copy of the health insurance policy or certification and a schedule of benefits within 14 days following the signing of this order. CHRISTOPHER ALLEN WARD is FURTHER ORDERED to furnish CHANCIE RENAE MCMAHAN copies of the insurance cards and any other forms necessary for use of the insurance within 14 days following the signing of this order. CHRISTOPHER ALLEN WARD is ORDERED to provide, within three days of receipt by CHRISTOPHER ALLEN WARD, to CHANCIE RENAE MCMAHAN any insurance checks, other payments, or explanations of benefits relating to any medical expenses for the child that CHANCIE RENAE MCMAHAN paid or incurred.

Pursuant to Section 154.183(c) of the Texas Family Code, the reasonable and necessary health-care expenses of the child that are not reimbursed by health insurance or are not otherwise covered by the amount of cash medical support under Section 154.182(b) are allocated as follows: CHRISTOPHER ALLEN WARD is ORDERED to pay 50 percent and CHANCIE RENAE MCMAHAN is ORDERED to pay 50 percent of the total health-care expenses that exceed the amount of cash medical support paid by CHANCIE RENAE MCMAHAN.

The party who incurs a health-care expense on behalf of the child is ORDERED to

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP

Page 12 of 18
Defendant A & A 000012



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

submit to the other party all forms, receipts, bills, statements, and explanations of benefits reflecting the uninsured portion of the health-care expenses within thirty days after he or she receives them. The nonincurring party is ORDERED to pay his or her share or percentage of the uninsured portion of the health-care expenses either by paying the health-care provider directly or by reimbursing the incurring party for any advance payment exceeding the incurring party's share or percentage of the uninsured portion of the health-care expenses within thirty days after the nonincurring party receives the forms, receipts, bills, statements, and explanations of benefits.

These provisions apply to all unreimbursed health-care expenses of the child who is the subject of this order for the provision of health-care coverage that are incurred while cash medical support is payable for that child.

5.    WARNING - A PARENT ORDERED TO PROVIDE HEALTH INSURANCE OR TO PAY THE OTHER PARENT ADDITIONAL CHILD SUPPORT FOR THE COST OF HEALTH INSURANCE WHO FAILS TO DO SO IS LIABLE FOR NECESSARY MEDICAL EXPENSES OF THE CHILD, WITHOUT REGARD TO WHETHER THE EXPENSES WOULD HAVE BEEN PAID IF HEALTH INSURANCE HAD BEEN PROVIDED, AND FOR THE COST OF HEALTH INSURANCE PREMIUMS OR CONTRIBUTIONS, IF ANY, PAID ON BEHALF OF THE CHILD.

6.    Miscellaneous Health Care Provisions -

Each parent will deliver the medications of the child to the other parent at the beginning of the other parent's parenting time, unless the medications have been divided by the pharmacist into two containers that provide appropriate dosages and administrations to cover the time with each parent or unless two prescriptions can be obtained.

*Miscellaneous Child Support Provisions*

Support as Obligation of Estate

IT IS ORDERED that the provisions for child support in this order shall be an obligation of the estate of CHANCIE RENAE MCMAHAN and shall not terminate on the death of CHANCIE RENAE MCMAHAN. Payments received for the benefit of the child, including payments from the Social Security Administration, Department of Veterans Affairs or other governmental agency or life insurance proceeds, annuity payments, trust distributions, or retirement survivor benefits, shall be a credit against this obligation. Any remaining balance of the child support is an obligation of CHANCIE RENAE MCMAHAN's estate.

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP                                    Page 11 of 13
                                                     Defendant A & A 000013



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

439M04333

<u>Termination of Orders on Marriage of Parties but Not on Death of Obligee</u>

The provisions of this order relating to current child support terminate on the marriage of CHRISTOPHER ALLEN WARD to CHANCIE RENAE MCMAHAN unless a nonparent or agency has been appointed conservator of the child under Chapter 153 of the Texas Family Code. An obligation to pay child support under this order does not terminate on the death of CHRISTOPHER ALLEN WARD but continues as an obligation to RYLAND TATE WARD.

*Medical Notification*

Each party is ORDERED to inform the other party within 12 hours of any medical condition of the child requiring surgical intervention, hospitalization, or both.

Within 15 days after the Court signs this order, each party is ORDERED to execute -

1.    all necessary releases pursuant to the Health Insurance Portability and Accountability Act (HIPAA) and 45 C.F.R. Section 164.508 to permit the other conservator to obtain health-care information regarding the child; and

2.    for all health-care providers of the child, an authorization for disclosure of protected health information to the other conservator pursuant to the HIPAA and 45 C.F.R. Section 164.508.

Each party is further ORDERED to designate the other conservator as a person to whom protected health information regarding the child may be disclosed whenever the party executes an authorization for disclosure of protected health information pursuant to the HIPAA and 45 C.F.R. Section 164.508.

*Required Information*

The information required for each party by Section 105.006(a) of the Texas Family Code is as follows:

Name:  CHRISTOPHER ALLEN WARD
　　　　Social Security number: 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
　　　　Driver's license number and issuing state: Texas DL# 00263718
　　　　Current residence address: 261 CR 343, Sutherland Springs, Texas 78161
　　　　Mailing address: 261 CR 343, Sutherland Springs, Texas 78161
　　　　Home telephone number: 830-391-5303
　　　　Name of employer:    Self-employed
　　　　Address of employment:    261 CR 343, Sutherland Springs, Texas 78161
　　　　Work telephone number:    830-391-5303

Name:  CHANCIE RENAE MCMAHAN
　　　　Social Security number:   _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_
　　　　Driver's license number and issuing state: Texas DL# _____

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP
　　　　　　　　　　　　　　　　　　　　　　　　　　Defendant A & A 000014　Page 13 of 18

---

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Current residence address: 1613 West Story Street, San Saba, Texas 76087
Mailing address: 1613 West Story Street, San Saba, Texas 76087
Home telephone number:    325-205-3438
Name of employer:    _none_
Address of employment:    _none_
Work telephone number:    _none_

*Required Notices*

EACH PERSON WHO IS A PARTY TO THIS ORDER IS ORDERED TO NOTIFY
EACH OTHER PARTY, THE COURT, AND THE STATE CASE REGISTRY OF ANY
CHANGE IN THE PARTY'S CURRENT RESIDENCE ADDRESS, MAILING ADDRESS,
HOME TELEPHONE NUMBER, NAME OF EMPLOYER, ADDRESS OF EMPLOYMENT,
DRIVER'S LICENSE NUMBER AND WORK TELEPHONE NUMBER. THE PARTY IS
ORDERED TO GIVE NOTICE OF AN INTENDED CHANGE IN ANY OF THE REQUIRED
INFORMATION TO EACH OTHER PARTY, THE COURT, AND THE STATE CASE
REGISTRY ON OR BEFORE THE 60TH DAY BEFORE THE INTENDED CHANGE. IF
THE PARTY DOES NOT KNOW OR COULD NOT HAVE KNOWN OF THE CHANGE IN
SUFFICIENT TIME TO PROVIDE 60-DAY NOTICE, THE PARTY IS ORDERED TO GIVE
NOTICE OF THE CHANGE ON OR BEFORE THE FIFTH DAY AFTER THE DATE THAT
THE PARTY KNOWS OF THE CHANGE.

THE DUTY TO FURNISH THIS INFORMATION TO EACH OTHER PARTY, THE
COURT, AND THE STATE CASE REGISTRY CONTINUES AS LONG AS ANY PERSON,
BY VIRTUE OF THIS ORDER, IS UNDER AN OBLIGATION TO PAY CHILD SUPPORT
OR ENTITLED TO POSSESSION OF OR ACCESS TO A CHILD.

FAILURE BY A PARTY TO OBEY THE ORDER OF THIS COURT TO PROVIDE
EACH OTHER PARTY, THE COURT, AND THE STATE CASE REGISTRY WITH THE
CHANGE IN THE REQUIRED INFORMATION MAY RESULT IN FURTHER LITIGATION
TO ENFORCE THE ORDER, INCLUDING CONTEMPT OF COURT. A FINDING OF
CONTEMPT MAY BE PUNISHED BY CONFINEMENT IN JAIL FOR UP TO SIX
MONTHS, A FINE OF UP TO $500 FOR EACH VIOLATION, AND A MONEY JUDGMENT
FOR PAYMENT OF ATTORNEY'S FEES AND COURT COSTS.

Notice shall be given to the other party by delivering a copy of the notice to the party by
registered or certified mail, return receipt requested. Notice shall be given to the Court by
delivering a copy of the notice either in person to the clerk of this Court or by registered or

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP                                    Defendant A's App. 00005



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

439M04333

certified mail addressed to the clerk at Wilson County District Clerk, P.O. Box 812, Floresville, Texas 78114. Notice shall be given to the state case registry by mailing a copy of the notice to State Case Registry, Contract Services Section, MC046S, P.O. Box 12017, Austin, Texas 78711-2017.

NOTICE TO ANY PEACE OFFICER OF THE STATE OF TEXAS: YOU MAY USE REASONABLE EFFORTS TO ENFORCE THE TERMS OF CHILD CUSTODY SPECIFIED IN THIS ORDER. A PEACE OFFICER WHO RELIES ON THE TERMS OF A COURT ORDER AND THE OFFICER'S AGENCY ARE ENTITLED TO THE APPLICABLE IMMUNITY AGAINST ANY CLAIM, CIVIL OR OTHERWISE, REGARDING THE OFFICER'S GOOD FAITH ACTS PERFORMED IN THE SCOPE OF THE OFFICER'S DUTIES IN ENFORCING THE TERMS OF THE ORDER THAT RELATE TO CHILD CUSTODY. ANY PERSON WHO KNOWINGLY PRESENTS FOR ENFORCEMENT AN ORDER THAT IS INVALID OR NO LONGER IN EFFECT COMMITS AN OFFENSE THAT MAY BE PUNISHABLE BY CONFINEMENT IN JAIL FOR AS LONG AS TWO YEARS AND A FINE OF AS MUCH AS $10,000.

*Warnings*

WARNINGS TO PARTIES: FAILURE TO OBEY A COURT ORDER FOR CHILD SUPPORT OR FOR POSSESSION OF OR ACCESS TO A CHILD MAY RESULT IN FURTHER LITIGATION TO ENFORCE THE ORDER, INCLUDING CONTEMPT OF COURT. A FINDING OF CONTEMPT MAY BE PUNISHED BY CONFINEMENT IN JAIL FOR UP TO SIX MONTHS, A FINE OF UP TO $500 FOR EACH VIOLATION, AND A MONEY JUDGMENT FOR PAYMENT OF ATTORNEY'S FEES AND COURT COSTS.

FAILURE OF A PARTY TO MAKE A CHILD SUPPORT PAYMENT TO THE PLACE AND IN THE MANNER REQUIRED BY A COURT ORDER MAY RESULT IN THE PARTY'S NOT RECEIVING CREDIT FOR MAKING THE PAYMENT.

FAILURE OF A PARTY TO PAY CHILD SUPPORT DOES NOT JUSTIFY DENYING THAT PARTY COURT-ORDERED POSSESSION OF OR ACCESS TO A CHILD. REFUSAL BY A PARTY TO ALLOW POSSESSION OF OR ACCESS TO A CHILD DOES NOT JUSTIFY FAILURE TO PAY COURT-ORDERED CHILD SUPPORT TO THAT PARTY.

*Attorney's Fees*

IT IS ORDERED that attorney's fees are to be borne by the party who incurred them.

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP

Page 16 of 18
Defendant A & A 000016



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

439 M04333

*Costs*

IT IS ORDERED that costs of court are to be borne by the party who incurred them.

*Discharge from Discovery Retention Requirement*

IT IS ORDERED that the parties and their respective attorneys are discharged from the requirement of keeping and storing the documents produced in this case in accordance with rule 191.4(d) of the Texas Rules of Civil Procedure.

*Relief Not Granted*

IT IS ORDERED that all relief requested in this case and not expressly granted is denied.

*Date of Order*

SIGNED on _October 15_, 2013.

_____
JUDGE PRESIDING

APPROVED AS TO FORM ONLY:
The Law Offices of
DONAHO & DOCKERY PC
P.O. Box 459
Floresville, Texas 78114
Tel: (830) 393-2700
Fax: (830) 393-3029

By: _____
Kirk Dockery
State Bar No. 05929220
Attorney for Petitioner

I, DEBORAH BRYAN, DISTRICT CLERK OF WILSON COUNTY, TEXAS
DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT
COPY OF THE ORIGINAL FILED AND OF RECORD IN MY OFFICE.
WITNESS MY OFFICIAL HAND AND SEAL THIS

_August 16, 2016_

DEBORAH BRYAN, DISTRICT CLERK
WILSON COUNTY, TEXAS

BY _Sandra L. Serna_ DEPUTY

APPROVED AS TO BOTH FORM AND SUBSTANCE:

_____
Christopher Allen Ward, Petitioner



_____
Chancie Renae McMahan, Respondent
1613 West Story Street

Filed __15__ Day of __Oct__ 20_13_
_____M
Clerk District Court Wilson County, Texas.

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP

Defendant A & A 000017
Page 17 of 18

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Floresville Independent School District
**Student Health Services**

Date 8/9/17    Student Ryland McMahan    DOB 1-5-12    Grade K

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
*Do Not Write Below this Line*
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

Your child is due for the following immunizations at this time:

| REQUIRED FOR YOUR CHILD | | |
|---|---|---|
| DTP/DTaP/TD/Tdap | Hepatitis B | Varicella |
| MMR | OPV/IPV | Hepatitis A |
| Hib | Pneumococcal | Meningococcal |
| RECOMMENDED FOR YOUR CHILD *(dependent on age of child)* | | |
| HPV | Influenza | Meningococcal |
| Hepatitis A | Varicella | |

☑ The required immunizations must be completed by Aug 18th    or your child will not be able to return to school on Aug 21, 2017.

☐ The recommended immunizations should be discussed with your child's heath care provider and completed at the next doctor's appointment.

All of these immunizations may be obtained from your doctor or from the Public Health Department (830-393-6225). Also, Floresville ISD provides immunizations to children that qualify. To find out if your child qualifies, please call (830) 393-5368.

School Nurse _____

**Please remember to send proof of Immunizations to school.**

South Elementary Campus
(830) 393-5325 x1008
Fax: (830) 393-5766

North Elementary Campus
(830) 393-5310, x1049
Fax: (830) 393-5315

Middle School Campus
(830) 393-5350 x1009
Fax: (830) 393-5354

High School Campus
(830) 393-5370 x1004
Fax: (830) 393-5376

Alternative Campus
(830) 393-5368 x1002
Fax: (830) 393-5706

10/11 FISD-Immunization Typeset & Printed by FHS Printing & Imaging Technology Class

Defendant A & A 000018



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

### CONTINGENCY FEE CONTRACT

THIS IS AN AGREEMENT between ANDERSON & ASSOCIATES LAW FIRM (hereinafter called Attorney) of the City of San Antonio Bexar County Texas and the undersigned (hereinafter called Client), whereby Client retains and employs Attorney to represent Client in Prosecuting Clients claim as follows:

*Related to the Sutherland Springs Shooting Dated 11/5/19 & The Deaths of Joan & Brook Ward, the Death of Emily Garcia & Injuries to Ryland Ward.*

Client empowers Attorney to file such legal action as may be advisable in Attorney's judgment.

Client agrees to pay attorney as attorneys fee for such representation one-third (33 1/3%) of any gross recovery before action is filed, forty percent (40%) of any gross recovery after the action is filed but before the commencement of trial and fifty (50%) of any gross recovery after commencement of trial. This contract constitutes a conveyance to said attorney of an undivided interest in the entire cause of action, in the percentages heretofore set forth. If settlement of this case is made by structured settlement attorney fees will be computed on the basis of a Percentage of the total cost of the settlement. The attorney fees shall be paid out of the initial cash payment.

All costs, necessary disbursements and reasonable personal expenses that are incurred by Attorney for and on behalf of Client and Clients cause are to be reimbursed by Client from that portion of any recovery that is payable to Client after calculation of Attorney's contingency fee hereunder. The parties expressly understand that in the event no recovery is obtained on the claim the subject of this retainer agreement, Attorney will make no charges for Attorney's time, services, fees, costs, or other expenses with Attorney may have advanced.

Neither Client nor Attorney will make a settlement of the claim herein or accept any sum without consent of the Client.

Client understands that Attorney had made no representations Concerning the Successful termination of this claim or the favorable outcome of any legal action that may be filed, and does not guarantee that Attorney will obtain reimbursement to Client of any of Clients costs or expenses resulting from the incident described above, out of which this claim arises. Client further expressly acknowledges that all statements of Attorney on these matters are statements of opinion only.

Client assigns all personal injury protection benefits directly to Anderson & Associates Law Firm, for the purposes of disbursement and payment of medical bill incurred by Client. Client authorizes Attorney to sign, endorse or execute any and all documents, checks, releases or forms related to this cause or action.

Client authorizes the sending of medical and hospital bills to Attorney, and in the event of recovery by trial or settlement authorizes Attorney to pay health care providers directly and to deduct the same from any recovery which may be due Client.

Client hereby gives Attorney Clients power of attorney on Client's case under this contract at no additional cost to Client. Attorney is authorized to enter into an agreement to refer Client's case to another attorney to share attorney's fees with the other attorney at no additional cost to Client, and to discuss all attorney-client communications with any associated attorney of referral attorney.

After review of Client's case by Attorney, Attorney may, at is sole discretion elect not to pursue Client's case, if Attorney does not feel it is feasible to do so.

This contract is performable in Bexar County, Texas.

DATE  11/9/19

WITNESS

CLIENT  _____

CLIENT  As N/0/F & Survive/Father 

Defendant A & A 000019

---

### STATE OF TEXAS
### COUNTY OF NUECES

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J. HENRY INJURY ATTORNEYS, Plaintiffs, | § § § § § | IN THE COUNTY COURT |
| V. | § § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC, Defendants. | § § § § | NUECES COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER, MOTION TO TRANSFER VENUE, AND COUNTERCLAIM

NOW COMES Defendant, Anderson & Associates Law Firm, Pllc, named Defendant in the above-entitled and numbered cause, and SUBJECT TO THE COURT'S RULING ON DEFENDANT'S SPECIAL APPEARANCE CHALLENGING PERSONAL JURISDICTION, files this Original Answer, Motion to Transfer Venue, and Counterclaim, and shows the Court.

### MOTION TO TRANSFER VENUE

1. The jurisdictional limits of County Courts at Law is $250,000.00. Plaintiffs pled, on page 2, paragraph 7 of their Original Petition, for "monetary relief over $1,000,000.00. This is beyond the jurisdictional limits of this Court.

2. The county where Plaintiff filed this suit is not the proper venue for this cause. Defendant specifically <u>denies</u> the following allegation of venue:

   a. Venue is not proper in Nueces County, Texas because all of the Plaintiff's causes of action occurred in Bexar County, Texas.

3. Defendant claims Plaintiff's choice of county violates the general venue rule Tex. Civ. Prac. & Rem. Code Section 15.002(a), and hereby asserts that venue is proper in Bexar

1 | P a g e

A & A Original Answer, Motion to Transfer Venue, & Counter Claim



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

County because of the following:

      a.      Bexar County, Texas is the proper venue because it is the county in which all or a substantial part of the events or omissions giving rise to the claim occurred.

      b.      Defendant, Anderson & Associates Law Firm, PLLC's, principal office location is in Bexar County, Texas. Defendant does not have an office location in Nueces County, Texas, nor ever has.

      c.      Plaintiffs' both have offices in Bexar County and practice law in Bexar County.

Therefore, pursuant to the general venue provisions cited herein, the venue of this cause is in Bexar County, Texas.

      4.      Defendant requests a transfer of venue for convenience and in the interest of justice pursuant to Tex. Civ. Prac. & Rem. Code section 15.002(b), and submits affidavits in support of same.

      a.      Defendant claims the parties and witnesses will be inconvenienced by Plaintiff's choice of Nueces County because all the witnesses live in or adjacent to Bexar County, Texas.

      b.      Defendant claims maintenance of this suit in Nueces County will work an economic and personal hardship on the parties and witnesses because Nueces County is 147 miles and a two- and twenty-minutes' drive from Defendant, Anderson & Associates Law Firm, PLLC's principal office.

      c.      Defendant claims Bexar County will not work such economic and personal hardship on the witnesses because both Defendants' principal offices are located in San Antonio, Bexar County, Texas, along with the principal office for Defendant Anderson &

A & A Original Answer, Motion to Transfer Venue, & Counter Claim



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Associates Law Firm PLLC.

      d.      Defendant claims the balance of interests of all parties favors maintenance of the suit in Bexar County, Texas because Plaintiffs actively do business in San Antonio, Bexar County, Texas and have done so since at least 2009 as Anderson & Associates, PLLC.

      e.      Bexar County, Texas is a proper venue for this cause.

Therefore, pursuant to the general venue provisions and for the reasons cited herein this cause is most appropriate in Bexar County, Texas.

## GENERAL DENIAL

      6.      Defendant denies each and every allegation of Plaintiff's Original Petition, and demands strict proof thereof as required by the Texas Rules of Civil Procedure.

## DEFENDANT'S COUNTERCLAIM

## FACTS

      7.      This suit arises from the Sutherland Springs, Texas massacre on November 5, 2017. Counter-Defendants' client, Chancie McMahan (hereinafter "McMahan"), the mother of the minor R.W. Counter-Defendant' client, McMahan, and Counter-Plaintiffs' client, Christopher Ward (hereinafter "Ward"), were not ever married and the child R.W. resided with Ward. Additionally, an Order in a Suit Affecting the Parent Child Relationship between both McMahan and Ward awarded that he right to make legal decision to Ward and not to McMahan.

On November 5, 2017 Michael Ward contacted Anderson & Associates Law Firm, and spoke to Paul Anderson regarding the shooting that occurred at the Sutherland Springs Baptist Church that killed and injured his family members. Christopher Ward was requesting our assistance in the case. On November 7, 2017 Anderson & Associates Law Firm met with Christopher Ward at the

<span style="float:right">3 | P a g e</span>

A & A Original Answer, Motion to Transfer Venue, & Counter Claim



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

***ANN LORENTZEN***
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

University Health System Hospital in San Antonio, Bexar County, Texas, and executed the contract by Christopher Ward for himself individually, and next friend on behalf of Ryland Ward, his wife JoAnn Ward, and as next friend on behalf of Brooke Ward, executed contract attached hereto as Exhibit A.

At the time Anderson & Associates Law Firm had represented members of the Ward family for more than twenty years and was currently representing Christopher Ward's father on a business matter.

McMahan retained the Webster Law Firm, F. Herrera just prior to December 15, 2017, 40 days after the massacre, and then the Webster Law Firm retained Thomas J. Henry Attorneys on December 15, 2017 and Hilliard Martinez Gonzalez LLP on December 29, 2017.

8.    McMahan had limited contact with the child and was only visited the child at the Hospital even though the child had numerous surgeries from his injuries. It was during one of these visits with the child that McMahan contracted with the Webster Law Firm.

CAUSES OF ACTION

COUNT 1: COMMON LAW FRAUD

9.    Defendant incorporates the facts set forth above.

10.    Defendant alleges that McMahan did not have the authority to retain Plaintiffs on behalf of the child, R.W. In the Order Affecting the Parent-Child Relationship, the exclusive right to make legal decisions on behalf of the child was awarded to Ward and not McMahan. A copy of the referenced order is attached hereto as Exhibit B. This was a fraudulent inducement by Ms. McMahan to Plaintiffs due to her false representations.

11.    The elements of a cause of action for common law fraud are as follows:
    a.    The party (McMahan) made a representation to the Plaintiffs;
    b.    The representation was material;
    c.    The representation was false;

A & A Original Answer, Motion to Transfer Venue, & Counter Claim



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

    d.    When the party made the representation, the party:

        i.    Knew the representation was false; or

        ii.    That the party made the representation recklessly, as a positive assertion, and without knowledge of its truth;

    e.    The party made the representation with the intent that the Plaintiff act on it;

    f.    The Plaintiff relied on the representation; and the representation caused the Plaintiff injury.

Defendant requests this court, after reviewing the applicable documents, declare the contracts entered into by McMahan as unenforceable and the out-of-pocket damages suffered by Plaintiffs be charged against McMahan under the tort of common law fraud and the liability for the non-disclosure (*Smith v. National Resort Cmty., Inc.* *585 S.W.2d 655, 658 (Tex. 1979)*)

    <u>False representation by conduct</u> – Under Common Law Fraud, deceptive conduct is equivalent to a false statement of fact. *Ten-Cate v first National Bank, 52 S.W.2d 323, 326.* A false representation by conduct can be established by proof of acts alone or by proof of a combination of conduct and concealment or conduct and works. McMahan's knowledge and non-disclosure that she was not awarded the right to made the legal decisions on behalf of the child, R.W., caused the detrimental reliance of Counter-Defendants on McMahan's ability to enter into the contract for legal representation. Traditionally under a Suit Affective the Parent-Child Relationship or a Divorce, both parents of a children are awarded the independent right to make legal decisions on behalf of a child. In this instance, McMahan did not have this independent right but instead Ward was awarded the exclusive right to made legal decisions for R.W. It was McMahan's intent that Counter-Defendants relay on her representation that she had the authority to enter into the contract on R.W.'s behalf.

## COUNT 2: DECLARATORY JUDGMENT

12.    Defendant incorporates the facts set forth above.

13.    On November 7, 2017, Christopher Ward retained Anderson & Associates Law Firm PLLC

A & A Original Answer, Motion to Transfer Venue, & Counter Claim



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

on behalf of himself and his minor son, R.W. R.W. was living with Ward at the time of the Sutherland Springs Massacre. Under the Suit Affecting the Parent Child Relationship, attached hereto as Exhibit "B," the Court awarded both McMahan and Ward the independent right to represent the child in legal action during their periods of possession.

14.     The Federal Tort Claims Act ("FTCA") caps awards of attorneys' fees to 25%. Thus far, Plaintiffs and Defendants have been unable to reach an agreement as to the division of attorneys' fees for the amount awarded to R.W. Accordingly, Defendant seeks a declaration from this Honorable Court, after reviewing the applicable documents, that the Defendants fee agreement is valid and reach a determination as to how the attorneys' fees should be divided.

## COUNT 3: QUANTUM MERUIT

15.     Defendant incorporates the facts set forth above, and assert this cause of action in the alternative to their request for declaratory relief.

16.     Defendants provided valuable legal services to and/or on Plaintiffs behalf. Plaintiffs accepted the benefits of Defendants' services, which were reasonably worth the amount allowed under the FTCA. Plaintiffs had reasonable notice of Defendant's expected compensation for such services. Such services were provided under circumstances which Plaintiffs knew, or reasonably should have known, that it would be expected to compensate Defendants for services rendered. Plaintiffs retained the benefit of Defendants services. Defendants are entitled to recover from Plaintiffs, based upon quantum meruit the reasonable value of the services performed.

17.     Defendants provided services which Plaintiffs accepted. As such, Defendant seeks damages under quantum meruit for the value of the work they performed.

### PRAYER

Defendant prays the Court, SUBJECT TO THE COURT'S RULING ON DEFENDANT'S

A & A Original Answer, Motion to Transfer Venue, & Counter Claim



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

P54

SPECIAL APPEARANCE CHALLENGING PERSONAL JURISDICTION,

1. Will transfer this cause to Bexar County, will dismiss the Plaintiff's Petition.

2. Will sustain the exceptions to the Plaintiff's Petition and order Plaintiff to replead,

and

3. Plaintiffs to pay all of Defendant's court costs and attorney fees as a direct result of the original lawsuit and after notice and hearing or trial, enters judgment in favor of Defendant, awards Defendant the costs of court, attorney's fees, and such other and further relief as Defendant may be entitled to in law or in equity.

Respectfully submitted,

Anderson & Associates Law Firm



By: _____
Paul Anderson
Texas Bar No. 01202000
Kandyce Palamarchuck
Texas Bar No. 24095451
E-File Email: rd.aalaw@yahoo.com
2600 S. W. Military Dr. Ste. 118
San Antonio, Texas 78224
Tel. (210) 928-9999
Fax. (210) 210-928-99118
Attorneys for Defendant
Anderson & Associates Law Firm, PLLC, as Entity of Anderson & Associates Law Firm, PLLC

A & A Original Answer, Motion to Transfer Venue, & Counter Claim

**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

***ANN LORENTZEN***
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CERTIFICATE OF SERVICE

I certify that on September _30_, 2022 a true and correct copy of Defendant's Answer, Motion to Transfer Venue, Plea to Jurisdiction and Special Exceptions were served on Marion M. Reily, and Thomas J Henry, electronically through the electronic filing manager.

*Via E-Service*

| | |
|---|---|
| **HILLARD MARTINEZ GONZALES, LLP**<br>Robert C. Hilliard<br>John B. Martinez<br>Rudy Gonzales, Jr.<br>Catherine Tobin Hilliard<br>T. Christopher Pinedo<br>Marion M. Reily | **DIEGO LAW**<br>Diego Lopez<br>8118 Datapoint Drive<br>San Antonio, Texas 78229<br>Tel: (210) 614-6400<br>E-file Email: diego@diegolaw.com<br>CC: Email: asst@diegolaw.com<br>Attorney for Defendant |

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
Tel: (361) 882-1612
Fax: (361) 882-3015
Attorneys for Plaintiffs

and

**LAW OFFICE OF THOMAS J. HENRY**
Robert P. Wilson
PO Box 696025
San Antonio, Texas 78269
Tel: (210) 656-1000
Fax: (210) 985-0601

Attorney for Plaintiffs



Paul Anderson

A & A Original Answer, Motion to Transfer Venue, & Counter Claim

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

P56

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS Plaintiff, | §<br>§<br>§<br>§<br>§ | IN THE COUNTY COURT AT LAW |
| v. | §<br>§ | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC, Defendant. | §<br>§<br>§<br>§<br>§ | NUECES COUNTY, TEXAS |

## VERIFICATION

BEFORE ME, the undersigned authority, personally appeared Paul Anderson, who being duly sworn, deposed as follows:

"My name is Paul Anderson. I am the Managing Member for Anderson & Associates Law Firm, PLLC. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged in Defendant's Plea to Jurisdiction. I hereby swear that the statements in support of Defendant's Plea to Jurisdiction are true and correct."



_____
Paul Anderson, as the Managing Member of
Anderson & Associates Law Firm, PLLC

SUBSCRIBED AND SWORN TO BEFORE ME on 9\30\22_____, by

Robert Nalbach



ROBERT NALBACH
My Notary ID # 3094190
Expires October 13, 2026

_____
Notary Public, State of Texas

9 | P a g e

A & A Original Answer, Motion to Transfer Venue, & Counter Claim

**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

P57

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS<br>Plaintiff, | §<br>§<br>§<br>§<br>§ | IN THE COUNTY COURT AT LAW |
| V. | §<br>§ | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC,<br>Defendant. | §<br>§<br>§<br>§ | NUECES COUNTY, TEXAS |

### AFFIDAVIT OF HARDSHIP
### IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE

BEFORE ME, the undersigned authority, personally appeared Paul Anderson, who being duly sworn, deposed as follows:

"My name is Paul Anderson. I am the Managing Member for Anderson & Associates Law Firm, PLLC. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged herein.

_____
Paul Anderson, as the Managing Member of
Anderson & Associates Law Firm, PLLC

SUBSCRIBED AND SWORN TO BEFORE ME on ⁹⟋³⁰⟋²² _____, by

Robert Nalbach

Notary Public, State of Texas

ROBERT NALBACH
My Notary ID # 5094190
Expires October 13, 2026

A & A Original Answer, Motion to Transfer Venue, & Counter Claim

10 | P a g e



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AS   OF THOMAS J. HENRY INJURY ATTORNEYS<br>Plaintiff, | §<br>§<br>§<br>§<br>§ | IN THE COUNTY COURT AT LAW |
| V. | §<br>§ | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC,<br>Defendant. | §<br>§<br>§<br>§ | NUECES COUNTY, TEXAS |

### AFFIDAVIT IN SUPPORT OF
### DEFENDANT'S MOTION TO TRANSFER VENUE

BEFORE ME, the undersigned authority, personally appeared Paul Anderson, who being

duly sworn, deposed as follows:

"My name is Paul Anderson. I am at least 18 years of age and of sound mind. I am

personally acquainted with the facts alleged herein.

"Facts to which Paul Anderson is attesting.."



_____
Paul Anderson, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on 9/30/22 _____, by

_____



_____
Notary Public, State of Texas

ROBERT NALBACH
My Notary ID # 3094190
Expires October 13, 2026

A & A Original Answer, Motion to Transfer Venue, & Counter Claim

11 | P a g e

---

STATE OF TEXAS
COUNTY OF NUECES

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paul Anderson
Bar No. 01202000
rd.aalaw@yahoo.com
Envelope ID: 68788319
Status as of 9/30/2022 3:01 PM CST
Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marion Reilly | | Caitlin@hmglawfirm.com | 9/30/2022 1:48:40 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 9/30/2022 1:48:40 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paul Anderson
Bar No. 01202000
rd.aalaw@yahoo.com
Envelope ID: 68788319
Status as of 9/30/2022 3:01 PM CST
Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 9/30/2022 1:48:40 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

### Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paul Anderson
Bar No. 01202000
rd.aalaw@yahoo.com
Envelope ID: 68788319
Status as of 9/30/2022 3:01 PM CST

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Diego Lopez | | diego@diegolaw.com | 9/30/2022 1:48:40 PM | SENT |



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paul Anderson
Bar No. 01202000
rd.aalaw@yahoo.com
Envelope ID: 68788319
Status as of 9/30/2022 3:01 PM CST

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce  Palamarchuck | | kp.aalaw@yahoo.com | 9/30/2022 1:48:40 PM | SENT |
| P A | | rd.aalaw@yahoo.com | 9/30/2022 1:48:40 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS Plaintiff, | § § § § § | IN THE COUNTY COURT AT LAW |
| V. | § § | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC, Defendant. | § § § § | NUECES COUNTY, TEXAS |

### ORDER GRANTING
### DEFENDANT'S MOTION TO TRANSFER VENUE

On _____, the Court considered the Defendant's Motion to Transfer Venue, and after considering the pleadings, the response, the affidavits, any discovery filed, and arguments of counsel, finds that the Motion should be **GRANTED** on the grounds that Nueces county is an inconvenient forum.

**IT IS THEREFORE ORDERED** that the Motion to Transfer Venue is **GRANTED** and this cause is hereby transferred to Bexar county.

Signed on: _____


_____
JUDGE PRESIDING


12 | P a g e

A & A Original Answer, Motion to Transfer Venue, & Counter Claim



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

P64

NO. 2022CCV-60432-1

| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS Plaintiff, | § § § § | IN THE COUNTY COURT AT LAW |
|---|---|---|
| V. | § § | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC, Defendant. | § § § § | NUECES COUNTY, TEXAS |

## ORDER SUSTAINING
## DEFENDANT'S PLEA TO JURISDICTION

On _____, the Court heard the Defendant's Plea to Jurisdiction. After

due consideration of the pleadings, the Motion, the Response, the arguments of counsel and the

evidence submitted at the hearing, this Court is of the opinion that such Plea is due to be

SUSTAINED.

IT IS THEREFORE ORDERED that Defendant's Plea to Jurisdiction is SUSTAINED

and this cause is hereby DISMISSED WITHOUT PREJUDICE.


Signed on: _____



_____
JUDGE PRESIDING


13 | P a g e

A & A Original Answer, Motion to Transfer Venue, & Counter Claim



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS<br>Plaintiff, | §<br>§<br>§<br>§<br>§ | IN THE COUNTY COURT AT LAW |
| V. | §<br>§ | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC,<br>Defendant. | §<br>§<br>§<br>§<br>§ | NUECES COUNTY, TEXAS |

## ORDER SUSTAINING
### DEFENDANT'S SPECIAL EXCEPTIONS TO
### PLAINTIFF'S PETITION

On _____, the Court considered the Defendant's Special Exceptions to Plaintiff's Petition and the arguments of counsel.. After due consideration, the Court orders the following:

Defendant's objection to the defect in jurisdiction in Plaintiff's Petition is sustained and Plaintiff is ordered to replead..

Defendant's objection that _____ is sustained and Plaintiff is ordered to replead.


SIGNED on _____, 2022.


_____
JUDGE PRESIDING


14 | P a g e
A & A Original Answer, Motion to Transfer Venue, & Counter Claim



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

CAUSE NO. 2022CCV-60432-1

| HILLIARD MARTINEZ GONZALES | § | IN THE COUNTY COURT |
| LLP and THOMAS J. HENRY INJURY | § | |
| ATTORNEYS, | § | |
| | § | |
| *Plaintiffs* | § | |
| | § | AT LAW NUMBER 1 |
| vs. | § | |
| | § | |
| ANDERSON & ASSOCIATES LAW | § | |
| FIRM PLLC and LAW OFFICES OF | § | |
| DIEGO LOPEZ, PLLC | § | |
| *Defendants* | § | NUECES COUNTY, TEXAS |

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ANDERSON & ASSOCIATES LAW FIRM PLLC

COME NOW, HILLIARD MARTINEZ GONZALES LLP and THOMAS J. HENRY INJURY ATTORNEYS, Plaintiffs herein and ask this Court to enter a partial default judgment as to liability against ANDERSON & ASSOCIATES LAW FIRM PLLC and respectfully request a hearing on Plaintiffs' unliquidated damages, and in support thereof would show as follows:

### I. INTRODUCTION AND BACKGROUND FACTS

1. Plaintiffs sued Defendants Anderson & Associates Law Firm and Law Offices of Diego Lopez for declaratory judgment, quantum meruit, and unjust enrichment.

2. On April 20, 2022, Plaintiffs filed their Original Petition against Defendants Anderson & Associates Law Firm and Law Officers of Diego Lopez. *See Plaintiffs' Original Petition* attached as "Exhibit A." Please note that Defendant Law Offices of Diego Lopez is not included in this Motion for Default Judgment, as Defendant Law Offices of Diego Lopez has filed an Answer to Plaintiffs' lawsuit.

3. On September 12, 2022, Defendant Anderson & Associates Law Firm's representative, Paul Anderson, was properly served at 102 Palo Alto, Ste. 455, San Antonio, TX



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

78211.

4.      On September 13, 2022, the Affidavit of Service for Defendant Anderson & Associates Law Firm was filed with the Court pursuant to Texas Rule of Civil Procedure 107. *See* **Citation and Affidavit of Service for Defendant Anderson & Associates Law Firm, attached as "Exhibit B".** The Affidavit of Service has been on file with the Court for more than ten (10) days prior to the filing of this Motion pursuant to Rule 239.

5.      Defendant Anderson & Associates Law Firm has failed to answer or file any pleading that would constitute an answer within the deadline set by Rule 99(b). Pursuant to this Rule, Defendant Anderson & Associates Law Firm's deadline to answer *Plaintiffs' Original Petition* was October 3, 2022.

6.      As of the date of filing this Motion, Defendant C Anderson & Associates Law Firm has failed to file an answer.

7.      Plaintiffs have also filed Plaintiffs' Certificate of Last Known Mailing Address concurrently with this Motion pursuant to Texas Rule of Civil Procedure 239a. *See* **Plaintiffs' Certificate of Last Known Mailing Address, attached as "Exhibit C."**

## II. ARGUMENTS & AUTHORITIES

8.      The Court should render a default judgment against Anderson & Associates Law Firm because Anderson & Associates Law Firm was properly served and did not file an answer or any other pleading constituting an answer within the prescribed time period. *See* Tex. R. Civ. P. 239.

9.      In district and county courts, a defendant must file its answer to a lawsuit by 10:00 a.m. on the first Monday following the expiration of twenty (20) days from the date the defendant was served with the citation. Tex. R. Civ. P. 99(b); *Solis v. Garcia*, 702 S.W.2d 668, 671 (Tex.



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

App.—Houston [14th Dist.] 1985, no writ). Thus, Anderson & Associates Law Firm's answer was then due on October 3, 2022. Defendant Anderson & Associates Law Firm has yet to file an answer.

10.     Generally, a defendant's failure to answer a petition equates to an admission of all facts properly pleaded in the plaintiff's petition, except as to unliquidated damages, as well as a waiver of any affirmative defenses. *Gardner v. U.S. Imaging*, 274 S.W.3d 669, 671 (Tex. 2008).

11.     Assuming the facts in the petition set out a cause of action, a default judgment conclusively establishes the defendant's liability. *Morgan v. Compugraphic Corp.*, 675 S.W.2d 729, 731 (Tex. 1984).

12.     Texas law imposes no duty on the plaintiff to notify a defendant before taking a default judgment when the defendant has been properly served with the citation and petition, and has failed to answer or otherwise appear. *Wilson v. Wilson*, 132 S.W.3d 533, 536 (Tex. App.—Houston [1st Dist.] 2004, pet. denied).

### III. DAMAGES

13.     The damages alleged in *Plaintiffs' Original Petition* include declaratory relief and unliquidated damages.

14.     Plaintiffs respectfully request a hearing with respect to Plaintiffs' unliquidated damages.

### IV. CONCLUSION

15.     For the reasons set forth herein, Plaintiffs are entitled to a partial default judgment as to liability against Defendant Anderson & Associates Law Firm. Plaintiffs respectfully request a hearing to present Plaintiffs' damages, on a date and time that is convenient for the Court.

### V. PRAYER



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

WHEREFORE, Plaintiffs pray that this Court enter a Default Judgment on the issue of liability against Defendant Anderson & Associates Law Firm. **Proposed Default Judgment, attached here as "Exhibit D".** Plaintiffs will request a subsequent hearing regarding the amount of damages for the Court's consideration.

Respectfully submitted,

HILLIARD MARTINEZ GONZALES, LLP

By: */s/ Marion M. Reilly*
Robert C. Hilliard
State Bar No. 09677700
bobh@hmglawfirm.com
John B. Martinez
State Bar No. 24010212
john@hmglawfirm.com
Rudy Gonzales, Jr.
State Bar No. 08121700
rudyg@hmglawfirm.com
Catherine Tobin Hilliard
State Bar No. 24013642
catherine@hmglawfirm.com
T. Christopher Pinedo
State Bar No. 00788935
cpinedo@hmglawfirm.com
Marion M. Reilly
State Bar No. 24079195
marion@hmglawfirm.com
719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
T: 361-882-1612
F: 361-882-3015

**ATTORNEYS FOR PLAINTIFFS**

And
By: */s/ Robert Wilson*
Robert Wilson
State Bar No. 2171875
rwilson@thomasjhenrylaw.com
**LAW OFFICE OF THOMAS J. HENRY**
P.O. 696025
San Antonio, Texas 78269



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Telephone No.: 210.656.1000
Facsimile No.: 210.985.0601

## CERTIFICATE OF SERVICE

I hereby certify that, on October 5, 2022, a true and correct copy of the above and foregoing document was served via email, e-file, and/or mail to the following:

Via E-File
Diego A. Lopez
LAW OFFICE OF DIEGO A. LOPEZ, PLLC
The Ariel House
8118 Datapoint Dr
San Antonio, Texas 78229

*Counsel for Defendant Law Office of
Diego A. Lopez, PLLC*

By: /s/ *Marion M. Reilly*
Marion M. Reilly



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# Exhibit

# A



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

~~2022DCV-1363-E~~

CAUSE NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES | § | IN THE COUNTY COURT |
| LLP AND THOMAS J. HENRY INJURY | § | |
| ATTORNEYS, | § | |
| **Plaintiffs** | § | |
| | § | AT LAW NO. _____ |
| **v.** | § | |
| | § | |
| ANDERSON & ASSOCIATES LAW | § | |
| FIRM PLLC and LAW OFFICES OF | § | |
| DIEGO LOPEZ, PLLC, | § | |
| **Defendants** | § | NUECES COUNTY, TEXAS |

---

### PLAINTIFFS' ORIGINAL PETITION

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW Plaintiffs, Hilliard Martinez Gonzales LLP and Thomas J. Henry Injury

Attorneys and file this their Original Petition against Defendants, Anderson & Associates Law

Firm PLLC and the Law Offices of Diego Lopez, PLLC, asserting causes of action for Declaratory

Relief, Quantum Meruit, and Unjust Enrichment.

### I.
### DISCOVERY CONTROL PLAN

1.      Pursuant to the provisions of Texas Rule of Civil Procedure 190.3, Plaintiffs

propose to conduct discovery according to Discovery Control Plan Level 3, and therefore request

this Court to enter a Litigation Control Order, which includes a discovery deadline date and a

designation of expert deadline.



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## II.
## PARTIES

2.    Plaintiff, Hilliard Martinez Gonzales LLP, is a limited liability partnership with its headquarters and principal place of business in Corpus Christi, Nueces County, Texas.

3.    Plaintiff, Thomas J. Henry Injury Attorneys, is a professional corporation with an office and principal place of business in Corpus Christi, Nueces County, Texas.

4.    Defendant Anderson & Associates Law Firm PLLC has its principal place of business in the State of Texas and has been served by and through its registered agent Paul Anderson at 102 Palo Alto, Ste. 455, San Antonio, Texas 78211.

5.    Defendant the Law Offices of Diego Lopez, PLLC has its principal place of business in the State of Texas and has been served by and through its registered agent Diego Lopez, 8118 Datapoint Drive, San Antonio, Texas 78229.

6.    Defendants Anderson & Associates Law Firm PLLC and the Law Offices of Diego Lopez, PLLC will be referred to collectively as Defendants and/or individually by their individual name.

## III.
## VENUE AND JURISDICTION

7.    Plaintiffs seek monetary relief over $1,000,000.00. The Court has jurisdiction over the lawsuit because the amount in controversy exceeds the Court's minimum jurisdictional requirements, and because Defendants have their principal place of business in the State of Texas and regularly conduct business in the State of Texas.

8.    This Court has personal jurisdiction over Defendants because, pursuant to Chapter 17 of the Texas Civil Practice & Remedies Code, Defendants have conducted business in this state.

9.    Venue is proper in Nueces County, Texas under Texas Civil Practices & Remedies

Plaintiffs' Original Petition                                                      Page 2



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

P74

Code section 15.002(a)(1) because all or a substantial part of the events or omissions giving rise to the claim occurred in Nueces County, Texas. Venue is also proper in Nueces County because the contract with the Plaintiffs' client—under which the work was performed—provides for venue in Nueces County, Texas.

## IV.
### FACTUAL BACKGROUND

10.     Hilliard Martinez Gonzales LLP ("HMG") and Thomas J. Henry Injury Attorneys ("TJH") represent Chancie McMahan, the mother of a minor, R.W. R.W. was shot five times in the horrific Sutherland Springs shooting on Nov. 5, 2017. The Sutherland Springs shooting was the largest mass shooting in the State of Texas, where the shooter took the lives of 26 individuals and wounded 22 more. Plaintiffs were retained by Ms. McMahan, Individually and as Next Friend of R.W. in 2017.

11.     Plaintiffs filed two lawsuits: one in state court against Academy Sports + Outdoors, Cause No. 2018CI2329, consolidated with 2017CI23341 in the 224th Judicial District of Bexar County, Texas and one in federal court against the United States Air Force, No. 5:19-CV-0972-XR, consolidated with 5:18-cv-00555-XR. The latter suit proceeded to trial in the Western District of Texas Court, and the global matter was titled: *Holcombe et al v. United States of America*, No. 5:18-cv-00555-XR. The Judge awarded approximately $233 Million to all of the plaintiffs collectively. Final Judgment was entered on April 5, 2022 for R.W. in the amount of $11,059,219.07. Pursuant to the Federal Tort Claims Act ("FTCA"), attorneys' fees are capped at 25%.

12.     Upon information and belief, R.W.'s father, Christopher Ward, retained Anderson & Associates Law Firm PLLC to bring claims for R.W.'s injuries as well, and then after the liability phase of the trial, but before the damages phase of the trial, retained the Law Offices of

---

Plaintiffs' Original Petition                                                                 Page 3



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Diego Lopez, PLLC. Plaintiffs do not concede the validity of any agreements, if they existed, signed by Christopher Ward for R.W. to retain Anderson & Associates Law Firm PLLC and/or the Law Offices of Diego Lopez, PLLC.

13.    Throughout the course of the litigation, Plaintiffs performed a substantial majority (nearly all) of the work for the prosecution directly related to R.W.'s claims, including drafting briefing and legal memoranda, preparing objections to evidence, taking the depositions of the necessary damages experts, representing R.W. at trial, paying for R.W.'s portion of the litigation fund, participating in strategic legal discussions with counsel, and paying for a vast majority of the expenses associated with the trial of R.W.'s case. Plaintiffs' attorneys were actively involved in strategy, briefing, motion practice, witness preparation, and exhibit compilation, while Anderson & Associates Law Firm PLLC and the Law Offices of Diego Lopez PLLC did very little. In fact, Diego Lopez did not even make an appearance in the matter until August 6, 2021—4 months after the liability phase of the trial was complete. No attorney with Anderson & Associates Law Firm PLLC was involved in any material part with the liability phase of the trial, and in fact, did not even appear for trial a number of the days.

14.    The work performed by HMG and TJH was performed substantially in Nueces County, Texas, utilizing resources from the firms in Nueces County, Texas and the cause of action thus accrued in this County. Additionally, the contract between Plaintiffs and Ms. McMahan, Individually and on behalf of R.W., provides for venue in Nueces County, Texas.

## V.
## CAUSES OF ACTION

### COUNT 1: DECLARATORY JUDGMENT

15.    Plaintiffs incorporate the facts set forth above.

16.    On December 15, 2017, Ms. McMahan retained Thomas J. Henry Injury Attorneys

---



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

on behalf of herself and her minor son, R.W. On December 29, 2017, Ms. McMahan signed a consent to associate ratifying the contract and agreeing to have Hilliard Martinez Gonzales LLP associate in as additional counsel. On July 23, 2021, Ms. McMahan executed an additional consent to associate ratifying the contract and agreeing to have The Webster Law Firm and the Herrera Law Firm associate in as additional counsel. These written agreements are attached hereto as Exhibit A.

17.    The FTCA caps awards of attorneys' fees to 25%, and the minor cannot—and should not—pay a double recovery. Thus far, Plaintiffs and Defendants have been unable to reach an agreement as to the division of attorneys' fees for the amount awarded to R.W. Accordingly, Plaintiffs seek a declaration from This Honorable Court, after reviewing the applicable documents and the work performed, that the Plaintiffs' fee agreement is valid and reach a determination as to how the attorneys' fees should be divided.

## COUNT 2: QUANTUM MERUIT

18.    Plaintiffs incorporate the facts set forth above, and assert this cause of action in the alternative to their request for declaratory relief.

19.    Plaintiffs provided valuable legal services to and/or on Defendants' behalf. Defendants accepted the benefits of Plaintiffs' services, which were reasonably worth the amount allowed under the FTCA. Defendants had reasonable notice of Plaintiffs' expected compensation for such services. Such services were provided under circumstances which Defendants knew, or reasonably should have known, that it would be expected to compensate Plaintiffs for services rendered. Defendants retained the benefit of Plaintiffs' services. Plaintiffs are entitled to recover from Defendants, based upon quantum meruit the reasonable value of the services performed.

20.    Plaintiffs provided valuable services which Defendants accepted. Defendants knew

Plaintiffs' Original Petition                                                                 Page 5



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

P77

that Plaintiffs expected to be compensated for these services. As such, Plaintiffs seek damages under quantum meruit for the value of the work they performed.

## COUNT 3: UNJUST ENRICHMENT

21.     Plaintiffs incorporate the facts set forth above, and assert this cause of action in the alternative to their request for declaratory relief.

22.     As described herein, Plaintiffs conferred valuable benefits on Defendants in the form of, *inter alia*, performing a substantial majority (nearly all) of the work for the prosecution directly related to R.W.'s claims, including drafting briefing and legal memoranda, preparing objections to evidence, taking the depositions of the necessary damages experts, representing R.W. at trial, paying for R.W.'s portion of the litigation fund, participating in strategic legal discussions with counsel, and paying for a vast majority of the expenses associated with the trial of R.W.'s case. Plaintiffs' attorneys were actively involved in strategy, briefing, motion practice, witness preparation, and exhibit compilation.

23.     Defendants accepted such valuable benefits from Plaintiffs. As such, and as a direct and/or proximate result, Defendants have been unjustly enriched by the benefits Plaintiffs conferred.

VI.
### DAMAGES

24.     Plaintiffs seek declaratory relief and unliquidated damages in an amount that is within the jurisdictional limits of the court.

25.     Plaintiffs seek monetary damages from Defendants to compensate them for the following elements of damages, including but not limited to: actual, consequential, and/or compensatory damages and any equitable relief to which Plaintiffs may be entitled. The Plaintiffs further hereby seek attorneys fees in bringing this declaratory judgment action.

---

Plaintiffs' Original Petition                                                      Page 6



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## VII.
## NOTICE OF SELF-AUTHENTICATION

26.    Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Defendants are hereby notified that the production by Defendants of any document in response to written discovery authenticates the document for use against Defendants in any pre-trial proceeding or at trial.

## VIII.
## CONDITIONS PRECEDENT

27.    All conditions precedent to Plaintiffs' right to recover the relief sought herein have occurred or have been performed.

## IX.
## PRE- AND POST-JUDGMENT INTEREST

28.    Plaintiffs seek pre- and post-judgment interest as allowed by law.

## X.
## JURY DEMAND

29.    Plaintiffs request a trial by jury for all issues of fact.

## XI.
## PRAYER

WHEREFORE, Plaintiffs pray that the citations be issued, that upon trial or hearing of this cause that judgment be rendered against Defendants; that the judgment bear interest as allowed by law; for pre-judgment and post-judgment interest; that costs of Court be taxed against the Defendants and for such other and further relief, at law and in equity, to which the Court or Jury believes Plaintiffs are deserving and for which they will ever pray.

Respectfully submitted,
HILLIARD MARTINEZ GONZALES, LLP

By: /s/ Marion M. Reilly

---

Plaintiffs' Original Petition                                    Page 7



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Robert C. Hilliard
State Bar No. 09677700
bobh@hmglawfirm.com
John B. Martinez
State Bar No. 24010212
john@hmglawfirm.com
Rudy Gonzales, Jr.
State Bar No. 08121700
rudyg@hmglawfirm.com
Catherine Tobin Hilliard
State Bar No. 24013642
catherine@hmglawfirm.com
T. Christopher Pinedo
State Bar No. 00788935
.cpinedo@hmglawfirm.com
Marion M. Reilly
State Bar No. 24079195
marion@hmglawfirm.com

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
T: 361-882-1612
F: 361-882-3015

**ATTORNEYS FOR PLAINTIFFS**

And

By: */s/ Robert Wilson*
Robert Wilson
State Bar No. 2171875
rwilson@thomasjhenrylaw.com
**LAW OFFICE OF THOMAS J. HENRY**
P.O. 696025
San Antonio, Texas 78269
Telephone No.: 210.656.1000
Facsimile No.: 210.985.0601

---

Plaintiffs' Original Petition                                    Page 8



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

S CONTRACT IS SUBJECT TO ARBITRATI

### POWER OF ATTORNEY AND CONTINGENT FEE CONTRACT

This agreement is made between Client(s), referred to as "client" and the The Law Offices of Thomas J. Henry, hereinafter referred to as "Attorneys".

In consideration of the mutual promises herein contained, the parties hereto agree as follows:

**1.    PURPOSE OF REPRESENTATION**

The client hereby retain and employs Attorneys to sue for and recover all damages and compensation to which the client may be entitled as well as to compromise and settle all claims arising out of on or about:

It is specifically agreed and understood that Attorneys' representation is limited to specific persons and or companies named as clients and that Attorneys are not representing or expected to represent any other person or entity not named herein as a client. It is expressly agreed and understood that Attorneys' obligations are limited to representing Client in the specific matters documented herein, and Clients do not expect Attorneys to do anything else.

Client's signature hereon confirms that said client was not improperly solicited by The Law Offices of Thomas J. Henry

**2.    ATTORNEYS' FEES**

A. General Fee Agreement: In consideration of the services rendered and to be rendered to Client by Attorneys, Client does hereby assign, grant and convey to Attorney the following present undivided interests in all the claims and courses of action for and as a reasonable contingent fee for Attorneys' services and said contingent attorneys' fee will be figured on the total gross recovery which includes any money received.

B. Federal Government and Government Claims or Suit:

1. Federal Tort Claims Act: For cases arising out of, or subject to the Federal Tort Claims Act, Client does hereby assign, grant and convey to Attorney the following present undivided interests in all the claims and courses of action for and as a reasonable contingent fee for Attorneys' services and said contingent attorneys' fee will be figured on the total gross recovery which includes any money received:

 of any award or settlement made by an administrative agency;
of any settlement or recovery made after suit is filed;

2. In consideration of the services rendered and to be rendered to Client by Attorneys, Client does hereby assign, grant and convey to Attorney the following present undivided interests in all the claims and courses of action for and as a reasonable contingent fee for Attorneys' services and said contingent attorneys' fee will be figured on the total gross recovery which includes any money received:

 of any settlement or recovery made before suit is filed thereon;
of any settlement or recovery made after suit is filed;
of any settlement or recovery made after a notice of appeal has been given or an appeal bond has been filed.

**3.    ASSIGNMENT OF INTEREST**

In consideration of Attorneys' services, the Client hereby conveys and assigns to Attorneys and agrees to pay to Attorneys an undivided interest in and to all of Client's claims and causes of action to the extent of the percentage set out in Paragraph 2.

If there is any type of settlement whereby the Client is to receive or be paid future payments, then the settlement will be reduced to present value, and the settlement will be arranged whereby there will be sufficient cash at the time of the settlement to pay the attorneys' fees which will be figured on the present value of the total settlement, including the present value of future payments.

All sums due and to become due are payable at The Law Offices of Thomas J. Henry in Nueces County, Texas.

**4.    APPROVAL NECESSARY FOR SETTLEMENT**

No settlement of any nature shall be made without Client's approval and Client agrees to make no settlement or offer of settlement without the approval of the Attorneys.

Attorneys are hereby granted a Power of Attorney so that they may have full authority to prepare, sign and file all legal instruments, pleadings, drafts, authorizations and papers as shall be reasonably necessary to conclude this representation, including settlement and/or reducing to possession any and all monies or other things of value due to the Client under the claim as fully as the Client could do in person. Attorneys are also authorized and empowered as Client's negotiator in any and all settlement negotiations concerning the subject of this Agreement.

**5.    REPRESENTATIONS**

It is understood and agreed that Attorneys cannot warrant or guarantee the outcome of the case and Attorneys have not represented to the Client that the Client will recover all or any of the funds so desired. Client realizes that Attorneys will be investigating the law and facts applicable to this claim on a continuing basis and should Attorneys learn something which in the opinion of attorneys makes it impractical for Attorneys to proceed with the handling of Client's claim, then Attorneys may withdraw from further representation of Client by sending written notice to Client's last known address.

I understand that if I am currently receiving SSI, Medicaid, or certain other government benefits, and enter into any settlement without a financial consultant and/or attorney taking appropriate precautions on my behalf, that my receipt of these government benefits may be changed, stopped or delayed. The Law Offices of Thomas J. Henry is not providing legal advice regarding any issue regarding SSI, Medicaid, or certain other government benefits.



### STATE OF TEXAS
### COUNTY OF NUECES

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

6.    DEDUCTION OF EXPENSES
Client additionally agrees that Attorneys are to be repaid and reimbursed out of client's recovery for all Court costs and expenses of litigation and non-litigation Attorney has paid or incurred. Including but not limited to, collection by various agents for The Law Offices of Thomas J. Henry of medical records, affidavits, statements, depositions, investigator expenses, expert witness expenses, photographs, witness fees, Court costs, travel, meals, copies, long-distance calls, postage, advances to Client or in Client's behalf, or any other expense reasonably related to Client's claim. Regardless of the outcome of the matter described above, all medical expenses, subrogation claims, any and all liens, and adverse parties' costs and expenses shall be the sole responsibility of client. Client agrees that attorneys may borrow funds from a commercial bank to advance or pay such Court costs and litigation expenses and the reasonable interest charged by the bank on such borrowed funds will be added to the Court costs and litigation expenses to be deducted from the settlement recovery.

The Law Offices of Thomas J. Henry have Client's permission to send "Letters of Protection" to providers for the benefit of client and attorneys are authorized to pay resultant monies owed from the Client's recovery at the resolution of the case.

7.    COOPERATION OF CLIENT
Client agrees to cooperate with Attorneys at all times and to comply with all reasonable requests of Attorneys. Client further agrees to keep attorneys advised of his/her whereabouts at all times, and to provide attorneys with any changes of address, phone number, or business affiliation in writing.

Attorneys or either of them may at his/her option, withdraw from the case and cease to represent the client should client fail to comply with any portion of this Agreement or should Attorneys or either of them decide that he or she cannot continue to be involved in this case. Such withdrawal will be effective by mailing written notice to client's last known address.

8.    ASSOCIATION OF OTHER ATTORNEYS
Attorneys may, at their own expense, use or associate other attorneys in the representation of the aforesaid claims of the client. The Law Offices of Thomas J. Henry is a law firm with a number of attorneys; and, several of these attorneys may work on Client's case.

9.    TEXAS LAW TO APPLY
This Agreement shall be construed under and in accordance with the laws of the State of Texas, and the rights, duties and obligations of client and of Attorneys regarding attorneys' representation of Client and regarding anything covered by this Agreement shall be governed by the laws of the State of Texas. Any suit between Client and Attorneys or either of them regarding Attorneys' representation of client or regarding anything covered by this Agreement will be filed in a Court of competent jurisdiction in Nueces County, Texas.

10.   ARBITRATION
Any and all disputes, controversies, claims or demands arising out of or relating to this Agreement or any provision thereof, the providing of services by Attorneys to Client, or in any way relating to the relationship between Attorneys and Client, whether in contract, tort or otherwise, at law or in equity, for damages or any other relief, shall be resolved by binding arbitration pursuant to the Federal Arbitration Act in accordance with the Commercial Arbitration Rules then in effect with the American Arbitration Association. Any such arbitration proceeding shall be conducted in Nueces County, Texas. This arbitration provision shall be enforceable in either federal or state court in Nueces County, Texas, pursuant to the substantive federal laws established by the Federal Arbitration Act. Any party to any award rendered in such arbitration proceeding may seek a judgment upon the award and that judgment may be entered by any federal or state court in Nueces County, Texas, having jurisdiction.

11.   PARTIES BOUND
This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, executors, administrators, legal representatives, successors and assigns.

12.   LEGAL CONSTRUCTION
In case any one or more of the provisions contained in this Agreement shall for any reason be held to be invalid, illegal, or unenforceable in any respect, such invalidity, illegality, or unenforceability shall not affect any other provisions thereof and this Agreement shall be construed as if such invalid, illegal, or unenforceable provision had never been contained herein.

13.   PRIOR AGREEMENTS SUPERSEDED
This Agreement constitutes the sole and only Agreement of the parties hereto and supersedes any prior understandings or written or oral agreement between the parties respecting the within subject matter.

I certify and acknowledge that I have had the opportunity to read this Agreement. I further state that I have voluntarily entered into this Agreement fully aware of its terms and conditions.

Signed and accepted this _15_ day of _December_, 2017.

THIS CONTRACT IS SUBJECT TO ARBITRATION UNDER THE TEXAS GENERAL ARBITRATION STATUTE.



X _Nancy McMahan_ IANF
CLIENT:

X
ATTORNEY

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# CONSENT TO ASSOCIATE ATTORNEY, SPLIT FEE AND ACKNOWLEDGMENT OF EXPENSES

I, Chancie McMahon, individually and as next friend of R███ W██, have been informed by my attorney, Thomas J. Henry, that he intends to associate the law firm of Hilliard, Martinez, & Gonzales LLP,. to assist in the prosecution of my case arising from the injuries sustained by my son, Ryland Ward, on November 5, 2017 in Sutherland Springs, Texas. <u>I have been informed that the attorneys will split whatever attorney's fees I owe amongst themselves equally (50-50) and that this association will not cost me any more money in attorney's fees</u>. However, I am still responsible for reimbursing all case expenses regardless of whether they are expenses from attorneys Henry, Hilliard, Martinez, & Gonzales LLP., or both. After full disclosure, I have consented to this fee-splitting arrangement.

DocuSigned by:

Chancie McMahon
_____
Chancie McMahon

12/29/2017
_____
Date signed



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

P83



**THOMAS J HENRY**
INJURY ATTORNEYS

TJHLAW.COM

**HILLIARD MARTINEZ GONZALES ꓱ**
TRIAL ATTORNEYS

## CONSENT TO ASSOCIATION OF ADDITIONAL COUNSEL AND CONSENT TO FEE-SHARING

I, **Chancie McMahan**, on behalf of R████ W███, hereinafter called "the Client," have previously employed and/or consented to be represented by **HILLIARD MARTINEZ GONZALES LLP** ("HMG") and **Thomas J. Henry Law** ("TJH") in connection with Chancie McMahan's claims on behalf of ████████ arising from injuries he sustained in the Sutherland Springs shooting on November 5, 2017.

The Client wishes to associate with **The Webster Law Firm** ("Webster") and **The Herrera Law Firm** ("Herrera") as additional counsel to represent Chancie McMahan on behalf of Ryland Ward, with the understanding and agreement that Webster and Herrera are bound by the contract with Chancie McMahan, on behalf of R████ W███ so that the total attorneys' fees that will be charged to the Client, and the other terms and conditions of the original contract Chancie McMahan, on behalf of R████ W███ remain <u>unchanged</u>.

The undersigned hereby consents to the association of Webster, Herrera, HMG and TJH as attorneys for Chancie McMahan, on behalf of R████ W███ Client further consents to a fee sharing agreement between Webster, Herrera, HMG and TJH for her claims on behalf of R████ Wa███ Client further consents to a division of the work and services required to represent the Client between these attorneys in such manner as may be agreed upon between the attorneys. Attorneys agree, and I consent, that Ryland Ward's claims will be presented during the damages phase of trial by attorneys for HMG and TJH. Client understands and consents that the fee sharing agreement of these attorneys will be based on an assumption of joint responsibility for the representation of Chancie McMahan, on behalf of R████ W███ that if a recovery is made for Client on behalf of ████████, of the total attorneys' fees obtained by Webster, Herrera, HMG and TJ for Chancie McMahan, on behalf of R███d W███, fees shall be shared as follows:

Hilliard Martinez Gonzales, LLP
Thomas J. Henry Law
The Webster Law Firm & Herrera Law Firm



If the 25% percent attorneys' fees provided in the original contract with the Client on behalf of R████ is altered in any way, whether by the Court, ad litem or counsel, the percentages delineated above will be maintained for any distribution of attorneys' fees for the prosecution of Client's claims on behalf of R████ W███ to Webster, Herrera, HMG and/or TJH.

This Consent to Association of Additional Counsel and Consent to Fee-Sharing **applies only to the claims of Ry███ Wa███ individually, and not to the individual claims of Chancie McMahan, or any other clients independently and individually represented by counsel.**



If, at any time Webster, Herrera, HMG and/or TJH determine, for whatever reason, that it would like to play no further role in the prosecution of Client's claims on behalf of Ryland Ward, Webster, Herrera, HMG and/or TJH may withdraw from said representation. This agreement and consent shall become a part of the contract attached hereto.

*[Signature page follows]*

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Dated: _____

Chancie McMahan on behalf of ████████

Dated: 07/23/2021

Robert C. Hilliard
Hilliard Martinez Gonzales LLP

Dated: _____

Thomas J. Henry
Thomas J. Henry Law

Dated: 07/23/2021

Jason Webster
The Webster Law Firm

Dated: _____

The Herrera Law Firm



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Dated: _____

Chancie McMahan on behalf of Ryland Ward

Dated: _____

Robert C. Hilliard
Hilliard Martinez Gonzales LLP

Dated: _____

Thomas J. Henry
Thomas J. Henry Law

Dated: 07/23/2021

Jason Webster
The Webster Law Firm

Dated: _____

The Herrera Law Firm



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# Exhibit B



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW



**Original** Filed
8/12/2022 7:39 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

<u>Citation for Personal Service –RESIDENT</u>

Case Number: <u>2022CCV-60432-1</u>

THE STATE OF TEXAS

NOTICE TO DEFENDANT: . You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty. days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO:  Anderson & Associates Law Firm PLLC
     Registered Agent, Paul Anderson
     102 Palo Alto, Ste. 455
     San Antonio, Texas 78211
the Defendant,

GREETING: You are commanded to appear by filing a written answer to the **Plaintiffs' Original Petition With Attached Covid Standing Orders And Notice** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the <u>Honorable Robert J. Vargas, County Court at Law #1</u> of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas. Said Petition was filed on the 20th day of April, 2022. A copy of same accompanies this citation. The file number of said suit being Number:  2022CCV-60432-1

The style of the case is: **Hilliard Martinez Gonzales LLP, Thomas J. Henry Injury Attorneys vs. Anderson & Associates Law Firm PLLC, Law Offices of Diego Lopez, PLLC**

Said Petition was filed in said court by Marlon M. Reilly, attorney for Plaintiff, whose address is 719 S. Shoreline Blvd., Ste 500, Corpus Christi, Tx 78401.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this 27th day of April, 2022.



ANNE LORENTZEN, DISTRICT CLERK
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401
Signed 4/27/2022 10:23 AM

BY: _____ , Deputy
     Laura Munoz



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

P88

## RETURN OF SERVICE

2022CCV-60432-1

HILLIARD MARTINEZ GONZALES
LLP, THOMAS J. HENRY INJURY
ATTORNEYS
VS.
ANDERSON & ASSOCIATES LAW
FIRM PLLC, LAW OFFICES OF
DIEGO LOPEZ, PLLC

COUNTY COURT AT LAW #1

Name

**ADDRESS FOR SERVICE**
Anderson & Associates Law Firm PLLC
Registered Agent Paul Anderson
102 Palo Alto, Ste. 455
San Antonio, Texas 78211

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the **12** day of **September**, 20**22**, at **9:00** o'clock **A**. m., and executed in
**Bexar** County, Texas by delivering to the within named defendant in person, a true copy of this citation with the
date of delivery endorsed thereon, together with the accompanying copy of the **Plaintiff's Original Petition w/ Attached**
_____, at the following times and places, to-wit: **Covid Standing Orders and Notice**

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|---|---|---|
| Anderson and Associates law | 09/12/2022 2:30pm | 2600 S.W. Military Dr. #18 SATx 78224 |

And not executed as to the defendant(s), Anderson c/o Robert David Neilbach Litigation Administrator
The diligence used in finding said defendant(s) being:

and the cause of failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

| Fees: | | |
|---|---|---|
| Serving Petition and Copy | $ _____ | _____, Officer |
| Total | $ _____ | _____, County, Texas |
| | | By _____, Deputy |

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The
signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the
return shall be signed under penalty of perjury and contain the following statement:
"My name is **Joey Hurt**, my date of birth is **9/16/68**, and my
(First, Middle, Last)
address is _____   JOEY HURT
(Street, City, State, Zip, Country)   P.O. BOX 120146
SAN ANTONIO, TEXAS 78212
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in **Bexar** County, State of **Texas**, on the **12** day
of **September**, 20 **22**



_____
Declarant / Authorized Process Server   JOEY HURT
EXP 07-31-24
ID# & Expiration of Certification   PSC-858

---

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 68226962
Status as of 9/20/2022 8:27 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 9/13/2022 7:39:58 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 9/13/2022 7:39:58 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

### Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 68226962
Status as of 9/20/2022 8:27 AM CST
Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 9/13/2022 7:39:58 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# Exhibit C



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

CAUSE NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP and THOMAS J. HENRY INJURY ATTORNEYS, | § § § § | IN THE COUNTY COURT |
| *Plaintiffs* | § § | AT LAW NUMBER 1 |
| vs. | § § | |
| ANDERSON & ASSOCIATES LAW FIRM PLLC and LAW OFFICES OF DIEGO LOPEZ, PLLC | § § § § | |
| *Defendants* | § | NUECES COUNTY, TEXAS |

<u>PLAINTIFFS' CERTIFICATE OF LAST KNOWN ADDRESS OF DEFENDANT</u>
<u>ANDERSON & ASSOCIATES LAW FIRM PLLC</u>

COME NOW, HILLIARD MARTINEZ GONZALES LLP and THOMAS J. HENRY INJURY ATTORNEYS, Plaintiffs herein and in support of Plaintiffs' Motion for Default Judgment Against Defendant Anderson & Associates, files this Plaintiffs' Certificate of Last Known Address of Defendant Anderson & Associates Law Firm PLLC.

<u>I. CERTIFICATE OF LAST KNOWN ADDRESS</u>

TO THE CLERK OF THIS COURT:

HILLIARD MARTINEZ GONZALES LLP and THOMAS J. HENRY INJURY ATTORNEYS, Plaintiffs in the above-entitled and numbered cause, certifies to the clerk of this Court that the last known mailing address of Defendant Anderson & Associates Law Firm PLLC, a defendant in the above-entitled and numbered cause against whom a default judgment will be rendered is as follows:

Anderson & Associates Law Firm PLLC
2600 SW Military Dr, #118
San Antonio, Texas 78224



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Respectfully submitted,

HILLIARD MARTINEZ GONZALES, LLP

By: */s/ Marion M. Reilly* 
Robert C. Hilliard
State Bar No. 09677700
bobh@hmglawfirm.com
John B. Martinez
State Bar No. 24010212
john@hmglawfirm.com
Rudy Gonzales, Jr.
State Bar No. 08121700
rudyg@hmglawfirm.com
Catherine Tobin Hilliard
State Bar No. 24013642
catherine@hmglawfirm.com
T. Christopher Pinedo
State Bar No. 00788935
cpinedo@hmglawfirm.com
Marion M. Reilly
State Bar No. 24079195
marion@hmglawfirm.com
719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
T: 361-882-1612
F: 361-882-3015

**ATTORNEYS FOR PLAINTIFFS**

And
By: */s/ Robert Wilson*
Robert Wilson
State Bar No. 2171875
rwilson@thomasjhenrylaw.com
**LAW OFFICE OF THOMAS J. HENRY**
P.O. 696025
San Antonio, Texas 78269
Telephone No.: 210.656.1000
Facsimile No.: 210.985.0601



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

***ANN LORENTZEN***
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# Exhibit D



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

CAUSE NO. <u>2022CCV-60432-1</u>

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP and THOMAS J. HENRY INJURY ATTORNEYS, | §<br>§<br>§<br>§ | IN THE COUNTY COURT |
| *Plaintiffs* | §<br>§ | AT LAW NUMBER 1 |
| vs. | §<br>§ | |
| ANDERSON & ASSOCIATES LAW FIRM PLLC and LAW OFFICES OF DIEGO LOPEZ, PLLC | §<br>§<br>§ | |
| *Defendants* | § | NUECES COUNTY, TEXAS |

<u>DEFAULT JUDGMENT</u>

On _____, Plaintiffs HILLIARD MARTINEZ GONZALES LLP and THOMAS J. HENRY INJURY ATTORNEYS moved for a partial default judgment as to liability against Defendant ANDERSON & ASSOCIATES LAW FIRM PLLC, after Defendants ANDERSON & ASSOCIATES LAW FIRM PLLC failed to file an answer in this case. Defendant ANDERSON & ASSOCIATES LAW FIRM PLLC having been duly served with citation and a copy of Plaintiffs' Original Petition, have not appeared, or answered.

The Court has determined it has jurisdiction over the subject matter and the parties in this proceeding, and the citation and proof of service were on file for at least ten (10) days before the motion was filed. After considering the pleadings, the papers on file in this case, and the evidence Plaintiffs presented on liability, the Court hereby GRANTS Plaintiffs' Motion for Default Judgment as to liability.

IT IS FURTHER ORDERED that a hearing to establish Plaintiffs' damages will be set at _ _____ o'clock on the _____ day of _____ _____, 2022.



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

HON. JUDGE PRESIDING



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Robert Hilliard
Bar No. 9677700
caitlin@hmglawfirm.com
Envelope ID: 68936223
Status as of 10/6/2022 8:31 AM CST
Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 10/5/2022 3:46:28 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 10/5/2022 3:46:28 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Robert Hilliard
Bar No. 9677700
caitlin@hmglawfirm.com
Envelope ID: 68936223
Status as of 10/6/2022 8:31 AM CST

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| P A | | rd.aalaw@yahoo.com | 10/5/2022 3:46:28 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 10/5/2022 3:46:28 PM | SENT |

.



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Robert Hilliard
Bar No. 9677700
caitlin@hmglawfirm.com
Envelope ID: 68936223
Status as of 10/6/2022 8:31 AM CST

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Assistant DAL | | asst@diegolaw.com | 10/5/2022 3:46:28 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 10/5/2022 3:46:28 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Robert Hilliard
Bar No. 9677700
caitlin@hmglawfirm.com
Envelope ID: 68936223
Status as of 10/6/2022 8:31 AM CST
Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 10/5/2022 3:46:28 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
10/7/2022 3:30 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J. HENRY INJURY ATTORNEYS, Plaintiffs | §<br>§<br>§<br>§<br>§ | IN THE COUNTY COURT |
| V. | §<br>§ | AT LAW NO. __1__ |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND LAW OFFICES OF DIEGO LOPEZ, PPLC Defendants | §<br>§<br>§<br>§ | NUECES COUNTY, TEXAS |

<u>PLAINTIFFS' NOTICE OF HEARING</u>

**PLEASE TAKE NOTICE** that Plaintiff Motion for Default Judgment Against Defendant

Anderson & Associates Law Firm PLLC, has been filed and is scheduled for oral hearing, at 2:30

pm on Tuesday, October 18, 2022, Zoom link will be provided at later date.

Respectfully submitted,

HILLIARD MARTINEZ GONZALES, LLP
By: */s/ Marion M. Reilly*
Robert C. Hilliard
State Bar No. 09677700
bobh@hmglawfirm.com
John B. Martinez
State Bar No. 24010212
john@hmglawfirm.com
Rudy Gonzales, Jr.
State Bar No. 08121700
rudyg@hmglawfirm.com
Catherine Tobin Hilliard
State Bar No. 24013642
catherine@hmglawfirm.com
T. Christopher Pinedo State Bar No. 00788935
cpinedo@hmglawfirm.com
Marion M. Reilly
State Bar No. 24079195
marion@hmglawfirm..com
719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
T: 361-882-1612
F: 361-882-3015
**ATTORNEYS FOR PLAINTIFFS**



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

And
By: */s/ Robert Wilson*
Robert Wilson
State Bar No. 2171875
rwilson@thomasjhenrylaw.com
**LAW OFFICE OF THOMAS J. HENRY**
P.O. 696025
San Antonio, Texas 78269
Telephone No.: 210.656.1000
Facsimile No.: 210.985.0601



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CERTIFICATE OF SERVICE

I hereby certify that, on October 7, 2022, a true and correct copy of the above and foregoing document was served via email, e-file, and/or mail to the following:

**Via E-File**
**Diego A. Lopez**
LAW OFFICE OF DIEGO A. LOPEZ, PLLC
The Ariel House 8118
Datapoint Dr
San Antonio, Texas 78229

*Counsel for Defendant Law Office of Diego A. Lopez, PLLC*

/s/ Marion M. Reilly



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

P104

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 69020575
Status as of 10/7/2022 3:53 PM CST
Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 10/7/2022 3:30:19 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 10/7/2022 3:30:19 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 69020575
Status as of 10/7/2022 3:53 PM CST
Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| P A | | rd.aalaw@yahoo.com | 10/7/2022 3:30:19 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 10/7/2022 3:30:19 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 69020575
Status as of 10/7/2022 3:53 PM CST
Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Assistant DAL | | asst@diegolaw.com | 10/7/2022 3:30:19 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 10/7/2022 3:30:19 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 69020575
Status as of 10/7/2022 3:53 PM CST
Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 10/7/2022 3:30:19 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J. HENRY INJURY ATTORNEYS, | § § § | IN THE COUNTY COURT |
| Plaintiffs, | § | |
| | § | |
| V. | § | AT LAW NO. 1 |
| | § | |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC, | § § § | |
| Defendants. | § | NUECES COUNTY, TEXAS |

### DEFENDANT ANDERSON & ASSOCIATES LAW FIRM PLLC'S RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

NOW COMES Defendant, Anderson & Associates Law Firm, Pllc, named Defendant in the above-entitled and numbered cause, and files this Response to Plaintiff's Motion for Default Judgment.

### I.
### PLAINTIFFS ARE NOT ENTITLED TO A DEFAULT JUDGEMENT BECAUSE DEFENDANT ANDERSON & ASSOCIATES LAW FIRM TIMELY RESPONDED TO PLAINTIFFS' ORIGINAL PETITION

1. The underlying lawsuit arises from a settlement regarding the Sutherland Springs, Texas massacre on November 5, 2017.

2. Plaintiffs sued Defendants Anderson & Associate Law Firm and Law Offices of Diego Lopez for declaratory judgment, quantum meruit, and unjust enrichment.

3. Plaintiffs filed their Original Petition on April 20, 2022.

4. Defendant Anderson & Associates were served on September 12, 2022 and Proof of Service was filed on behalf of Plaintiffs on September 13, 2022.

5. On **September 30, 2022** Defendant Anderson & Associates timely filed *Defendant's Original Answer, Motion to Transfer Venue, and Counterclaim* – well before the **October 3, 2022** deadline referenced in Plaintiffs Motion for Summary Judgment. (*See attached Exhibit A* – Defendant's Original Answer, Motion to Transfer Venue and Counterclaim, File Stamped Copy.)

1 | P a g e



### STATE OF TEXAS
### COUNTY OF NUECES

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

II.
## ARGUMENTS AND AUTHORITY

6.    The Court should NOT render a default judgment against Defendant Anderson & Associates Law Firm because Defendant Anderson & Associates Law Firm indeed filed a timely answer.

7.    Plaintiffs allege Defendant Anderson & Associates Law Firm was "properly served at 102 Palo Alto, Ste. 455, San Antonio, TX," when in fact, Defendant Anderson & Associates Law Firm is not located at the referenced address.

8.    Plaintiffs did not effectuate proper service to Defendant Anderson & Associates proper location (2600 S.W. Military, Suite 118, San Antonio, Texas 78224), nor render an Affidavit of Service until September 13, 2022 – nearly five (5) months after Plaintiffs Original Filing.

9.    Defendant Anderson & Associates Law Firm timely filed their Answer on September 30, 2022 at 1:48 pm, and has provided the Court with a file stamped copy from Nueces County, Texas District Clerk Anne Lorentzen as *Exhibit A*.

10.   Defendant Anderson & Associates Answer was accepted on September 30, 2022 at 3:02 pm by the Nueces County, Texas District Clerk, Anne Lorentzen.

11.   In addition to timely filing an Answer, Defendant Anderson & Associates Law Firm also 'Eserved' their Answer, Proposed Order, and Bates Labeled documents "Defendant A & A 000001-000019" to Plaintiffs. (*See Attached Exhibit B* – Envelope ID 68788319.)

12.   The Envelope displays when a Party to a matter has opened up documents that were served upon them.

13.   *Exhibit B* evidences Marion Reilly, attorney at Hilliard Martinez Gonzales LLP, did NOT open up Defendant Anderson & Associates Original Answer, Motion to Transfer Venue and Counter-Claim that was timely filed. Plaintiff attorney Robert Wilson from Thomas J. Henry opened Defendant's Original Answer, Motion to Transfer Venue and Counterclaim with Exhibits on the same day Defendant's timely filed their Answer – September 30, 2022 at 1:50 pm CST.

III.
## DEFENDANT ANDERSON & ASSOCIATES LAW FIRM
### REQUEST FOR RELIEF

14.   Defendant incorporates the facts set forth above.

15.   Defendant Anderson & Associates timely filed its Answer to Plaintiff's lawsuit as required

2 | P a g e

Defendant Anderson & Associates Law Firm PLLC's
Response to Plaintiffs Default Judgment and Proposed Order



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

by Tex. R. Civ. P. 99(b), as evidenced herein with *Exhibit A* and *Exhibit B*.

16.    Plaintiffs are not entitled to a default judgment in this matter. Defendant Anderson & Associates timely Answered; the Answer was accepted by Nueces County's District Clerk; and Defendant's Answer was properly Efiled/Eserved to Plaintiffs and Defendant Diego Lopez.

17.    In the event a judgment is rendered against Defendant, Defendant requests and demands a trial by jury pursuant to Tex. R. Civ. P 241.

### IV.
### CONCLUSION AND PRAYER

WHEREFORE, premises considered, Defendant Anderson and Associates prays the Court DENIES Plaintiffs Motion for Default Judgment in its entirety, and for all other relief to which they are justly entitled.

Respectfully submitted,

ANDERSON & ASSOCIATES LAW FIRM

By: /s/ Paul Anderson
Paul Anderson
Texas Bar No. 01202000
Kandyce Palamarchuck
Texas Bar No. 24095451
E-File Email: rd.aalaw@yahoo.com
2600 S. W. Military Dr. Ste. 118
San Antonio, Texas 78224
Tel. (210) 928-9999
Fax. (210) 210-928-99118
Attorneys for Defendant
Anderson & Associates Law Firm, PLLC, as Entity of Anderson & Associates Law Firm, PLLC

Defendant Anderson & Associates Law Firm PLLC's
Response to Plaintiffs Default Judgment and Proposed Order



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CERTIFICATE OF SERVICE

I certify that on October 8, 2022 a true and correct copy of Defendant Anderson & Associates Response to Plaintiffs Motion for Default Judgment was served on the following parties involved in this matter:

*Via E-Service*

**HILLARD MARTINEZ GONZALES, LLP**
Robert C. Hilliard
John B. Martinez
Rudy Gonzales, Jr.
Catherine Tobin Hilliard
T. Christopher Pinedo
Marion M. Reily

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
Tel: (361) 882-1612
Fax: (361) 882-3015
Attorneys for Plaintiffs

and

**LAW OFFICE OF THOMAS J. HENRY**
Robert P. Wilson
PO Box 696025
San Antonio, Texas 78269
Tel: (210) 656-1000
Fax: (210) 985-0601

Attorney for Plaintiffs

**DIEGO LAW**
Diego Lopez
8118 Datapoint Drive
San Antonio, Texas 78229
Tel: (210) 614-6400
E-file Email: diego@diegolaw.com
CC: Email: asst@diegolaw.com
Attorney for Defendant

/s/ Paul Anderson
Paul Anderson

---

Defendant Anderson & Associates Law Firm PLLC's
Response to Plaintiffs Default Judgment and Proposed Order



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# EXHIBIT A

## Defendant Anderson & Associates Response to Plaintiffs Motion for Default Judgment



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES | § | IN THE COUNTY COURT |
| LLP AND THOMAS J. HENRY INJURY | § | |
| ATTORNEYS, | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | AT LAW NO. 1 |
| | § | |
| ANDERSON & ASSOCIATES LAW | § | |
| FIRM PLLC AND ANDERSON & LAW | § | |
| OFFICE OF DIEGO LOPEZ, PLLC, | § | |
| Defendants. | § | NUECES COUNTY, TEXAS |

### DEFENDANT'S ORIGINAL ANSWER, MOTION TO TRANSFER VENUE, AND COUNTERCLAIM

NOW COMES Defendant, Anderson & Associates Law Firm, Pllc, named Defendant in the above-entitled and numbered cause, and SUBJECT TO THE COURT'S RULING ON DEFENDANT'S SPECIAL APPEARANCE CHALLENGING PERSONAL JURISDICTION, files this Original Answer, Motion to Transfer Venue, and Counterclaim, and shows the Court.

### MOTION TO TRANSFER VENUE

1.     The jurisdictional limits of County Courts at Law is $250,000.00. Plaintiffs pled, on page 2, paragraph 7 of their Original Petition, for "monetary relief over $1,000,000.00. This is beyond the jurisdictional limits of this Court.

2.     The county where Plaintiff filed this suit is not the proper venue for this cause. Defendant specifically **denies** the following allegation of venue:

        a.     Venue is not proper in Nueces County, Texas because all of the Plaintiff's causes of action occurred in Bexar County, Texas.

3.     Defendant claims Plaintiff's choice of county violates the general venue rule Tex. Civ. Prac. & Rem.  Code Section 15.002(a), and hereby asserts that venue is proper in Bexar

1 | P a g e

A & A Original Answer, Motion to Transfer Venue, & Counter Claim



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

County because of the following:

      a.    Bexar County, Texas is the proper venue because it is the county in which all or a substantial part of the events or omissions giving rise to the claim occurred.

      b.    Defendant, Anderson & Associates Law Firm, PLLC's, principal office location is in Bexar County, Texas. Defendant does not have an office location in Nueces County, Texas, nor ever has.

      c.    Plaintiffs' both have offices in Bexar County and practice law in Bexar County.

Therefore, pursuant to the general venue provisions cited herein, the venue of this cause is in Bexar County, Texas.

    4.    Defendant requests a transfer of venue for convenience and in the interest of justice pursuant to Tex. Civ. Prac. & Rem.  Code section 15.002(b), and submits affidavits in support of same.

      a.    Defendant claims the parties and witnesses will be inconvenienced by Plaintiff's choice of Nueces County because all the witnesses live in or adjacent to Bexar County, Texas.

      b.    Defendant claims maintenance of this suit in Nueces County will work an economic and personal hardship on the parties and witnesses because Nueces County is 147 miles and a two- and twenty-minutes' drive from Defendant, Anderson & Associates Law Firm, PLLC's principal office.

      c.    Defendant claims Bexar County will not work such economic and personal hardship on the witnesses because both Defendants' principal offices are located in San Antonio, Bexar County, Texas, along with the principal office for Defendant Anderson &

A & A Original Answer, Motion to Transfer Venue, & Counter Claim



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Associates Law Firm PLLC.

      d.     Defendant claims the balance of interests of all parties favors maintenance of the suit in Bexar County, Texas because Plaintiffs actively do business in San Antonio, Bexar County, Texas and have done so since at least 2009 as Anderson & Associates, PLLC.

      e.     Bexar County, Texas is a proper venue for this cause.

Therefore, pursuant to the general venue provisions and for the reasons cited herein this cause is most appropriate in Bexar County, Texas.

**GENERAL DENIAL**

      6.     Defendant denies each and every allegation of Plaintiff's Original Petition, and demands strict proof thereof as required by the Texas Rules of Civil Procedure.

**DEFENDANT'S COUNTERCLAIM**

**FACTS**

      7.     This suit arises from the Sutherland Springs, Texas massacre on November 5, 2017. Counter-Defendants' client, Chancie McMahan (hereinafter "McMahan"), the mother of the minor R.W. Counter-Defendant' client, McMahan, and Counter-Plaintiffs' client, Christopher Ward (hereinafter "Ward"), were not ever married and the child R.W. resided with Ward. Additionally, an Order in a Suit Affecting the Parent Child Relationship between both McMahan and Ward awarded that he right to make legal decision to Ward and not to McMahan.

On November 5, 2017 Michael Ward contacted Anderson & Associates Law Firm, and spoke to Paul Anderson regarding the shooting that occurred at the Sutherland Springs Baptist Church that killed and injured his family members. Christopher Ward was requesting our assistance in the case. On November 7, 2017 Anderson & Associates Law Firm met with Christopher Ward at the

3 | P a g e

A & A Original Answer, Motion to Transfer Venue, & Counter Claim



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

***ANN LORENTZEN***
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

University Health System Hospital in San Antonio, Bexar County, Texas, and executed the contract by Christopher Ward for himself individually, and next friend on behalf of Ryland Ward, his wife JoAnn Ward, and as next friend on behalf of Brooke Ward, executed contract attached hereto as Exhibit A.

At the time Anderson & Associates Law Firm had represented members of the Ward family for more than twenty years and was currently representing Christopher Ward's father on a business matter.

McMahan retained the Webster Law Firm, F. Herrera just prior to December 15, 2017, 40 days after the massacre, and then the Webster Law Firm retained Thomas J. Henry Attorneys on December 15, 2017 and Hilliard Martinez Gonzalez LLP on December 29, 2017.

8.    McMahan had limited contact with the child and was only visited the child at the Hospital even though the child had numerous surgeries from his injuries. It was during one of these visits with the child that McMahan contracted with the Webster Law Firm.

## CAUSES OF ACTION

### COUNT 1: COMMON LAW FRAUD

9.    Defendant incorporates the facts set forth above.

10.   Defendant alleges that McMahan did not have the authority to retain Plaintiffs on behalf of the child, R.W. In the Order Affecting the Parent-Child Relationship, the exclusive right to make legal decisions on behalf of the child was awarded to Ward and not McMahan. A copy of the referenced order is attached hereto as Exhibit B. This was a fraudulent inducement by Ms. McMahan to Plaintiffs due to her false representations.

11.   The elements of a cause of action for common law fraud are as follows:
    a.    The party (McMahan) made a representation to the Plaintiffs;
    b.    The representation was material;
    c.    The representation was false;

4 | P a g e

A & A Original Answer, Motion to Transfer Venue, & Counter Claim



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

     d.   When the party made the representation, the party:
         i.   Knew the representation was false; or
         ii.   That the party made the representation recklessly, as a positive assertion, and without knowledge of its truth;
     e.   The party made the representation with the intent that the Plaintiff act on it;
     f.   The Plaintiff relied on the representation; and the representation caused the Plaintiff injury.

Defendant requests this court, after reviewing the applicable documents, declare the contracts entered into by McMahan as unenforceable and the out-of-pocket damages suffered by Plaintiffs be charged against McMahan under the tort of common law fraud and the liability for the non-disclosure (*Smith v. National Resort Cmty., Inc. 585 S.W.2d 655, 658 (Tex. 1979)*)

    <u>False representation by conduct</u> – Under Common Law Fraud, deceptive conduct is equivalent to a false statement of fact. *Ten-Cate v first National Bank, 52 S.W.2d 323, 326.* A false representation by conduct can be established by proof of acts alone or by proof of a combination of conduct and concealment or conduct and works. McMahan's knowledge and non-disclosure that she was not awarded the right to made the legal decisions on behalf of the child, R.W., caused the detrimental reliance of Counter-Defendants on McMahan's ability to enter into the contract for legal representation. Traditionally under a Suit Affective, the Parent-Child Relationship or a Divorce, both parents of a children are awarded the independent right to make legal decisions on behalf of a child. In this instance, McMahan did not have this independent right but instead Ward was awarded the exclusive right to made legal decisions for R.W. It was McMahan's intent that Counter-Defendants relay on her representation that she had the authority to enter into the contract on R.W.'s behalf.

## COUNT 2: DECLARATORY JUDGMENT

12.   Defendant incorporates the facts set forth above.

13.   On November 7, 2017, Christopher Ward retained Anderson & Associates Law Firm PLLC

5 | P a g e

A & A Original Answer, Motion to Transfer Venue, & Counter Claim



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

on behalf of himself and his minor son, R.W. R.W. was living with Ward at the time of the Sutherland Springs Massacre. Under the Suit Affecting the Parent Child Relationship, attached hereto as Exhibit "B," the Court awarded both McMahan and Ward the independent right to represent the child in legal action during their periods of possession.

      14.    The Federal Tort Claims Act ("FTCA") caps awards of attorneys' fees to 25%. Thus far, Plaintiffs and Defendants have been unable to reach an agreement as to the division of attorneys' fees for the amount awarded to R.W. Accordingly, Defendant seeks a declaration from this Honorable Court, after reviewing the applicable documents, that the Defendants fee agreement is valid and reach a determination as to how the attorneys' fees should be divided.

### COUNT 3: QUANTUM MERUIT

15.    Defendant incorporates the facts set forth above, and assert this cause of action in the alternative to their request for declaratory relief.

16.    Defendants provided valuable legal services to and/or on Plaintiffs behalf. Plaintiffs accepted the benefits of Defendants' services, which were reasonably worth the amount allowed under the FTCA. Plaintiffs had reasonable notice of Defendant's expected compensation for such services. Such services were provided under circumstances which Plaintiffs knew, or reasonably should have known, that it would be expected to compensate Defendants for services rendered. Plaintiffs retained the benefit of Defendants services. Defendants are entitled to recover from Plaintiffs, based upon quantum meruit the reasonable value of the services performed.

17.    Defendants provided services which Plaintiffs accepted. As such, Defendant seeks damages under quantum meruit for the value of the work they performed.

### PRAYER

    Defendant prays the Court, SUBJECT TO THE COURT'S RULING ON DEFENDANT'S

6 | P a g e

A & A Original Answer, Motion to Transfer Venue, & Counter Claim



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

SPECIAL APPEARANCE CHALLENGING PERSONAL JURISDICTION,

    1.    Will transfer this cause to Bexar County, will dismiss the Plaintiff's Petition.

    2.    Will sustain the exceptions to the Plaintiff's Petition and order Plaintiff to replead,
and

    3.    Plaintiffs to pay all of Defendant's court costs and attorney fees as a direct result of
the original lawsuit and after notice and hearing or trial, enters judgment in favor of Defendant,
awards Defendant the costs of court, attorney's fees, and such other and further relief as Defendant
may be entitled to in law or in equity.

Respectfully submitted,

Anderson & Associates Law Firm

By: 

Paul Anderson
Texas Bar No. 01202000
Kandyce Palamarchuck
Texas Bar No. 24095451
E-File Email: rd.aalaw@yahoo.com
2600 S. W. Military Dr. Ste. 118
San Antonio, Texas 78224
Tel. (210) 928-9999
Fax. (210) 210-928-99118
Attorneys for Defendant
Anderson & Associates Law Firm, PLLC, as
Entity of Anderson & Associates Law Firm,
PLLC

A & A Original Answer, Motion to Transfer Venue, & Counter Claim

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CERTIFICATE OF SERVICE

I certify that on September _30_, 2022 a true and correct copy of Defendant's Answer, Motion to Transfer Venue, Plea to Jurisdiction and Special Exceptions were served on Marion M. Reily, and Thomas J Henry, electronically through the electronic filing manager.

*Via E-Service*

**HILLARD MARTINEZ GONZALES, LLP**
Robert C. Hilliard
John B. Martinez
Rudy Gonzales, Jr.
Catherine Tobin Hilliard
T. Christopher Pinedo
Marion M. Reily

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
Tel: (361) 882-1612
Fax: (361) 882-3015
Attorneys for Plaintiffs

and

**LAW OFFICE OF THOMAS J. HENRY**
Robert P. Wilson
PO Box 696025
San Antonio, Texas 78269
Tel: (210) 656-1000
Fax: (210) 985-0601

Attorney for Plaintiffs

**DIEGO LAW**
Diego Lopez
8118 Datapoint Drive
San Antonio, Texas 78229
Tel: (210) 614-6400
E-file Email: diego@diegolaw.com
CC: Email: asst@diegolaw.com
Attorney for Defendant



Paul Anderson

---

8 | P a g e

A & A Original Answer, Motion to Transfer Venue, & Counter Claim

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS Plaintiff, | § § § § § | IN THE COUNTY COURT AT LAW |
| V. | § § | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC, Defendant. | § § § § | NUECES COUNTY, TEXAS |

## VERIFICATION

BEFORE ME, the undersigned authority, personally appeared Paul Anderson, who being duly sworn, deposed as follows:

"My name is Paul Anderson. I am the Managing Member for Anderson & Associates Law Firm, PLLC. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged in Defendant's Plea to Jurisdiction. I hereby swear that the statements in support of Defendant's Plea to Jurisdiction are true and correct."



Paul Anderson, as the Managing Member of
Anderson & Associates Law Firm, PLLC

SUBSCRIBED AND SWORN TO BEFORE ME on 9\30\22_____, by

Robert Nalbach



ROBERT NALBACH
My Notary ID # 3094190
Expires October 13, 2029

Notary Public, State of Texas

9 | P a g e

A & A Original Answer, Motion to Transfer Venue, & Counter Claim

### STATE OF TEXAS
### COUNTY OF NUECES

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | |
|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS<br>Plaintiff, | § IN THE COUNTY COURT AT LAW<br>§<br>§<br>§ |
| V. | § NO. 1<br>§ |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC,<br>Defendant. | §<br>§<br>§<br>§ NUECES COUNTY, TEXAS |

### AFFIDAVIT OF HARDSHIP
### IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE

BEFORE ME, the undersigned authority, personally appeared Paul Anderson, who being duly sworn, deposed as follows:

"My name is Paul Anderson. I am the Managing Member for Anderson & Associates Law Firm, PLLC. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged herein.



Paul Anderson, as the Managing Member of
Anderson & Associates Law Firm, PLLC

SUBSCRIBED AND SWORN TO BEFORE ME on 9/30/22 , by

Robert Nacothy .

Notary Public, State of Texas

ROBERT NALBACH
My Notary ID # 3094190
Expires October 13, 2026

10 | P a g e

A & A Original Answer, Motion to Transfer Venue, & Counter Claim

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS<br>Plaintiff, | § § § § § | IN THE COUNTY COURT AT LAW |
| V. | § § | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC,<br>Defendant. | § § § § § | NUECES COUNTY, TEXAS |

### AFFIDAVIT IN SUPPORT OF
### DEFENDANT'S MOTION TO TRANSFER VENUE

BEFORE ME, the undersigned authority, personally appeared Paul Anderson, who being duly sworn, deposed as follows:

"My name is Paul Anderson. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged herein.

"Facts to which Paul Anderson is attesting.."



Paul Anderson, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on 9/30/22_____, by

Robert Nalbach .



Notary Public, State of Texas

ROBERT NALBACH
My Notary ID # 3094190
Expires October 13, 2026

1 | P a g e

A & A Original Answer, Motion to Transfer Venue, & Counter Claim

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paul Anderson
Bar No. 01202000
rd.aalaw@yahoo.com
Envelope ID: 68788319
Status as of 9/30/2022 3:01 PM CST
Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 9/30/2022 1:48:40 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 9/30/2022 1:48:40 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paul Anderson
Bar No. 01202000
rd.aalaw@yahoo.com
Envelope ID: 68788319
Status as of 9/30/2022 3:01 PM CST
Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 9/30/2022 1:48:40 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paul Anderson
Bar No. 01202000
rd.aalaw@yahoo.com
Envelope ID: 68788319
Status as of 9/30/2022 3:01 PM CST

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Diego Lopez | | diego@diegolaw.com | 9/30/2022 1:48:40 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paul Anderson
Bar No. 01202000
rd.aalaw@yahoo.com
Envelope ID: 68788319
Status as of 9/30/2022 3:01 PM CST
Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 9/30/2022 1:48:40 PM | SENT |
| P A | | rd.aalaw@yahoo.com | 9/30/2022 1:48:40 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Case #
439M04333

NO. 13-01-0026-CVW

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| | § | |
| RYLAND TATE WARD | § | 218TH JUDICIAL DISTRICT |
| | § | |
| A CHILD | § | WILSON COUNTY, TEXAS |

## ORDER IN SUIT AFFECTING THE PARENT-CHILD RELATIONSHIP

On October 15, 2013 the Court heard this case.

*Appearances*

Petitioner, CHRISTOPHER ALLEN WARD, appeared in person and through attorney of record, Kirk Dockery, and announced ready for trial.

Respondent, CHANCIE RENAE MCMAHAN, has made a general appearance and has agreed to the terms of this order to the extent permitted by law, as evidenced by Respondent's signature below.

*Jurisdiction*

The Court, after examining the record and the evidence and argument of counsel, finds that it has jurisdiction of this case and of all the parties and that no other court has continuing, exclusive jurisdiction of this case. All persons entitled to citation were properly cited.

*Jury*

A jury was waived, and all questions of fact and of law were submitted to the Court.

*Record*

The record of testimony was duly reported by the court reporter for the 218th Judicial District Court.

*Child*

The Court finds that the following child is the subject of this suit:

Name: RYLAND TATE WARD
Sex: Male
Birth date: 01/05/2012
Home state: Texas
Social Security number: 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

*Parenting Plan*

The Court finds that the provisions in these orders relating to the rights and duties of the parties with relation to the child, possession of and access to the child, child support, and

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP                                                    Defendant A ... 000001



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Case #
439 M04383

optimizing the development of a close and continuing relationship between each party and the child constitute the parenting plan established by the Court.

*Conservatorship*

The Court finds that the following orders are in the best interest of the child.

IT IS ORDERED that CHRISTOPHER ALLEN WARD and CHANCIE RENAE MCMAHAN are appointed Joint Managing Conservators of the following child: RYLAND TATE WARD.

IT IS ORDERED that, at all times, CHRISTOPHER ALLEN WARD, as a parent joint managing conservator, shall have the following rights:

1.   the right to receive information from any other conservator of the child concerning the health, education, and welfare of the child;

2.   the right to confer with the other parent to the extent possible before making a decision concerning the health, education, and welfare of the child;

3.   the right of access to medical, dental, psychological, and educational records of the child;

4.   the right to consult with a physician, dentist, or psychologist of the child;

5.   the right to consult with school officials concerning the child's welfare and educational status, including school activities;

6.   the right to attend school activities;

7.   the right to be designated on the child's records as a person to be notified in case of an emergency;

8.   the right to consent to medical, dental, and surgical treatment during an emergency involving an immediate danger to the health and safety of the child; and

9.   the right to manage the estate of the child to the extent the estate has been created by the parent or the parent's family.

IT IS ORDERED that, at all times, CHANCIE RENAE MCMAHAN, as a parent joint managing conservator, shall have the following rights:

1.   the right to receive information from any other conservator of the child concerning the health, education, and welfare of the child;

2.   the right to confer with the other parent to the extent possible before making a decision concerning the health, education, and welfare of the child;

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP

Defendant A & A 000002



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Case #
439M04333

3.     the right of access to medical, dental, psychological, and educational records of the child;

4.     the right to consult with a physician, dentist, or psychologist of the child;

5.     the right to consult with school officials concerning the child's welfare and educational status, including school activities;

6.     the right to attend school activities;

7.     the right to be designated on the child's records as a person to be notified in case of an emergency;

8.     the right to consent to medical, dental, and surgical treatment during an emergency involving an immediate danger to the health and safety of the child; and

9.     the right to manage the estate of the child to the extent the estate has been created by the parent or the parent's family.

IT IS ORDERED that, at all times, CHRISTOPHER ALLEN WARD and CHANCIE RENAE MCMAHAN, as parent joint managing conservators, shall each have the following duties:

1.     the duty to inform the other conservator of the child in a timely manner of significant information concerning the health, education, and welfare of the child; and

2.     the duty to inform the other conservator of the child if the conservator resides with for at least thirty days, marries, or intends to marry a person who the conservator knows is registered as a sex offender under Chapter 62 of the Code of Criminal Procedure or is currently charged with an offense for which on conviction the person would be required to register under that Chapter. IT IS ORDERED that this information shall be tendered in the form of a notice made as soon as practicable, but not later than the fortieth day after the date the conservator of the child begins to reside with the person or on the tenth day after the date the marriage occurs, as appropriate. IT IS ORDERED that the notice must include a description of the offense that is the basis of the person's requirement to register as a sex offender or of the offense with which the person is charged.    WARNING:    A CONSERVATOR COMMITS AN OFFENSE PUNISHABLE AS A CLASS C MISDEMEANOR IF THE CONSERVATOR FAILS TO PROVIDE THIS NOTICE.

IT IS ORDERED that, during his periods of possession, CHRISTOPHER ALLEN WARD, as parent joint managing conservator, shall have the following rights and duties:

1.     the duty of care, control, protection, and reasonable discipline of the child;

2.     the duty to support the child, including providing the child with clothing, food, shelter, and medical and dental care not involving an invasive procedure;

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP                                              Defendant App. 000003



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

3.    the right to consent for the child to medical and dental care not involving an invasive procedure; and

4.    the right to direct the moral and religious training of the child.

IT IS ORDERED that, during her periods of possession, CHANCIE RENAE MCMAHAN, as parent joint managing conservator, shall have the following rights and duties:

1.    the duty of care, control, protection, and reasonable discipline of the child;

2.    the duty to support the child, including providing the child with clothing, food, shelter, and medical and dental care not involving an invasive procedure;

3.    the right to consent for the child to medical and dental care not involving an invasive procedure; and

4.    the right to direct the moral and religious training of the child.

IT IS ORDERED that CHRISTOPHER ALLEN WARD, as a parent joint managing conservator, shall have the following rights and duty:

1.    the exclusive right to designate the primary residence of the child without regard to geographic location;

2.    the right, subject to the agreement of the other parent conservator, to consent to medical, dental, and surgical treatment involving invasive procedures;

3.    the right, subject to the agreement of the other parent conservator, to consent to psychiatric and psychological treatment of the child;

4.    the right, subject to the agreement of the other parent conservator, to receive and give receipt for periodic payments for the support of the child and to hold or disburse these funds for the benefit of the child;

5.    the right, subject to the agreement of the other parent conservator, to represent the child in legal action and to make other decisions of substantial legal significance concerning the child;

6.    the right, subject to the agreement of the other parent conservator, to consent to marriage and to enlistment in the armed forces of the United States;

7.    the right, subject to the agreement of the other parent conservator, to make decisions concerning the child's education;

8.    except as provided by Section 264.0111 of the Texas Family Code, the independent right to the services and earnings of the child;

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP

Page 4 of 18
Defendant A & A 000004



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

9.    except when a guardian of the child's estate or a guardian or attorney ad litem has been appointed for the child, the independent right to act as an agent of the child in relation to the child's estate if the child's action is required by a state, the United States, or a foreign government; and

10.    the independent duty to manage the estate of the child to the extent the estate has been created by community property or the joint property of the parent.

IT IS ORDERED that CHANCIE RENAE MCMAHAN, as a parent joint managing conservator, shall have the following rights and duty:

1.    the right, subject to the agreement of the other parent conservator, to consent to medical, dental, and surgical treatment involving invasive procedures;

2.    the right, subject to the agreement of the other parent conservator, to consent to psychiatric and psychological treatment of the child;

3.    the right, subject to the agreement of the other parent conservator, to represent the child in legal action and to make other decisions of substantial legal significance concerning the child;

4.    except as provided by Section 264.0111 of the Texas Family Code, the independent right to the services and earnings of the child;

8.    except when a guardian of the child's estate or a guardian or attorney ad litem has been appointed for the child, the independent right to act as an agent of the child in relation to the child's estate if the child's action is required by a state, the United States, or a foreign government; and

9.    the independent duty to manage the estate of the child to the extent the estate has been created by separate property of that parent.

IT IS ORDERED that CHRISTOPHER ALLEN WARD shall have the exclusive right and duty to prepare and file income tax returns for the estate of RYLAND TATE WARD.

IT IS ORDERED that CHANCIE RENAE MCMAHAN shall furnish such information to CHRISTOPHER ALLEN WARD as is requested to prepare federal income tax returns for the child's estate within thirty days of receipt of a written request for the information, and in no event shall the information be furnished later than March 1 of that year. As requested information becomes available after that date, it shall be furnished within ten days of receipt.

*Possession and Access*

1.    *Possession Order*

IT IS ORDERED that each conservator shall comply with all terms and

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP                                            Defendant A &x 006665



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

conditions of this Possession Order. IT IS ORDERED that this Possession Order is effective immediately and applies to all periods of possession occurring on and after the date the Court signs this Possession Order. IT IS, THEREFORE, ORDERED:

(a)    Definitions

1.    In this Possession Order "school" means the primary or secondary school in which the child is enrolled or, if the child is not enrolled in a primary or secondary school, the public school district in which the child primarily resides.

2.    In this Possession Order "child" includes each child, whether one or more, who is a subject of this suit while that child is under the age of eighteen years and not otherwise emancipated.

(b)    Mutual Agreement or Specified Terms for Possession

IT IS ORDERED that the conservators shall have possession of the child at times mutually agreed to in advance by the parties, and, in the absence of mutual agreement, it is ORDERED that the conservators shall have possession of the child under the specified terms set out in this Possession Order.

(c)    Possession Schedule

Except as otherwise expressly provided in this Possession Order, CHANCIE RENAE MCMAHAN shall have the right to possession of the child as follows:

1.    Weekly Periods of Possession Until School Age -

Until the child RYLAND TATE WARD begin attending school, CHANCIE RENAE MCMAHAN shall possession of the child beginning at 5:00 p.m. on the 1st Sunday of each month and ending at 5:00 p.m. on the 2nd Sunday of each month; and again beginning at 5:00 p.m. on the 3rd Sunday of each month and ending at 5:00 p.m. on the 4th Sunday of each month.

Weekends After Child Begins Attending School -

Starting one week before the child begins attending school, the parties shall revert to the following possession schedule.

On weekends that occur during the regular school term, beginning at the time the child's school is regularly dismissed, on the first and third Friday of each month and ending at the time the child's school resumes after the weekend.

On weekends that do not occur during the regular school term, beginning at 6:00 p.m., on the first and third Friday of each month and ending at

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP

Defendant A & R 000006



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Case #
439MU4333

6:00 p.m. on the following Sunday.

2.    Weekend Possession Extended by a Holiday –

Except as otherwise expressly provided in this Possession Order, if a weekend period of possession by CHANCIE RENAE MCMAHAN begins on a student holiday or a teacher in-service day that falls on a Friday during the regular school term, as determined by the school in which the child is enrolled, or a federal, state, or local holiday that falls on a Friday during the summer months when school is not in session, that weekend period of possession shall begin at the time the child's school is regularly dismissed on the Thursday immediately preceding the student holiday or teacher in-service day and 6:00 p.m. on the Thursday immediately preceding the federal, state, or local holiday during the summer months.

Except as otherwise expressly provided in this Possession Order, if a weekend period of possession by CHANCIE RENAE MCMAHAN ends on or is immediately followed by a student holiday or a teacher in-service day that falls on a Monday during the regular school term, as determined by the school in which the child is enrolled, or a federal, state, or local holiday that falls on a Monday during the summer months when school is not in session, that weekend period of possession shall end at 6:00 p.m. on that Monday.

3.    Spring Vacation in Even-Numbered Years - In even-numbered years, beginning at the time the child's school is dismissed for the school's spring vacation and ending at 6:00 p.m. on the day before school resumes after that vacation.

4.    Summer Possession by CHANCIE RENAE MCMAHAN –

CHANCIE RENAE MCMAHAN shall possession of the child during summer vacation beginning at 5:00 p.m. on the 1st Sunday of each month and ending at 5:00 p.m. on the 2nd Sunday of each month; and again beginning at 5:00 p.m. on the 3rd Sunday of each month and ending at 5:00 p.m. on the 4th Sunday of each month; provided further that CHANCIE RENAE MCMAHAN may one week long period of CHRISTOPHER ALLEN WARD during which she may keep the child, thereby extending that period of possession to a total of 21 days, by giving written notice at least 21 days in advance.

Notwithstanding the periods of possession ORDERED for CHANCIE RENAE MCMAHAN, it is expressly ORDERED that CHRISTOPHER ALLEN WARD shall have a superior right of possession of the child as follows:

1.    Spring Vacation in Odd-Numbered Years - In odd-numbered years, beginning at the time the child's school is dismissed for the school's spring vacation and ending at 6:00 p.m. on the day before school resumes after that vacation.

---

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP

Defendant A&A 00007 Page 7 of 10



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

439M04333

2.    Summer Possession by CHRISTOPHER ALLEN WARD - CHRISTOPHER ALLEN WARD shall possession of the child during summer vacation beginning at 5:00 p.m. on the 2nd Sunday of each month and ending at 5:00 p.m. on the 3rd Sunday of each month; and again beginning at 5:00 p.m. on the 4th Sunday of each month and ending at 5:00 p.m. on the 1st Sunday of the following month; provided further that CHRISTOPHER ALLEN WARD may one week long period of CHANCIE RENAE MCMAHAN during which he may keep the child, thereby extending that period of possession to a total of 21 days, by giving written notice at least 21 days in advance.

(d)    Holidays Schedule

Notwithstanding the weekend and Thursday periods of possession of CHANCIE RENAE MCMAHAN, CHRISTOPHER ALLEN WARD and CHANCIE RENAE MCMAHAN shall have the right to possession of the child as follows:

1.    Christmas Holidays in Even-Numbered Years - In even-numbered years, CHANCIE RENAE MCMAHAN shall have the right to possession of the child beginning at the time the child's school is dismissed for the Christmas school vacation and ending at noon on December 26, and CHRISTOPHER ALLEN WARD shall have the right to possession of the child beginning at noon on December 26 and ending at 6:00 p.m. on the day before school resumes after that Christmas school vacation.

2.    Christmas Holidays in Odd-Numbered Years - In odd-numbered years, CHRISTOPHER ALLEN WARD shall have the right to possession of the child beginning at the time the child's school is dismissed for the Christmas school vacation and ending at noon on December 26, and CHANCIE RENAE MCMAHAN shall have the right to possession of the child beginning at noon on December 26 and ending at 6:00 p.m. on the day before school resumes after that Christmas school vacation.

3.    Thanksgiving in Odd-Numbered Years - In odd-numbered years, CHANCIE RENAE MCMAHAN shall have the right to possession of the child beginning at the time the child's school is dismissed for the Thanksgiving holiday and ending at 6:00 p.m. on the Sunday following Thanksgiving.

4.    Thanksgiving in Even-Numbered Years - In even-numbered years, CHRISTOPHER ALLEN WARD shall have the right to possession of the child beginning at the time the child's school is dismissed for the Thanksgiving holiday and ending at 6:00 p.m. on the Sunday following Thanksgiving.

5.    Child's Birthday - If a parent is not otherwise entitled under this Possession Order to present possession of the child on the child's birthday, that parent shall have possession of the child beginning at 6:00 p.m. and ending at 8:00 p.m. on that day, provided that that parent picks up the child from the other

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP

Defendant A ____ 000008



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

439M04333

parent's residence and returns the child to that same place.

6.    Father's Day - CHRISTOPHER ALLEN WARD shall have the right to possession of the child each year, beginning at 6:00 p.m. on the Friday preceding Father's Day and ending at 8:00 a.m. on the Monday after Father's Day, provided that if CHRISTOPHER ALLEN WARD is not otherwise entitled under this Possession Order to present possession of the child, he shall pick up the child from CHANCIE RENAE MCMAHAN's residence and return the child to that same place.

7.    Mother's Day - CHANCIE RENAE MCMAHAN shall have the right to possession of the child each year, beginning at the time the child's school is regularly dismissed on the Friday preceding Mother's Day and ending at the time the child's school resumes after Mother's Day, provided that if CHANCIE RENAE MCMAHAN is not otherwise entitled under this Possession Order to present possession of the child, she shall pick up the child from CHRISTOPHER ALLEN WARD's residence and return the child to that same place.

(e)    Undesignated Periods of Possession

CHRISTOPHER ALLEN WARD shall have the right of possession of the child at all other times not specifically designated in this Possession Order for CHANCIE RENAE MCMAHAN.

(f)    General Terms and Conditions

Except as otherwise expressly provided in this Possession Order, the terms and conditions of possession of the child that apply regardless of the distance between the residence of a parent and the child are as follows:

1.    Surrender of Child by CHRISTOPHER ALLEN WARD - CHRISTOPHER ALLEN WARD is ORDERED to surrender the child to CHANCIE RENAE MCMAHAN at the beginning of each period of CHANCIE RENAE MCMAHAN's possession at a location which is one-half the distance from the residence of each parent; which for the present shall be determined to be the Dairy Queen restaurant located on U.S. Highway 281 in Blanco, Texas.

2.    Return of Child by CHANCIE RENAE MCMAHAN - CHANCIE RENAE MCMAHAN is ORDERED to return the child to CHRISTOPHER ALLEN WARD at the end of each period of possession at a location which is one-half the distance from the residence of each parent; which for the present shall be determined to be the Dairy Queen restaurant located on U.S. Highway 281 in Blanco, Texas.

3.    In the event that either parent changes their County of residence, then the parent shall attempt to mutually agree on the redesignation of a location

---

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP

Page 3 of 16
Defendant A & A 000009



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

which is one-half the distance from the residence of each parent for the exchange of possession thereafter.

    4.    Personal Effects - Each conservator is ORDERED to return with the child the personal effects that the child brought at the beginning of the period of possession.

    5.    Designation of Competent Adult - Each conservator may designate any competent adult to pick up and return the child, as applicable.  IT IS ORDERED that a conservator or a designated competent adult be present when the child is picked up or returned.

    6.    Inability to Exercise Possession - Each conservator is ORDERED to give notice to the person in possession of the child on each occasion that the conservator will be unable to exercise that conservator's right of possession for any specified period.

    7.    Written Notice - Written notice shall be deemed to have been timely made if received or postmarked before or at the time that notice is due.

This concludes the Possession Order.

2.    *Duration*

The periods of possession ordered above apply to the child the subject of this suit while that child is under the age of eighteen years and not otherwise emancipated.

3.    *Termination of Orders*

The provisions of this order relating to conservatorship, possession, or access terminate on the marriage of CHRISTOPHER ALLEN WARD to CHANCIE RENAE MCMAHAN unless a nonparent or agency has been appointed conservator of the child under Chapter 153 of the Texas Family Code.

*Child Support*

IT IS ORDERED that due to the approximately equal period of possession of the child by each parent, neither parent shall be obligated to pay child support to the other parent.

*Health Care*

1.    IT IS ORDERED that CHRISTOPHER ALLEN WARD and CHANCIE RENAE MCMAHAN shall each provide medical support for the child as set out in this order as additional child support for as long as the Court may order CHRISTOPHER ALLEN WARD and CHANCIE RENAE MCMAHAN to provide support for the child under Sections 154.001

---

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP

Defendant A & A 000010    Page 10 of 18



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

and 154.002 of the Texas Family Code. Beginning on the day CHRISTOPHER ALLEN WARD and CHANCIE RENAE MCMAHAN's actual or potential obligation to support the child under Sections 154.001 and 154.002 of the Family Code terminates, IT IS ORDERED that CHRISTOPHER ALLEN WARD and CHANCIE RENAE MCMAHAN are discharged from the obligations set forth in this medical support order, except for any failure by a parent to fully comply with those obligations before that date. IT IS FURTHER ORDERED that the cash medical support payments ordered below are payable through the state disbursement unit and subject to the provisions for withholding from earnings provided above for other child support payments.

2.    Definitions -

"Health Insurance" means insurance coverage that provides basic health-care services, including usual physician services, office visits, hospitalization, and laboratory, X-ray, and emergency services, that may be provided through a health maintenance organization or other private or public organization, other than medical assistance under Chapter 32 of the Texas Human Resources Code.

"Reasonable cost" means the cost of health insurance coverage for a child that does not exceed 9 percent of CHANCIE RENAE MCMAHAN 's annual resources, as described by Section 154.062(b) of the Texas Family Code.

"Reasonable and necessary health-care expenses not paid by insurance and incurred by or on behalf of a child" include, without limitation, any copayments for office visits or prescription drugs, the yearly deductible, if any, and medical, surgical, prescription drug, mental health-care services, dental, eye care, ophthalmological, and orthodontic charges. These reasonable and necessary health-care expenses do not include expenses for travel to and from the health-care provider or for nonprescription medication.

"Furnish" means:

a.    to hand deliver the document by a person eighteen years of age or older either to the recipient or to a person who is eighteen years of age or older and permanently resides with the recipient;

b.    to deliver the document to the recipient by certified mail, return receipt requested, to the recipient's last known mailing or residence address; or

c.    to deliver the document to the recipient at the recipient's last known mailing or residence address using any person or entity whose principal

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP                                              Defendant A's A 000011


**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

439M04333

business is that of a courier or deliverer of papers or documents either within or outside the United States.

3.   Findings on Health Insurance Availability- Having considered the cost, accessibility, and quality of health insurance coverage available to the parties, the Court finds:

No parent has access to private health insurance at a reasonable cost.

IT IS FURTHER FOUND that the following orders regarding health-care coverage are in the best interest of the child.

4.   Provision of Health-Care Coverage -

CHRISTOPHER ALLEN WARD is ORDERED to continue   coverage under a governmental medical assistance program or health plan for the child who is the subject of this suit.

When such health coverage is obtained, CHRISTOPHER ALLEN WARD is ORDERED to maintain the coverage in full force and effect on the child who is the subject of this suit as long as child support is payable for that child, by paying all applicable fees required for the coverage, including but not limited to enrollment fees and premiums. CHRISTOPHER ALLEN WARD is ORDERED to furnish CHANCIE RENAE MCMAHAN and the Office of the Attorney General Child Support Division a true and correct copy of the health insurance policy or certification and a schedule of benefits within 14 days following the signing of this order. CHRISTOPHER ALLEN WARD is FURTHER ORDERED to furnish CHANCIE RENAE MCMAHAN copies of the insurance cards and any other forms necessary for use of the insurance within 14 days following the signing of this order. CHRISTOPHER ALLEN WARD is ORDERED to provide, within three days of receipt by CHRISTOPHER ALLEN WARD, to CHANCIE RENAE MCMAHAN any insurance checks, other payments, or explanations of benefits relating to any medical expenses for the child that CHANCIE RENAE MCMAHAN paid or incurred.

Pursuant to Section 154.183(c) of the Texas Family Code, the reasonable and necessary health-care expenses of the child that are not reimbursed by health insurance or are not otherwise covered by the amount of cash medical support under Section 154.182(b) are allocated as follows: CHRISTOPHER ALLEN WARD is ORDERED to pay 50 percent and CHANCIE RENAE MCMAHAN is ORDERED to pay 50 percent of the total health-care expenses that exceed the amount of cash medical support paid by CHANCIE RENAE MCMAHAN.

The party who incurs a health-care expense on behalf of the child is ORDERED to

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP

Page 17 of 19
Defendant A & A 000012



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

submit to the other party all forms, receipts, bills, statements, and explanations of benefits reflecting the uninsured portion of the health-care expenses within thirty days after he or she receives them. The noninstructing party is ORDERED to pay his or her share or percentage of the uninsured portion of the health-care expenses either by paying the health-care provider directly or by reimbursing the incurring party for any advance payment exceeding the incurring party's share or percentage of the uninsured portion of the health-care expenses within thirty days after the noninstructing party receives the forms, receipts, bills, statements, and explanations of benefits.

These provisions apply to all unreimbursed health-care expenses of the child who is the subject of this order for the provision of health-care coverage that are incurred while cash medical support is payable for that child.

5.    WARNING - A PARENT ORDERED TO PROVIDE HEALTH INSURANCE OR TO PAY THE OTHER PARENT ADDITIONAL CHILD SUPPORT FOR THE COST OF HEALTH INSURANCE WHO FAILS TO DO SO IS LIABLE FOR NECESSARY MEDICAL EXPENSES OF THE CHILD, WITHOUT REGARD TO WHETHER THE EXPENSES WOULD HAVE BEEN PAID IF HEALTH INSURANCE HAD BEEN PROVIDED, AND FOR THE COST OF HEALTH INSURANCE PREMIUMS OR CONTRIBUTIONS, IF ANY, PAID ON BEHALF OF THE CHILD.

6.    Miscellaneous Health Care Provisions -

Each parent will deliver the medications of the child to the other parent at the beginning of the other parent's parenting time, unless the medications have been divided by the pharmacist into two containers that provide appropriate dosages and administrations to cover the time with each parent or unless two prescriptions can be obtained.

*Miscellaneous Child Support Provisions*

Support as Obligation of Estate

IT IS ORDERED that the provisions for child support in this order shall be an obligation of the estate of CHANCIE RENAE MCMAHAN and shall not terminate on the death of CHANCIE RENAE MCMAHAN. Payments received for the benefit of the child, including payments from the Social Security Administration, Department of Veterans Affairs or other governmental agency or life insurance proceeds, annuity payments, trust distributions, or retirement survivor benefits, shall be a credit against this obligation. Any remaining balance of the child support is an obligation of CHANCIE RENAE MCMAHAN's estate.

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP                                          Defendant A-38-A 000013



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

439M04333

<u>Termination of Orders on Marriage of Parties but Not on Death of Obligee</u>

The provisions of this order relating to current child support terminate on the marriage of CHRISTOPHER ALLEN WARD to CHANCIE RENAE MCMAHAN unless a nonparent or agency has been appointed conservator of the child under Chapter 153 of the Texas Family Code. An obligation to pay child support under this order does not terminate on the death of CHRISTOPHER ALLEN WARD but continues as an obligation to RYLAND TATE WARD.

*Medical Notification*

Each party is ORDERED to inform the other party within 12 hours of any medical condition of the child requiring surgical intervention, hospitalization, or both.

Within 15 days after the Court signs this order, each party is ORDERED to execute –

1.    all necessary releases pursuant to the Health Insurance Portability and Accountability Act (HIPAA) and 45 C.F.R. Section 164.508 to permit the other conservator to obtain health-care information regarding the child; and

2.    for all health-care providers of the child, an authorization for disclosure of protected health information to the other conservator pursuant to the HIPAA and 45 C.F.R. Section 164.508.

Each party is further ORDERED to designate the other conservator as a person to whom protected health information regarding the child may be disclosed whenever the party executes an authorization for disclosure of protected health information pursuant to the HIPAA and 45 C.F.R. Section 164.508.

*Required Information*

The information required for each party by Section 105.006(a) of the Texas Family Code is as follows:

Name: CHRISTOPHER ALLEN WARD
    Social Security number: 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
    Driver's license number and issuing state: Texas DL# 00263718
    Current residence address: 261 CR 343, Sutherland Springs, Texas 78161
    Mailing address: 261 CR 343, Sutherland Springs, Texas 78161
    Home telephone number: 830-391-5303
    Name of employer:    Self-employed
    Address of employment:    261 CR 343, Sutherland Springs, Texas 78161
    Work telephone number:    830-391-5303

Name: CHANCIE RENAE MCMAHAN
    Social Security number: *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*
    Driver's license number and issuing state: Texas DL# _____

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP

Page 14 of 18
Defendant A & A 000014



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Current residence address: 1613 West Story Street, San Saba, Texas 76087
Mailing address: 1613 West Story Street, San Saba, Texas 76087
Home telephone number:    325-205-3438
Name of employer: _none_
Address of employment: _none_
Work telephone number: _none_

*Required Notices*

EACH PERSON WHO IS A PARTY TO THIS ORDER IS ORDERED TO NOTIFY EACH OTHER PARTY, THE COURT, AND THE STATE CASE REGISTRY OF ANY CHANGE IN THE PARTY'S CURRENT RESIDENCE ADDRESS, MAILING ADDRESS, HOME TELEPHONE NUMBER, NAME OF EMPLOYER, ADDRESS OF EMPLOYMENT, DRIVER'S LICENSE NUMBER AND WORK TELEPHONE NUMBER. THE PARTY IS ORDERED TO GIVE NOTICE OF AN INTENDED CHANGE IN ANY OF THE REQUIRED INFORMATION TO EACH OTHER PARTY, THE COURT, AND THE STATE CASE REGISTRY ON OR BEFORE THE 60TH DAY BEFORE THE INTENDED CHANGE. IF THE PARTY DOES NOT KNOW OR COULD NOT HAVE KNOWN OF THE CHANGE IN SUFFICIENT TIME TO PROVIDE 60-DAY NOTICE, THE PARTY IS ORDERED TO GIVE NOTICE OF THE CHANGE ON OR BEFORE THE FIFTH DAY AFTER THE DATE THAT THE PARTY KNOWS OF THE CHANGE.

THE DUTY TO FURNISH THIS INFORMATION TO EACH OTHER PARTY, THE COURT, AND THE STATE CASE REGISTRY CONTINUES AS LONG AS ANY PERSON, BY VIRTUE OF THIS ORDER, IS UNDER AN OBLIGATION TO PAY CHILD SUPPORT OR ENTITLED TO POSSESSION OF OR ACCESS TO A CHILD.

FAILURE BY A PARTY TO OBEY THE ORDER OF THIS COURT TO PROVIDE EACH OTHER PARTY, THE COURT, AND THE STATE CASE REGISTRY WITH THE CHANGE IN THE REQUIRED INFORMATION MAY RESULT IN FURTHER LITIGATION TO ENFORCE THE ORDER, INCLUDING CONTEMPT OF COURT. A FINDING OF CONTEMPT MAY BE PUNISHED BY CONFINEMENT IN JAIL FOR UP TO SIX MONTHS, A FINE OF UP TO $500 FOR EACH VIOLATION, AND A MONEY JUDGMENT FOR PAYMENT OF ATTORNEY'S FEES AND COURT COSTS.

Notice shall be given to the other party by delivering a copy of the notice to the party by registered or certified mail, return receipt requested. Notice shall be given to the Court by delivering a copy of the notice either in person to the clerk of this Court or by registered or

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP                                    Defendant APSA 000615



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

439M04333

certified mail addressed to the clerk at Wilson County District Clerk, P.O. Box 812, Floresville, Texas 78114. Notice shall be given to the state case registry by mailing a copy of the notice to State Case Registry, Contract Services Section, MC046S, P.O. Box 12017, Austin, Texas 78711-2017.

NOTICE TO ANY PEACE OFFICER OF THE STATE OF TEXAS: YOU MAY USE REASONABLE EFFORTS TO ENFORCE THE TERMS OF CHILD CUSTODY SPECIFIED IN THIS ORDER. A PEACE OFFICER WHO RELIES ON THE TERMS OF A COURT ORDER AND THE OFFICER'S AGENCY ARE ENTITLED TO THE APPLICABLE IMMUNITY AGAINST ANY CLAIM, CIVIL OR OTHERWISE, REGARDING THE OFFICER'S GOOD FAITH ACTS PERFORMED IN THE SCOPE OF THE OFFICER'S DUTIES IN ENFORCING THE TERMS OF THE ORDER THAT RELATE TO CHILD CUSTODY. ANY PERSON WHO KNOWINGLY PRESENTS FOR ENFORCEMENT AN ORDER THAT IS INVALID OR NO LONGER IN EFFECT COMMITS AN OFFENSE THAT MAY BE PUNISHABLE BY CONFINEMENT IN JAIL FOR AS LONG AS TWO YEARS AND A FINE OF AS MUCH AS $10,000.

*Warnings*

WARNINGS TO PARTIES: FAILURE TO OBEY A COURT ORDER FOR CHILD SUPPORT OR FOR POSSESSION OF OR ACCESS TO A CHILD MAY RESULT IN FURTHER LITIGATION TO ENFORCE THE ORDER, INCLUDING CONTEMPT OF COURT. A FINDING OF CONTEMPT MAY BE PUNISHED BY CONFINEMENT IN JAIL FOR UP TO SIX MONTHS, A FINE OF UP TO $500 FOR EACH VIOLATION, AND A MONEY JUDGMENT FOR PAYMENT OF ATTORNEY'S FEES AND COURT COSTS.

FAILURE OF A PARTY TO MAKE A CHILD SUPPORT PAYMENT TO THE PLACE AND IN THE MANNER REQUIRED BY A COURT ORDER MAY RESULT IN THE PARTY'S NOT RECEIVING CREDIT FOR MAKING THE PAYMENT.

FAILURE OF A PARTY TO PAY CHILD SUPPORT DOES NOT JUSTIFY DENYING THAT PARTY COURT-ORDERED POSSESSION OF OR ACCESS TO A CHILD. REFUSAL BY A PARTY TO ALLOW POSSESSION OF OR ACCESS TO A CHILD DOES NOT JUSTIFY FAILURE TO PAY COURT-ORDERED CHILD SUPPORT TO THAT PARTY.

*Attorney's Fees*

IT IS ORDERED that attorney's fees are to be borne by the party who incurred them.

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP

Defendant A & A 000016    Page 16 of 18



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

*Costs*

IT IS ORDERED that costs of court are to be borne by the party who incurred them.

*Discharge from Discovery Retention Requirement*

IT IS ORDERED that the parties and their respective attorneys are discharged from the requirement of keeping and storing the documents produced in this case in accordance with rule 191.4(d) of the Texas Rules of Civil Procedure.

*Relief Not Granted*

IT IS ORDERED that all relief requested in this case and not expressly granted is denied.

*Date of Order*

SIGNED on _October 15_, 2013.

_____
JUDGE PRESIDING

I, DEBORAH BRYAN, DISTRICT CLERK OF WILSON COUNTY, TEXAS
DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT
COPY OF THE ORIGINAL FILED AND OF RECORD IN MY OFFICE.
WITNESS MY OFFICIAL HAND AND SEAL THIS

_August 16, 2016_
DEBORAH BRYAN, DISTRICT CLERK
WILSON COUNTY, TEXAS

BY _Sanjuanita Serna_ DEPUTY

APPROVED AS TO FORM ONLY:
The Law Offices of
DONAHO & DOCKERY PC
P.O. Box 459
Floresville, Texas 78114
Tel: (830) 393-2700
Fax: (830) 393-3029

By: _____
Kirk Dockery
State Bar No. 05929220
Attorney for Petitioner

APPROVED AS TO BOTH FORM AND SUBSTANCE:

_____
Christopher Allen Ward, Petitioner



_____
Chancie Renae McMahan, Respondent
1613 West Story Street

Filed _15_ Day of _Oct_ 20_13_ M
Clerk District Court Wilson County Texas.

ORDER IN SUIT AFFECTING THE
PARENT-CHILD RELATIONSHIP

Defendant A & A 000017    Page 17 of 18

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Floresville Independent School District
**Student Health Services**

Date 8/9/17  Student Ryland McMahan  DOB 1-5-12  Grade K

*Do Not Write Below this Line*

Your child is due for the following immunizations at this time:

| REQUIRED FOR YOUR CHILD | | |
|---|---|---|
| DTP/DTaP/TD/Tdap | Hepatitis B | Varicella |
| MMR | OPV/IPV | Hepatitis A |
| Hib | Pneumococcal | Meningococcal |

| RECOMMENDED FOR YOUR CHILD *(dependent on age of child)* | | |
|---|---|---|
| HPV | Influenza | Meningococcal |
| Hepatitis A | Varicella | |

☑ The required immunizations must be completed by Aug 18th or your child will not be able to return to school on Aug 21, 2017.

☐ The recommended immunizations should be discussed with your child's heath care provider and completed at the next doctor's appointment.

All of these immunizations may be obtained from your doctor or from the Public Health Department (830-393-6225). Also, Floresville ISD provides immunizations to children that qualify. To find out if your child qualifies, please call (830) 393-5368.

School Nurse _____



**Please remember to send proof of immunizations to school.**

| South Elementary Campus | North Elementary Campus | Middle School Campus |
|---|---|---|
| (830) 393-5325 x1008 | (830) 393-5310, x1049 | (830) 393-5350 x1009 |
| Fax: (830) 393-5766 | Fax: (830) 393-5315 | Fax: (830) 393-5354 |

| High School Campus | Alternative Campus |
|---|---|
| (830) 393-5370 x1004 | (830) 393-5368 x1002 |
| Fax: (830) 393-5376 | Fax: (830) 393-5706 |

10/11 FISD-Immunization Typeset & Printed by FHS Printing & Imaging Technology Class

Defendant A & A 000018

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CONTINGENCY FEE CONTRACT

THIS IS AN AGREEMENT between ANDERSON & ASSOCIATES LAW FIRM (hereinafter called Attorney) of the City of San Antonio Bexar County Texas and the undersigned (hereinafter called Client), whereby Client retains and employs Attorney to represent Client in Prosecuting Clients claim as follows:

_Related to the Sutherland Springs Shooting Dated 11/5/19 & The Deaths of Jennifer Brook Ward, the Death of Emily Garcia & Injuries to Ryland Ward,_

Client empowers Attorney to file such legal action as may be advisable in Attorney's judgment.

Client agrees to pay attorney as attorneys fee for such representation, one-third (33 1/3%) of any gross recovery before action is filed, forty percent (40%) of any gross recovery after the action is filed but before the commencement of trial and fifty (50%) of any gross recovery after commencement of trial. This contract constitutes a conveyance to said attorney of an undivided interest in the entire cause of action, in the percentages heretofore set forth. If settlement of this case is made by structured settlement attorney fees will be computed on the basis of a Percentage of the total cost of the settlement. The attorney fees shall be paid out of the initial cash payment.

All costs, necessary disbursements and reasonable personal expenses that are incurred by Attorney for and on behalf of Client and Clients cause are to be reimbursed by Client from that portion of any recovery that is payable to Client after calculation of Attorney's contingency fee hereunder. The parties expressly understand that in the event no recovery is obtained on the claim the subject of this retainer agreement, Attorney will make no charges for Attorney's time, services, fees, costs, or other expenses with Attorney may have advanced.

Neither Client nor Attorney will make a settlement of the claim herein or accept any sum without consent of the Client.

Client understands that Attorney had made no representations Concerning the Successful termination of this claim or the favorable outcome of any legal action that may be filed, and does not guarantee that Attorney will obtain reimbursement to Client of any of Clients costs or expenses resulting from the incident described above, out of which this claim arises. Client further expressly acknowledges that all statements of Attorney on these matters are statements of opinion only.

Client assigns all personal injury protection benefits directly to Anderson & Associates Law Firm, for the purposes of disbursement and payment of medical bill incurred by Client. Client authorizes Attorney to sign, endorse or execute any and all documents, checks, releases or forms related to this cause or action.

Client authorizes the sending of medical and hospital bills to Attorney, and in the event of recovery by trial or settlement authorizes Attorney to pay health care providers directly and to deduct the same from any recovery which may be due Client.

Client hereby gives Attorney Clients power of attorney on Client's case under this contract at no additional cost to Client. Attorney is authorized to enter into an agreement to refer Client's case to another attorney to share attorney's fees with the other attorney at no additional cost to Client, and to discuss all attorney-client communications with any associated attorney or referral attorney.

After review of Client's case by Attorney, Attorney may, at its sole discretion elect not to pursue Client's case, if Attorney does not feel it is feasible to do so.

This contract is performable in Bexar County, Texas.

DATE ___11/9/19___

WITNESS _____



CLIENT _____

CLIENT _As N/o/ф.Р.S'eveve / Father_

Defendant A & A 000019

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# EXHIBIT B

## Defendant Anderson & Associates Response to Plaintiffs Motion for Default Judgment



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Case # 2022CCV-60432-1 - Hilliard Martinez Gonzales LLP,Thomas ~

### Envelope Information

| **Envelope Id** | **Submitted Date** | **Submitted User Name** |
|---|---|---|
| 68788319 | 9/30/2022 1:48 PM CST | rd.aalaw@yahoo.com |

### Case Information

| **Location** | **Category** | **Case Type** |
|---|---|---|
| Nueces County - County Court at Law 1 | Civil - Other Civil | Other Civil |

| **Case Initiation Date** | **Case #** |
|---|---|
| 4/20/2022 | 2022CCV-60432-1 |

**Assigned to Judge**
Vargas, Robert J.

### Filings

| **Filing Type** | **Filing Code** |
|---|---|
| EFileAndServe | Counter Claim/Cross Action/Interpleader/Intervention/Third Party |

**Filing Description**
Defendant Anderson & Assoc. Law Firm Original Answer Motion To Transfer Venue and Counter Claim

| **Client Reference Number** | **Comments to Court** |
|---|---|
| A & A Law Firm | Please file accordingly, thank you as of this filing we tendered the fee for our tranfer request |

| **Filing Status** | **Accepted Date** |
|---|---|
| Accepted | 9/30/2022 3:02 PM CST |

**Accept Comments**
Thank you for efiling/Y

### Lead Document

| **File Name** | **Description** | **Security** | **Download** |
|---|---|---|---|
|  ...n and Assoc. Law ...Motion To | Defendant Original Answer Motion To Transfer Venue and Counter Claim | Does not contain sensitive data | Original File Court Copy |

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Transfer Venue and Counter Claim w-o
Proposed Orders.pdf

## Attachments

| File Name | Description | Security | Download |
|---|---|---|---|
| Proposed Orders for Defendant Anderson and Assoc. Law Firm Original Answer Motion To Transfer Venue and Counter Claim.pdf | Proposed Orders | Does not contain sensitive data | Original File Court Copy |

| File Name | Description | Security | Download |
|---|---|---|---|
| Bates Labeled 1-19 Exhibt A custody order 2013 and B CW Contract.pdf | Bates Labeled 1-19 Exhibt A custody order 2013 and B CW Contract.pdf | Contains sensitive data | Original File Court Copy |

## eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Marion Reilly | | Yes | Not Opened |
| Sent | Robert Hilliard | | Yes | 9/30/2022 1:52 PM CST |
| Sent | Robert Wilson | | Yes | 9/30/2022 1:50 PM CST |
| Sent | Diego Lopez | Anderson & Associates Law Firm | Yes | 9/30/2022 2:03 PM CST |
| Sent | Kandyce Palamarchuck | Anderson & Associates Law Firm | Yes | Not Opened |
| Sent | P A | | Yes | Not Opened |

## Parties with No eService

| Name | Address |
|---|---|
| Hilliard Martinez Gonzales LLP | |

| Name | Address |
|---|---|
| Anderson & Associates Law Firm PLLC | Registered Agent Paul Anderson 102 Palo Alto Ste 455 San Antonio Texas 78211 |

| Name | Address |
|---|---|
| Thomas J. Henry Injury Attorneys | |



| | Address |
|---|---|
| Support ...pez, PLLC | Registered Agent Diego Lopez 8118 Datapoint Drive San Antonio Texas 78229 |

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Fees

**Counter Claim/Cross Action/Interpleader/Intervention/Third Party**

| Description | Amount |
| --- | --- |
| Filing Fee | $80.00 |
| | **Filing Total: $80.00** |

| | |
| --- | --- |
| Total Filing Fee | $80.00 |
| Payment Service Fee | $2.31 |
| | **Envelope Total: $82.31** |

| | | | |
| --- | --- | --- | --- |
| **Transaction Amount** | $82.31 | | |
| **Transaction Id** | 100960123 | | |
| **Filing Attorney** | Paul Anderson | **Order Id** | 068788318-0, 0687883... |
| **Filer Type** | Not Applicable | **Transaction Response** | Payment Complete |

© 2022 Tyler Technologies
Version: 2022.0.3.9946

⑦ **Support**



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

***ANN LORENTZEN***
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
10/7/2022 3:30 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES | § | IN THE COUNTY COURT |
| LLP AND THOMAS J. HENRY INJURY | § | |
| ATTORNEYS, | § | |
| Plaintiffs | § | |
| | § | AT LAW NO. ___1___ |
| V. | § | |
| | § | |
| ANDERSON & ASSOCIATES LAW | § | |
| FIRM PLLC AND LAW OFFICES OF | § | |
| DIEGO LOPEZ, PPLC | § | |
| Defendants | § | NUECES COUNTY, TEXAS |

### PLAINTIFFS' NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiff Motion for Default Judgment Against Defendant

Anderson & Associates Law Firm PLLC, has been filed and is scheduled for oral hearing, at 2:30

pm on Tuesday, October 18, 2022, Zoom link will be provided at later date.

Respectfully submitted,

HILLIARD MARTINEZ GONZALES, LLP
By: /s/ Marion M. Reilly
Robert C. Hilliard
State Bar No. 09677700
bobh@hmglawfirm.com
John B. Martinez
State Bar No. 24010212
john@hmglawfirm.com
Rudy Gonzales, Jr.
State Bar No. 08121700
rudyg@hmglawfirm.com
Catherine Tobin Hilliard
State Bar No. 24013642
catherine@hmglawfirm.com
T. Christopher Pinedo State Bar No.
00788935
cpinedo@hmglawfirm.com
Marion M. Reilly
State Bar No. 24079195
marion@hmglawfirm..com
719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
T: 361-882-1612
F: 361-882-3015
ATTORNEYS FOR PLAINTIFFS



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

And
By: /s/ Robert Wilson
Robert Wilson
State Bar No. 2171875
rwilson@thomasjhenrylaw.com
**LAW OFFICE OF THOMAS J. HENRY**
P.O. 696025
San Antonio, Texas 78269
Telephone No.: 210.656.1000
Facsimile No.: 210.985.0601



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.



*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 69020575
Status as of 10/7/2022 3:53 PM CST
Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 10/7/2022 3:30:19 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 10/7/2022 3:30:19 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 69020575
Status as of 10/7/2022 3:53 PM CST
Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| P A | | rd.aalaw@yahoo.com | 10/7/2022 3:30:19 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 10/7/2022 3:30:19 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

### Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 69020575
Status as of 10/7/2022 3:53 PM CST
Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Assistant DAL | | asst@diegolaw.com | 10/7/2022 3:30:19 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 10/7/2022 3:30:19 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 69020575
Status as of 10/7/2022 3:53 PM CST

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 10/7/2022 3:30:19 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
10/7/2022 3:30 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J. HENRY INJURY ATTORNEYS, Plaintiffs | § § § § § | IN THE COUNTY COURT |
| V. | § § | AT LAW NO. __1__ |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND LAW OFFICES OF DIEGO LOPEZ, PPLC Defendants | § § § § | NUECES COUNTY, TEXAS |

**PLAINTIFFS' NOTICE OF HEARING**

PLEASE TAKE NOTICE that Plaintiff Motion for Default Judgment Against Defendant Anderson & Associates Law Firm PLLC, has been filed and is scheduled for oral hearing, at 2:30 pm on Tuesday, October 18, 2022, Zoom link will be provided at later date.

Respectfully submitted,

HILLIARD MARTINEZ GONZALES, LLP
By: /s/ Marion M. Reilly
Robert C. Hilliard
State    Bar    No.    09677700
bobh@hmglawfirm.com
John B. Martinez
State Bar No. 24010212
john@hmglawfirm.com
Rudy Gonzales, Jr.
State Bar No. 08121700
rudyg@hmglawfirm.com
Catherine Tobin Hilliard
State Bar No. 24013642
catherine@hmglawfirm.com
T. Christopher Pinedo State Bar No. 00788935
cpinedo@hmglawfirm.com
Marion M. Reilly
State Bar No. 24079195
marion@hmglawfirm..com
719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
T: 361-882-1612
F: 361-882-3015
ATTORNEYS FOR PLAINTIFFS



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

And
By: /s/ *Robert Wilson*
Robert Wilson
State Bar No. 2171875
rwilson@thomasjhenrylaw.com
**LAW OFFICE OF THOMAS J. HENRY**
P.O. 696025
San Antonio, Texas 78269
Telephone No.: 210.656.1000
Facsimile No.: 210.985.0601



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

***ANN LORENTZEN***
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CERTIFICATE OF SERVICE

I hereby certify that, on October 7, 2022, a true and correct copy of the above and foregoing document was served via email, e-file, and/or mail to the following:

**Via E-File**
**Diego A. Lopez**
LAW OFFICE OF DIEGO A. LOPEZ, PLLC
The Ariel House 8118
Datapoint Dr
San Antonio, Texas 78229

*Counsel for Defendant Law Office of Diego A. Lopez, PLLC*

/s/ Marion M. Reilly

*Plaintiff's NOS re MFC re PTJ Hrg*                                                 Page 3



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 69020575
Status as of 10/7/2022 3:53 PM CST
Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marion Reilly | | Caitlin@hmglawfirm.com | 10/7/2022 3:30:19 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 10/7/2022 3:30:19 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 69020575
Status as of 10/7/2022 3:53 PM CST

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| P A | | rd.aalaw@yahoo.com | 10/7/2022 3:30:19 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 10/7/2022 3:30:19 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 69020575
Status as of 10/7/2022 3:53 PM CST
Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Assistant DAL | | asst@diegolaw.com | 10/7/2022 3:30:19 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 10/7/2022 3:30:19 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 69020575
Status as of 10/7/2022 3:53 PM CST
Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 10/7/2022 3:30:19 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
10/17/2022 5:24 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J. HENRY INJURY ATTORNEYS, | § § § | IN THE COUNTY COURT |
| Plaintiffs, | § | |
| | § | |
| V. | § | AT LAW NO. 1 |
| | § | |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC, | § § § | |
| Defendants. | § | NUECES COUNTY, TEXAS |

## NOTICE OF HEARING

You will take notice that a hearing on DEFENDANT, ANDERSON & ASSOCIATES LAW FIRM PLLC'S Motion to Transfer Venue and Counterclaim has been scheduled for remote oral hearing on December 7 at 10 a.m. in the Nueces County Court One, Texas. The Zoom link will be provided to all parties the day prior to the hearing.

Respectfully submitted,

ANDERSON & ASSOCIATES LAW FIRM

By: /s/ Paul Anderson
Paul Anderson
Texas Bar No. 01202000
Kandyce Palamarchuck
Texas Bar No. 24095451
E-File Email: rd.aalaw@yahoo.com
2600 S. W. Military Dr. Ste. 118
San Antonio, Texas 78224
Tel. (210) 928-9999
Fax. (210) 210-928-99118
Attorneys for Defendant
Anderson & Associates Law Firm, PLLC, as

---

Defendant Anderson & Associates Law Firm PLLC's
Notice of Hearing

1 | P a g e



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Entity of Anderson & Associates Law Firm,
PLLC

### CERTIFICATE OF SERVICE

I certify that on October 19, 2022 a true and correct copy of Defendant Anderson &
Associates Response to Plaintiffs Motion for Default Judgment was served on the following parties
involved in this matter:

*Via E-Service*

**HILLARD MARTINEZ GONZALES, LLP**
Robert C. Hilliard
John B. Martinez
Rudy Gonzales, Jr.
Catherine Tobin Hilliard
T. Christopher Pinedo
Marion M. Reily

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
Tel: (361) 882-1612
Fax: (361) 882-3015
Attorneys for Plaintiffs

and

**LAW OFFICE OF THOMAS J. HENRY**
Robert P. Wilson
PO Box 696025
San Antonio, Texas 78269
Tel: (210) 656-1000
Fax: (210) 985-0601

Attorney for Plaintiffs

**DIEGO LAW**
Diego Lopez
8118 Datapoint Drive
San Antonio, Texas 78229
Tel: (210) 614-6400
E-file Email: diego@diegolaw.com
CC: Email: asst@diegolaw.com
Attorney for Defendant

*/s/ Paul Anderson*
Paul Anderson

Defendant Anderson & Associates Law Firm PLLC's
Notice of Hearing

2 | P a g e



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Paul Anderson
Bar No. 01202000
rd.aalaw@yahoo.com
Envelope ID: 69384502
Status as of 10/21/2022 8:52 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marion Reilly | | Caitlin@hmglawfirm.com | 10/19/2022 3:54:58 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 10/19/2022 3:54:58 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Assistant DAL | | asst@diegolaw.com | 10/19/2022 3:54:58 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 10/19/2022 3:54:58 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 10/19/2022 3:54:58 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 10/19/2022 3:54:58 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 10/19/2022 3:54:58 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 10/19/2022 3:54:58 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 10/19/2022 3:54:58 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES | § | IN THE COUNTY COURT |
| LLP AND THOMAS J. HENRY INJURY | § | |
| ATTORNEYS, | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | AT LAW NO. 1 |
| | § | |
| ANDERSON & ASSOCIATES LAW | § | |
| FIRM PLLC AND LAW OFFICES OF | § | |
| DIEGO LOPEZ, PLLC, | § | |
| Defendants. | § | NUECES COUNTY, TEXAS |

<u>DEFENDANT'S FIRST AMENDED ORIGINAL ANSWER,</u>
<u>MOTION TO TRANSFER VENUE, AND COUNTERCLAIM</u>

NOW COMES the Law Offices of Diego Lopez, PLLC, Defendant in the above-entitled

and numbered cause, and SUBJECT TO THE COURT'S RULING ON DEFENDANT'S

SPECIAL APPEARANCE CHALLENGING PERSONAL JURISDICTION, files this First

Amended Original Answer, Motion to Transfer Venue, and Counterclaim, and shows the Court.

<u>MOTION TO TRANSFER VENUE</u>

1.      The jurisdictional limits of County Courts at Law is $250,000.00. Plaintiffs pled, on page

2, paragraph 7 of their Original Petition, for "monetary relief over $1,000,000.00". This is beyond

the jurisdictional limits of this Court.

2.      The county where Plaintiff filed this suit is not the proper venue for this cause. Defendant

specifically <u>denies</u> the following allegation of venue:

      a.      Venue is not proper in Nueces County, Texas because none of the events leading

           to the contract signed by Plaintiff's client occurred in Nueces County, Texas.

3.      Defendant claims Plaintiff's choice of county violates the general venue rule Tex. Civ. Prac.

& Rem. Code Section 15.002(a), and hereby asserts that venue is proper in Bexar County because

1



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

of the following:

    a.    Defendant, Law Office of Diego Lopez, PLLC's, principal office location is in Bexar County, Texas. Defendant does not have an office location in Nueces County, Texas.

    b.    Additionally, Defendant's, Anderson & Associates Law Firm, PLLC, principal office location is in Bexar County, Texas. Defendant does not have an office location in Nueces County, Texas.

    c.    The Federal Lawsuit, Cause No. 5:18-CV-00949-XR, the subject of this suit, was filed and argued in Bexar County, San Antonio Federal Court.

Therefore, pursuant to the general venue provisions cited herein, the venue of this cause is in Bexar County, Texas.

4.    Defendant requests a transfer of venue for convenience and in the interest of justice pursuant to Tex. Civ. Prac. & Rem. Code section 15.002(b), and submits affidavits in support of same.

    a.    Defendant claims the parties and witnesses will be inconvenienced by Plaintiff's choice of Nueces County because all the witnesses live in or adjacent to Bexar County, Texas.

    b.    Defendant claims maintenance of this suit in Nueces County will work an economic and personal hardship on the parties and witnesses because Nueces County is 155 miles and a two and a half-hour drive from Defendant, Law Offices of Diego Lopez, PLLC's principal office.

    c.    Defendant claims Bexar County will not work such economic and personal hardship on the witnesses because both Defendants' principal offices are located in San Antonio, Bexar County, Texas.

2



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

d.    Defendant claims the balance of interests of all parties favors maintenance of the suit in Bexar County, Texas because Plaintiffs actively do business in San Antonio, Bexar County, Texas and have done so since at least 1994.

e.    Bexar County, Texas is the proper venue for this cause.

Therefore, pursuant to the general venue provisions and for the reasons cited herein this cause is most appropriate in Bexar County, Texas.

### GENERAL DENIAL

5.    Defendant denies each and every allegation of Plaintiff's Original Petition, and demands strict proof thereof as required by the Texas Rules of Civil Procedure.

### AFFIRMATIVE DEFENSE

The Law Office of Diego A. Lopez, PLLC asserts the following affirmative defenses:

6,    Anderson and Associates contract was executed by the minor Child's Father Christopher Ward on November 7, 2017. Defendants filed a lawsuit on behalf of the child, R.W., on December 13, 2017. Plaintiffs' contract with the minor child's mother, Chancie McMahan, was executed on December 15, 2017. Defendants had already filed the lawsuit two days before the Plaintiffs' executed the contract with the minor child's mother.

7.    The child's father, Christopher Ward, and the child's mother, Chancie McMahan, were never married. The Order in the Suit Affecting Parent Child Relationship authorized the minor child's father to represent the child in legal actions. The Defendants, Anderson and Associates, took that action before the Plaintiffs even had a second contract signed for the representation of this child.

8.    The Plaintiff's claims for Quantum Meruit and Unjust Enrichment are barred by the 2- and 4-years statute of limitations. *See* Tex. Civ. Prac. & Rem. Code §16.004(a)(3), "The

3



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

limitations period for an action for quantum meruit is four years." Additionally, the Texas Supreme Court has stated that the two-year statute of limitations applies to unjust enrichment claims. *See Wagner & Brown, Ltd. V. Horwood,* 58 S.W.3d 732, 737 (Tex. 2001).

## DEFENDANT'S COUNTERCLAIM

### FACTS

9.      This suit arises from the Sutherland Springs, Texas massacre on November 5, 2017. Counter-Defendants' client, Chancie McMahan (hereinafter "McMahan"), the mother of the minor R.W. Counter-Defendant's client, McMahan, and Counter-Plaintiffs' client, Christopher Ward (hereinafter "Ward"), were not ever married and the child R.W. resided with Ward in 2017. Additionally, an Order in a Suit Affecting the Parent Child Relationship, Cause No. 13-01-0026-CVW, between both McMahan and Ward states on page 4, paragraph 5 that Ward, as a parent joint managing conservator, shall have *"the right to, subject to the agreement of the other parent conservator, to represent the child in legal action and to make other decisions of substantial legal significance concerning the child."* During his period of possession over the child, R.W., Ward signed a contract with Anderson & Associates on November 7, 2017 – only two days after the Sutherland Springs massacre. Anderson & Associates have served the Ward family for over 20 years. The mother of R.W., McMahan, retained the Webster Law Firm just prior to December 15, 2017, 40 days after the massacre, thereafter the Webster Law Firm retained Thomas J. Henry Injury Attorneys on December 15, 2017 and Hilliard Martinez Gonzalez LLP on December 29, 2017.

10.     McMahan had limited contact with the child and was only visiting the child in San Antonio, Bexar County, Texas even though the child had numerous surgeries from his injuries. It was during one of these visits with the child that McMahan contracted with the Webster Law Firm.

4



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CAUSES OF ACTION

### COUNT 1: DECLARATORY JUDGMENT

11.    Counter-Plaintiff incorporates the facts set forth above.

12.    On November 7, 2017, Ward retained Anderson & Associates Law Firm PLLC on behalf of himself and his minor son, R.W. who was living with Ward at the time of the Sutherland Springs Massacre. Under the Suit Affecting the Parent Child Relationship, attached hereto as Exhibit "A," the Court awarded both McMahan and Ward the independent right to represent the child in legal action during the4ir periods of possession.

13.    The Federal Tort Claims Act ("FTCA") caps awards of attorneys' fees to 25%. Thus far, Counter-Defendants and Counter-Plaintiffs have been unable to reach an agreement as to the division of attorneys' fees for the amount awarded to R.W. Accordingly, Counter-Plaintiff seeks a declaration from this Honorable Court, after reviewing the applicable documents, that the Counter-Plaintiffs fee agreement is valid and reach a determination as to how the attorneys' fees should be divided.

### PRAYER

Counter-Plaintiff prays the Court, SUBJECT TO THE COURT'S RULING ON COUNTER-PLAINTIFF'S SPECIAL APPEARANCE CHALLENGING PERSONAL JURISDICTION,

1.    Will transfer this cause to Bexar County, will dismiss the Counter-Defendant's Petition;

2.    Will sustain the exceptions to the Counter-Defendant's Petition and order Counter-Defendants to replead, and

3.    Counter-Defendants to pay all of Counter-Plaintiff's court costs and attorney fees as a direct result of the original lawsuit and after notice and hearing or trial, enters judgment in favor of

5



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Counter-Plaintiff, awards Counter-Plaintiff the costs of court, attorney's fees, and such other and

further relief as Counter-Plaintiff may be entitled to in law or in equity.

Respectfully submitted,

Law Office of Diego A. Lopez
*The Ariel House*
8118 Datapoint Drive
San Antonio, Texas 78229
Tel:   (210) 614-6400
Fax:   (210) 614-6402

_____

Diego A. Lopez
State Bar No. 00790062
Email: diego@diegolaw.com
Attorney for Defendant
Law Offices of Diego Lopez, PLLC

6



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CERTIFICATE OF SERVICE

I certify that on October 27, 2022 a true and correct copy of Counter-Plaintiff's 1st

Amended Answer, Motion to Transfer Venue, Plea to Jurisdiction and Special Exceptions were

served on all parties electronically through the electronic filing manager.



Diego A. Lopez

7

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AND THOMAS J. HENRY INJURY ATTORNEYS<br>Plaintiff, | §<br>§<br>§<br>§<br>§ | IN THE COUNTY COURT AT LAW |
| V. | §<br>§ | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND LAW OFFICES OF DIEGO LOPEZ, PLLC<br>Defendant. | §<br>§<br>§<br>§<br>§ | NUECES COUNTY, TEXAS |

## VERIFICATION

BEFORE ME, the undersigned authority, personally appeared Diego A. Lopez, who being duly sworn, deposed as follows:

"My name is Diego A. Lopez. I am the Managing Member for Law Offices of Diego Lopez, PLLC. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged in the foregoing Motion to Transfer Venue. I hereby swear that the statements in support of Motion to Transfer Venue are true and correct.

1. The business is located in Bexar County, San Antonio, Texas.

2. I have never done business in Nueces County, Texas.

3. I do not conduct business in Nueces County, Texas."



Diego A. Lopez, as the Managing Member of
Law Offices of Diego Lopez, PLLC

SUBSCRIBED AND SWORN TO BEFORE ME on October 27, 2022, by
Diego A. Lopez.

```
REBECCA MAHA
Notary Public, State of Texas
Comm. Expires 09-23-2024
Notary ID 12349951
```

_____
Notary Public, State of Texas

8

---

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AND THOMAS J. HENRY INJURY ATTORNEYS<br>Plaintiff, | §<br>§<br>§<br>§<br>§ | IN THE COUNTY COURT AT LAW |
| v. | §<br>§ | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND LAW OFFICES OF DIEGO LOPEZ, PLLC<br>Defendant. | §<br>§<br>§<br>§<br>§ | <br><br><br>NUECES COUNTY, TEXAS |

## AFFIDAVIT IN SUPPORT OF
## DEFENDANT'S MOTION TO TRANSFER VENUE

BEFORE ME, the undersigned authority, personally appeared Diego A. Lopez, who being

duly sworn, deposed as follows:

"My name is Diego A. Lopez. I am at least 18 years of age and of sound mind. I am

personally acquainted with the facts alleged herein.

"Venue is proper in Bexar County, Texas because the principal location of the business is

Bexar County, Texas and has been in that county since its inception."

_____
Diego A. Lopez, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on October 27, 2022, by

 Diego A. Lopez.

_____
Notary Public, State of Texas

REBECCA MAHA
Notary Public, State of Texas
Comm. Expires 09-23-2024
Notary ID 12349951

10

### STATE OF TEXAS
### COUNTY OF NUECES

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

### Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Diego Lopez
Bar No. 00790062
Diego@Diegolaw.com
Envelope ID: 69625599
Status as of 10/27/2022 3:14 PM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marion Reilly | | Caitlin@hmglawfirm.com | 10/27/2022 11:16:42 AM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 10/27/2022 11:16:42 AM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 10/27/2022 11:16:42 AM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 10/27/2022 11:16:42 AM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 10/27/2022 11:16:42 AM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Assistant DAL | | asst@diegolaw.com | 10/27/2022 11:16:42 AM | SENT |
| Diego Lopez | | diego@diegolaw.com | 10/27/2022 11:16:42 AM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 10/27/2022 11:16:42 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 10/27/2022 11:16:42 AM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
10/27/2022 11:16 AM
Anne Lorentzen
District Clerk
Nueces County, Texas

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J. HENRY INJURY ATTORNEYS,<br>Plaintiffs, | §<br>§<br>§<br>§<br>§ | IN THE COUNTY COURT |
| V. | §<br>§ | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND LAW OFFICES OF DIEGO LOPEZ, PLLC,<br>Defendants. | §<br>§<br>§<br>§<br>§ | NUECES COUNTY, TEXAS |

### DEFENDANT'S FIRST AMENDED ORIGINAL ANSWER, MOTION TO TRANSFER VENUE, AND COUNTERCLAIM

NOW COMES the Law Offices of Diego Lopez, PLLC, Defendant in the above-entitled and numbered cause, and SUBJECT TO THE COURT'S RULING ON DEFENDANT'S SPECIAL APPEARANCE CHALLENGING PERSONAL JURISDICTION, files this First Amended Original Answer, Motion to Transfer Venue, and Counterclaim, and shows the Court.

### MOTION TO TRANSFER VENUE

1.      The jurisdictional limits of County Courts at Law is $250,000.00. Plaintiffs pled, on page 2, paragraph 7 of their Original Petition, for "monetary relief over $1,000,000.00". This is beyond the jurisdictional limits of this Court.

2.      The county where Plaintiff filed this suit is not the proper venue for this cause. Defendant specifically <u>denies</u> the following allegation of venue:

      a.      Venue is not proper in Nueces County, Texas because none of the events leading to the contract signed by Plaintiff's client occurred in Nueces County, Texas.

3.      Defendant claims Plaintiffs choice of county violates the general venue rule Tex. Civ. Prac. & Rem. Code Section 15.002(a), and hereby asserts that venue is proper in Bexar County because



1



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

***ANN LORENTZEN***
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

of the following:

    a.    Defendant, Law Office of Diego Lopez, PLLC's, principal office location is in Bexar County, Texas. Defendant does not have an office location in Nueces County, Texas.

    b.    Additionally, Defendant's, Anderson & Associates Law Firm, PLLC, principal office location is in Bexar County, Texas. Defendant does not have an office location in Nueces County, Texas.

    c.    The Federal Lawsuit, Cause No. 5:18-CV-00949-XR, the subject of this suit, was filed and argued in Bexar County, San Antonio Federal Court.

Therefore, pursuant to the general venue provisions cited herein, the venue of this cause is in Bexar County, Texas.

4.    Defendant requests a transfer of venue for convenience and in the interest of justice pursuant to Tex. Civ. Prac. & Rem. Code section 15.002(b), and submits affidavits in support of same.

    a.    Defendant claims the parties and witnesses will be inconvenienced by Plaintiff's choice of Nueces County because all the witnesses live in or adjacent to Bexar County, Texas.

    b.    Defendant claims maintenance of this suit in Nueces County will work an economic and personal hardship on the parties and witnesses because Nueces County is 155 miles and a two and a half-hour drive from Defendant, Law Offices of Diego Lopez, PLLC's principal office.

    c.    Defendant claims Bexar County will not work such economic and personal hardship on the witnesses because both Defendants' principal offices are located in San Antonio, Bexar County, Texas.

2



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

d.     Defendant claims the balance of interests of all parties favors maintenance of the suit in Bexar County, Texas because Plaintiffs actively do business in San Antonio, Bexar County, Texas and have done so since at least 1994.

e.     Bexar County, Texas is the proper venue for this cause.

Therefore, pursuant to the general venue provisions and for the reasons cited herein this cause is most appropriate in Bexar County, Texas.

<u>GENERAL DENIAL</u>

5.     Defendant denies each and every allegation of Plaintiff's Original Petition, and demands strict proof thereof as required by the Texas Rules of Civil Procedure.

<u>AFFIRMATIVE DEFENSE</u>

The Law Office of Diego A. Lopez, PLLC asserts the following affirmative defenses:

6.     Anderson and Associates contract was executed by the minor Child's Father Christopher Ward on November 7, 2017. Defendants filed a lawsuit on behalf of the child, R.W., on December 13, 2017. Plaintiffs' contract with the minor child's mother, Chancie McMahan, was executed on December 15, 2017. Defendants had already filed the lawsuit two days before the Plaintiffs' executed the contract with the minor child's mother.

7.     The child's father, Christopher Ward, and the child's mother, Chancie McMahan, were never married. The Order in the Suit Affecting Parent Child Relationship authorized the minor child's father to represent the child in legal actions. The Defendants, Anderson and Associates, took that action before the Plaintiffs even had a second contract signed for the representation of this child.

8.     The Plaintiff's claims for Quantum Meruit and Unjust Enrichment are barred by the 2- and 4-years statute of limitations. *See* Tex. Civ. Prac. & Rem. Code §16.004(a)(3), "The

3



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

limitations period for an action for quantum meruit is four years." Additionally, the Texas

Supreme Court has stated that the two-year statute of limitations applies to unjust enrichment

claims. *See Wagner & Brown, Ltd. V. Horwood,* 58 S.W.3d 732, 737 (Tex. 2001).

### DEFENDANT'S COUNTERCLAIM

### FACTS

9.     This suit arises from the Sutherland Springs, Texas massacre on November 5, 2017.

Counter-Defendants' client, Chancie McMahan (hereinafter "McMahan"), the mother of the minor

R.W. Counter-Defendant's client, McMahan, and Counter-Plaintiffs' client, Christopher Ward

(hereinafter "Ward"), were not ever married and the child R.W. resided with Ward in 2017.

Additionally, an Order in a Suit Affecting the Parent Child Relationship, Cause No. 13-01-0026-

CVW, between both McMahan and Ward states on page 4, paragraph 5 that Ward, as a parent joint

managing conservator, shall have *"the right to, subject to the agreement of the other parent*

*conservator, to represent the child in legal action and to make other decisions of substantial*

*legal significance concerning the child."* During his period of possession over the child, R.W.,

Ward signed a contract with Anderson & Associates on November 7, 2017 – only two days after

the Sutherland Springs massacre. Anderson & Associates have served the Ward family for over

20 years. The mother of R.W., McMahan, retained the Webster Law Firm just prior to December

15, 2017, 40 days after the massacre, thereafter the Webster Law Firm retained Thomas J. Henry

Injury Attorneys on December 15, 2017 and Hilliard Martinez Gonzalez LLP on December 29,

2017.

10.    McMahan had limited contact with the child and was only visiting the child in San Antonio,

Bexar County, Texas even though the child had numerous surgeries from his injuries. It was during

one of these visits with the child that McMahan contracted with the Webster Law Firm.

4



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CAUSES OF ACTION

### COUNT 1: DECLARATORY JUDGMENT

11.    Counter-Plaintiff incorporates the facts set forth above.

12.    On November 7, 2017, Ward retained Anderson & Associates Law Firm PLLC on behalf of himself and his minor son, R.W. who was living with Ward at the time of the Sutherland Springs Massacre. Under the Suit Affecting the Parent Child Relationship, attached hereto as Exhibit "A," the Court awarded both McMahan and Ward the independent right to represent the child in legal action during the4ir periods of possession.

13.    The Federal Tort Claims Act ("FTCA") caps awards of attorneys' fees to 25%. Thus far, Counter-Defendants and Counter-Plaintiffs have been unable to reach an agreement as to the division of attorneys' fees for the amount awarded to R.W. Accordingly, Counter-Plaintiff seeks a declaration from this Honorable Court, after reviewing the applicable documents, that the Counter-Plaintiffs fee agreement is valid and reach a determination as to how the attorneys' fees should be divided.

### PRAYER

Counter-Plaintiff prays the Court, SUBJECT TO THE COURT'S RULING ON COUNTER-PLAINTIFF'S SPECIAL APPEARANCE CHALLENGING PERSONAL JURISDICTION,

1.    Will transfer this cause to Bexar County, will dismiss the Counter-Defendant's Petition;

2.    Will sustain the exceptions to the Counter-Defendant's Petition and order Counter-Defendants to replead, and

3.    Counter-Defendants to pay all of Counter-Plaintiff's court costs and attorney fees as a direct result of the original lawsuit and after notice and hearing or trial, enters judgment in favor of

5



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Counter-Plaintiff, awards Counter-Plaintiff the costs of court, attorney's fees, and such other and

further relief as Counter-Plaintiff may be entitled to in law or in equity.

Respectfully submitted,

Law Office of Diego A. Lopez
*The Ariel House*
8118 Datapoint Drive
San Antonio, Texas 78229
Tel:    (210) 614-6400
Fax:    (210) 614-6403



Diego A. Lopez
State Bar No. 00790062
Email: diego@diegolaw.com
Attorney for Defendant
Law Offices of Diego Lopez, PLLC

6



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CERTIFICATE OF SERVICE

I certify that on October 27, 2022 a true and correct copy of Counter-Plaintiff's 1st Amended Answer, Motion to Transfer Venue, Plea to Jurisdiction and Special Exceptions were served on all parties electronically through the electronic filing manager.



Diego A. Lopez

7

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AND THOMAS J. HENRY INJURY ATTORNEYS<br>Plaintiff, | § § § § § | IN THE COUNTY COURT AT LAW |
| V. | § § | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND LAW OFFICES OF DIEGO LOPEZ, PLLC<br>Defendant. | § § § § | NUECES COUNTY, TEXAS |

## VERIFICATION

BEFORE ME, the undersigned authority, personally appeared Diego A. Lopez, who being duly sworn, deposed as follows:

"My name is Diego A. Lopez. I am the Managing Member for Law Offices of Diego Lopez, PLLC. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged in the foregoing Motion to Transfer Venue. I hereby swear that the statements in support of Motion to Transfer Venue are true and correct.

1. The business is located in Bexar County, San Antonio, Texas.

2. I have never done business in Nueces County, Texas.

3. I do not conduct business in Nueces County, Texas."



Diego A. Lopez, as the Managing Member of
Law Offices of Diego Lopez, PLLC

SUBSCRIBED AND SWORN TO BEFORE ME on _Octuber 21, 2022_, by
_Diego A. Lopez_.



REBECCA MAHA
Notary Public, State of Texas
Comm. Expires 09-23-2024
Notary ID 12349951



Notary Public, State of Texas

8

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AND THOMAS J. HENRY INJURY ATTORNEYS Plaintiff, | § § § § § | IN THE COUNTY COURT AT LAW |
| V. | § § | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND LAW OFFICES OF DIEGO LOPEZ, PLLC Defendant. | § § § § | NUECES COUNTY, TEXAS |

### AFFIDAVIT IN SUPPORT OF
### DEFENDANT'S MOTION TO TRANSFER VENUE

BEFORE ME, the undersigned authority, personally appeared Diego A. Lopez, who being duly sworn, deposed as follows:

"My name is Diego A. Lopez. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged herein.

"Venue is proper in Bexar County, Texas because the principal location of the business is Bexar County, Texas and has been in that county since its inception."



_____
Diego A. Lopez, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on October 27, 2022, by

 Diego A. Lopez.


_____
Notary Public, State of Texas

REBECCA MAHA
Notary Public, State of Texas
Comm. Expires 09-23-2024
Notary ID 12349951

10

---

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

### Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Diego Lopez
Bar No. 00790062
Diego@Diegolaw.com
Envelope ID: 69625599
Status as of 10/27/2022 3:14 PM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marion Reilly | | Caitlin@hmglawfirm.com | 10/27/2022 11:16:42 AM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 10/27/2022 11:16:42 AM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 10/27/2022 11:16:42 AM | SENT |
| Kandyce  Palamarchuck | | kp.aalaw@yahoo.com | 10/27/2022 11:16:42 AM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 10/27/2022 11:16:42 AM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Assistant DAL | | asst@diegolaw.com | 10/27/2022 11:16:42 AM | SENT |
| Diego Lopez | | diego@diegolaw.com | 10/27/2022 11:16:42 AM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 10/27/2022 11:16:42 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 10/27/2022 11:16:42 AM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
11/8/2022 4:41 PM
Anna Lorentzen
District Clerk
Nueces County, Texas

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP | § | IN THE COUNTY COURT |
| AND THOMAS J. HENRY INJURY | § | |
| ATTORNEYS, | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | AT LAW NO. 1 |
| | § | |
| ANDERSON & ASSOCIATES LAW FIRM | § | |
| PLLC AND ANDERSON & LAW OFFICE OF | § | |
| DIEGO LOPEZ, PLLC, | § | |
| Defendants. | § | NUECES COUNTY, TEXAS |

### FIRST AMENDED NOTICE OF HEARING

You will take notice that a hearing on **DEFENDANT, ANDERSON & ASSOCIATES**

**LAW FIRM PLLC'S** Motion to Transfer Venue and Counterclaim has been scheduled for

remote oral hearing **on January 5, 2023 at 10 a.m.** in the Nueces County Court One, Texas. The

Zoom link will be provided to all parties the day prior to the hearing.

Respectfully submitted,

ANDERSON & ASSOCIATES LAW FIRM

By: /s/ Paul Anderson
Paul Anderson
Texas Bar No. 01202000
Kandyce Palamarchuck
Texas Bar No. 24095451
E-File Email: rd.aalaw@yahoo.com
2600 S. W. Military Dr. Ste. 118
San Antonio, Texas 78224
Tel. (210) 928-9999
Fax. (210) 210-928-99118
Attorneys for Defendant
Anderson & Associates Law Firm, PLLC, as

---

1 | P a g e

Defendant Anderson & Associates Law Firm PLLC's
Notice of Hearing



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Entity of Anderson & Associates Law Firm, PLLC

## CERTIFICATE OF SERVICE

I certify that on November 8, 2022 a true and correct copy of the above was served on the following parties involved in this matter:

*Via E-Service*

HILLARD MARTINEZ GONZALES, LLP
Robert C. Hilliard
John B. Martinez
Rudy Gonzales, Jr.
Catherine Tobin Hilliard
T. Christopher Pinedo
Marion M. Reily

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
Tel: (361) 882-1612
Fax: (361) 882-3015
Attorneys for Plaintiffs

and

LAW OFFICE OF THOMAS J. HENRY
Robert P. Wilson
PO Box 696025
San Antonio, Texas 78269
Tel: (210) 656-1000
Fax: (210) 985-0601

Attorney for Plaintiffs

DIEGO LAW
Diego Lopez
8118 Datapoint Drive
San Antonio, Texas 78229
Tel: (210) 614-6400
E-file Email: diego@diegolaw.com
CC: Email: asst@diegolaw.com
Attorney for Defendant

/s/ Paul Anderson
Paul Anderson

Defendant Anderson & Associates Law Firm PLLC's
Notice of Hearing



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paul Anderson on behalf of Kandyce Palamarchuck
Bar No. 24095451
rd.aalaw@yahoo.com
Envelope ID: 69998754
Status as of 11/9/2022 8:25 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marion Reilly | | Caitlin@hmglawfirm.com | 11/8/2022 4:41:37 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 11/8/2022 4:41:37 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Assistant DAL | | asst@diegolaw.com | 11/8/2022 4:41:37 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 11/8/2022 4:41:37 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 11/8/2022 4:41:37 PM | SENT |
| Kandyce  Palamarchuck | | kp.aalaw@yahoo.com | 11/8/2022 4:41:37 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 11/8/2022 4:41:37 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 11/8/2022 4:41:37 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 11/8/2022 4:41:37 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
11/29/2022 10:02 AM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J HENRY INJURY ATTORNEYS, | § § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| V. | § § | |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC | § § § § § | AT LAW NO. 1 |
| Defendants. | § | NUECES COUNTY, TEXAS |

## PLAINTIFFS' MOTION TO DISMISS DEFENDANT THE LAW OFFICES OF DIEGO LOPEZ, PLLC'S BASELESS COUNTERCLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs, Hilliard Martinez Gonzales, LLP and Thomas J. Henry Injury Attorneys in the above styled and numbered cause hereinafter referred to by name or as Plaintiffs, files this Motion to Dismiss the Law Offices of Diego Lopez, PLLC's Baseless Counterclaim.

### INTRODUCTION

1.    Plaintiffs, Hilliard Martinez Gonzales LLP and Thomas J. Henry Injury Attorneys, sued Defendants Anderson & Associates Law Firm PLLC and the Law Offices of Diego Lopez, PLLC, for a declaratory judgment, quantum meruit, and unjust enrichment.



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

2.     On September 30, 2022, Defendant Anderson & Associates Law Firm PLLC answered the lawsuit and filed a counterclaim, alleging common law fraud, quantum meruit and seeking a declaratory judgment.

3.     On October 27, 2022, Defendant the Law Offices of Diego Lopez PLLC answered the lawsuit and filed a counterclaim requesting a declaratory judgment.

### ARGUMENT & AUTHORITIES

4.     Plaintiffs file this motion to dismiss Defendant Anderson & Associates Law Firm PLLC's counterclaim alleging causes of action for common law fraud, non-disclosure, and false representation by conduct under the authority of Texas Rule of Civil Procedure 91a. Tex. R. Civ. P. 91a.1, 91a.2. Under Rule 91a, the Court can dismiss a cause of action that has no basis in law or fact. Tex. R. Civ. P. 91a.1.

5.     The Court should dismiss Defendant's counterclaim alleging causes of action for common law fraud, non-disclosure, and false representation by conduct because it has no basis in law. Tex. R. Civ. P. 91a, 91a.2. A cause of action has no basis in law if the allegations, taken as true, together with inferences reasonably drawn from them, do not entitle the Defendant to the relief sought. Tex. R. Civ. P. 91a.1; *In re Hous. Specialty Ins. Co.*, 569 S.W.3d 138, 139 n.1 (Tex. 2019); *Stallworth v. Ayers*, 510 S.W.3d 187, 189-90 (Tex. App.—Houston [1st Dist. 2016, no pet.); *see In re Essex Ins. Co.*, 450 S.W.3d 524, 527-28 (Tex. 2014). Defendant's counterclaim alleging causes of action for common law fraud, non-disclosure, and false representation by conduct has no basis in law because there are absolutely no factual allegations pled concerning what representations were made, let alone that any



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

representations were material, false, or made falsely or recklessly, and no factual allegations concerning reliance—there is therefore no legal support for these causes of action. Frankly, it simply unclear what exactly Defendant is even alleging—the facts and information contained in Count 1 are nonsensical. In any event, Defendant lacks standing to bring a claim on behalf of Plaintiffs against Ms. McMahan—though no facts support such a ludicrous proposition. Although Defendant recites the elements of a fraud claim, it includes not supporting facts, fails to allege any misrepresentations that were made or any acts that were concealed or undisclosed in order to induce Defendant. *See Weizhong Zheng v. Vacation Network, Inc.*, 468 S.W. 3d 180, (Tex. App.—Houston [14th Dist.] 2015) (dismissing fraud claim that contains merely a "threadbare recital[]" of the elements of a claim). It also fails to specify how Defendant relied on any alleged misrepresentations. *Grant Thornton LLP v. Prospect High Income Fund*, 314 S.W.3d 913, 923 (Tex. 2010) (requiring "actual and justifiable reliance.").

6. Moreover, the very exhibit attached by Defendant refutes its contention that "the exclusive right to make legal decisions on behalf of the child was awarded to Ward and not McMahan" further evidencing the lack of any basis in fact or law. *See* Ex. B to Defendant's counterclaim. That document clearly references that Ms. McMahan has "the right ... to represent the child in legal action and to make other decision of substantial legal significance concerning the child." Ex. B, at 5. Under no scenario do the allegations entitle Defendant to the relief sought in Count 1, and it should be dismissed in its entirety.



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

7.    The Court should also dismiss Defendant's counterclaim alleging causes of action for common law fraud, non-disclosure, and false representation by conduct because it has no basis in fact. Tex. R. Civ. P. 91a.1, 91a.2. A cause of action has no basis in fact if no reasonable person could believe the facts pleaded. Tex. R. Civ. P. 91a.1. Defendant's counterclaim alleging causes of action for common law fraud, non-disclosure, and false representation by conduct has no basis in fact because no reasonable person can even understand what Defendant is claiming, let alone believe the facts were true. Again, there are absolutely no factual allegations pled asserting what representations were made, let alone that any representations were material, false, or made falsely or recklessly, and there are no factual allegations concerning reliance. Under no reading of Count 1 could a reasonable person believe what is stated therein—if a reasonable person could even discern what is being said at all. Nor could any reasonable person believe the allegations when they are refuted by the documents attached to Defendant's counterclaim. Frankly, it simply unclear what exactly Defendant is even alleging—the facts and information contained in Count 1 are nonsensical. Again, Defendant lacks standing to bring a claim on behalf of Plaintiffs against Ms. McMahan—though no facts support such a ludicrous proposition.

### ATTORNEY FEES & COSTS

8.    The prevailing party on a motion to dismiss can be awarded reasonable and necessary attorney fees and all costs incurred as a result of its baseless counterclaim. *See* Tex. Civ. Prac. & Rem. Code §30.021; Tex. R Civ. P. 91a.7.



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Therefore, if the Court grants Plaintiffs' motion to dismiss, either in whole or in part, Plaintiffs ask the Court to award Plaintiffs reasonable and necessary attorney fees and all costs incurred as a result of preparing this motion to dismiss, filing fees, setting the motion for hearing, and preparation for the hearing. *See* Tex. Civ. Prac. & Rem. Code §30.021; Tex. R. Civ. P. 91a.7.

  9. The reasonable and necessary attorney fees and all costs incurred are $2400, which are established by the affidavit of Marion M. Reilly, attached as Exhibit A.

CONCLUSION & PRAYER FOR RELIEF

  10. For these reasons, Plaintiffs ask the Court to set this Motion for hearing and, after the hearing, grant this Motion and sign an order dismissing the challenged causes of action and awarding Plaintiffs reasonable and necessary attorney fees and all costs.

Respectfully submitted,

HILLIARD MARTINEZ GONZALES, LLP

By: /s/ Marion M. Reilly
Robert C. Hilliard
State Bar No. 09677700
bobh@hmglawfirm.com
John B. Martinez
State Bar No.24010212
john@hmglawfirm.com
Rudy Gonzales, Jr.
State Bar No. 08121700
rudyg@hmglawfirm.com
Catherine Tobin Hilliard
State Bar No. 24013642
catherine@hmglawfirm.com



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

T. Christopher Pinedo
State Bar No. 00788935
cpinedo@hmglawfirm.com
Marion M. Reilly
State Bar No. 24079195
marion@hmglawfirm.com

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
O: 361. 882.1612
F: 361.882.3015

*And*

By:/s/ Robert P. Wilson
Robert P. Wilson
State Bar No. 2171875
rwilson@thomasjhenrylaw.com
LAW OFFICE OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
O: 210.656.1000
F: 210.985.0601

ATTORNEYS FOR PLAINTIFFS



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and forgoing instrument was duly served in accordance with the Texas Rules of Civil Procedure on this the 29th day of November 2022 to the following:

*Via Email:*
Diego A. Lopez
LAW OFFICE OF DIEGO A. LOPEZ, PLLC
The Ariel House
8118 Datapoint Dr.
San Antonio, Texas 78229
 Counsel for Defendant
Law Office of Diego A. Lopez, PLLC

*Via Email:*
Paul Anderson
Kandyce Palamarchuck
ANDERSON & ASSOCIATES LAW FIRM
2600 S.W. Military Dr. Ste. 118
San Antonio, Texas 78224
Counsel for Defendant
Anderson & Associates Law Firm

*/s/ Marion M. Reilly*
Marion M. Reilly



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

CAUSE NO 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J HENRY INJURY ATTORNEYS, | § § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| V. | § § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC | § § § § § | |
| Defendants. | § | NUECES COUNTY, TEXAS |

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF NUECES | § |

### AFFIDAVIT IN SUPPORT OF
### PLAINTIFFS' MOTION TO DISMISS DEFENDANT THE LAW OFFICES OF
### DIEGO LOPEZ, PLLC'S BASELESS COUNTERCLAIM

Plaintiffs' submits this affidavit in compliance with the Texas Rules of Civil

Procedure, supporting the allegations in Motion to Dismiss the Law Offices of Diego

Lopez, PLLC's Baseless Counterclaim.

Before me, the undersigned notary, on this day personally appeared Marion M.

Reilly, the affiant, a person whose identity is known to me. After I administered an

oath to affiant, affiant testified:

"My name is Marion Reilly; I am over the age of eighteen (18) years and
fully competent to make this verification. An attorney of record for the
Plaintiffs, have read the aforementioned Plaintiffs' Motion to Dismiss



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

the Law Office of Diego Lopez, PLLC's Baseless Counterclaim and declare that all the facts contained therein are true and correct."
Further Affiant sayeth not.

Marion Reilly

Sworn to and subscribed before me on the 29th day of November, 2022.

Carin Leanne Salinas
My Commission Expires
07/17/2024
ID No. 126599293

Notary Public in and for
The State of Texas
My Commission Expires:
07/17/2024



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 70510412
Status as of 11/29/2022 10:17 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 11/29/2022 10:02:47 AM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 11/29/2022 10:02:47 AM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 11/29/2022 10:02:47 AM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 11/29/2022 10:02:47 AM | SENT |
| Robert Nalbach | | rdnaibach@aol.com | 11/29/2022 10:02:47 AM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Assistant DAL | | asst@diegolaw.com | 11/29/2022 10:02:47 AM | SENT |
| Diego Lopez | | diego@diegolaw.com | 11/29/2022 10:02:47 AM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 11/29/2022 10:02:47 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 11/29/2022 10:02:47 AM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

CAUSE NO 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J HENRY INJURY ATTORNEYS, | § § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| V. | § § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC | § § § § § | |
| Defendants. | § § | NUECES COUNTY, TEXAS |

## ORDER GRANTING PLAINTIFFS' AMENDED MOTION TO DISMISS DEFENDANT THE LAW OFFICES OF DIEGO LOPEZ PLLC'S BASELESS AFFIRMATIVE DEFENSES AND COUNTERCLAIM

Pending before the Court is Plaintiffs Amended Motion to Dismiss the Law Offices of Diego Lopez PLLC's Baseless Affirmative Defenses and Counterclaim ("Motion"). Having considered the Plaintiffs' Motion, the pleadings, the response, the Court's file, applicable authorities and the arguments of counsel, the Court hereby GRANTING the Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs Amended Motion to Dismiss the Law Offices of Diego Lopez PLLC's Baseless Affirmative Defenses and Counterclaim is hereby GRANTED.

Signed on this the _____ day of _____, 202_.

_____

**THE HONORABLE TODD ROBINSON**



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

### Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 70545246
Status as of 11/30/2022 9:08 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 11/29/2022 7:02:49 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 11/29/2022 7:02:49 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 11/29/2022 7:02:49 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 11/29/2022 7:02:49 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 11/29/2022 7:02:49 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Assistant DAL | | asst@diegolaw.com | 11/29/2022 7:02:49 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 11/29/2022 7:02:49 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 11/29/2022 7:02:49 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 11/29/2022 7:02:49 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

2022CCV-00432-3

Filed
11/29/2022 2:10 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

LAW OFFICE OF
D I E G O  A.  L O P E Z,
P.L.L.C.
*The Ariel House*
8118 Datapoint Drive
San Antonio, Texas 78229-3268
*E-Mail:Diego@DiegoLaw.com*

TELEPHONE (210) 614-6400                                                        FACSIMILE (210) 614-6403

11-28-22

Bexar County Courthouse                              Wilson County District Clerk
100 W. Nueva, Suite 217                              1105 Railroad St.
San Antonio, Texas 78205                            Floresville, Texas 78130

Kendall County District Clerk                       Kendall County Clerk
201 E. San Antonio, Suite 201                       201 E. San Antonio Street, Suite 127
Boerne, Texas 78006                                 Boerne, Texas 78006

Kerr County District Clerk                          Kerr County Clerk
700 Main Street, 2nd Floor                          700 Main Street, Suite 122
Kerrville, Texas 78028                              Kerrville, Texas 78028

Guadalupe County District Clerk                     Comal County District Clerk
211 W. Court, Rm 211                                199 Main Plaza, Suite 2063
Seguin, Texas 78155                                 New Braunfels, Texas 78130

Bandera County Clerk                                Lampasas County District Clerk
500 Main Street                                     409 South Pecan Street #204
PO Box 823                                          Lampasas, TX 76550
Bandera TX 78003

Nueces County Clerk
901 Leopard St., Room 201
Corpus Christi TX 78401

Re:    Unavailability/Vacation Notice
       DIEGO A. LOPEZ
       SBN: 00790062

       Please be advised that I will be out of my office and unavailable for Court appearances and depositions for the following dates:

November 22 2022 – January 5, 2023

       In accordance with the Lawyer's Creed, please do not set any matters for mediation, hearing, or trial two (2) days prior and two (2) days after these periods of time. Additionally, should any attorney send any discovery request which require a response during this period, I would appreciate additional time in which to respond.

       Thank you in advance for every courtesy and attention to the foregoing request. Should you have any questions, please do not hesitate to contact me.

                                        Respectfully yours,

                                        ___/s/Diego A. Lopez_____
                                        **DIEGO A. LOPEZ**
                                        Clio/Lopez Diego/Vacation 2022



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Diego Lopez
Bar No. 00790062
Diego@Diegolaw.com
Envelope ID: 70538204
Status as of 11/29/2022 4:17 PM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marion Reilly | | Caitlin@hmglawfirm.com | 11/29/2022 4:09:44 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 11/29/2022 4:09:44 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 11/29/2022 4:09:44 PM | SENT |
| Kandyce  Palamarchuck | | kp.aalaw@yahoo.com | 11/29/2022 4:09:44 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 11/29/2022 4:09:44 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Assistant DAL | | asst@diegolaw.com | 11/29/2022 4:09:44 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 11/29/2022 4:09:44 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 11/29/2022 4:09:44 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 11/29/2022 4:09:44 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
11/29/2022 7:01 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J HENRY INJURY ATTORNEYS, | § § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| V. | § § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC | § § § § § | |
| Defendants. | § | NUECES COUNTY, TEXAS |

## PLAINTIFFS' AMENDED MOTION TO DISMISS DEFENDANT THE LAW OFFICES OF DIEGO LOPEZ PLLC'S BASELESS AFFIRMATIVE DEFENSES AND COUNTERCLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs, Hilliard Martinez Gonzales, LLP and Thomas J. Henry Injury Attorneys in the above styled and numbered cause hereinafter referred to by name or as Plaintiffs, files this Amended Motion to The Law Offices of Diego Lopez PLLC's Baseless Affirmative Defenses and Counterclaim containing causes of action and defenses that have no basis in fact or law.

### INTRODUCTION

1.      Plaintiffs, Hilliard Martinez Gonzales LLP and Thomas J. Henry Injury Attorneys, sued Defendants Anderson & Associates Law Firm PLLC and the Law Offices of Diego Lopez, PLLC, for a declaratory judgment, quantum meruit, and unjust enrichment. It also alleged, as an affirmative defense, that Plaintiffs' claims



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

are barred by the 2-year and 4-year statute of limitations for Quantum Meruit and Unjust Enrichment.

2.    On September 30, 2022, Defendant Anderson & Associates Law Firm PLLC answered the lawsuit and filed a counterclaim, alleging common law fraud, quantum meruit and seeking a declaratory judgment. It also alleged, as an affirmative defense, that Plaintiffs' claims are barred by the 2-year and 4-year statute of limitations for Quantum Meruit and Unjust Enrichment.

3.    On October 27, 2022, Defendant the Law Offices of Diego Lopez PLLC filed their First amended counterclaim requesting a declaratory judgment. It also alleged, as an affirmative defense, that Plaintiffs' claims are barred by the 2-year and 4-year statute of limitations for Quantum Meruit and Unjust Enrichment.

### ARGUMENT & AUTHORITIES

4.    Plaintiffs file this motion to dismiss Defendant the Law Offices of Diego Lopez PLLC's counterclaim alleging a cause of action for a declaratory judgment under the authority of Texas Rule of Civil Procedure 91a. Tex. R. Civ. P. 91a.1, 91a.2. Plaintiffs also file this motion to dismiss its affirmative defenses of the 2-year and 4-year statute of limitations under Texas Rule of Civil Procedure 91a. Under Rule 91a, the Court can dismiss a cause of action that has no basis in law or fact. Tex. R. Civ. P. 91a.1.

5.    The Court should dismiss Defendant's counterclaim for a declaratory judgment, as well as its affirmative defenses of the 2-year and 4-year status of limitations, because they have no basis in law. Tex. R. Civ. P. 91a, 91a.2. A cause of



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

action has no basis in law if the allegations, taken as true, together with inferences reasonably drawn from them, do not entitle the Defendant to the relief sought. Tex. R. Civ. P. 91a.1; *In re Hous. Specialty Ins. Co.,* 569 S.W.3d 138, 139 n.1 (Tex. 2019); *Stallworth v. Ayers,* 510 S.W.3d 187, 189-90 (Tex. App.—Houston [1st Dist. 2016, no pet.); *see In re Essex Ins. Co.,* 450 S.W.3d 524, 527-28 (Tex. 2014).

 6. Plaintiffs move to dismiss, under Texas Rule of Civil Procedure 91a, Defendant's counterclaim for declaratory judgment because it has no basis in law or fact. Tex. R. Civ. P. 91a.1, 91a.2. Under Rule 91a, the Court can dismiss a cause of action that has no basis in law or fact. Tex. R. Civ. P. 91a.1. A declaratory judgment is not available to resolve an issue when another action is pending that will adjudicate the same issue between the same parties. *Tex. Liquor Control Bd. v. Canyon Creek Land Corp.,* 456 S.W.2d 891, 895 (Tex. 1970). Nor is a declaratory judgment available to resolve issues that are already pending before the same court. *BHP Petroleum Co. v. Millard,* 800 S.W.2d 838, 841 (Tex. 1990). Plaintiffs' Original Petition seeks a declaratory judgment regarding the rights and work of the parties in the underlying litigation. Thus, the issues raised by Defendant's counter-claim are the same as the issues already pending before the Court, and the cause of action for declaratory judgment is not appropriate and should therefore be dismissed. *See id.*

 7. Plaintiffs also move to dismiss Defendant's affirmative defenses of the running of the 2-year statute of limitations for unjust enrichment, and the 4-year statute of limitations for quantum meruit, also have no basis in law or fact and must be dismissed. First, Defendant fails to cite any facts at all to support the running of



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

the statute of limitations. Second, under the respective contingency-fee contracts, no law firms were entitled to any monetary recovery until a judgment was awarded to the represented Plaintiffs. It was not until February 7, 2022 that Plaintiffs secured a verdict for Chancie McMahan on behalf of R.W., and the right of any law firms to recover manifested. *See Exxon Corp. v. Emerald Oil & Gas Co.*, 348 S.W.3d 194, 202 (Tex. 2011); *see also Via Net v. TIG Ins. Co.*, 211 S.W.3d 310, 313 (Tex. 2006) ("That is, "[n]ormally a cause of action accrues when a wrongful act causes some legal injury."). *Via Net v. TIG Ins. Co.*, 211 S.W.3d 310, 313 (Tex. 2006). Because no cognizable injury existed until judgment was entered, Plaintiffs timely brought their claims and Defendant's statute of limitations affirmative defenses must be dismissed.

### ATTORNEY FEES & COSTS

8.      The prevailing party on a motion to dismiss can be awarded reasonable and necessary attorney fees and all costs incurred as a result of its baseless counterclaim. *See* Tex. Civ. Prac. & Rem. Code §30.021; Tex. R Civ. P. 91a.7. Therefore, if the Court grants Plaintiffs' motion to dismiss, either in whole or in part, Plaintiffs ask the Court to award Plaintiffs reasonable and necessary attorney fees and all costs incurred as a result of preparing this motion to dismiss, filing fees, setting the motion for hearing, and preparation for the hearing. *See* Tex. Civ. Prac. & Rem. Code §30.021; Tex. R. Civ. P. 91a.7.

9.      The reasonable and necessary attorney fees and all costs incurred are $1000, which are established by the affidavit of Marion M. Reilly, attached as Exhibit A.



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CONCLUSION & PRAYER FOR RELIEF

10.    For these reasons, Plaintiffs ask the Court to set this Motion for hearing and, after the hearing, grant this Motion and sign an order dismissing the challenged causes of action and awarding Plaintiffs reasonable and necessary attorney fees and all costs.

Respectfully submitted,

HILLIARD MARTINEZ GONZALES, LLP

By: /s/ Marion M. Reilly
Robert C. Hilliard
State Bar No. 09677700
bobh@hmglawfirm.com
John B. Martinez
State Bar No.24010212
john@hmglawfirm.com
Rudy Gonzales, Jr.
State Bar No. 08121700
rudyg@hmglawfirm.com
Catherine Tobin Hilliard
State Bar No. 24013642
catherine@hmglawfirm.com
T. Christopher Pinedo
State Bar No. 00788935
cpinedo@hmglawfirm.com
Marion M. Reilly
State Bar No. 24079195
marion@hmglawfirm.com

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
O: 361. 882.1612
F: 361.882.3015

*And*



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

By:/s/ Robert P. Wilson
Robert P. Wilson
State Bar No. 2171875
rwilson@thomasjhenrylaw.com
LAW OFFICE OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
O: 210.656.1000
F: 210.985.0601


ATTORNEYS FOR PLAINTIFFS



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and forgoing instrument was duly served in accordance with the Texas Rules of Civil Procedure on this the 29th day of November 2022 to the following:

*Via Email:*
Diego A. Lopez
LAW OFFICE OF DIEGO A. LOPEZ, PLLC
The Ariel House
8118 Datapoint Dr.
San Antonio, Texas 78229
 Counsel for Defendant
Law Office of Diego A. Lopez, PLLC

*Via Email:*
Paul Anderson
Kandyce Palamarchuck
ANDERSON & ASSOCIATES LAW FIRM
2600 S.W. Military Dr. Ste. 118
San Antonio, Texas 78224
Counsel for Defendant
Anderson & Associates Law Firm

*/s/ Marion M. Reilly*
Marion M. Reilly



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
11/29/2022 7:03 PM
Anna Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J HENRY INJURY ATTORNEYS, | § § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| V. | § § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC | § § § § § | |
| Defendants. | § | NUECES COUNTY, TEXAS |

<u>PLAINTIFFS' MOTION TO DISMISS DEFENDANT ANDERSON & ASSOCIATES LAW FIRM PLLC'S BASELESS AFFIRMATIVE DEFENSES AND COUNTERCLAIM</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs, Hilliard Martinez Gonzales, LLP and Thomas J. Henry Injury Attorneys in the above styled and numbered cause hereinafter referred to by name or as Plaintiffs, files this Motion to Dismiss Anderson & Associates Law Firm PLLC's Baseless Affirmative Defenses and Counterclaim containing causes of action and defenses that have no basis in fact or law.

## INTRODUCTION

1.    Plaintiffs, Hilliard Martinez Gonzales LLP and Thomas J. Henry Injury Attorneys, sued Defendants Anderson & Associates Law Firm PLLC and the Law Offices of Diego Lopez, PLLC, for a declaratory judgment, quantum meruit, and unjust enrichment. It also alleged, as an affirmative defense, that Plaintiffs' claims



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

***ANN LORENTZEN***
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

are barred by the 2-year and 4-year statute of limitations for Quantum Meruit and Unjust Enrichment.

2.     On September 30, 2022, Defendant Anderson & Associates Law Firm PLLC answered the lawsuit and filed a counterclaim, alleging common law fraud, quantum meruit and seeking a declaratory judgment. It also alleged, as an affirmative defense, that Plaintiffs' claims are barred by the 2-year and 4-year statute of limitations for Quantum Meruit and Unjust Enrichment.

3.     On October 27, 2022, Defendant the Law Offices of Diego Lopez PLLC filed their First amended counterclaim requesting a declaratory judgment. It also alleged, as an affirmative defense, that Plaintiffs' claims are barred by the 2-year and 4-year statute of limitations for Quantum Meruit and Unjust Enrichment.

### ARGUMENT & AUTHORITIES

A.     Defendant's Affirmative Defenses and Counter-Claim Have No Basis in Law.

4.     Plaintiffs file this motion to dismiss Defendant Anderson & Associates Law Firm PLLC's counterclaim alleging causes of action for common law fraud, non-disclosure, false representation by conduct, and for a declaratory judgment under the authority of Texas Rule of Civil Procedure 91a. Tex. R. Civ. P. 91a.1, 91a.2. Plaintiffs also file this motion to dismiss its affirmative defenses of the 2-year and 4-year statute of limitations under Texas Rule of Civil Procedure 91a. Under Rule 91a, the Court can dismiss a cause of action that has no basis in law or fact. Tex. R. Civ. P. 91a.1.



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

5. The Court should dismiss Defendant's counterclaim alleging causes of action for common law fraud, non-disclosure, false representation by conduct, and for a declaratory judgment, as well as its affirmative defenses of the 2-year and 4-year status of limitations, because they have no basis in law. Tex. R. Civ. P. 91a, 91a.2. A cause of action has no basis in law if the allegations, taken as true, together with inferences reasonably drawn from them, do not entitle the Defendant to the relief sought. Tex. R. Civ. P. 91a.1; *In re Hous. Specialty Ins. Co.,* 569 S.W.3d 138, 139 n.1 (Tex. 2019); *Stallworth v. Ayers,* 510 S.W.3d 187, 189-90 (Tex. App.—Houston [1st Dist. 2016, no pet.]; *see In re Essex Ins. Co.,* 450 S.W.3d 524, 527-28 (Tex. 2014).

6. Defendant's counterclaim alleging causes of action for common law fraud, non-disclosure, and false representation by conduct have no basis in law because there are absolutely no factual allegations pled concerning what representations were made, let alone that any representations were material, false, or made falsely or recklessly, and no factual allegations concerning reliance—there is therefore no legal support for these causes of action. Frankly, it simply unclear what exactly Defendant is even alleging—the facts and information contained in Count 1 are nonsensical. In any event, Defendant lacks standing to bring a claim on behalf of Plaintiffs against Ms. McMahan—though no facts support such a ludicrous proposition. Although Defendant recites the elements of a fraud claim, it includes not supporting facts, fails to allege any misrepresentations that were made or any acts that were concealed or undisclosed in order to induce Defendant. *See Weizhong Zheng v. Vacation Network, Inc.,* 468 S.W. 3d 180, (Tex. App.—Houston [14th Dist.] 2015)



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

(dismissing fraud claim that contains merely a "threadbare recital[]" of the elements of a claim). It also fails to specify how Defendant relied on any alleged misrepresentations. *Grant Thornton LLP v. Prospect High Income Fund*, 314 S.W.3d 913, 923 (Tex. 2010) (requiring "actual and justifiable reliance.").

7.  Moreover, the very exhibit attached by Defendant refutes its contention that "the exclusive right to make legal decisions on behalf of the child was awarded to Ward and not McMahan" further evidencing the lack of any basis in fact or law. *See* Ex. B to Defendant's counterclaim. That document clearly references that Ms. McMahan has "the right ... to represent the child in legal action and to make other decision of substantial legal significance concerning the child." Ex. B, at 5. Under no scenario do the allegations entitle Defendant to the relief sought in Count 1, and it should be dismissed in its entirety.

8.  Plaintiffs also move to dismiss, under Texas Rule of Civil Procedure 91a, Defendant's counterclaim for declaratory judgment because it has no basis in law. Tex. R. Civ. P. 91a.1, 91a.2. Under Rule 91a, the Court can dismiss a cause of action that has no basis in law or fact. Tex. R. Civ. P. 91a.1. A declaratory judgment is not available to resolve an issue when another action is pending that will adjudicate the same issue between the same parties. *Tex. Liquor Control Bd. v. Canyon Creek Land Corp.*, 456 S.W.2d 891, 895 (Tex. 1970). Nor is a declaratory judgment available to resolve issues that are already pending before the same court. *BHP Petroleum Co. v. Millard*, 800 S.W.2d 838, 841 (Tex. 1990). Plaintiffs' Original Petition seeks a declaratory judgment regarding the rights and work of the parties in the underlying



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

litigation. Thus, the issues raised by Defendant's counter-claim are the same as the issues already pending before the Court, and the cause of action for declaratory judgment is not appropriate and should therefore be dismissed. *See id.*

9. Defendant's affirmative defenses of the running of the 2-year statute of limitations for unjust enrichment, and the 4-year statute of limitations for quantum meruit, also have no basis in law and must be dismissed. First, Defendant fails to cite any facts at all to support the running of the statute of limitations. Second, under the respective contingency-fee contracts, no law firms were entitled to any monetary recovery until a judgment was awarded to the represented Plaintiffs. It was not until February 7, 2022 that Plaintiffs secured a verdict for Chancie McMahan on behalf of R.W., and the right of any law firms to recover manifested. *See Exxon Corp. v. Emerald Oil & Gas Co.*, 348 S.W.3d 194, 202 (Tex. 2011); *see also Via Net v. TIG Ins. Co.*, 211 S.W.3d 310, 313 (Tex. 2006) (That is, "[n]ormally a cause of action accrues when a wrongful act causes some legal injury."). *Via Net v. TIG Ins. Co.*, 211 S.W.3d 310, 313 (Tex. 2006). Because no cognizable injury existed until judgment was entered, Plaintiffs timely brought their claims and Defendant's statute of limitations affirmative defenses must be dismissed.

B. **Defendant's Affirmative Defenses and Counter-Claim Have No Basis in Fact.**

10. The Court should also dismiss Defendant's counterclaim alleging causes of action for common law fraud, non-disclosure, false representation by conduct, and for declaratory judgment because they have no basis in fact. Tex. R. Civ. P. 91a.1, 91a.2. A cause of action has no basis in fact if no reasonable person could believe the



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

facts pleaded. Tex. R. Civ. P. 91a.1. Defendant's counterclaim alleging causes of action for common law fraud, non-disclosure, and false representation by conduct has no basis in fact because no reasonable person can even understand what Defendant is claiming, let alone believe the facts were true. Again, there are absolutely no factual allegations pled asserting what representations were made, let alone that any representations were material, false, or made falsely or recklessly, and there are no factual allegations concerning reliance. Under no reading of Count 1 could a reasonable person believe what is stated therein—if a reasonable person could even discern what is being said at all. Nor could any reasonable person believe the allegations when they are refuted by the documents attached to Defendant's counterclaim. Frankly, it simply unclear what exactly Defendant is even alleging—the facts and information contained in Count 1 are nonsensical. Again, Defendant lacks standing to bring a claim on behalf of Plaintiffs against Ms. McMahan—though no facts support such a ludicrous proposition.

ATTORNEY FEES & COSTS

11.    The prevailing party on a motion to dismiss can be awarded reasonable and necessary attorney fees and all costs incurred as a result of its baseless counterclaim. *See* Tex. Civ. Prac. & Rem. Code §30.021; Tex. R Civ. P. 91a.7. Therefore, if the Court grants Plaintiffs' motion to dismiss, either in whole or in part, Plaintiffs ask the Court to award Plaintiffs reasonable and necessary attorney fees and all costs incurred as a result of preparing this motion to dismiss, filing fees,



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

setting the motion for hearing, and preparation for the hearing. *See* Tex. Civ. Prac. & Rem. Code §30.021; Tex. R. Civ. P. 91a.7.

12. The reasonable and necessary attorney fees and all costs incurred are $3000, which are established by the affidavit of Marion M. Reilly, attached as Exhibit A.

### CONCLUSION & PRAYER FOR RELIEF

13. For these reasons, Plaintiffs ask the Court to set this Motion for hearing and, after the hearing, grant this Motion and sign an order dismissing the challenged causes of action and awarding Plaintiffs reasonable and necessary attorney fees and all costs.

Respectfully submitted,

HILLIARD MARTINEZ GONZALES, LLP

By: /s/ Marion M. Reilly
Robert C. Hilliard
State Bar No. 09677700
bobh@hmglawfirm.com
John B. Martinez
State Bar No.24010212
john@hmglawfirm.com
Rudy Gonzales, Jr.
State Bar No. 08121700
rudyg@hmglawfirm.com
Catherine Tobin Hilliard
State Bar No. 24013642
catherine@hmglawfirm.com
T. Christopher Pinedo
State Bar No. 00788935
cpinedo@hmglawfirm.com
Marion M. Reilly
State Bar No. 24079195
marion@hmglawfirm.com



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
O: 361. 882.1612
F: 361.882.3015


*And*


By:/s/ Robert P. Wilson
Robert P. Wilson
State Bar No. 2171875
rwilson@thomasjhenrylaw.com
LAW OFFICE OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
O: 210.656.1000
F: 210.985.0601


ATTORNEYS FOR PLAINTIFFS



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and forgoing instrument was duly served in accordance with the Texas Rules of Civil Procedure on this the 29th day of November 2022 to the following:

*Via Email:*
Diego A. Lopez
LAW OFFICE OF DIEGO A. LOPEZ, PLLC
The Ariel House
8118 Datapoint Dr.
San Antonio, Texas 78229
Counsel for Defendant
Law Office of Diego A. Lopez, PLLC

*Via Email:*
Paul Anderson
Kandyce Palamarchuck
ANDERSON & ASSOCIATES LAW FIRM
2600 S.W. Military Dr. Ste. 118
San Antonio, Texas 78224
Counsel for Defendant
Anderson & Associates Law Firm

                                        */s/ Marion M. Reilly*
                                        Marion M. Reilly



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

CAUSE NO 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J HENRY INJURY ATTORNEYS, | § § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| V. | § § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC | § § § § § | |
| Defendants. | § | NUECES COUNTY, TEXAS |

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF NUECES | § |

### AFFIDAVIT IN SUPPORT OF PLAINTIFFS' AMENDED MOTION TO DISMISS DEFENDANT THE LAW OFFICES OF DIEGO LOPEZ, PLLC'S BASELESS AFFIRMATIVE DEFENSES AND COUNTERCLAIM

Plaintiffs submit this affidavit in compliance with the Texas Rules of Civil Procedure, supporting the allegations in their Amended Motion to Dismiss Defendant's The Law Office of Diego Lopez PLLC's Baseless Affirmative Defenses and Counterclaim.

Before me, the undersigned notary, on this day personally appeared Marion M. Reilly, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

"My name is Marion Reilly. I am over the age of eighteen (18) years and fully competent to make this verification. An attorney of record for the Plaintiffs, have read the aforementioned Plaintiffs' Amended Motion to Dismiss Defendant The Law Offices of Diego Lopez PLLC's Baseless Affirmative Defenses and Counterclaim and declare that all the facts contained therein are true and correct.

I spent 1 hour reading, researching, and preparing the Motion to Dismiss Defendant's Affirmative Answers and Counterclaim. My reasonable and customary rate for matters is $1,000/hr.

Further Affiant sayeth not."



Marion Reilly

Sworn to and subscribed before me on the 29th day of November, 2022.



Notary Public in and for
The State of Texas
My Commission Expires:
07/17/2024

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 70544980
Status as of 11/30/2022 9:09 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 11/29/2022 7:01:50 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 11/29/2022 7:01:50 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 11/29/2022 7:01:50 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 11/29/2022 7:01:50 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 11/29/2022 7:01:50 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Assistant DAL | | asst@diegolaw.com | 11/29/2022 7:01:50 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 11/29/2022 7:01:50 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 11/29/2022 7:01:50 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 11/29/2022 7:01:50 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

CAUSE NO 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J HENRY INJURY ATTORNEYS, | § § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| V. | § § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC | § § § § § | |
| Defendants. | § § | NUECES COUNTY, TEXAS |

**PLAINTIFFS' MOTION TO DISMISS DEFENDANT ANDERSON & ASSOCIATES LAW FIRM PLLC'S BASELESS AFFIRMATIVE DEFENSES AND COUNTERCLAIM**

Pending before the Court is Plaintiffs Motion to Dismiss Anderson & Associates Law Firm Baseless Affirmative Defenses and Counterclaim ("Motion"). Having considered the Plaintiffs' Motion, the pleadings, the response, the Court's file, applicable authorities and the arguments of counsel, the Court hereby GRANTING the Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs Motion to Dismiss Anderson & Associates Law Firm Baseless Affirmative Defenses and Counterclaim is hereby GRANTED.

Signed on this the _____ day of _____, 202_.

_____

THE HONORABLE TODD ROBINSON



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 70545206
Status as of 11/30/2022 9:10 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 11/29/2022 7:04:55 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 11/29/2022 7:04:55 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 11/29/2022 7:04:55 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 11/29/2022 7:04:55 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 11/29/2022 7:04:55 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Assistant DAL | | asst@diegolaw.com | 11/29/2022 7:04:55 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 11/29/2022 7:04:55 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 11/29/2022 7:04:55 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 11/29/2022 7:04:55 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
11/29/2022 7:07 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J HENRY INJURY ATTORNEYS, | § § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| V. | § § | |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC | § § § § § § | AT LAW NO. 1 |
| Defendants. | § | NUECES COUNTY, TEXAS |

**PLAINTIFFS' SPECIAL EXCEPTIONS TO DEFENDANT THE LAW OFFICES OF DIEGO LOPEZ PLLC'S FIRST AMENDED ORIGINAL ANSWER, MOTION TO TRANSFER VENUE, AND COUNTERCLAIM**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs, Hilliard Martinez Gonzales, LLP and Thomas J. Henry Injury Attorneys in the above styled and numbered cause hereinafter referred to by name or as Plaintiffs, files these Special Exceptions to The Law Offices of Diego Lopez PLLC's First Amended Original Answer, Motion to Transfer Venue, and Counterclaim. Plaintiffs ask this Court to order Defendant to replead and cure its pleading defects.

SPECIAL EXCEPTIONS

1.    Plaintiffs specially except to paragraph 1 because it is an incorrect statement of law. Pursuant to Section 25.1802 of the Texas Government Code, Nueces County Courts at Law have "the jurisdiction provided by the constitution and by



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

general law for district courts." Nueces County Courts at Law are not limited to the jurisdictional limits of $250,000.00 as Defendant claims, as this Honorable Court well knows.

2.  Plaintiffs specially except to paragraph 2(a) because it does not give fair notice of the facts underlying that allegation. Defendant does not specify how it purports to know whether—let alone if—"none of the events leading to the contract signed by Plaintiff's client occurred in Nueces County, Texas."

3.  Plaintiffs specially except to paragraphs 6, 7, and 8 because Defendant's pleading does not give fair notice of Defendant's alleged affirmative defense. It is unclear what affirmative defenses Defendant is alleging in paragraphs 6 and 7 and paragraph 8 does not provide any factual insight as to when Defendant contend the statutes of limitations began to run or when they ran. Plaintiffs also specially except to paragraph 8 because it does not identify the relevant elements to trigger the defense.

4.  Plaintiffs specially except to paragraphs 9 and 10 because Defendant's pleading does not give fair notice of Defendant's alleged claim. The document attached in support state the exact opposite of what Defendant claims regarding the legal rights of Ms. McMahan. It is therefore unclear what the allegations are exactly and what the factual basis for those allegations is.

5.  Plaintiffs specially except to paragraphs 11, 12, and 13 because Defendant's pleading does not give Plaintiffs fair notice of the Defendant's claim. Defendant does not plead all of the necessary elements or identify what precisely it



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

is asking the Court to declare. Defendant did not attach the contingency fee contract executed on behalf of R.W. so it is unclear what rights Defendant asks the Court to declare.

6.      Plaintiffs also specially except to paragraphs 11, 12, and 13 regarding the relief sought and because it is precluded by law. A declaratory judgment is not available to resolve an issue when another action is pending that will adjudicate the same issue between the same parties. *Tex. Liquor Control Bd. v. Canyon Creek Land Corp.,* 456 S.W.2d 891, 895 (Tex. 1970). Nor is a declaratory judgment available to resolve issues that are already pending before the same court. *BHP Petroleum Co. v. Millard,* 800 S.W.2d 838, 841 (Tex. 1990). Plaintiffs' Original Petition seeks a declaratory judgment regarding the rights and work of the parties in the underlying litigation. Thus, the issues raised by Defendant's counter-claim are the same as the issues already pending before the Court, and the cause of action for declaratory judgment is not appropriate and is precluded by law. *See id.*

7.      Plaintiffs specially except to paragraphs 11, 12, and 13 because a declaratory judgment action seeking declaration of nonliability of a potential defendant is not a proper function of the Declaratory Judgments Act. *In re Hous. Specialty Ins. Co.,* 569 S.W.3d 138, 140-41 (Tex. 2019); *Abor v. Black,* 695 S.W.2d 564, 566 (Tex. 1985), *overruled on other grounds, In re J.B. Hunt Transp., Inc.,* 492 S.W.3d 287 (Tex. 2016); *see also* Tex. Civ. Prac. & Rem. Code § 37.001 et seq.



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

8.    Plaintiffs specially except to paragraph 3 under the Prayer because the pleading asks for attorney fees in a general allegation but does not specify which statute makes them available in this type of suit.

### CONCLUSION & PRAYER FOR RELIEF

9.    For these reasons, Plaintiffs ask the Court to set their special exceptions for hearing and, after the hearing, sustain their special exceptions and order Defendant to replead and cure its pleading defects and, if Defendant does not cure its defects, strike the defective portions of Defendant's pleading.

Respectfully submitted,

HILLIARD MARTINEZ GONZALES, LLP

By: /s/ Marion M. Reilly
Robert C. Hilliard
State Bar No. 09677700
bobh@hmglawfirm.com
John B. Martinez
State Bar No.24010212
john@hmglawfirm.com
Rudy Gonzales, Jr.
State Bar No. 08121700
rudyg@hmglawfirm.com
Catherine Tobin Hilliard
State Bar No. 24013642
catherine@hmglawfirm.com
T. Christopher Pinedo
State Bar No. 00788935
cpinedo@hmglawfirm.com
Marion M. Reilly
State Bar No. 24079195
marion@hmglawfirm.com

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
O: 361. 882.1612



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

F: 361.882.3015

*And*

By:/s/ Robert P. Wilson
Robert P. Wilson
State Bar No. 2171875
rwilson@thomasjhenrylaw.com
LAW OFFICE OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
O: 210.656.1000
F: 210.985.0601

**ATTORNEYS FOR PLAINTIFFS**



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and forgoing instrument was duly served in accordance with the Texas Rules of Civil Procedure on this the 29th day of November 2022 to the following:

*Via Email:*
Diego A. Lopez
LAW OFFICE OF DIEGO A. LOPEZ, PLLC
The Ariel House
8118 Datapoint Dr.
San Antonio, Texas 78229
 Counsel for Defendant
Law Office of Diego A. Lopez, PLLC

*Via Email:*
Paul Anderson
Kandyce Palamarchuck
ANDERSON & ASSOCIATES LAW FIRM
2600 S.W. Military Dr. Ste. 118
San Antonio, Texas 78224
Counsel for Defendant
Anderson & Associates Law Firm

*/s/ Marion M. Reilly*
Marion M. Reilly



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 70545451
Status as of 11/30/2022 9:12 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 11/29/2022 7:07:43 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 11/29/2022 7:07:43 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 11/29/2022 7:07:43 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 11/29/2022 7:07:43 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 11/29/2022 7:07:43 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Assistant DAL | | asst@diegolaw.com | 11/29/2022 7:07:43 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 11/29/2022 7:07:43 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 11/29/2022 7:07:43 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 11/29/2022 7:07:43 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
11/29/2022 7:05 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO 2022CCV-60432-1

| | |
|---|---|
| HILLIARD MARTINEZ GONZALES § | IN THE COUNTY COURT |
| LLP AND THOMAS J HENRY § | |
| INJURY ATTORNEYS, § | |
| § | |
| Plaintiffs, § | |
| § | |
| V. § | |
| § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES § | |
| LAW FIRM PLLC AND ANDERSON § | |
| & LAW OFFICE OF DIEGO LOPEZ, § | |
| PLLC § | |
| § | |
| Defendants. § | NUECES COUNTY, TEXAS |

**PLAINTIFFS' SPECIAL EXCEPTIONS TO DEFENDANT ANDERSON &
ASSOCIATES PLLC'S ORIGINAL ANSWER, MOTION TO TRANSFER VENUE,
AND COUNTERCLAIM**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs, Hilliard Martinez Gonzales, LLP and Thomas J. Henry

Injury Attorneys in the above styled and numbered cause hereinafter referred to by

name or as Plaintiffs, files these Special Exceptions to Anderson & Associates PLLC's

Original Answer, Motion to Transfer Venue, and Counterclaim. Plaintiffs ask this

Court to order Defendant to replead and cure its pleading defects.

SPECIAL EXCEPTIONS

1.      Plaintiffs specially except to paragraph 1 because it is an incorrect

statement of law. Pursuant to Section 25.1802 of the Texas Government Code, Nueces

County Courts at Law have "the jurisdiction provided by the constitution and by

general law for district courts." Nueces County Courts at Law are not limited to the



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

jurisdictional limits of $250,000.00 as Defendant claims, as this Honorable Court well knows.

2.    Plaintiffs specially except to paragraph 2(a) because it does not give fair notice of the facts underlying that allegation. Defendant does not specify how it purports to know whether—let alone if—"none of the events leading to the contract signed by Plaintiff's client occurred in Nueces County, Texas."

3.    Plaintiffs specially except to paragraphs 6, 7, and 8 because Defendant's pleading does not give fair notice of Defendant's alleged affirmative defense. It is unclear what affirmative defenses Defendant is alleging in paragraphs 6 and 7 and paragraph 8 does not provide any factual insight as to when Defendant contend the statutes of limitations began to run or when they ran. Plaintiffs also specially except to paragraph 8 because it does not identify the relevant elements to trigger the defense.

4.    Plaintiffs specially except to paragraphs 9 and 10 because Defendant's pleading does not give fair notice of Defendant's alleged claim. The document attached in support state the exact opposite of what Defendant claims regarding the legal rights of Ms. McMahan. It is therefore unclear what the allegations are exactly and what the factual basis for those allegations is.

5.    Plaintiffs specially except to paragraphs 11, 12, and 13 because Defendant's pleading does not give Plaintiffs fair notice of the Defendant's claim. Defendant does not plead all of the necessary elements or identify what precisely it is asking the Court to declare. Defendant did not attach the contingency fee contract



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

executed on behalf of R.W. so it is unclear what rights Defendant asks the Court to declare.

6.      Plaintiffs also specially except to paragraphs 11, 12, and 13 regarding the relief sought and because it is precluded by law. A declaratory judgment is not available to resolve an issue when another action is pending that will adjudicate the same issue between the same parties. *Tex. Liquor Control Bd. v. Canyon Creek Land Corp.,* 456 S.W.2d 891, 895 (Tex. 1970). Nor is a declaratory judgment available to resolve issues that are already pending before the same court. *BHP Petroleum Co. v. Millard,* 800 S.W.2d 838, 841 (Tex. 1990). Plaintiffs' Original Petition seeks a declaratory judgment regarding the rights and work of the parties in the underlying litigation. Thus, the issues raised by Defendant's counter-claim are the same as the issues already pending before the Court, and the cause of action for declaratory judgment is not appropriate and is precluded by law. *See id.*

7.      Plaintiffs specially except to paragraphs 11, 12, and 13 because a declaratory judgment action seeking declaration of nonliability of a potential defendant is not a proper function of the Declaratory Judgments Act. *In re Hous. Specialty Ins. Co.,* 569 S.W.3d 138, 140-41 (Tex. 2019); *Abor v. Black,* 695 S.W.2d 564, 566 (Tex. 1985), *overruled on other grounds, In re J.B. Hunt Transp., Inc.,* 492 S.W.3d 287 (Tex. 2016); *see also* Tex. Civ. Prac. & Rem. Code § 37.001 et seq.

8.      Plaintiffs specially except to paragraph 3 under the Prayer because the pleading asks for attorney fees in a general allegation but does not specify which statute makes them available in this type of suit.



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CONCLUSION & PRAYER FOR RELIEF

9.      For these reasons, Plaintiffs ask the Court to set their special exceptions for hearing and, after the hearing, sustain their special exceptions and order Defendant to replead and cure its pleading defects and, if Defendant does not cure its defects, strike the defective portions of Defendant's pleading.

Respectfully submitted,

HILLIARD MARTINEZ GONZALES, LLP

By: /s/ Marion M. Reilly
Robert C. Hilliard
State Bar No. 09677700
bobh@hmglawfirm.com
John B. Martinez
State Bar No. 24010212
john@hmglawfirm.com
Rudy Gonzales, Jr.
State Bar No. 08121700
rudyg@hmglawfirm.com
Catherine Tobin Hilliard
State Bar No. 24013642
catherine@hmglawfirm.com
T. Christopher Pinedo
State Bar No. 00788935
cpinedo@hmglawfirm.com
Marion M. Reilly
State Bar No. 24079195
marion@hmglawfirm.com

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
O: 361. 882.1612
F: 361.882.3015

*And*



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

By:/s/ Robert P. Wilson
Robert P. Wilson
State Bar No. 2171875
rwilson@thomasjhenrylaw.com
LAW OFFICE OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
O: 210.656.1000
F: 210.985.0601

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the above and forgoing instrument was duly served in accordance with the Texas Rules of Civil Procedure on this the 29th day of November 2022 to the following:

*Via Email:*
Diego A. Lopez
LAW OFFICE OF DIEGO A. LOPEZ, PLLC
The Ariel House
8118 Datapoint Dr.
San Antonio, Texas 78229
 Counsel for Defendant
Law Office of Diego A. Lopez, PLLC

*Via Email:*
Paul Anderson
Kandyce Palamarchuck
ANDERSON & ASSOCIATES LAW FIRM
2600 S.W. Military Dr. Ste. 118
San Antonio, Texas 78224
Counsel for Defendant
Anderson & Associates Law Firm

*/s/ Marion M. Reilly*
Marion M. Reilly



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 70545366
Status as of 11/30/2022 9:14 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 11/29/2022 7:05:49 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 11/29/2022 7:05:49 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 11/29/2022 7:05:49 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 11/29/2022 7:05:49 PM | SENT |
| Robert Naibach | | rdnaibach@aol.com | 11/29/2022 7:05:49 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Assistant DAL | | asst@diegolaw.com | 11/29/2022 7:05:49 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 11/29/2022 7:05:49 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 11/29/2022 7:05:49 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 11/29/2022 7:05:49 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
11/29/2022 7:06 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J HENRY INJURY ATTORNEYS, | § § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| V. | § § | |
| | § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC | § § § § § | |
| Defendants. | § | NUECES COUNTY, TEXAS |

**ORDER GRANTING PLAINTIFFS' SPECIAL EXCEPTIONS TO DEFENDANT ANDERSON & ASSOCIATES PLLC'S ORIGINAL ANSWER, MOTION TO TRANSFER VENUE, AND COUNTERCLAIM**

Pending before the Court is Plaintiffs' Special Exceptions to Anderson & Associates PLLC's Original Answer, Motion to Transfer Venue, and Counterclaim ("Motion"). Having considered the Plaintiffs' Motion, the pleadings, the response, the Court's file, applicable authorities and the arguments of counsel, the Court hereby GRANTING the Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' Special Exceptions to Anderson & Associates PLLC's Original Answer, Motion to Transfer Venue, and Counterclaim is hereby GRANTED.

Signed on this the _____ day of _____, 2023.

_____
**THE HONORABLE TODD ROBINSON**



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 70545554
Status as of 11/30/2022 10:28 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marion Reilly | | Caitlin@hmglawfirm.com | 11/29/2022 7:06:47 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 11/29/2022 7:06:47 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 11/29/2022 7:06:47 PM | SENT |
| Kandyce  Palamarchuck | | kp.aalaw@yahoo.com | 11/29/2022 7:06:47 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 11/29/2022 7:06:47 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Assistant DAL | | asst@diegolaw.com | 11/29/2022 7:06:47 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 11/29/2022 7:06:47 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 11/29/2022 7:06:47 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 11/29/2022 7:06:47 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
12/2/2022 3:47 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J HENRY INJURY ATTORNEYS, | § § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| V. | § § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC | § § § § § | |
| Defendants. | § | NUECES COUNTY, TEXAS |

### PLAINTIFFS' NOTICE OF HEARING

Please take notice that the following motions will be heard on <u>Thursday, January 12, 2023 at 2:30 p.m. CST</u> via Zoom Remote Video Conference with Honorable Judge Todd Robinson presiding:

1. *Plaintiffs' Motion to Dismiss Defendant Anderson & Associates Law Firm PLLC's Baseless Affirmative Defenses and Counterclaim;*

2. *Plaintiffs' Amended Motion to Dismiss Defendant The Law Offices of Diego Lopez PLLC's Baseless Affirmative Defenses and Counterclaim;*

3. *Plaintiffs' Motion for Special Exceptions to Defendant Anderson & Associates PLLC's Original Answer, Motion to Transfer Venue, and Counterclaim; and*

4. *Plaintiffs' Motion for Special Exceptions to Defendant The Law Offices of Diego Lopez PLLC's First Amended Original Answer, Motion to Transfer Venue, and Counterclaim.*

The Zoom link will be provided to all parties the day prior to the hearing.

Respectfully submitted,

---

*Plaintiffs' Notice of Hearing*                                                      Page 1



## STATE OF TEXAS
## COUNTY OF NUECES

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

HILLIARD MARTINEZ GONZALES, LLP

By: /s/ Marion M. Reilly
Robert C. Hilliard
State Bar No. 09677700
bobh@hmglawfirm.com
John B. Martinez
State Bar No.24010212
john@hmglawfirm.com
Rudy Gonzales, Jr.
State Bar No. 08121700
rudyg@hmglawfirm.com
Catherine Tobin Hilliard
State Bar No. 24013642
catherine@hmglawfirm.com
T. Christopher Pinedo
State Bar No. 00788935
cpinedo@hmglawfirm.com
Marion M. Reilly
State Bar No. 24079195
marion@hmglawfirm.com

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
O: 361. 882.1612
F: 361.882.3015

*And*

By:/s/ Robert P. Wilson
Robert P. Wilson
State Bar No. 2171875
rwilson@thomasjhenrylaw.com
LAW OFFICE OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
O: 210.656.1000
F: 210.985.0601

**ATTORNEYS FOR PLAINTIFFS**

*Plaintiffs' Notice of Hearing*                                    Page 2



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

P242

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and forgoing instrument was duly served in accordance with the Texas Rules of Civil Procedure on this the 2nd day of December 2022 to the following:

*Via Email:*
Diego A. Lopez
LAW OFFICE OF DIEGO A. LOPEZ, PLLC
The Ariel House
8118 Datapoint Dr.
San Antonio, Texas 78229
Counsel for Defendant
Law Office of Diego A. Lopez, PLLC

*Via Email:*
Paul Anderson
Kandyce Palamarchuck
ANDERSON & ASSOCIATES LAW FIRM
2600 S.W. Military Dr. Ste. 118
San Antonio, Texas 78224
Counsel for Defendant
Anderson & Associates Law Firm

*/s/ Marion M. Reilly*
Marion M. Reilly

---

*Plaintiffs' Notice of Hearing*                                Page 3



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Jevanah Penaflor on behalf of Marion Reilly
Bar No. 24079195
jpenaflor@hmglawfirm.com
Envelope ID: 70662914
Status as of 12/5/2022 8:09 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marion Reilly | | Caitlin@hmglawfirm.com | 12/2/2022 3:47:36 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 12/2/2022 3:47:36 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 12/2/2022 3:47:36 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 12/2/2022 3:47:36 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 12/2/2022 3:47:36 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Assistant DAL | | asst@diegolaw.com | 12/2/2022 3:47:36 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 12/2/2022 3:47:36 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 12/2/2022 3:47:36 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 12/2/2022 3:47:36 PM | ERROR |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
12/6/2022 11:44 AM
Anna Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO: <u>2022CCV-60432-1</u>

| | |
|---|---|
| HILLARD MARTINEZ GONZALES LLP | §   IN THE COUNTY COURT |
| AND THOMAS J HENRY INJURY | § |
| ATTORNEYS, | § |
| Plaintiffs, | § |
| | §   AT LAW NO.1 |
| VS. | § |
| | § |
| | § |
| ANDERSON & ASSOCIATES LAW FIRM | § |
| PLLC AND ANDERSON & LAW OFFICE | §   NUECES COUNTY, TEXAS |
| OF DIEGO LOPEZ, PLLC, | § |
| Defendants. | § |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO TRANSFER VENUE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW THOMAS J. HENRY INJURY ATTORNEYS and HILLIARD MARTINEZ

GONZALES LLP, "Plaintiffs" in the above styled and numbered cause, who make and file this

Response to Defendants' Motion to Transfer Venue. In support hereof, Plaintiffs respectfully show

the Court as follows:

### I.
### SUMMARY OF RESPONSE

This motion to transfer venue is without merit. Venue is proper in Nueces County because

the cause of action accrued in this county. The Defendants have alleged hardship but have failed

to present any reason much less evidence to support this claim. As such the motion should be

denied.

### II.
### FACTS

Plaintiffs, Hillard Martinez Gonzales LLP ("HMG") and Thomas J. Henry Injury Attorneys

("TJH") represent Chancie McMahan, the mother of a minor child, R.W., who was shot multiple



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

times and gravely injured in the church shooting in Sutherland Springs on November 5, 2017. The Sutherland Springs shooting was largest mass shooting event in the State of Texas, killing 26 and wounding 22 others. Plaintiffs were retained by Ms. McMahan, Individually and as Next Friend of R.W. on December 15, 2017.

The events at Sutherland Springs were extensively litigated. Accordingly, Plaintiffs filed a lawsuit in state court against Academy Sports+Outdoors, Cause No. 2018CI12329, consolidated with 2017CI23341 in the 224th Judicial District of Bexar County, Texas and a separate suit in federal court against the United States Air Force, No. 5:19-CV-0972-XR, consolidated with 5:18-cv-00555-XR. The latter suit proceeded to trial in the Western District of Texas Court, and the global matter was titled: Holcombe et al v. United States of America, No. 5:18-cv-00555-XR. The Judge awarded approximately $233 Million to all of the plaintiffs collectively. Final Judgment was entered on April 5, 2022 for R.W. in the amount of $11,059,219.07. Pursuant to the Federal Tort Claims Act ("FTCA"), attorneys' fees are capped at 25%.

Defendants allege that R.W.'s father, Christopher Ward retained Defendants at some time after the shooting. Despite such allegation, Plaintiffs performed the substantial and vast majority (all or nearly all) of the work in litigating the claims contained in both suits filed for R.W.'s benefit and upon R.W.'s claims including the drafting, briefing, preparation of objections, taking the depositions of expert and fact witnesses, representation of R.W. at trial, paying R.W.'s portion of the litigation fund, arranging and participating in all strategic discussions with counsel, and paying the clear and vast majority of the expenses associated with and originating from the trial in R.W.'s case. Defendants' participation in the litigation of the above matters has been little to nothing of substance and did not lead to the resolution and recovery in R.W.'s case. Diego Lopez did not file an appearance until August 6, 2021, four months after the liability phase of trial was completed.



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

No attorney with Anderson & Associates Law Firm PLLC was ever involved in any significant part of the liability phase of the trial and did not appear at all on several days during the trial.

The contract between Plaintiffs and Ms. McMahan was drafted, signed and executed in Nueces County, Texas. The substantial work performed in performance of that contract was performed substantially in Nueces County, Texas with use of resources from the firms in Nueces County, Texas. As such the cause of action accrued in Nueces County, Texas. The contract itself also provides for venue in Nueces County, Texas should any dispute arise as to the validity of contract in question.

Defendants now bring their present Motion to Transfer Venue and ask this honorable Court to transfer the matter to Bexar County for inadequate reasons as described herein.

### III.
### ARGUMENTS AND AUTHORITIES

#### A.
#### THE AMOUNT IN CONTROVERSY IN THIS CASE IS SUITABLE TO THIS COURT'S JURISDICTION

As an initial matter, Defendants allege that the amount of damages set forth in Plaintiffs' Original Petition exceeds this Court's jurisdictional limits. In so doing, Defendants have misstated the law as to what this Court's jurisdictional limits actually are. In Nueces County, County Courts at Law share the same civil jurisdictional *minimum* amount in controversy limits with those of the District Courts in Nueces County. The district courts also have jurisdiction in civil matters with a minimum monetary limit **but no maximum limit**. The amount of the lower limit has for many years been the subject of controversy, with differing opinions from the courts of appeal. House Bill 79 from the 82nd Legislature, 1st Called Session (2011) included a provision in Section 24.007(b) of the Government Code which was intended to resolve the dispute and to set the



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

minimum jurisdiction of district courts at $500. However, there is still a potential conflict between Article V, Section 8 of the Texas Constitution (which gives the district courts jurisdiction of all actions...except in cases where exclusive) and the amendment. Therefore, there are still differing opinions as to whether the minimum monetary jurisdiction of the district courts is $200.01 or $500. Regardless of which of the two minimum amounts is the correct one, Plaintiffs' Original Petition seeks monetary relief of over $1,000,000.00 which far exceeds this Court's minimum case in controversy requirement. Accordingly, venue is appropriate in this Court.

**B.**
**DEFENDANTS' MOTION MISAPPLIES THE GENERAL VENUE RULE AND VENUE IS APPROPRIATE IN NUECES COUNTY**

1. **Venue is Proper in Nueces County**

As described above, Plaintiffs and Ms. McMahan signed the contract at the heart of this suit in Nueces County. All or a substantial part of the work performed in prosecuting the case was performed in Nueces County by firms with offices established in Nueces County with resources available in Nueces County and was done pursuant to this contract. All or a substantial amount of the matters relevant to the allegations set forth in Plaintiffs' Original Petition took place in or touch on business handled in Nueces County. The Defendants are (wrongfully) contending that the contract is invalid and that Ms. McMahan did not have the authority to enter into it. Thus, this contract and its validity, as well as all of the work performed based upon this contract, is the center of the underlying cause of action and work in connection with that contract took place in Nueces County with resources from Nueces County.



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

2. **The General Venue Statute Supports Venue as Proper in Nueces County**

Actions for declaratory judgments are governed by general venue rules for civil actions. *In re Contl. Airlines, Inc.*, 988 S.W.2d 733, 735 (Tex. 1998). Section 15.002 of the Civil Practice and Remedies Code, also known as the General Venue Statute, states that all suits shall be brought 1) in the county where all or a substantial part of the events or omissions giving rise to the claim occurred, 2) in the county of the defendant's residence (if that defendant is a natural person, Defendants are not), or 3) in the county of defendant's principal office in this state (if that defendant is not a natural person). TX CIV PRAC & REM § 15.002.

As described above, all or a substantial amount of the work done in preparing, researching, litigating, and prosecuting the suit at heart of this case was performed in Nueces County, Texas by two law firms (Plaintiffs) having their primary offices situated within Nueces County, Texas. All or a substantial amount of the trial strategy, preparation, trial preparation, and post-liability damages calculation, settlement discussions and trial preparations were performed by attorneys working for Plaintiff law firms within Nueces County, Texas. Defendants' Motion makes no effort to allege that any events or omissions (in whole or in part) giving rise to the claim occurred in Bexar County or in any county adjacent to Bexar County. In fact, and as described above, Defendants were completely absent from most, almost all entirely, of the litigation proceedings throughout the entire duration of either the state or federal cases as filed. Of course, the court should not be persuaded by any attempt by Defendants to leverage facts or claims contained within Defendants' Counterclaim as basis for a change of venue as the Court must look "to the situation which existed when suit was instituted." *Starco Impex, Inc. v. Biotab Nutraceuticals, Inc.*, 1-11-CV-208, 2011 WL 13227698, at *1 (E.D. Tex. Oct. 6, 2011). To do otherwise would lead to endless gamesmanship as parties would be permitted and encouraged to perpetually amend pleadings to



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

transfer to a more "convenient" venue. As the only conduct and omissions relevant to this case and the facts contained in Plaintiffs' Original Petition regard a pair of lawsuits brought about by a Nueces County, Texas contract and prosecuted by law firms operating from Nueces County, Texas, the General Venue Statute favors this Court's retention of jurisdiction over the present case and a denial of Defendants' Motion to Transfer Venue.

### 3. The General Venue Statute Does Not Support Defendants' Motion to Transfer Venue

In weighing a Motion to Transfer Venue, the General Venue Statute requires that several factors must be considered before the Court is authorized to grant transfer. The Court must therefore find, 1) maintenance of the action in the county of suit would work an injustice to the movant considering the movant's economic and personal hardship, 2) the balance of interests of all the parties predominates in favor of the action being brought in the other county, and 3) the transfer of the action would not work an injustice to any other party. TX CIV PRAC & REM § 15.002 These factors must all be weighed together so as to come to a just result.

First, Defendants allege that maintenance of the suit in Nueces County would result in economic and personal hardship for Defendants and for unknown witnesses to the conduct or omissions described in the Original Petition because Defendants maintain an office in Bexar County and Defendants allege that these unknown ("all witnesses" even) reside in or adjacent to Bexar County. The basis for any assertions regarding the residence or whereabouts is unknown and goes unstated by Defendants. No reason is given, and none exists, why the court would anticipate that all or a substantial amount of the relevant witnesses to this matter would be called from Bexar County or those adjacent to Bexar County. It goes without saying that Bexar and Nueces County do not share a county line. Defendants, by way of explanation of their personal



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

hardship merely assert that appearance for some portion of these proceedings would require Defendants to travel a number of miles to be present before the Court. Wherein lies the hardship in this travel and what makes this alleged hardship unsupportable by Defendants is unknown and similarly why, if necessary for certain short notice or low priority meetings, accommodations could not be made is also unknown. Defendants have not alleged that they cannot travel but have merely asserted that travel gener. ally is of some type of hardship, this simply is not enough for the Court to weigh against the other factors present in this Motion.

In fact, the website for the law firm of the Defendant Diego Lopez. This website says that the firm has 100 + lawyers and advisors, they operate in 50+ countries with 40+ offices around the world. Clearly it would not be an issue for them to handle a lawsuit in Nueces County. (See website of Diego Lopez https://diegolaw.com/lawyer/diego-a-lopez/ ). In any event, with the advent of Zoom and the availability of attending hearings remotely, Defendants are further unable to show any hardship

As described above, the balance of *all* interests in this matter favors the retention of venue in Nueces County, Texas. At the outset this is clear because all or a vast substantial majority of the conduct and/or omissions described in the Plaintiffs' Original Petition, "the situation which existed when suit was instituted." *Starco* at *1., occurred or failed to properly occur within Nueces County, Texas. This applies properly to both Plaintiff Law Firms with their primary offices and staff working from offices in Nueces County, Texas as well as the conduct surrounding the execution of the contract which brought about the representation in that case and the state and federal proceedings therein. All of the above matters took place wholly or substantially in Nueces County, Texas. Defendants' now 11th hour attempt at participation in the mere collection of already



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

secured damages is an inadequate interest to extract this matter from Nueces County and transfer the matter to Bexar County.

In fact, transfer of venue to Bexar County could only serve to work an injustice against Plaintiffs and against Ms. McMahan's protected interests in the suit as instituted in Nueces County by extracting a matter in its final stages from the County where all prior matters have originated and depositing them before a foreign county's court. The contract fee agreement at heart of this matter was not created or executed in Bexar County and Bexar County has no jurisdictional claim on it or its proceeds or on any of the events that proceeded from its creation.

It is the Defendants' burden to prove the hardship they allege. They have failed to do so. In fact they have failed to present any reason.

For these reasons as stated, the General Venue Statute does not support Defendants' Motion to Transfer Venue and the same Motion should be denied.

**IV.**
**PRAYER**

Plaintiffs respectfully pray Defendants' Motion to Transfer Venue be DENIED in its entirety, and for such other and further relief to which Plaintiffs may be justly entitled at law or in equity.

Respectfully submitted,

THE LAW OFFICE OF THOMAS J. HENRY
521 Starr St.
Corpus Christi, Texas 78401
Tel. (361) 985-0600
Fax. (361) 985-0601

By: */s/ Robert P. Wilson*
Robert P. Wilson
State Bar No. 2178575



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Rwilson-svc@thomasjhenrylaw.com

AND

HILLIARD MARTINEZ GONZALES, LLP

By: /s/ *Marion M. Reilly*
Robert C. Hilliard
State Bar No. 09677700
bobh@hmglawfirm.com
John B. Martinez
State Bar No. 24010212
john@hmglawfirm.com
Rudy Gonzales, Jr.
State Bar No. 08121700
rudyg@hmglawfirm.com
Catherine Tobin Hilliard
State Bar No. 24013642
catherine@hmglawfirm.com
T. Christopher Pinedo
State Bar No. 00788935
cpinedo@hmglawfirm.com
Marion M. Reilly
State Bar No. 24079195
marion@hmglawfirm.com

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
O: 361. 882.1612
F: 361.882.3015

**ATTORNEYS FOR PLAINTIFFS**



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and forgoing instrument was duly served in accordance with the Texas Rules of Civil Procedure on this the 2nd day of December 2022 to the following:

*Via Email:*
Diego A. Lopez
LAW OFFICE OF DIEGO A. LOPEZ, PLLC
The Ariel House
8118 Datapoint Dr.
San Antonio, Texas 78229
 Counsel for Defendant
Law Office of Diego A. Lopez, PLLC


*Via Email:*
Paul Anderson
Kandyce Palamarchuck
ANDERSON & ASSOCIATES LAW FIRM
2600 S.W. Military Dr. Ste. 118
San Antonio, Texas 78224
Counsel for Defendant
Anderson & Associates Law Firm


/s/ Robert P. Wilson
Robert P. Wilson

**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

CAUSE NO 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J HENRY INJURY ATTORNEYS, | § § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| V. | § § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC | § § § § § | |
| Defendants. | § | NUECES COUNTY, TEXAS |

STATE OF TEXAS   §
               §
COUNTY OF NUECES  §

---

**AFFIDAVIT IN SUPPORT OF**
**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO TRANSFER VENUE**

---

Plaintiffs submit this affidavit in compliance with the Texas Rules of Civil Procedure, supporting the allegations in Plaintiffs' Response to Defendants' Motion to Transfer Venue.

Before me, the undersigned notary, on this day personally appeared Marion M. Reilly, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

    "1.    My name is Marion Reilly, I am over the age of eighteen (18) years and fully competent to make this affidavit.

    2.    I am a Partner with Hilliard Martinez Gonzales LLP. Our law firm is based out of Corpus Christi, Nueces County, Texas. Our co-counsel in the matter, Thomas J. Henry Injury Attorneys, also has a principal office in Corpus Christi, Nueces County, Texas.



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

3.  I was one of the primary attorneys handling the Sutherland Springs shooting litigations for our respective law firms, along with attorneys from Mr. Henry's office. The vast majority of our work was handled utilizing the firms' resources, including personnel, in Nueces County.

4.  I am an attorney of record for the Plaintiffs and have read the aforementioned Plaintiffs' Response to Defendants' Motion to Transfer Venue. I have personal knowledge of the facts stated in the Response. I declare that all the facts contained therein are true and correct."

Further Affiant sayeth not."



_____
Marion M. Reilly

Sworn to and subscribed before me on the 6th day of December, 2022.

KELLY MCQUARY
Notary Public, State of Texas
Comm. Expires 08-05-2023
Notary ID 12439334-3



Notary Public in and for
The State of Texas
My Commission Expires:
~~08-05-2023~~
8-5-23

STATE OF TEXAS
COUNTY OF NUECES

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 70736568
Status as of 12/6/2022 12:35 PM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 12/6/2022 11:44:45 AM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 12/6/2022 11:44:45 AM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 12/6/2022 11:44:45 AM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 12/6/2022 11:44:45 AM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 12/6/2022 11:44:45 AM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Assistant DAL | | asst@diegolaw.com | 12/6/2022 11:44:45 AM | SENT |
| Diego Lopez | | diego@diegolaw.com | 12/6/2022 11:44:45 AM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 12/6/2022 11:44:45 AM | SENT |
| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 12/6/2022 11:44:45 AM | SENT |
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 12/6/2022 11:44:45 AM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
12/6/2022 2:36 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J HENRY INJURY ATTORNEYS, | § § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| V. | § § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC | § § § § § | |
| Defendants. | § | NUECES COUNTY, TEXAS |

## PLAINTIFFS' FIRST AMENDED NOTICE OF HEARING

Please take notice that the following motions will be heard on **Thursday, January 26, 2023 at 10:00 A.M. CST** via Zoom Remote Video Conference with Honorable Judge Todd Robinson presiding:

1. *Plaintiffs' Motion to Dismiss Defendant Anderson & Associates Law Firm PLLC's Baseless Affirmative Defenses and Counterclaim;*

2. *Plaintiffs' Amended Motion to Dismiss Defendant The Law Offices of Diego Lopez PLLC's Baseless Affirmative Defenses and Counterclaim;*

3. *Plaintiffs' Motion for Special Exceptions to Defendant Anderson & Associates PLLC's Original Answer, Motion to Transfer Venue, and Counterclaim; and*

4. *Plaintiffs' Motion for Special Exceptions to Defendant The Law Offices of Diego Lopez PLLC's First Amended Original Answer, Motion to Transfer Venue, and Counterclaim.*

The Zoom link will be provided to all parties the day prior to the hearing.

Respectfully submitted,

HILLIARD MARTINEZ GONZALES, LLP

---

*Plaintiffs' Notice of Hearing*                                                    Page 1



## STATE OF TEXAS
## COUNTY OF NUECES

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

By: /s/ Marion M. Reilly
Robert C. Hilliard
State Bar No. 09677700
bobh@hmglawfirm.com
John B. Martinez
State Bar No.24010212
john@hmglawfirm.com
Rudy Gonzales, Jr.
State Bar No. 08121700
rudyg@hmglawfirm.com
Catherine Tobin Hilliard
State Bar No. 24013642
catherine@hmglawfirm.com
T. Christopher Pinedo
State Bar No. 00788935
cpinedo@hmglawfirm.com
Marion M. Reilly
State Bar No. 24079195
marion@hmglawfirm.com

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
O: 361. 882.1612
F: 361.882.3015


*And*


By:/s/ Robert P. Wilson
Robert P. Wilson
State Bar No. 2171875
rwilson@thomasjhenrylaw.com
LAW OFFICE OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
O: 210.656.1000
F: 210.985.0601


**ATTORNEYS FOR PLAINTIFFS**

---

*Plaintiffs' Notice of Hearing*                                    Page 2



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CERTIFICATE OF SERVICE

      This will certify that a true and correct copy of the above and forgoing instrument was duly served in accordance with the Texas Rules of Civil Procedure on this the 2nd day of December 2022 to the following:

*Via Email:*
Diego A. Lopez
LAW OFFICE OF DIEGO A. LOPEZ, PLLC
The Ariel House
8118 Datapoint Dr.
San Antonio, Texas 78229
 Counsel for Defendant
Law Office of Diego A. Lopez, PLLC

*Via Email:*
Paul Anderson
Kandyce Palamarchuck
ANDERSON & ASSOCIATES LAW FIRM
2600 S.W. Military Dr. Ste. 118
San Antonio, Texas 78224
Counsel for Defendant
Anderson & Associates Law Firm

*/s/ Marion M. Reilly*
Marion M. Reilly

---

*Plaintiffs' Notice of Hearing*                                              Page 3



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Jevanah Penaflor on behalf of Marion Reilly
Bar No. 24079195
jpenaflor@hmglawfirm.com
Envelope ID: 70747483
Status as of 12/6/2022 2:48 PM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marion Reilly | | Caitlin@hmglawfirm.com | 12/6/2022 2:36:53 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 12/6/2022 2:36:53 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 12/6/2022 2:36:53 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 12/6/2022 2:36:53 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 12/6/2022 2:36:53 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Assistant DAL | | asst@diegolaw.com | 12/6/2022 2:36:53 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 12/6/2022 2:36:53 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 12/6/2022 2:36:53 PM | SENT |
| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 12/6/2022 2:36:53 PM | SENT |
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 12/6/2022 2:36:53 PM | SENT |

Case Contacts



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Jevanah Penaflor on behalf of Marion Reilly
Bar No. 24079195
jpenaflor@hmglawfirm.com
Envelope ID: 70747483
Status as of 12/6/2022 2:48 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 12/6/2022 2:36:53 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
12/6/2022 4:00 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J. HENRY INJURY ATTORNEYS, | § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| V. | § § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC, | § § § | |
| Defendants. | § | NUECES COUNTY, TEXAS |

## FIRST AMENDED NOTICE OF HEARING

You will take notice that a hearing on **DEFENDANT, ANDERSON & ASSOCIATES LAW FIRM PLLC'S Motion to Transfer Venue and Counterclaim** has been scheduled for remote oral hearing **on January 26, 2023, at 10 a.m.** in the Nueces County Court One, Texas. The Zoom link will be provided to all parties the day prior to the hearing.

Respectfully submitted,

ANDERSON & ASSOCIATES LAW FIRM

By: /s/ Paul Anderson
Paul Anderson
Texas Bar No. 01202000
Kandyce Palamarchuck
Texas Bar No. 24095451
E-File Email: rd.aalaw@yahoo.com
2600 S. W. Military Dr. Ste. 118
San Antonio, Texas 78224
Tel. (210) 928-9999
Fax. (210) 210-928-99118
Attorneys for Defendant
Anderson & Associates Law Firm, PLLC, as

1 | P a g e

Defendant Anderson & Associates Law Firm PLLC's
Notice of Hearing



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Entity of Anderson & Associates Law Firm, PLLC

## CERTIFICATE OF SERVICE

I certify that on December 6, 2022, a true and correct copy of the above was served on the following parties involved in this matter:

*Via E-Service*

HILLARD MARTINEZ GONZALES, LLP
Robert C. Hilliard
John B. Martinez
Rudy Gonzales, Jr.
Catherine Tobin Hilliard
T. Christopher Pinedo
Marion M. Reily

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
Tel: (361) 882-1612
Fax: (361) 882-3015
Attorneys for Plaintiffs

and

LAW OFFICE OF THOMAS J. HENRY
Robert P. Wilson
PO Box 696025
San Antonio, Texas 78269
Tel: (210) 656-1000
Fax: (210) 985-0601

Attorney for Plaintiffs

DIEGO LAW
Diego Lopez
8118 Datapoint Drive
San Antonio, Texas 78229
Tel: (210) 614-6400
E-file Email: diego@diegolaw.com
CC: Email: asst@diegolaw.com
Attorney for Defendant

/s/ Paul Anderson
Paul Anderson

---

Defendant Anderson & Associates Law Firm PLLC's
Notice of Hearing



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Paul Anderson on behalf of Kandyce Palamarchuck
Bar No. 24095451
rd.aalaw@yahoo.com
Envelope ID: 70755234
Status as of 12/6/2022 4:27 PM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 12/6/2022 4:00:20 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 12/6/2022 4:00:20 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Assistant DAL | | asst@diegolaw.com | 12/6/2022 4:00:20 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 12/6/2022 4:00:20 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 12/6/2022 4:00:20 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 12/6/2022 4:00:20 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 12/6/2022 4:00:20 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 12/6/2022 4:00:20 PM | SENT |
| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 12/6/2022 4:00:20 PM | SENT |
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 12/6/2022 4:00:20 PM | SENT |

Case Contacts



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Paul Anderson on behalf of Kandyce Palamarchuck
Bar No. 24095451
rd.aalaw@yahoo.com
Envelope ID: 70755234
Status as of 12/6/2022 4:27 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 12/6/2022 4:00:20 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

CAUSE NO 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J HENRY INJURY ATTORNEYS, | § § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| V. | § § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC | § § § § § | |
| Defendants. | § | NUECES COUNTY, TEXAS |

---

**ORDER GRANTING PLAINTIFFS' SPECIAL EXCEPTIONS TO DEFENDANT THE LAW OFFICES OF DIEGO LOPEZ PLLC'S FIRST AMENDED ORIGINAL ANSWER, MOTION TO TRANSFER VENUE, AND COUNTERCLAIM**

---

Pending before the Court is Plaintiffs' Special Exceptions to The Law Offices of Diego Lopez PLLC's First Amended Original Answer, Motion to Transfer Venue, and Counterclaim ("Motion"). Having considered the Plaintiffs' Motion, the pleadings, the response, the Court's file, applicable authorities and the arguments of counsel, the Court hereby **GRANTING** the Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' Special Exceptions to The Law Offices of Diego Lopez PLLC's First Amended Original Answer, Motion to Transfer Venue, and Counterclaim is hereby **GRANTED**.

Signed on this the _____ day of _____, 202_.


_____
HONORABLE JUDGE



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 70950768
Status as of 12/13/2022 11:26 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 12/13/2022 9:46:37 AM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 12/13/2022 9:46:37 AM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 12/13/2022 9:46:37 AM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 12/13/2022 9:46:37 AM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 12/13/2022 9:46:37 AM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Assistant DAL | | asst@diegolaw.com | 12/13/2022 9:46:37 AM | SENT |
| Diego Lopez | | diego@diegolaw.com | 12/13/2022 9:46:37 AM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 12/13/2022 9:46:37 AM | SENT |
| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 12/13/2022 9:46:37 AM | SENT |
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 12/13/2022 9:46:37 AM | SENT |

Case Contacts



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 70950768
Status as of 12/13/2022 11:26 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 12/13/2022 9:46:37 AM | SENT |
| Robert Wilson | | rwilson-svc@thomasjhenrylaw.com | 12/13/2022 9:46:37 AM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Cause No. 2022-CCV-60432-1

| | |
|---|---|
| Hilliard Martinez Gonzales LLP and Thomas J. Henry Injury Attorneys, *Plaintiffs,* | In the County Court |
| v. | At Law No. 1 |
| Anderson & Associates Law Firm PLLC and Law Offices of Diego Lopez, PLLC, *Defendants.* | Nueces County, Texas |

### Defendant's Notice of Appearance of Additional Counsel

COMES NOW, Anderson & Associates Law Firm, PLLC, Defendant in the above-referenced matter, and files this Notice of Appearance of Additional Counsel. The following counsel will represent Defendant as additional co-counsel on behalf of Anderson & Associates Law Firm, PLLC:

John G.H. Davis
Texas Bar No. 24012507
*jdavis@brownsims.com*
Michael D. Williams
Texas Bar No. 21564330
*mwilliams@brownsims.com*
Nicholas J. Cenac
Texas Bar No. 24126293
*ncenac@brownsims.com*
BROWN SIMS, P.C.
1177 West Loop South, 10th Floor,
Houston, Texas 77027.

Defendant, Anderson & Associates Law Firm, PLLC, requests that John G. H. Davis, Michael D. Williams, and Nicholas J. Cenac be added as additional counsel for Defendant on all service lists of all parties and copies of all communications, pleadings, and other documents filed in this case be directed to the counsel below.



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Respectfully submitted,

**BROWN SIMS**

Michael D. Williams
Texas Bar No. 21564330
*mwilliams@brownsims.com*
David Clay Wilkerson
Texas Bar No. 24010480
*cwilkerson@brownsims.com*
1177 West Loop South, Tenth Floor
Houston, Texas 77027
Tel.: 713.629.1580
Fax: 713.629.5027

*Attorney for Defendant,*
*Anderson & Associates Law Firm, PLLC*

### CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2023, a true and correct copy of the foregoing instrument has been served on the following party in accordance with the Texas Rules of Civil Procedure.

Robert C. Hilliard
HILLIARD MARTINEZ GONZALES, LLP
John B. Martinez
Rudy Gonzales, Jr.
Catherine Tobin Hilliard
T. Christopher Pinedo
Marion M. Reilly
719 S. Shoreline Boulevard
Corpus Christi, Texas 78401

and

2



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Robert Wilson
LAW OFFICE OF THOMAS J. HENRY
P.O. 696025
San Antonio, Texas 78269

*Attorneys for Plaintiffs*

and

Diego A. Lopez
LAW OFFICES OF DIEGO A. LOPEZ, P.L.L.C
The Ariel House
8118 Data Point Drive
San Antonio, TX 78229

*Attorney for Defendant,*
*Law Offices of Diego A. Lopez, P.L.L.C*

Michael D. Williams

3



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Paul Anderson
Bar No. 01202000
rd.aalaw@yahoo.com
Envelope ID: 71547173
Status as of 1/6/2023 12:01 PM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 1/6/2023 10:01:51 AM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 1/6/2023 10:01:51 AM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 1/6/2023 10:01:51 AM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 1/6/2023 10:01:51 AM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 1/6/2023 10:01:51 AM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Assistant DAL | | asst@diegolaw.com | 1/6/2023 10:01:51 AM | SENT |
| Diego Lopez | | diego@diegolaw.com | 1/6/2023 10:01:51 AM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 1/6/2023 10:01:51 AM | SENT |
| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 1/6/2023 10:01:51 AM | SENT |
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 1/6/2023 10:01:51 AM | SENT |

Case Contacts



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Paul Anderson
Bar No. 01202000
rd.aalaw@yahoo.com
Envelope ID: 71547173
Status as of 1/6/2023 12:01 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson-svc@thomasjhenrylaw.com | 1/6/2023 10:01:51 AM | SENT |
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 1/6/2023 10:01:51 AM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
1/25/2023 1:02 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J HENRY INJURY ATTORNEYS, | § § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| V. | § § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC | § § § § § | |
| Defendants. | § § | NUECES COUNTY, TEXAS |

<u>PLAINTIFFS' SECOND AMENDED NOTICE OF HEARING</u>

Please take notice that the following motions will be heard on <u>Thursday, February 23, 2023 at 10:00 A.M. CST</u> via Zoom Remote Video Conference with Honorable Judge Todd Robinson presiding:

1. *Plaintiffs' Motion to Dismiss Defendant Anderson & Associates Law Firm PLLC's Baseless Affirmative Defenses and Counterclaim;*

2. *Plaintiffs' Amended Motion to Dismiss Defendant The Law Offices of Diego Lopez PLLC's Baseless Affirmative Defenses and Counterclaim;*

3. *Plaintiffs' Motion for Special Exceptions to Defendant Anderson & Associates PLLC's Original Answer, Motion to Transfer Venue, and Counterclaim; and*

4. *Plaintiffs' Motion for Special Exceptions to Defendant The Law Offices of Diego Lopez PLLC's First Amended Original Answer, Motion to Transfer Venue, and Counterclaim.*

The Zoom link will be provided to all parties the day prior to the hearing.

Respectfully submitted,

HILLIARD MARTINEZ GONZALES, LLP

---

*Plaintiffs' Notice of Hearing*                                                   Page 1



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

***ANN LORENTZEN***
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

By: /s/ Marion M. Reilly
Robert C. Hilliard
State Bar No. 09677700
bobh@hmglawfirm.com
John B. Martinez
State Bar No.24010212
john@hmglawfirm.com
Rudy Gonzales, Jr.
State Bar No. 08121700
rudyg@hmglawfirm.com
Catherine Tobin Hilliard
State Bar No. 24013642
catherine@hmglawfirm.com
T. Christopher Pinedo
State Bar No. 00788935
cpinedo@hmglawfirm.com
Marion M. Reilly
State Bar No. 24079195
marion@hmglawfirm.com

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
O: 361. 882.1612
F: 361.882.3015

*And*

By:/s/ Robert P. Wilson
Robert P. Wilson
State Bar No. 2171875
rwilson@thomasjhenrylaw.com
LAW OFFICE OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
O: 210.656.1000
F: 210.985.0601

**ATTORNEYS FOR PLAINTIFFS**

---

*Plaintiffs' Notice of Hearing*                                    Page 2



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and forgoing instrument was duly served in accordance with the Texas Rules of Civil Procedure on this the 2nd day of December 2022 to the following:

*Via Email:*
Diego A. Lopez
LAW OFFICE OF DIEGO A. LOPEZ, PLLC
The Ariel House
8118 Datapoint Dr.
San Antonio, Texas 78229
Counsel for Defendant
Law Office of Diego A. Lopez, PLLC

*Via Email:*
Paul Anderson
Kandyce Palamarchuck
ANDERSON & ASSOCIATES LAW FIRM
2600 S.W. Military Dr. Ste. 118
San Antonio, Texas 78224
Counsel for Defendant
Anderson & Associates Law Firm

*/s/ Marion M. Reilly*
Marion M. Reilly

*Plaintiffs' Notice of Hearing*                                                Page 3



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

### Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jevanah Penaflor on behalf of Marion Reilly
Bar No. 24079195
jpenaflor@hmglawfirm.com
Envelope ID: 72131497
Status as of 1/26/2023 8:28 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 1/25/2023 1:02:35 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 1/25/2023 1:02:35 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 1/25/2023 1:02:35 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 1/25/2023 1:02:35 PM | SENT |
| Michael Williams | | mwilliams@brownsims.com | 1/25/2023 1:02:35 PM | SENT |
| John Davis | | jdavis@brownsims.com | 1/25/2023 1:02:35 PM | SENT |
| Nicholas Cenac | | ncenac@brownsims.com | 1/25/2023 1:02:35 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 1/25/2023 1:02:35 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Assistant DAL | | asst@diegolaw.com | 1/25/2023 1:02:35 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 1/25/2023 1:02:35 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson-svc@thomasjhenrylaw.com | 1/25/2023 1:02:35 PM | SENT |
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 1/25/2023 1:02:35 PM | SENT |
| Ryan Brown | | rbrown@brownsims.com | 1/25/2023 1:02:35 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Jevanah Penaflor on behalf of Marion Reilly
Bar No. 24079195
jpenaflor@hmglawfirm.com
Envelope ID: 72131497
Status as of 1/26/2023 8:28 AM CST

Case Contacts

| Carole Fenton | | cfenton@brownsims.com | 1/25/2023 1:02:35 PM | SENT |
|---|---|---|---|---|
| Raquel Herrera | | rherrera@brownsims.com | 1/25/2023 1:02:35 PM | SENT |
| Amanda Rousseau | | arousseua@brownsims.com | 1/25/2023 1:02:35 PM | ERROR |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 1/25/2023 1:02:35 PM | SENT |
| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 1/25/2023 1:02:35 PM | SENT |
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 1/25/2023 1:02:35 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
2/16/2023 2:43 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J HENRY INJURY ATTORNEYS, | §<br>§<br>§<br>§ | IN THE COUNTY COURT |
| Plaintiffs, | §<br>§ | |
| V. | §<br>§ | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC | §<br>§<br>§<br>§<br>§ | |
| Defendants. | § | NUECES COUNTY, TEXAS |

<u>PLAINTIFFS' THIRD AMENDED NOTICE OF HEARING</u>

Please take notice that the following motions will be heard on <u>Tuesday, April 18, 2023</u>

at <u>2:00 P.M. CST</u> via Zoom Remote Video Conference with Honorable Judge Todd Robinson

presiding:

1. *Plaintiffs' Motion to Dismiss Defendant Anderson & Associates Law Firm PLLC's Baseless Affirmative Defenses and Counterclaim;*

2. *Plaintiffs' Amended Motion to Dismiss Defendant The Law Offices of Diego Lopez PLLC's Baseless Affirmative Defenses and Counterclaim;*

3. *Plaintiffs' Motion for Special Exceptions to Defendant Anderson & Associates PLLC's Original Answer, Motion to Transfer Venue, and Counterclaim; and*

4. *Plaintiffs' Motion for Special Exceptions to Defendant The Law Offices of Diego Lopez PLLC's First Amended Original Answer, Motion to Transfer Venue, and Counterclaim.*

The Zoom link will be provided to all parties the day prior to the hearing.

Respectfully submitted,

HILLIARD MARTINEZ GONZALES, LLP

---

*Plaintiffs' Notice of Hearing*                                            Page 1



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

By: /s/ Marion M. Reilly
Robert C. Hilliard
State Bar No. 09677700
bobh@hmglawfirm.com
John B. Martinez
State Bar No.24010212
john@hmglawfirm.com
Rudy Gonzales, Jr.
State Bar No. 08121700
rudyg@hmglawfirm.com
Catherine Tobin Hilliard
State Bar No. 24013642
catherine@hmglawfirm.com
T. Christopher Pinedo
State Bar No. 00788935
cpinedo@hmglawfirm.com
Marion M. Reilly
State Bar No. 24079195
marion@hmglawfirm.com

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
O: 361. 882.1612
F: 361.882.3015

*And*

By:/s/ Robert P. Wilson
Robert P. Wilson
State Bar No. 2171875
rwilson@thomasjhenrylaw.com
LAW OFFICE OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
O: 210.656.1000
F: 210.985.0601

**ATTORNEYS FOR PLAINTIFFS**

---

*Plaintiffs' Notice of Hearing*                                                          Page 2



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and forgoing instrument was duly served in accordance with the Texas Rules of Civil Procedure on this the 2nd day of December 2022 to the following:

*Via Email:*
Diego A. Lopez
LAW OFFICE OF DIEGO A. LOPEZ, PLLC
The Ariel House
8118 Datapoint Dr.
San Antonio, Texas 78229
Counsel for Defendant
Law Office of Diego A. Lopez, PLLC

*Via Email:*
Paul Anderson
Kandyce Palamarchuck
ANDERSON & ASSOCIATES LAW FIRM
2600 S.W. Military Dr. Ste. 118
San Antonio, Texas 78224
Counsel for Defendant
Anderson & Associates Law Firm

*/s/ Marion M. Reilly*
Marion M. Reilly

---

*Plaintiffs' Notice of Hearing*                                              Page 3



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jevanah Penaflor on behalf of Marion Reilly
Bar No. 24079195
jpenaflor@hmglawfirm.com
Envelope ID: 72840033
Status as of 2/16/2023 4:05 PM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Hilliard | | HMGService@hmglawfirm.com | 2/16/2023 2:43:49 PM | SENT |
| Marion Reilly | | Caitlin@hmglawfirm.com | 2/16/2023 2:43:49 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 2/16/2023 2:43:49 PM | SENT |
| Kandyce  Palamarchuck | | kp.aalaw@yahoo.com | 2/16/2023 2:43:49 PM | SENT |
| Michael Williams | | mwilliams@brownsims.com | 2/16/2023 2:43:49 PM | SENT |
| John Davis | | jdavis@brownsims.com | 2/16/2023 2:43:49 PM | SENT |
| Nicholas Cenac | | ncenac@brownsims.com | 2/16/2023 2:43:49 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 2/16/2023 2:43:49 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Assistant DAL | | asst@diegolaw.com | 2/16/2023 2:43:49 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 2/16/2023 2:43:49 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 2/16/2023 2:43:49 PM | SENT |
| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 2/16/2023 2:43:49 PM | SENT |
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 2/16/2023 2:43:49 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jevanah Penaflor on behalf of Marion Reilly
Bar No. 24079195
jpenaflor@hmglawfirm.com
Envelope ID: 72840033
Status as of 2/16/2023 4:05 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson-svc@thomasjhenrylaw.com | 2/16/2023 2:43:49 PM | SENT |
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 2/16/2023 2:43:49 PM | SENT |
| Ryan Brown | | rbrown@brownsims.com | 2/16/2023 2:43:49 PM | SENT |
| Carole Fenton | | cfenton@brownsims.com | 2/16/2023 2:43:49 PM | SENT |
| Raquel Herrera | | rherrera@brownsims.com | 2/16/2023 2:43:49 PM | SENT |
| Amanda Rousseau | | arousseua@brownsims.com | 2/16/2023 2:43:49 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
2/21/2023 12:00 AM
Anne Lorentzen
District Clerk
Nueces County, Texas

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP | § | IN THE COUNTY COURT |
| AND THOMAS J. HENRY INJURY | § | |
| ATTORNEYS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | AT LAW NO. 1 |
| | § | |
| ANDERSON & ASSOCIATES LAW FIRM | § | |
| PLLC AND ANDERSON & LAW OFFICE | § | |
| OF DIEGO LOPEZ, PLLC, | § | |
| Defendants. | § | NUECES COUNTY, TEXAS |

## SECOND AMENDED NOTICE OF HEARING

You will take notice that a hearing on DEFENDANT, ANDERSON & ASSOCIATES

LAW FIRM PLLC'S MOTION TO TRANSFER VENUE AND COUNTERCLAIM is

scheduled for remote oral hearing on Tuesday, April 18, 2023 at 2:00 P.M. CST in the Nueces

County Court One, Corpus Christi, Texas. The Zoom link will be provided to all parties the day

prior to the hearing.

Respectfully submitted,

ANDERSON & ASSOCIATES LAW FIRM



Kandyce Palamarchuck
Texas Bar No. 24095451
E-File Email:  rd.aalaw@yahoo.com
2600 S. W. Military Dr. Ste. 118
San Antonio, Texas 78224
Tel. (210) 928-9999
Fax. (210) 210-928-99118
Attorneys for Defendant
Anderson & Associates Law Firm, PLLC,
as Entity of Anderson & Associates Law Firm, PLLC

1 | P a g e

Defendant Anderson & Associates Law Firm PLLC's
Second Amended Notice of Hearing

## STATE OF TEXAS
## COUNTY OF NUECES

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CERTIFICATE OF SERVICE

I certify that on February 20, 2023 a true and correct copy of Defendant Anderson & Associates PLLC's Second Amended Notice of Hearing was served on the following parties involved in this matter:

*Via E-Service*

**HILLARD MARTINEZ GONZALES, LLP**
Robert C. Hilliard
John B. Martinez
Rudy Gonzales, Jr.
Catherine Tobin Hilliard
T. Christopher Pinedo
Marion M. Reily

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
Tel: (361) 882-1612
Fax: (361) 882-3015
Attorneys for Plaintiffs

and

**LAW OFFICE OF THOMAS J. HENRY**
Robert P. Wilson
PO Box 696025
San Antonio, Texas 78269
Tel: (210) 656-1000
Fax: (210) 985-0601
Attorney for Plaintiffs

**DIEGO LAW**
Diego Lopez
8118 Datapoint Drive
San Antonio, Texas 78229
Tel: (210) 614-6400
E-file Email: diego@diegolaw.com
CC: Email: asst@diegolaw.com
Attorney for Defendant


Kandyce Palamarchuck

2 | P a g e

Defendant Anderson & Associates Law Firm PLLC's
Second Amended Notice of Hearing

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paul Anderson on behalf of Kandyce Palamarchuck
Bar No. 24095451
rd.aalaw@yahoo.com
Envelope ID: 72928643
Status as of 2/22/2023 2:29 PM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marion Reilly | | Caitlin@hmglawfirm.com | 2/20/2023 5:16:13 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 2/20/2023 5:16:13 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 2/20/2023 5:16:13 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 2/20/2023 5:16:13 PM | SENT |
| Michael Williams | | mwilliams@brownsims.com | 2/20/2023 5:16:13 PM | SENT |
| John Davis | | jdavis@brownsims.com | 2/20/2023 5:16:13 PM | SENT |
| Nicholas Cenac | | ncenac@brownsims.com | 2/20/2023 5:16:13 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 2/20/2023 5:16:13 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Assistant DAL | | asst@diegolaw.com | 2/20/2023 5:16:13 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 2/20/2023 5:16:13 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson-svc@thomasjhenrylaw.com | 2/20/2023 5:16:13 PM | SENT |
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 2/20/2023 5:16:13 PM | SENT |
| Ryan Brown | | rbrown@brownsims.com | 2/20/2023 5:16:13 PM | SENT |



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Paul Anderson on behalf of Kandyce Palamarchuck
Bar No. 24095451
rd.aalaw@yahoo.com
Envelope ID: 72928643
Status as of 2/22/2023 2:29 PM CST

Case Contacts

| Carole Fenton | | cfenton@brownsims.com | 2/20/2023 5:16:13 PM | SENT |
|---|---|---|---|---|
| Raquel Herrera | | rherrera@brownsims.com | 2/20/2023 5:16:13 PM | SENT |
| Amanda Rousseau | | arousseua@brownsims.com | 2/20/2023 5:16:13 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 2/20/2023 5:16:13 PM | SENT |
| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 2/20/2023 5:16:13 PM | SENT |
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 2/20/2023 5:16:13 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
4/11/2023 3:38 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS<br>Plaintiff, | § § § § § | IN THE COUNTY COURT AT LAW |
| V. | § § | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC, Defendant. | § § § § | NUECES COUNTY, TEXAS |

### ORDER DENYING PLAINTIFF'S SPECIAL EXCEPTIONS TO DEFENDANT'S FIRST AMENDED ANSWER, MOTION TO TRANSFER VENUE, AND COUNTERCLAIM

On _____, the Court considered the Plaintiff's Special Exceptions to Defendant's First Amended Answer, Motion to Transfer Venue, Counter-Claims. Having considered the Defendant's First Amended Answer, the pleadings, responses, the Court's file, applicable authorities and the arguments of counsel, the Court hereby DENIES the Motion.

IT IS THEREFORE ORDERED, ADJUGED AND DECREED that Defendant's Special Exceptions to Defendant's First Amended Original Answer, Motion to Transfer Venue, and Counterclaim is hereby DENIED.

SIGNED on _____, 2023.

_____
JUDGE PRESIDING

A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kandyce Palamarchuck
Bar No. 24095451
rd.aalaw@yahoo.com
Envelope ID: 74537435
Filing Code Description: Proposed Order
Filing Description: Proposed Order Denying Plaintiffs Special Exceptions to Defendants 1st Amended Answer, Motion to Transfer Venue and Counterclaim
Status as of 4/11/2023 3:59 PM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 4/11/2023 3:38:55 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 4/11/2023 3:38:55 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 4/11/2023 3:38:55 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 4/11/2023 3:38:55 PM | SENT |
| Michael Williams | | mwilliams@brownsims.com | 4/11/2023 3:38:55 PM | SENT |
| John Davis | | jdavis@brownsims.com | 4/11/2023 3:38:55 PM | SENT |
| Nicholas Cenac | | ncenac@brownsims.com | 4/11/2023 3:38:55 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 4/11/2023 3:38:55 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Assistant DAL | | asst@diegolaw.com | 4/11/2023 3:38:55 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 4/11/2023 3:38:55 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| | | | | |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kandyce Palamarchuck
Bar No. 24095451
rd.aalaw@yahoo.com
Envelope ID: 74537435
Filing Code Description: Proposed Order
Filing Description: Proposed Order Denying Plaintiffs Special Exceptions to Defendants 1st Amended Answer, Motion to Transfer Venue and Counterclaim
Status as of 4/11/2023 3:59 PM CST

Case Contacts

| Robert Wilson | | rwilson-svc@thomasjhenrylaw.com | 4/11/2023 3:38:55 PM | SENT |
| --- | --- | --- | --- | --- |
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 4/11/2023 3:38:55 PM | SENT |
| Ryan Brown | | rbrown@brownsims.com | 4/11/2023 3:38:55 PM | SENT |
| Carole Fenton | | cfenton@brownsims.com | 4/11/2023 3:38:55 PM | ERROR |
| Raquel Herrera | | rherrera@brownsims.com | 4/11/2023 3:38:55 PM | SENT |
| Amanda Rousseau | | arousseua@brownsims.com | 4/11/2023 3:38:55 PM | ERROR |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 4/11/2023 3:38:55 PM | SENT |
| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 4/11/2023 3:38:55 PM | SENT |
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 4/11/2023 3:38:55 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
4/11/2023 3:42 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS<br>Plaintiff, | §<br>§<br>§<br>§<br>§ | IN THE COUNTY COURT AT LAW |
| V. | §<br>§ | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC,<br>Defendant. | §<br>§<br>§<br>§ | NUECES COUNTY, TEXAS |

## ORDER GRANTING
## DEFENDANT'S MOTION TO TRANSFER VENUE

On _____, the Court considered the Defendant's Motion to

Transfer Venue, and after considering the pleadings, the response, the affidavits, any discovery

filed, and arguments of counsel, finds that the Motion should be **GRANTED** on the grounds that

Nueces county is an inconvenient forum.

**IT IS THEREFORE ORDERED** that the Motion to Transfer Venue is **GRANTED** and

this cause is hereby transferred to Bexar county.

Signed on _____, 2023.

_____
JUDGE PRESIDING

13 | P a g e
A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Kandyce Palamarchuck
Bar No. 24095451
rd.aalaw@yahoo.com
Envelope ID: 74537801
Filing Code Description: Proposed Order
Filing Description: Order Granting Defendant's Motion To Transfer Venue
Status as of 4/11/2023 3:59 PM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 4/11/2023 3:42:59 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 4/11/2023 3:42:59 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 4/11/2023 3:42:59 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 4/11/2023 3:42:59 PM | SENT |
| Michael Williams | | mwilliams@brownsims.com | 4/11/2023 3:42:59 PM | SENT |
| John Davis | | jdavis@brownsims.com | 4/11/2023 3:42:59 PM | SENT |
| Nicholas Cenac | | ncenac@brownsims.com | 4/11/2023 3:42:59 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 4/11/2023 3:42:59 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Assistant DAL | | asst@diegolaw.com | 4/11/2023 3:42:59 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 4/11/2023 3:42:59 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson-svc@thomasjhenrylaw.com | 4/11/2023 3:42:59 PM | SENT |
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 4/11/2023 3:42:59 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kandyce Palamarchuck
Bar No. 24095451
rd.aalaw@yahoo.com
Envelope ID: 74537801
Filing Code Description: Proposed Order
Filing Description: Order Granting Defendant's Motion To Transfer Venue
Status as of 4/11/2023 3:59 PM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Ryan Brown | | rbrown@brownsims.com | 4/11/2023 3:42:59 PM | SENT |
| Carole Fenton | | cfenton@brownsims.com | 4/11/2023 3:42:59 PM | ERROR |
| Raquel Herrera | | rherrera@brownsims.com | 4/11/2023 3:42:59 PM | SENT |
| Amanda Rousseau | | arousseua@brownsims.com | 4/11/2023 3:42:59 PM | ERROR |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 4/11/2023 3:42:59 PM | SENT |
| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 4/11/2023 3:42:59 PM | SENT |
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 4/11/2023 3:42:59 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES | § | IN THE COUNTY COURT |
| LLP AND THOMAS J. HENRY INJURY | § | |
| ATTORNEYS, | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | AT LAW NO. 1 |
| | § | |
| ANDERSON & ASSOCIATES LAW | § | |
| FIRM PLLC AND ANDERSON & LAW | § | |
| OFFICE OF DIEGO LOPEZ, PLLC, | § | |
| Defendants. | § | NUECES COUNTY, TEXAS |

<u>DEFENDANT ANDERSON & ASSOCIATES RESPONSE TO PLAINTIFFS' MOTION
TO DISMISS BASELESS COUNTERCLAIM</u>

NOW COMES Defendant, ANDERSON & ASSOCIATES LAW FIRM, PLLC, named

Defendant in the above-entitled and numbered cause, and files this Response to Plaintiffs' Motion

to Dismiss Anderson & Associates Baseless Counterclaim, and shows the Court as follows:

I.
INTRODUCTION

1. Plaintiffs Hillard Martinez Gonzales, LLP and Thomas J. Henry Injury Attorneys sued

Defendants Anderson & Associates Law Firm PLLC and the Law Offices of Diego Lopez, PLLC

for a declaratory judgment, quantum meruit, and unjust enrichment from an underlying case

wherein all parties involved in this present suit represented clients that were victims from the

Sutherland Springs massacre.

II.
BACKGROUND

2. On April 20, 22 Plaintiffs filed their Original Petitions against Defendants.

3. On September 12, 2022 Plaintiffs served Defendant Anderson & Associates Law Firm, PLLC

with Plaintiffs' Original Petition. See Exhibit A.

4. On September 30, 2022 Defendant Anderson & Associates Law Firm, PLLC answered the

1 | P a g e

Defendant Anderson & Associates Response to Plaintiffs Motion to Dismiss



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

lawsuit and filed a counterclaim and a request to transfer venue to Bexar County, Texas.

5. On November 29, 2022 Plaintiffs filed a Motion to Dismiss Defendant Anderson & Associates Law Firm, PLLC's counterclaims alleging Defendant Anderson & Associates Law Firm, PLLC's cause of action had no basis in law or fact.

6. On April 11, 2023 Defendant Anderson & Associates Law Firm, PLLC amended and filed its First Amended Answer, Counterclaim, and Motion to Transfer Venue. *See* Exhibit B.

### III.
### ARGUMENT & AUTHORITIES

7. Under Texas Rule of Civil Procedure 91a, the Court can dismiss a cause of action that has no basis in law or fact. However, this is not a case in which the Court should do so. *See* Tex. R. Civ. P. 91a.1, 91a.2.

*a) Plaintiffs Motion to Dismiss is Untimely*

8. A motion to dismiss a cause of action that has no basis in law or fact must be filed within 60 days after the Defendant is served with the First Pleading, or in this case the Original Petition, containing the challenged cause of action. Tex. R. Civ. P. 91a.3(a).

9. In this case and as stated above, Defendant was served on September 12, 2022.

10. Plaintiff filed the Motion to Dismiss on November 29, 2022.

11. Plaintiffs' motion was not timely filed and therefore should be denied.

*b) Basis in Law or Fact*

12. Under Rule 91a, the Court can dismiss a cause of action if it has no basis in law or fact. Tex. R. Civ. P. 91a.1. A cause of action has no basis in law if the allegations, taken as true, together with inferences reasonably drawn from them, do not entitle the plaintiff to the relief sought. *Id.* A cause of action has no basis in fact if no reasonable person could believe the facts pleaded. *Id.*

2 | P a g e

Defendant Anderson & Associates Response to Plaintiffs Motion to Dismiss



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

13.    The Court should not dismiss Defendant's counterclaim because it has a valid basis in law regarding common law fraud, quantum meruit, and a declaratory judgment.

14.    The Court should not dismiss Defendant's counterclaim because it has a valid basis in fact regarding common law fraud, quantum meruit, and a declaratory judgment.

## IV.
## ATTORNEY FEES AND COSTS

15.    The prevailing party on a motion to dismiss may be awarded reasonable and necessary attorney fees and all costs incurred as a result of the Plaintiff's motion to dismiss. See Tex. Civ. Pac. & Rem. Code §30.021; Tex. R. Civ. P. 91a.7. Therefore, if the Court denies Plaintiffs' Motion to Dismiss, either in whole or in part, the Court should award Defendant reasonable and necessary attorney fees and all costs incurred as a result of responding to Plaintiffs' Motion to Dismiss. *See* Tex. Civ. Prac. & Rem. Code § 30.021; Tex. R. Civ. P. 91a7.

## V.
## PRAYER

16.    For the above reasons, Defendant Anderson & Associates Law Firm, PLLC asks the Court to DENY Plaintiffs' Motion to Dismiss, enters judgment in favor of Defendant, awards Defendant the costs of court, attorney's fees, and such other and further relief as Defendant may be entitled to in law or in equity.

Respectfully submitted,
ANDERSON & ASSOCIATES LAW FIRM

By: *Kandyce Palamarchuck*
Kandyce Palamarchuck
Texas Bar No. 24095451
E-File Email: rd.aalaw@yahoo.com
2600 S. W. Military Dr. Ste. 118
San Antonio, Texas 78224
Tel. (210) 928-9999
Fax. (210) 210-928-99118
Attorney for Defendant

## CERTIFICATE OF SERVICE

3 | P a g e

Defendant Anderson & Associates Response to Plaintiffs Motion to Dismiss



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

I certify that on April 11, 2023 a true and correct copy of Defendant's First Amended Answer, Motion to Transfer Venue, Counter Claim and Response to Plaintiff's Special Exceptions were served on Plaintiff's and Co-Defendant as follows:

*Via E-Service*

**HILLARD MARTINEZ GONZALES, LLP**
Robert C. Hilliard
John B. Martinez
Rudy Gonzales, Jr.
Catherine Tobin Hilliard
T. Christopher Pinedo
Marion M. Reily

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
Tel: (361) 882-1612
Fax: (361) 882-3015
*Attorneys for Plaintiffs*

and

**LAW OFFICE OF THOMAS J. HENRY**
Robert P. Wilson
PO Box 696025
San Antonio, Texas 78269
Tel: (210) 656-1000
Fax: (210) 985-0601
*Attorney for Plaintiffs*

**DIEGO LAW**
Diego Lopez
8118 Datapoint Drive
San Antonio, Texas 78229
Tel: (210) 614-6400
E-file Email: diego@diegolaw.com
CC: Email: asst@diegolaw.com
*Attorney for Defendant*

*Kandyce Palamarchuck*
Kandyce Palamarchuck

4 | P a g e

Defendant Anderson & Associates Response to Plaintiffs Motion to Dismiss



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

***ANN LORENTZEN***
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS<br>Plaintiff, | §<br>§<br>§<br>§ | IN THE COUNTY COURT AT LAW |
| | § | |
| V. | §<br>§ | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC,<br>Defendant. | §<br>§<br>§<br>§ | NUECES COUNTY, TEXAS |

### AFFIDAVIT IN SUPPORT OF DEFENDANT ANDERSON & ASSOCIATES RESPONSE TO PLAINTIFFS' MOTION TO DISMISS

BEFORE ME, the undersigned authority, personally appeared Kandyce Palamarchuck, who being duly sworn, deposed as follows:

"My name is Kandyce Palamarchuck. I am an Attorney for Anderson & Associates Law Firm, PLLC. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged in Defendant's First Amended Answer, Motion to Transfer Venue, Counterclaim and Response to Plaintiff's Special Exceptions – and within this Response to Plaintiffs' Motion to Dismiss. I hereby swear that the statements in support of Defendant Anderson & Associates Law Firm, PLLC Response to Plaintiffs' Motion to Dismiss are true and correct."

_____
Kandyce Palamarchuck / Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on _April 11, 2023_____, by

_____
Notary Public, State of Texas

5 | P a g e

Defendant Anderson & Associates Response to Plaintiffs Motion to Dismiss



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J. HENRY INJURY ATTORNEYS, Plaintiffs, | § § § § § | IN THE COUNTY COURT |
|---|---|---|
| V. | § § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC, Defendants. | § § § § | NUECES COUNTY, TEXAS |

**DEFENDANT'S SECOND AMENDED ANSWER, MOTION TO TRANSFER VENUE, COUNTERCLAIM AND RESPONSE TO PLAINTIFFS' SPECIAL EXCEPTIONS**

NOW COMES Defendant, ANDERSON & ASSOCIATES LAW FIRM, PLLC, named Defendant in the above-entitled and numbered cause, and files this Second Amended Answer, Motion to Transfer Venue, Counterclaim and Response to Plaintiffs' Special Exceptions, and shows the Court as follows:

I.

**MOTION TO TRANSFER VENUE**

1. The jurisdictional limits of in County Court at Law No. 1, Nueces County, Texas is more than that of the Justice of the Peace courts, and the same as that of the District Courts. According to the Texas Rules of Civil Procedure, and the Nueces County, Texas local rules, this County has "exclusive jurisdiction in civil cases where the amount in controversy is $200,000.00 or more, and concurrent jurisdiction with the statutory county courts in cases where the amount in controversy exceeds $200 but is less than $200,000.00," respectfully.

(See attached *Exhibit A*).

1 | Page
A&A Second Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

2.    Plaintiffs pled, on page 2, paragraph 7 of their Original Petition, for "monetary relief over $1,000,000.00."

2.    The county where Plaintiff filed this suit is not the proper venue for this cause. Defendant specifically **denies** the following allegation of venue:

    a.    Venue is not proper in Nueces County, Texas because all of the Plaintiff's causes of action occurred in Bexar County, Texas.

    b.    Defendant further provides the Court as *Exhibit B* a Contingency Fee Contract in response to Plaintiff's special exceptions as evidence Defendant's motion to transfer venue,

    c. The above referenced Contingency Fee Contract states as follows:

        **"This contract is performable in Bexar County, Texas."**

    d. This contingency fee contract is dated November 7, 2017; signed by Christopher Ward; and is subject to an attorney/client privilege until further Ordered.

    e. The original underlying cause of this matter was filed in the **United States District Court for the Western District of Texas, San Antonio Division,** styled as *Christopher Ward, Individually, Representative of the Estates of Joann Ward Deceased and B.W., Deceased, Minor, and as Next Friend of R.W., a Minor,* Civil Action No. SA-19-CV-0829 and Consolidated in Civil Action No. SA-18-cv-00555-XR.

    f. As known to the Courts, the Western District of Texas, San Antonio Division, is located in Bexar County, Texas.

3.    Accordingly, Defendant claims Plaintiff's choice of county violates the general venue rule Tex. Civ. Prac. & Rem. Code Section 15.002(a), and hereby asserts that venue is proper in Bexar County for the reasons above and incorporated herein. Therefore, pursuant to the general

2 | P a g e
A&A Second Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

venue provisions cited herein, the venue of this cause is Bexar County, Texas.

4.    Further, Defendant has produced a copy of an Investigative Timeline and Overview of the voluminous work that Defendant put into the underlying matter while in Bexar County, Texas. (Please see *Exhibit C* and *Exhibit D*)

4.    Defendant requests a transfer of venue for convenience and in the interest of justice pursuant to Tex. Civ. Prac. & Rem. Code section 15.002(b), and submits affidavits in support of same.

a.    Defendant claims the parties and witnesses will be inconvenienced by Plaintiff's choice of Nueces County because all the witnesses live in or adjacent to Bexar County, Texas.

b.    Defendant claims maintenance of this suit in Nueces County will work an economic and personal hardship on the parties and witnesses because Nueces County is 147 miles and a two- and twenty-minutes' drive from Defendant, Anderson & Associates Law Firm, PLLC's principal office.

c.    Defendant claims Bexar County will not work such economic and personal hardship on the witnesses because both Defendants' principal offices are located in San Antonio, Bexar County, Texas.

d.    Defendant claims the balance of interests of all parties favors maintenance of the suit in Bexar County, Texas because Plaintiffs actively do business in San Antonio, Bexar County, Texas and have done so since at least 2009 as Anderson & Associates, PLLC.

e.    Bexar County, Texas is a proper venue for this cause.

Therefore, pursuant to the general venue provisions and for the reasons cited herein this

3 | P a g e
A&A Second Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**. STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

cause is most appropriate in Bexar County, Texas.

## II.

## GENERAL DENIAL

6.      Defendant denies each and every allegation of Plaintiff's Original Petition, and demands strict proof thereof as required by the Texas Rules of Civil Procedure.

## III.

## DEFENDANT'S COUNTERCLAIM

### a) Facts

7.      This suit arises from the Sutherland Springs, Texas massacre on November 5, 2017. Counter-Defendants' client, Chancie McMahan (hereinafter "McMahan"), the mother of the minor R.W. Counter-Defendant' client, McMahan, and Counter-Plaintiffs' client, Christopher Ward (hereinafter "Ward"), were not ever married and the child R.W. resided with Ward. Additionally, an Order in a Suit Affecting the Parent Child Relationship between both McMahan and Ward awarded that he right to make legal decision to Ward and not to McMahan.

On November 5, 2017 Michael Ward contacted Anderson & Associates Law Firm, and spoke to Paul Anderson regarding the shooting that occurred at the Sutherland Springs Baptist Church that killed and injured his family members. Christopher Ward was requesting our assistance in the case.

On November 7, 2017 Anderson & Associates Law Firm met with Christopher Ward at the University Health System Hospital in San Antonio, Bexar County, Texas, and executed the contract by Christopher Ward for himself individually, and next friend on behalf of Ryland Ward, his wife JoAnn Ward, and as next friend on behalf of Brooke Ward, executed contract attached

4 | P a g e
A&A Second Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

hereto as Exhibit A.

At the time Anderson & Associates Law Firm had represented members of the Ward family for more than twenty years and was currently representing Christopher Ward's father on a business matter.

On or about December 15, 2017 McMahan retained the Webster Law Firm, forty days after the massacre.

On or about December 15, 2017 the Webster Law Firm retained Thomas J. Henry Attorneys.

On or about December 29, 2017 the Webster Law Firm additionally retained Hilliard Martinez Gonzalez, LLP.

8.      McMahan had limited contact with the child, R.W., and scarcely visited R.W. at the Hospital even though R.W. had numerous surgeries from injuries he sustained during the Sutherland Springs Massacre. It was during one of these visits with R.W. that McMahan contracted with the Webster Law Firm for representation.

## IV.

## CAUSES OF ACTION

### COUNT 1:  COMMON LAW FRAUD

9.      Defendant incorporates the facts set forth above.

10.     Defendant alleges that McMahan did not have the authority to retain Plaintiffs on behalf of the child, R.W. In the Order Affecting the Parent-Child Relationship, the exclusive right to make legal decisions on behalf of the child was awarded to the parent who had possession of the child, which was Ward and not McMahan. This was a fraudulent inducement by Ms. McMahan to Plaintiffs due to her false representations.

5 | P a g e

A&A Second Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

11.  The elements of a cause of action for common law fraud are as follows:
a.  The party (McMahan) made a representation to the Plaintiffs;
b.  The representation was material;
c.  The representation was false;
d.  When the party made the representation, the party:
  i.  Knew the representation was false; or
  ii.  That the party made the representation recklessly, as a positive assertion, and without knowledge of its truth;
e.  The party made the representation with the intent that the Plaintiff act on it;
f.  The Plaintiff relied on the representation; and the representation caused the Plaintiff injury.

Defendant requests this court, after reviewing the applicable documents, declare the contracts entered into by McMahan as unenforceable and the out-of-pocket damages suffered by Defendant be charged against McMahan under the tort of common law fraud and the liability for the non-disclosure (*Smith v. National Resort Cmty., Inc. 585 S.W.2d 655, 658 (Tex. 1979)*)

False representation by conduct – Under Common Law Fraud, deceptive conduct is equivalent to a false statement of fact. *Ten-Cate v first National Bank, 52 S.W.2d 323, 326*. A false representation by conduct can be established by proof of acts alone or by proof of a combination of conduct and concealment or conduct and works. McMahan's knowledge and non-disclosure that she was not awarded the right to make legal decisions on behalf of the child, R.W., caused the detrimental reliance of Counter-Defendants on McMahan's ability to enter into the contract for legal representation. Traditionally under a Suit Affective the Parent-Child Relationship or a Divorce, both parents of a child are awarded the independent right to make legal decisions on behalf of such child. In this instance, McMahan did not have this independent right but instead Ward was awarded the exclusive right to make legal decisions for R.W. It was McMahan's intent that Counter-Defendants relay on her representation that she had the authority to enter into the contract on R.W.'s behalf at the time of this tragedy.

6 | P a g e
A&A Second Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

*COUNT 2: DECLARATORY JUDGMENT*

12.   Defendant incorporates the facts set forth above.

13.   On November 7, 2017, Christopher Ward retained Anderson & Associates Law Firm PLLC on behalf of himself and his minor son, R.W. R.W. was living with Ward at the time of the Sutherland Springs Massacre. Under the Suit Affecting the Parent Child Relationship, the Court awarded both McMahan and Ward the independent right to represent R.W. in legal action during their periods of possession.

14.   The Federal Tort Claims Act ("FTCA") caps awards of attorneys' fees to 25%. Thus far, Plaintiffs and Defendants have been unable to reach an agreement as to the division of attorneys' fees for the amount awarded to R.W. Accordingly, Defendant seeks a declaration from this Honorable Court, after reviewing the applicable documents, that the Defendants fee agreement is valid and reach a determination as to how the attorneys' fees should be divided.

*COUNT 3: QUANTUM MERUIT*

15.   Defendant incorporates the facts set forth above, and asserts this cause of action in the alternative to their request for declaratory relief.

16.   Defendants provided valuable legal services to and/or on Plaintiffs behalf. Plaintiffs accepted the benefits of Defendants' services, which were reasonably worth the amount allowed under the FTCA. Plaintiffs had reasonable notice of Defendant's expected compensation for such services. Such services were provided under circumstances which Plaintiffs knew, or reasonably should have known, that it would be expected to compensate Defendants for services rendered. Plaintiffs retained the benefit of Defendants services. Defendants are entitled to recover from Plaintiffs, based upon quantum meruit, the reasonable value of the services performed.

17.   Defendants provided services which Plaintiffs accepted. As such, Defendant seeks

7 | P a g e

A&A Second Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

damages under quantum meruit for the value of the work they performed.

V.

**DEFENDANT'S RESPONSE TO PLAINTIFFS' SPECIAL EXCEPTIONS**

18.     Defendant Anderson & Associates Law Firm, PLLC addressed Plaintiffs' Special Exceptions, Amended Defendant's Original Answer and cured the alleged pleading defects.

VI.

**PRAYER**

Defendant prays the Court:

1.     Will transfer this cause to Bexar County;

2.     Will dismiss the Plaintiff's Petition;

2.     Will deny Plaintiff's Special Exceptions; and

3.     Order Plaintiffs to pay all of Defendant's court costs and attorney fees as a direct result of the original lawsuit and after notice and hearing or trial, enters judgment in favor of Defendant, awards Defendant the costs of court, attorney's fees, and such other and further relief as Defendant may be entitled to in law or in equity.

Respectfully submitted,
ANDERSON & ASSOCIATES LAW FIRM

By: *Kandyce Palamarchuck*
    Kandyce Palamarchuck
    Texas Bar No. 24095451
    E-File Email:  rd.aalaw@yahoo.com
    2600 S. W. Military Dr. Ste. 118
    San Antonio, Texas 78224
    Tel. (210) 928-9999
    Fax. (210) 210-928-99118
    Attorney for Defendant

8 | P a g e
A&A Second Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CERTIFICATE OF SERVICE

I certify that on April 11, 2023 a true and correct copy of Defendant's First Amended Answer, Motion to Transfer Venue, Counter Claim and Response to Plaintiff's Special Exceptions were served on Plaintiff's and Co-Defendant as follows:

*Via E-Service*

**HILLARD MARTINEZ GONZALES, LLP**
Robert C. Hilliard.
John B. Martinez
Rudy Gonzales, Jr.
Catherine Tobin Hilliard
T. Christopher Pinedo
Marion M. Reily

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
Tel: (361) 882-1612
Fax: (361) 882-3015
*Attorneys for Plaintiffs*

and

**LAW OFFICE OF THOMAS J. HENRY**
Robert P. Wilson
PO Box 696025
San Antonio, Texas 78269
Tel: (210) 656-1000
Fax: (210) 985-0601
*Attorney for Plaintiffs*

**DIEGO LAW**
Diego Lopez
8118 Datapoint Drive
San Antonio, Texas 78229
Tel: (210) 614-6400
E-file Email: diego@diegolaw.com
CC: Email: asst@diegolaw.com
*Attorney for Defendant*

*Kandyce Palamarchuck*
Kandyce Palamarchuck

9 | P a g e
A&A Second Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. <u>2022CCV-60432-1</u>

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES | § | IN THE COUNTY COURT AT LAW |
| LLP, AS OF THOMAS J. HENRY | § | |
| INJURY ATTORNEYS | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | NO. 1 |
| | § | |
| ANDERSON & ASSOCIATES LAW | § | |
| FIRM PLLC AND ANDERSON & LAW | § | |
| OFFICE OF DIEGO LOPEZ, PLLC, | § | |
| Defendant. | § | NUECES COUNTY, TEXAS |

## VERIFICATION

BEFORE ME, the undersigned authority, personally appeared Kandyce Palamarchuck, who being duly sworn, deposed as follows:

"My name is Kandyce Palamarchuck. I am an Attorney for Anderson & Associates Law Firm, PLLC. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged in Defendant's ~~First~~ Second Amended Answer, Motion to Transfer Venue, Counterclaim and Response to Plaintiff's Special Exceptions . I hereby swear that the statements in support of Defendant's First Amended Answer, Motion to Transfer Venue, Counterclaim and Response to Plaintiff's Special Exceptions are true and correct."

Kandyce Palamarchuck, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on April 11, 2023 , by



Notary Public, State of Texas

10 | P a g e
A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS<br>Plaintiff, | §<br>§<br>§<br>§ | IN THE COUNTY COURT AT LAW |
| | §<br>§ | |
| V. | §<br>§ | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC,<br>Defendant. | §<br>§<br>§<br>§<br>§ | NUECES COUNTY, TEXAS |

**AFFIDAVIT IN SUPPORT OF DEFENDANT'S FIRST Second AMENDED ANSWER, MOTION TO TRANSFER VENUE, COUNTERCLAIM AND RESPONSE TO PLAINTIFF'S SPECIAL EXCEPTIONS**

BEFORE ME, the undersigned authority, personally appeared Paul Anderson, who being duly sworn, deposed as follows:

"My name is Kandyce Palamarchuck. I am an Attorney for Anderson & Associates Law Firm, PLLC. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged herein this Affidavit in Support of Defendant's First Second Amended Answer, Motion to Transfer Venue, Counterclaim and Response to Plaintiff's Special Exceptions."

Kandyce Palamarchuck, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on ___April 11, 2023___, by

Notary Public, State of Texas

11 | P a g e
A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS Plaintiff, | § § § § § | IN THE COUNTY COURT AT LAW |
|---|---|---|
| V. | § § | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC, Defendant. | § § § § | NUECES COUNTY, TEXAS |

### AFFIDAVIT IN SUPPORT OF
### DEFENDANT'S FIRST AMENDED MOTION TO TRANSFER VENUE

BEFORE ME, the undersigned authority, personally appeared Kandyce Palamarchuck, who being duly sworn, deposed as follows:

"My name is Kandyce Palamarchuck. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged herein this Affidavit in Support of Defendant's First Amended Answer, Motion to Transfer Venue, Counterclaim and Response to Plaintiff's Special Exceptions. The county of proper venue is maintainable in Bexar County, wherein transfer is sought, for the convenience of the parties and witnesses and in the interest of justice. The balance of interests of all the parties predominates in favor of the action being brought in another county, such as in this matter. The transfer of this matter from Nueces County to Bexar County, Texas is proper and would not work an injustice to any other party."



_____
Kandyce Palamarchuck, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on _April 11, 2023_____, by

_____
Notary Public, State of Texas

12 | P a g e
A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions

---

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# Defendant Anderson and Associates

## <u>Exhibit A</u>

---

## Defendant Anderson and Associates First~~Second~~ Amended Answer and Response to Plaintiff's Special Exceptions

---

### *Cause No: 2022CCV-60432-1*

*Hilliard Martinez Gonzales LLP and Thomas J. Henry Injury Attorneys, Plaintiffs*
*vs.*
*Anderson & Associates Law Firm, PLLC and Anderson & Law Office of Diego Lopez, PLLC, Defendants*

### *Nueces County, Texas*



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# COUNTY COURT AT LAW 1

**Todd Robinson**

## Biography

**The Honorable Todd Robinson...**

## Description of Office

Nueces County Courts at Law have jurisdiction over criminal misdemeanors, probate matters and civil lawsuits. Their civil jurisdiction is more than that of the Justice of the Peace courts and the same as that of the District Courts.



Texas Parks & Wildlife, CONANP, Esri, HERE, Garmin, Foursquare, SafeGraph, GeoTechnologies, Inc, METI/NASA, ...    Powered by Esri

**Total 1 facility found.**



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# DISTRICT COURTS

## List of Judges

28th District Court: Nanette Hasette (Watch)

94th District Court: Bobby Galvan (Watch)

105th District Court: Jack W. Pulcher (Watch)

117th District Court: Susan Barclay (Watch)

148th District Court: David Klein (Watch)

214th District Court: Inna Klein (Watch)

319th District Court: David Stith (Watch)

347th District Court: Missy Medary (Watch)


IV-D Court: Susan Barclay (Watch)


Magistrate Court: (Watch)


## Description of Office

District courts are the primary trial courts in Texas. The Constitution of the Republic provided for not less than three or more than eight district courts, each having a judge elected by a joint ballot of both houses of the Legislature for a term of four years. Most constitutions of the state continued the district courts but provided that the judges were to be elected by the qualified voters. (The exceptions were the Constitutions of 1845 and 1861 which provided for the appointment of judges by the Governor with confirmation by the Senate). All constitutions have provided that the judges of these courts must be chosen from defined districts (as opposed to statewide election). In many locations, the geographical jurisdiction of two or more district courts is overlapping. As of September 1, 2014, there were 458 district courts in Texas.

District courts are courts of general jurisdiction. Article V, Section 8 of the Texas Constitution extends a district court's potential jurisdiction to "all actions" but makes such jurisdiction relative by excluding any matters in which exclusive, appellate, or original jurisdiction is conferred by law upon some other court. For this reason, while one can speak of the "general" jurisdiction of a district court, the actual jurisdiction of any specific court will always be limited by the constitutional or statutory provisions that confer exclusive, original, or appellate jurisdiction on other courts serving the same county or counties.

With this caveat, it can be said that district courts generally have the following jurisdiction:

- Original jurisdiction in all criminal cases of the grade of felony and misdemeanors involving official misconduct
- Cases of divorce
- Suits for title to land or enforcement of liens on land



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

- Contested elections
- Suits for slander or defamation
- Suits on behalf of the State for penalties, forfeitures and escheat

Most district courts exercise criminal and civil jurisdiction, but in the metropolitan areas there is a tendency for the courts to specialize in civil, criminal, juvenile or family law matters. Thirteen district courts are designated "criminal district courts" but have general jurisdiction. A limited number of district courts also exercise the subject-matter jurisdiction normally exercised by county courts.

The district courts also have jurisdiction in civil matters with a minimum monetary limit but no maximum limit. The amount of the lower limit has for many years been the subject of controversy, with differing opinions from the courts of appeal. House Bill 79 from the 82nd Legislature, 1st Called Session (2011) included a provision in Section 24.007(b) of the Government Code which was intended to resolve the dispute and to set the minimum jurisdiction of district courts at $500. However, there is still a potential conflict between Article V, Section 8 of the Texas Constitution (which gives the district courts jurisdiction of all actions...except in cases where exclusive) and the amendment. Therefore, there are still differing opinions as to whether the minimum monetary jurisdiction of the district courts is $200.01 or $500. In counties having statutory county courts, the district courts generally have exclusive jurisdiction in civil cases where the amount in controversy is $200,000 or more, and concurrent jurisdiction with the statutory county courts in cases where the amount in controversy exceeds $500 but is less than $200,000.

The district courts may also hear contested matters in probate cases and have general supervisory control over commissioners courts. In addition, district courts have the power to issue writs of habeas corpus, mandamus, injunction, certiorari, sequestration, attachment, garnishment, and all writs necessary to enforce their jurisdiction. Appeals from judgments of the district courts are to the courts of appeals (except appeals of death sentences).

A 1985 constitutional amendment established the Judicial Districts Board to reapportion Texas judicial districts, subject to legislative approval. The same amendment also allows for more than one judge per judicial district.



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Defendant Anderson and Associates

## <u>Exhibit B</u>

### Defendant Anderson and Associates First ~~Second~~ Amended Answer and Response to Plaintiff's Special Exceptions

#### *Cause No: 2022CCV-60432-1*

*Hilliard Martinez Gonzales LLP and Thomas J. Henry Injury Attorneys, Plaintiffs*
*vs.*
*Anderson & Associates Law Firm, PLLC and Anderson & Law Office of Diego Lopez, PLLC, Defendants*

#### *Nueces County, Texas*



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CONTINGENCY FEE CONTRACT

THIS IS AN AGREEMENT between ANDERSON & ASSOCIATES LAW FIRM (hereinafter called Attorney) of the City of San Antonio Bexar County Texas and the undersigned (hereinafter called Client), whereby Client retains and employs Attorney to represent Client in Prosecuting Clients claim as follows:

_Related to the Sutherland Springs shooting Dated 11/5/17 & The Deaths of Isaiah Brook Ward, the Death of Emily Garcia & Injuries to Ryland Ward_

Client empowers Attorney to file such legal action as may be advisable in Attorney's judgment.

Client agrees to pay attorney as attorney fee for such representation ............ of any gross recovery before action is filed                ) of any gross recovery after the action is filed but before the commencement of trial and              ) of any gross recovery after commencement of trial. This contract constitutes a conveyance to said attorney of an undivided interest in the entire cause of action, in the percentages heretofore set forth. If settlement of this case is made by structured settlement attorney fees will be computed on the basis of a Percentage of the total cost of the settlement. The attorney fees shall be paid out of the initial cash payment.

All costs, necessary disbursements and reasonable personal expenses that are incurred by Attorney for and on behalf of Client and Clients cause are to be reimbursed by Client from that portion of any recovery that is payable to Client after calculation of Attorney's contingency fee hereunder. The parties expressly understand that in the event no recovery is obtained on the claim the subject of this retainer agreement, Attorney will make no charges for Attorney's time, services, fees, costs, or other expenses with Attorney may have advanced.

Neither Client nor Attorney will make a settlement of the claim herein or accept any sum without consent of the Client.

Client understands that Attorney had made no representations Concerning the Successful termination of this claim or the favorable outcome of any legal action that may be filed, and does not guarantee that Attorney will obtain reimbursement to Client of any of Clients costs or expenses resulting from the incident described above, out of which this claim arises. Client further expressly acknowledges that all statements of Attorney on these matters are statements of opinion only.

Client assigns all personal injury protection benefits directly to Anderson & Associates Law Firm, for the purposes of disbursement and payment of medical bill incurred by Client. Client authorizes Attorney to sign, endorse or execute any and all documents, checks, releases or forms related to this cause or action.

Client authorizes the sending of medical and hospital bills to Attorney, and in the event of recovery by trial or settlement authorizes Attorney to pay health care providers directly and to deduct the same from any recovery which may be due Client.

Client hereby gives Attorney Clients power of attorney on Client's case under this contract at no additional cost to Client. Attorney is authorized to enter into an agreement to refer Client's case to another attorney to share attorney's fees with the other attorney at no additional cost to Client, and to discuss all attorney-client communications with any associated attorney of referral attorney.

After review of Client's case by Attorney, Attorney may, at its sole discretion elect not to pursue Client's case, if Attorney does not feel it is feasible to do so.

This contract is performable in Bexar County, Texas.

DATE 11/9/17



CLIENT

CLIENT AS N/o/F & S'ence / Emma

Defendant A & A 000019

## STATE OF TEXAS
## COUNTY OF NUECES

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# Defendant Anderson and Associates

## Exhibit C

---

## Defendant Anderson and Associates ~~First~~ *Second* Amended Answer and Response to Plaintiff's Special Exceptions

---

### Cause No: 2022CCV-60432-1

*Hilliard Martinez Gonzales LLP and Thomas J. Henry Injury Attorneys, Plaintiffs*
*vs.*
*Anderson & Associates Law Firm, PLLC and Anderson & Law Office of Diego Lopez, PLLC, Defendants*

### Nueces County, Texas



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Chris Ward
2415 Hartfield Rd.
Lavernia, Texas 78121

## Invoice 2021-

| Date | September |
|------|-----------|
|      |           |

**In Reference To: Ward v. United States of America (Federal Case)**

| Date | By | Services | Hours | Rates | Amoun |
|------|----|----------|-------|-------|-------|
| 1/7/2021 | KK | Draft and file motion | .5 | | |
| 1/7/2021 | SN | Review and file Air Force Damage expert Design | 1 | | |
| 1/7/2021 | OQ | Ward Filing review | .2 | | |
| 1/7/21 | SN | Review and file new custody agreement | .5 | | |
| 1/8/2021 | KK | Dr. Roman Deposition | 2 | | |
| 1/8/2021 | OQ | Dr. Roman Deposition | 2.5 | | |
| 1/21/2021 | OQ | Review and file Air Force Motion for continuance | .5 | | |
| 1/11/21 | SN | File and review Defendants Amended Designation | .3 | | |
| 1/11/21 | SN | File and save final contest & application for Admin | .3 | | |
| 1/11/21 | SN | File and review Order Denying plaintiffs partial Msj | .3 | | |
| 1/12/21 | SN | File and review Second motion to Quash | .2 | | |
| 1/12/21 | SN | Review Exhibit A on motion to quash | .2 | | |
| 1/12/21 | SN | Review exhibit B on motion to quash | .2 | | |
| 1/12/21 | SN | Review exhibit C on motion to quash | .2 | | |
| 1/12/21 | SN | Review and file exhibit D on motion to quash | .2 | | |
| 1/12/21 | SN | Review and file exhibit E on motion to quash | .2 | | |
| 1/12/21 | SN | Review and file proposed order on motion to quash | .2 | | |
| 1/12/21 | SN | Review and file notice of attorney appearance | .2 | | |
| 1/13/21 | SN | Review and file doc 323 Suggestion of death | .3 | | |
| 1/13/21 | SN | Review and file motion to continue trial | .3 | | |
| 1/20/21 | OQ | Review and file Pysch Reports | 1 | | |
| 1/20/21 | OQ | Review and file updated school records | 1 | | |
| 1/20/21 | OQ | Review Texas Rangers Deposition Rebbeca Kelly | 1 | | |
| 1/20/21 | SN | Review Texas Rangers Deposition Rebbeca Kelly | 2 | | |



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

| Date | | Description | | |
|---|---|---|---|---|
| 1/20/21 | SN | Review Texas Rangers Deposition Michelle Shields | 2 | |
| 1/21/21 | SN | Review Texas Rangers Deposition Danielle Smith | 2 | |
| 1/21/21 | SN | Review Texas Rangers Deposition Michael Kelley | 2 | |
| 1/21/21 | SN | Review and file order to continue trial | .3 | |
| 1/21/21 | SN | Review and file Suggestion of death as to Joanne | .3 | |
| 1/22/21 | SN | Review and file exhibit 1 to doc 320 | .2 | |
| 1/26/21 | SN | Review and file exhibit 2 to doc 320 | .2 | 14hr |
| 1/26/21 | SN | Review and file exhibit 3 to doc 320 | .2 | |
| 1/26/21 | SN | Review and file doc 320 USA resp. to Academy Motion to quash | .2 | |
| 1/26/21 | SN | Review and file Order transferring to Dist Crt Wilson Co. | .5 | |
| 1/26/21 | SN | Review and file Plaintiff's response | 1 | |
| 1/26/21 | SN | Review and fil exhibit 1 to plaintiff's response | .5 | |
| 1/27/21 | SN | Review and file exhibit 2 to plaintiff's response | .5 | |
| 1/27/21 | SN | Review and file exhibit 3 to plaintiff's response | .5 | |
| 1/27/21 | SN | Review and file exhibit 4 to plaintiff's response | .3 | |
| 1/28/21 | SN | Review and file exhibit 5 to plaintiff's response | .3 | |
| 1/28/21 | SN | Review and file exhibit 6 to plaintiff's response | .3 | |
| 1/28/21 | SN | Review and file exhibit 7 to plaintiff's response | .3 | |
| 1/28/21 | SN | Review and file exhibit 8 to plaintiff's response | .3 | |
| 1/28/21 | SN | Review and file exhibit 9 to plaintiff's response | .3 | |
| 1/28/21 | SN | Review and file exhibit 10 to plaintiff's response | .3 | |
| 1/28/21 | SN | Review and file exhibit 11 to plaintiffs response | .3 | |
| 2/2/21 | SN | Review and file Exhibits and dcouments related to Doc 337-360 | 4 | |
| 2/10/21 | SN | Review and save Air Force shared documents | 4 | |
| 2/11/21 | | Review and save Air Force shared documents | 4.5 | |
| 3/4/21 | SN | Review and file Exhibits and documents related to Doc 360-382 | 3.7 | 21.8 |
| 3/11/21 | SN | Review and file documents/ exhibits related to Doc 382-400 | 3.5 | |
| 3/16/21 | SN | Review video and audio deposition of Vince Bustillo | 3.4 | |
| 3/17/21 | SN | Review and file Exhibits 400-407 Related to Filing of plaintiff's deposition | 1.2 | 29.9 |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

| 3/18/21 | SN | Review And save Shared documents | 4.8 |
| 3/24/21 | SN | Amended/ updated Life Care plan | 2 |
| 1/25/2021 | SN | Draft Letter to Dr. Roman and mail letter | .5 |
| 2/3/2021 | OQ | Draft Order | .3 |
| 2/5/2021 | OQ | Request Affidavit of Cost from South Texas Radiology | .3 |
| 2/5/2021 | SN | Review Business Records Air Method | 1 |
| 2/5/2021 | SN | Request Affidavit of Cost Air Method | .3 |
| 2/10/2021 | SN | Review documents sent by Feltoon | .3 |
| 2/11/2021 | SN | Review Shared Documents | 3 |
| 2/11/2021 | OQ | Review Shared Documents | 3 |
| 2/19/21 | SN | Review and file Ward family Tree | .5 |
| 2/19/21 | SN | Review and file Probate package | .4 |
| 2/22/2021 | SN | Review and file Motion To Quash | .8 |
| 2/25/21 | SN | Create Request and fax Affidavits to UHS for updated service | 1 |
| 3/2/21 | SN | Revie, mark calendar and save Attorney vacation notice | .2 |
| 3/3/2021 | SN | Review and file Air Force motion to exclude Dr Younger | .5 |
| 3/4/2021 | SN | Scan and Review joint pretrial order | .5 |
| 3/11/21 | KK | Clinton Mills Deposition review | 2 |
| 3/11/21 | OQ | Clinton Mills Deposition review | 2 |
| 3/11/21 | KK | Col Robert Ford Deposition review | 2 |
| 3/11/21 | OQ | Col Robert Ford Deposition review | 2 |
| 3/12/21 | OQ | Review Medical experts' testimony regarding Ryland Ward | 1 |
| 3/12/21 | KK | Emily Willis Deposition review | 2 |
| 3/12/21 | OQ | Emily Willis Deposition review | 2 |
| 3/12/21 | KK | James Hoy Deposition review | 2 |
| 3/13/21 | OQ | James Hoy deposition and review | 2 |
| 3/13/21 | OQ | James Poorman deposition and review | 2 |
| 3/14/21 | OQ | Lyle Bankhead deposition review | 2 |
| 3/14/21 | OQ | Robert Bankhead deposition review | 2 |
| 3/15/21 | OQ | Vince Bustillo deposition review | 2 |
| 3/15/21 | OQ | Yonatan Holz deposition review | 2 |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

| 3/15/21 | SN | Review and file objection | .5 |
| 3/22/2021 | OQ | Review John Ryner Documents | 1.5 |
| 3/30/21 | SN | Review and save 2nd amended exhibit list | 1 |
| 4/5/21 | SN | File and save Appearance of lead counsel for Chancey | .2 |
| 4/6/2021 | SN | File and scan Motion for clarification | .2 |
| 4/14/21 | SN | File and save motion to modify | .2 |
| 4/16/21 | SN | File and save objection to motion for clarification | .2 |
| 4/22/2021 | OQ | Draft letter to Anton Hajek and mail letter | .5 |
| 4/25/2021 | SN | Review and save Share Files | 4 |
| 4/6-20/21 | KK | Trial | 77.5 |
| 4/6-20/21 | OQ | Trial | 68.3 |
| 4/6-20/21 | RD | Trial | 30 |
| 4/6-20/21 | SN | Trial | 16 |
| 5/4/21 | SN | File and save Amended motion | .2 |

Current total=276.6 hours



0.50     $



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# Defendant Anderson and Associates

## <u>Exhibit D</u>

---

## Defendant Anderson and Associates First Amended Answer and Response to Plaintiff's Special Exceptions

---

### Cause No: 2022CCV-60432-1

*Hilliard Martinez Gonzales LLP and Thomas J. Henry Injury Attorneys, Plaintiffs*

*vs.*

*Anderson & Associates Law Firm, PLLC and Anderson & Law Office of Diego Lopez, PLLC,
Defendants*

### Nueces County, Texas



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# Sutherland Springs Baptist Church
## Mass Casualty Event

**Timeline Overview**

Below is a timeline summary of the November 5, 2017 Sutherland Springs Baptist Church shooting event. The timeline includes pre-incident activity by the shooter and covers the investigative efforts up to the end of the scene investigation on 11/10/2017. Times for the listed activities were listed when appropriate and when those times were available.

**December 22, 2014**

- Suspect purchased Glock, Model 19, 9mm handgun from sporting store in Colorado Springs, CO.

**April 7, 2016**

- Suspect purchased Ruger AR-556 rifle from Academy Sports, San Antonio.

**August 6, 2017**

- Suspect purchased AR500 body armor with tactical plates.

**October 28, 2018**

- Suspect ordered two, 100-round high capacity .223 drums (suspect never received).

**November 4, 2017**

8:35 PM - Suspect abandoned security post at security job leaving the facility unsecured.

**Sunday, November 5, 2017**

10:30 AM - Suspect restrained his wife to bed and left their home (on parent's property) dressed in tactical gear and carrying a black "rifle", duffle bag.

11:12 AM - Suspect arrived at the Sutherland Springs Baptist Church and parked his Ford Expedition SUV directly in front of the main entrance.

11:15 AM - Suspect exited the SUV wearing all black tactical gear, protective vest, white print "skull" mask, and armed with a Ruger semi-automatic rifle and a Glock 9mm handgun. Suspect opened fire on the church from outside (254 shots outside).
-The skull print on the mask is indicative of the Marvel Comics character "The Punisher".

11:17 AM – First 911 call made to Wilson County Sheriff's Office reporting gunman at Sutherland Church shooting.

1



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Investigative Timeline & Overview

**11:18 AM** - Wilson County Dispatch – All officers respond to Sutherland Springs Church – Active Shooting in progress.

**11:20 AM** - Suspect entered the church building through the main entrance. Suspect began shooting church attendees within the sanctuary room (196 shots inside).
- 26 Deceased
- 21 Wounded
- (450 total shots fired by suspect)
- Duration of the shooting event – approximately 7 minutes 24 seconds.

**11:23 AM** - Suspect exited the church and was engaged by an armed civilian (Steven Willeford). The two exchange gunfire and suspect was wounded with two, non-fatal gunshots. Suspect fled the scene in the Ford SUV.

**11:29 AM** - Wilson County Deputies and area LEO's arrived at Sutherland Springs Church.

**11:32 AM** - All available area ambulances dispatched to respond to Sutherland Springs Church.

**11:35 AM** - Suspect vehicle located in a field approximately 10 miles north of Sutherland Springs with suspect found inside, deceased from an apparent self-inflicted gunshot wound to the head.

**11:40 AM** - Texas Rangers notified of the mass shooting.

**11:45 AM** - Company "F" Texas Ranger Major Corey Lain (Incident Commander) notified of the shooting with more than 20 deceased victims.

**3:00 PM** - Rangers, San Antonio PD, and Bexar County Deputies sent to area hospitals to process ambulances for evidence and document incident-related victims. Federal Bureau of Investigation and HSI agents initiated neighborhood canvass for evidence and witness information.

**3:15 PM** - Incident Commander, Major Lain, arrived on scene.

**3:45 PM** - At the request of the Wilson County Sheriff's Office, Texas Rangers assumed control of the investigation including Incident command.

**4:00 PM** - Initial Victim's Assistance Center established at Sutherland Springs Vol. Fire Department.

**5:00 PM** - THP Crash Investigation Team assigned to document Guadalupe Co. Crime scene of suspect vehicle recovery location.
- Justice of the Peace requested to respond and arrived at the church crime scene.
- Crime Scene Team utilized Leica digital scan to document victims' body positions within the crime scene.

**6:00 PM** - Established on-scene morgue to house victims' bodies once removed from crime scene.

**6:30 PM** - Identification efforts of the deceased victims began as they were removed from the crime scene.

2



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Investigative Timeline & Overview

8:30 PM - Victim Assistance Center relocates from volunteer fire department building to River Oaks Church.

10:00 PM - Notification of Next of Kin begins.

**Monday, November 6, 2017**

12:33 AM - Notification made to family of the last victim who was able to be identified at the crime scene. One victim (female) remains unidentified due to catastrophic injuries to identifying features.

2:00 AM - Final victim's body was removed from the church sanctuary crime scene.

4:07 AM - All family notifications are complete. Final female victim identified though tattoo comparisons.

6:00 AM - Autopsy of suspect (Devin Kelley) performed at Travis County Medical Examiner's Office.

8:00 AM - Autopsy begins at Bexar County Medical Examiner's Office for deceased victims from church crime scene. The autopsies for first 13 victims will be completed on 1/6/17.

8:30 AM- Numerous evidentiary processes begins and is carried on throughout the day and into the evening by Rangers and FBI working groups.

    o  Formal search of interior and exterior crime scenes.

    o  Documentation of crime scene (photograph / aerial photos).

    o  Suspect vehicle processed by Rangers at the Guadalupe County Sheriff's Office.

    o  Received all evidence from assisting agencies (over 1,000 items) and documented on evidence log sheets.

**Tuesday, November 7, 2017**

8:00 AM- Autopsies of deceased victims continues at the Bexar County Medical Examiner's Office. The autopsies for eight victims will be completed on 11/7/2017.

8:30 AM- Evidentiary processes continue and carry on throughout the day and into the evening.

    -  The formal search for and identification of evidence continues.

    -  Documentation and collection of identified evidence began.

    -  Interior of the church was scanned (as found) using digital forensic technology - Leica.

    -  Exterior of the church was scanned (as found) using digital forensic technology - Leica.

3:00 PM - Identification of vehicles at the church belonging to victims.

4:00 PM- Removal of vehicles to River Oaks Church to be released to family members by Victim Assistance coordinators (FBI & DPS).

3



## STATE OF TEXAS
## COUNTY OF NUECES

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Investigative Timeline & Overview

4:00 PM- Identification of all deceased victims Is officially confirmed by Bexar County Medical Examiner's Office.

7:00 PM - List of deceased victims' identifiers confirmed by Bexar Co. ME Office completed and submitted for release to public.

**Wednesday, November 8, 2017**

8:00 AM- Autopsies of the deceased victims continues at the Bexar County Medical Examiner's Office. The autopsies for the remaining four victims of the shooting incident will be completed on 11/8/17.

8:30 AM- Evidentiary processes continue and carry on throughout the day and into the evening.
- Church interior is reconstructed by investigators to the condition prior to the shooting incident.
- Documentation of projectile trajectories and defects after the interior is returned to pre-shooting configuration.
- Digital Forensic Scan of church interior after in the original, pre-incident configuration.

9:00 AM - Personal property belonging to victims that was recovered from the church interior is released to Victim Assistance coordinators at River Oaks Church.

11:08 AM - DPS confirms deceased victims' identities in press release to the public.

7:00 PM - Initiate crime scene extraction in preparation of releasing the crime scene to Wilson Co.

**Thursday, November 9, 2017**

7:30 AM - Process and repackaged evidence from ME office.

9:25 AM - Released church crime scene to Wilson County Sheriff's Office.

10:30 AM - Released last of the recovered property to Victim Assistance at Sutherland Springs Family Center.

11:00 AM - Incident Command and Team Leads met at the Wilson County Convention Center (Floresville) and began discussions on investigative procedures and reporting.
- Church released from Wilson County to Sutherland Springs Baptist Church officials.

**Friday, November 10, 2017**

7:00 AM - All involved Rangers met at the Wilson County Convention Center.
- Incident Command and Team Leads present and explain reporting protocols for the Sutherland Springs Shooting Incident to investigating Rangers.

4



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

- Rangers coordinated investigative reports with each other and under the direction of identified investigative team leads.
4:00 PM -    Rangers released from Floresville to return to duty stations.
5:00 PM -    Incident Command released Wilson County Convention Center.

### Incident Overview

On 11/05/2017, at approximately 11:15 AM, an armed gunman dressed in all black military-style clothing and wearing a black mask with a white skull print committed an unprecedented attack on an unassuming church in rural Texas that left 26 churchgoers dead and 21 wounded.

The Texas Department of Public Safety, along with numerous local, state, and federal agencies converged on the crime scene in Sutherland Springs in response to the report of a mass casualty shooting event at the Baptist Church. This document is intended to give a brief account of those agencies' actions from the initial call to the initiation of the criminal investigative process. This process followed six basic scene response protocols; *Neutralize/Apprehend Threat, Provide Immediate Medical Care, Evacuate Wounded, Secure the Incident Scene, Identify and Account for Involved Persons, and Initiate Investigation Protocols.* Each protocol will be briefly described and then will be followed by a summary of how that discipline was applied to the Sutherland Springs incident response.

### *Neutralize / Apprehend Threat*

*An active shooter event typically involves an armed individual targeting a confined, populated area who is intent on killing as many people as possible within a short span of time. The first action by law enforcement in these types of scenarios is to immediately deploy to the affected location and to neutralize the threat.*

Within minutes of the gunman opening fire on the tiny Texas church, 911 calls began pouring into the Wilson County Sheriff's Office Communications Center from persons both from inside of the church reporting the active shooting event. Officers were immediately dispatched to the scene as a high-priority response call to an active shooter event. Officers were given only basic information of a gunman dressed in black shooting and killing people in the church. Initial responding officers from surrounding areas who were first on scene approached the church quickly but cautiously as there was still a very real possibility the gunman remained in the church, possibly lying-in-wait for officers. Officers had to pass by wounded as they quickly made their way through the church in an attempt to locate and eliminate the threat before attending to victims.

Once the church property including attached buildings was clear, officers and additional first responders rushed into the church and began searching for survivors. The search of the church was complicated by the congestion caused by tightly arranged rows of seats and the victims lying between and underneath church pews. At the onset of the shooting, church-goers took cover underneath the rows of church

5



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Investigative Timeline & Overview

pews and remained there, tucked together sometimes on top of each other until well after the shooting stopped. Responders realized the obstruction caused by the church seats and began removing church pews to allow better access to the wounded and to permit evacuation or emergency medical aid to begin.

Even as the process for providing initial care to the wounded began, officers were still faced with the possibility of a secondary attack. Without the benefit of any additional information, officers remained vigilant in protecting the church from additional assaults on the church by the gunman's return or unidentified accomplices.

### *Emergency Medical Intervention*

*Once the immediate threat had been located and neutralized, care for the wounded is given the highest priority in an effort to prevent any additional loss of life and to provide medical care to the wounded as quickly as possible.*

As soon as the Sutherland Springs Church was cleared of the threat, first responders rushed into the church and began escorting the walking wounded out of the building. Officers and other first responders removed church pews from their foundations to allow for access to victims who were incapacitated underneath church seating. Officers who were equipped with emergency trauma medical gear began providing critical first-aid with gear from their medical kits. At this point during the event, the scene was a chaotic mix of first responders and volunteers assisting survivors with medical attention.

### *Evacuate Wounded*

*A critical piece of the initial phase of a catastrophic event is the efficiency by which surviving victims are transported to advanced medical care. It is of the utmost priority to identify the critically wounded within the scene and evacuate them to the nearest medical facility in order to best ensure the greatest chances of survival.*

All ambulances in the Wilson County area were dispatched to the Sutherland Springs Baptist Church and began arriving shortly after first responders and volunteers evacuated surviving victims from the church building. Wounded victims were transported from the crime scene to several, separate area hospitals to avoid overwhelming or straining the resources of any one hospital. Additional victims who suffered less critical injuries were transported from the church by family members or volunteers to area hospitals by private vehicles.

Again, priority is placed on transferring surviving victims from the scene to immediate medical attention by the most expeditious means available. During this fast-paced process, there is little time to document or account for the identities of victims, when they were transported and by who, and to which medical facility they were transported. Identifying this information would later prove to be



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

P329

Investigative Timeline & Overview

challenging for investigators charged with verifying and documenting victim and witness information during this phase. Through methodical interviews of witnesses, volunteers, and first responders, investigators were successful in obtaining all of the relative information that proved to assist in identifying victims involved in the incident.

### Secure the Incident Scene
*After the termination of all medical and evacuation efforts, the physical scope of the scene must be correctly identified and secured by law enforcement personnel. Every precaution must be taken to secure and control the crime scene from any unnecessary intrusion that could potentially contaminate or risk the availability of crucial evidence.*

Sutherland Springs is a rural community with a population of less than 1,000 (2016, US Census) that relies upon the Wilson County Sheriff's Office for law enforcement protection and support. When an attack of this scale occurs in a rural setting, the natural, appropriate reaction by local law enforcement and volunteers is to rush to the affected areas and help in any way possible. The Sutherland Springs shooting involved numerous crime scenes that, if not addressed quickly, could have been at risk of contamination by the intrusion of unnecessary personnel into the scene. After the initial response phases are complete and affected scenes are secure, these crime scene incident areas also become areas of interest to the curious and can often become congested with unnecessary law enforcement and support personnel walking in and out of locations that should be protected.

The arrival of various personnel to the scene after the conclusion of medical evacuation efforts can prove to be problematic for investigators who will later be tasked with the responsibility of identifying all persons who responded to the crime scene, what their involvement was if any, and determine what, if any, items/evidence were moved or removed from the scene. Accurately identifying some of this information proved to be critical in determining the gunman's actions as well as the sequence of events during the shooting incident. Rangers and Federal Bureau of Investigation/ERT investigators were quick to identify the crime numerous crime scenes involved and took the necessary steps to identify those areas with clear markings along with security personnel tasked with verifying that all personnel attempting to enter those areas were authorized to do so.

### Identify and Account for Involved Persons
*The responsibility of the investigators in charge of the crime scene investigation is to identify all involved parties and document, with supporting verification, their involvement in the incident. One of the highest priorities associated with a mass casualty event is to confirm the identity of all deceased victims and provide that information to family members and necessary officials.*

The priority task of the Texas Rangers and supporting investigating agencies in the immediate aftermath of the Sutherland Springs Church attack was to identify, with absolute certainty, the identities of all who were killed, wounded, or otherwise involved in the church shooting. The highest priority was given to

7



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Investigative Timeline & Overview

Identifying the deceased victims and removing their bodies from the crime scene. This task proved to be one of the most difficult aspects of the Rangers' investigative tasks as they worked around challenges of crime scene documentation and the logistics of moving a large number of victims to locations that are not prepared to handle the volume of victims created by this event. Rangers worked tirelessly to verify the identity of witnesses present inside of the church, wounded victims, and deceased victims including the gunman.

The gunman who, as stated earlier in this writing, was located in a rural field approximately ten miles from the Sutherland Springs Church, was initially identified by documents located in his 2012 Ford Expedition, vehicle registration records, and Texas Driver License records. The suspect's identity was later confirmed by the Travis County Medical Examiner's Office where the suspect was sent for autopsy.

Select Rangers were paired with Federal Bureau of Investigation Agents who worked to research the suspect and all associated information to determine if there were any possibility the suspect shooter was assisted by an accomplice in any way and to assess the possibility of a potential future attack by a coordinated or sympathizing associate.

Surviving witnesses were identified over the several days following the shooting incident by review of video evidence and through numerous witness interviews who gave accounts of their involvement including the identification of those present within the church when the shooting incident occurred.

The most challenging of identification tasks came with the wounded who were transported and treated at numerous area hospitals and the identification of the deceased who remained within the crime scene. The transport of wounded personnel to various hospitals by ambulance and by personal vehicle made the identification of all those involved a demanding task. Through the diligent investigating efforts of Rangers and assisting officers, investigators were able to confirm and document the identification of all surviving victims within 24 hours of the incident.

As highlighted earlier, confirming the identity of the deceased victims was an utmost priority and proved to be the most difficult aspect of the initial investigation. It quickly became evident that during the shooting event, victims moved from their normal seating position in an attempt to avoid becoming a target of the shooter. This resulted in persons who moved around the room during the shooting event, sometimes several times, away from their original position. Adults and children who were of no family relation to each other were found huddled together in small groups as they attempted to avoid gunfire. Young children rarely have photo identification and several of them were found with adults who may or may not be their parent(s) and no longer had a surviving family member to assist in confirming their identity. These children were the most difficult to positively identify. Investigators, law enforcement analysts, and Crime Victim Services personnel understood the enormous responsibility of locating and confirming the identity of each of these victims as quickly as possible. Investigators and support

8



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Investigative Timeline & Overview

personnel went through extraordinary lengths to investigate all possible avenues of verifying victims' identities to include research of friends, relatives, medical records, school records, and in one case the Mexican Consulate's office.

Adults, especially female adults, were found without photo identification or a family member who could be located to provide confirmation of identity. A process was identified that would provide the most certain identification of the deceased, but would also prolong the already lengthy process of identifying the deceased. The Bexar County Medical Examiner's Office (ME) requested all victims be fingerprinted at the Bexar County Medical Examiner's Office and then identified through the Department of Public Safety Crime Records Division as an acceptable confirmation process to determine the decedent's identity. Rangers focused on streamlining this process to avoid any unnecessary delays in the identification of victims.

Releasing identifying information to family and the public was understandably extremely important, but investigators also understood that confirming the identity of wounded and the deceased was of the utmost importance and would require taking the time necessary to ensure all identifying information was verified as correct prior to release. Making a mistake in the identification of a deceased or wounded victim was not an option.

*Initiate Investigation Protocols*
*Shortly after securing the crime scene(s), the formal investigative process begins. Investigators, especially in a joint-operation, should coordinate investigative efforts to ensure the most efficient and complete investigative process is followed.*

Rangers, Federal Bureau of Investigation (FBI), Alcohol Tobacco and Firearms (ATF), and local investigators met together and formed a unified investigative team. Team leads from each involved agency met together and discussed investigative priorities before making final determinations about investigative initiatives and who those initiatives were to be assigned. Briefings were held each day, twice a day to provide continued updates to Unified Command to identify investigative needs and monitor investigative progress. As a result of effective planning and communication, the crime scene investigation of the Sutherland Springs incident was completed with greater efficiency than expected and without sacrificing any investigative needs.

*Conclusion*
The Sutherland Springs Mass Casualty Shooting Incident will have a profound impact that reaches far beyond the small community in Wilson County. Major criminal events will always produce a variety of unforeseen challenges to law enforcement and will also present numerous opportunities for growth and learning. The Sutherland Springs mass shooting reinforced long-standing investigative and incident management practices currently employed by the Texas Rangers. This unprecedented mass shooting tragedy illustrated improvement opportunities in the areas of response preparedness and incident



9



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS<br>Plaintiff, | §<br>§<br>§<br>§ | IN THE COUNTY COURT AT LAW |
| V. | §<br>§ | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC,<br>Defendant. | §<br>§<br>§<br>§<br>§ | NUECES COUNTY, TEXAS |

### ORDER DENYING PLAINTIFF'S SPECIAL EXCEPTIONS TO DEFENDANT'S FIRST AMENDED ANSWER, MOTION TO TRANSFER VENUE, AND COUNTERCLAIM

On _____, the Court considered the Plaintiff's Special Exceptions to Defendant's Original Answer, Motion to Transfer Venue, Counter-Claims. Having considered the Defendant's First Amended Answer, the pleadings, responses, the Court's file, applicable authorities and the arguments of counsel, the Court hereby DENIES Plaintiff's Special Exceptions.

IT IS THEREFORE ORDERED, ADJUGED AND DECREED that Defendant's Special Exceptions to Defendant's Original Answer, Motion to Transfer Venue, and Counterclaim is hereby DENIED.

SIGNED on _____, 2023.

_____
JUDGE PRESIDING

14 | P a g e
A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS<br>Plaintiff, | § § § § | IN THE COUNTY COURT AT LAW |
| V. | § § | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC,<br>Defendant. | § § § § § | NUECES COUNTY, TEXAS |

## ORDER GRANTING
## DEFENDANT'S MOTION TO TRANSFER VENUE

On _____, the Court considered the Defendant's Motion to Transfer Venue, and after considering the pleadings, the response, the affidavits, any discovery filed, and arguments of counsel, finds that the Motion should be **GRANTED** on the grounds that Nueces county is an inconvenient forum.

**IT IS THEREFORE ORDERED** that the Motion to Transfer Venue is **GRANTED** and this cause is hereby transferred to Bexar county.

Signed on _____, 2023.


_____
JUDGE PRESIDING

13 | P a g e
A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Kandyce Palamarchuck
Bar No. 24095451
rd.aalaw@yahoo.com
Envelope ID: 74548774
Filing Code Description: Response
Filing Description: Defendant Anderson & Associates Response To
Plaintiffs' Motion To Dismiss Baseless Counterclaim
Status as of 4/12/2023 8:39 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marion Reilly | | Caitlin@hmglawfirm.com | 4/11/2023 8:09:15 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 4/11/2023 8:09:15 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Assistant DAL | | asst@diegolaw.com | 4/11/2023 8:09:15 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 4/11/2023 8:09:15 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson-svc@thomasjhenrylaw.com | 4/11/2023 8:09:15 PM | SENT |
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 4/11/2023 8:09:15 PM | SENT |
| Ryan Brown | | rbrown@brownsims.com | 4/11/2023 8:09:15 PM | SENT |
| Carole Fenton | | cfenton@brownsims.com | 4/11/2023 8:09:15 PM | ERROR |
| Raquel Herrera | | rherrera@brownsims.com | 4/11/2023 8:09:15 PM | SENT |
| Amanda Rousseau | | arousseua@brownsims.com | 4/11/2023 8:09:15 PM | ERROR |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 4/11/2023 8:09:15 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Kandyce Palamarchuck
Bar No. 24095451
rd.aalaw@yahoo.com
Envelope ID: 74548774
Filing Code Description: Response
Filing Description: Defendant Anderson & Associates Response To
Plaintiffs' Motion To Dismiss Baseless Counterclaim
Status as of 4/12/2023 8:39 AM CST

Associated Case Party: Anderson & Associates Law Firm PLLC

| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 4/11/2023 8:09:15 PM | SENT |
|---|---|---|---|---|
| Michael Williams | | mwilliams@brownsims.com | 4/11/2023 8:09:15 PM | SENT |
| John Davis | | jdavis@brownsims.com | 4/11/2023 8:09:15 PM | SENT |
| Nicholas Cenac | | ncenac@brownsims.com | 4/11/2023 8:09:15 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 4/11/2023 8:09:15 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 4/11/2023 8:09:15 PM | SENT |
| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 4/11/2023 8:09:15 PM | SENT |
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 4/11/2023 8:09:15 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| HILLIARD MARTINEZ GONZALES | § | IN THE COUNTY COURT |
|---|---|---|
| LLP AND THOMAS J. HENRY INJURY | § | |
| ATTORNEYS, | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | AT LAW NO. 1 |
| | § | |
| ANDERSON & ASSOCIATES LAW | § | |
| FIRM PLLC AND ANDERSON & LAW | § | |
| OFFICE OF DIEGO LOPEZ, PLLC, | § | |
| Defendants. | § | NUECES COUNTY, TEXAS |

### DEFENDANT'S FIRST AMENDED ANSWER, MOTION TO TRANSFER VENUE, COUNTERCLAIM AND RESPONSE TO PLAINTIFFS' SPECIAL EXCEPTIONS

NOW COMES Defendant, ANDERSON & ASSOCIATES LAW FIRM, PLLC, named Defendant in the above-entitled and numbered cause, and files this First Amended Original Answer, Motion to Transfer Venue, Counterclaim and Response to Plaintiffs' Special Exceptions, and shows the Court as follows:

I.

### MOTION TO TRANSFER VENUE

1. The jurisdictional limits of in County Court at Law No. 1, Nueces County, Texas is more than that of the Justice of the Peace courts, and the same as that of the District Courts. According to the Texas Rules of Civil Procedure, and the Nueces County, Texas local rules, this County has "exclusive jurisdiction in civil cases where the amount in controversy is $200,000.00 or more, and concurrent jurisdiction with the statutory county courts in cases where the amount in controversy exceeds $200 but is less than $200,000.00," respectfully.

   (See attached *Exhibit A*).

---

1 | P a g e
A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

2.    Plaintiffs pled, on page 2, paragraph 7 of their Original Petition, for "monetary relief over $1,000,000.00."

2.    The county where Plaintiff filed this suit is not the proper venue for this cause. Defendant specifically **denies** the following allegation of venue:

a.    Venue is not proper in Nueces County, Texas because all of the Plaintiff's causes of action occurred in Bexar County, Texas.

b.    Defendant further provides the Court as *Exhibit B* a Contingency Fee Contract in response to Plaintiff's special exceptions as evidence Defendant's motion to transfer venue,

c. The above referenced Contingency Fee Contract states as follows:

**"This contract is performable in Bexar County, Texas."**

d. This contingency fee contract is dated November 7, 2017; signed by Christopher Ward; and is subject to an attorney/client privilege until further Ordered.

e. The original underlying cause of this matter was filed in the **United States District Court for the Western District of Texas, San Antonio Division**, styled as *Christopher Ward, Individually, Representative of the Estates of Joann Ward Deceased and B.W., Deceased, Minor, and as Next Friend of R.W., a Minor*, Civil Action No. SA-19-CV-0829 and Consolidated in Civil Action No. SA-18-cv-00555-XR.

f. As known to the Courts, the Western District of Texas, San Antonio Division, is located in Bexar County, Texas.

3.    Accordingly, Defendant claims Plaintiff's choice of county violates the general venue rule Tex. Civ. Prac. & Rem. Code Section 15.002(a), and hereby asserts that venue is proper in Bexar County for the reasons above and incorporated herein. Therefore, pursuant to the general venue provisions cited herein, the venue of this cause is Bexar County, Texas.

2 | P a g e
A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

4.    Further, Defendant has produced a copy of an Investigative Timeline and Overview of the voluminous work that Defendant put into the underlying matter while in Bexar County, Texas. (Please see *Exhibit C* and *Exhibit D*)

4.    Defendant requests a transfer of venue for convenience and in the interest of justice pursuant to Tex. Civ. Prac. & Rem. Code section 15.002(b), and submits affidavits in support of same.

    a.    Defendant claims the parties and witnesses will be inconvenienced by Plaintiff's choice of Nueces County because all the witnesses live in or adjacent to Bexar County, Texas.

    b.    Defendant claims maintenance of this suit in Nueces County will work an economic and personal hardship on the parties and witnesses because Nueces County is 147 miles and a two- and twenty-minutes' drive from Defendant, Anderson & Associates Law Firm, PLLC's principal office.

    c.    Defendant claims Bexar County will not work such economic and personal hardship on the witnesses because both Defendants' principal offices are located in San Antonio, Bexar County, Texas.

    d.    Defendant claims the balance of interests of all parties favors maintenance of the suit in Bexar County, Texas because Plaintiffs actively do business in San Antonio, Bexar County, Texas and have done so since at least 2009 as Anderson & Associates, PLLC.

    e.    Bexar County, Texas is a proper venue for this cause.

Therefore, pursuant to the general venue provisions and for the reasons cited herein this cause is most appropriate in Bexar County, Texas.

---

3 | P a g e
A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

II.

## GENERAL DENIAL

6.      Defendant denies each and every allegation of Plaintiff's Original Petition, and demands strict proof thereof as required by the Texas Rules of Civil Procedure.

III.

## DEFENDANT'S COUNTERCLAIM

*a) Facts*

7.      This suit arises from the Sutherland Springs, Texas massacre on November 5, 2017. Counter-Defendants' client, Chancie McMahan (hereinafter "McMahan"), the mother of the minor R.W. Counter-Defendant' client, McMahan, and Counter-Plaintiffs' client, Christopher Ward (hereinafter "Ward"), were not ever married and the child R.W. resided with Ward. Additionally, an Order in a Suit Affecting the Parent Child Relationship between both McMahan and Ward awarded that he right to make legal decision to Ward and not to McMahan.

On November 5, 2017 Michael Ward contacted Anderson & Associates Law Firm, and spoke to Paul Anderson regarding the shooting that occurred at the Sutherland Springs Baptist Church that killed and injured his family members. Christopher Ward was requesting our assistance in the case.

On November 7, 2017 Anderson & Associates Law Firm met with Christopher Ward at the University Health System Hospital in San Antonio, Bexar County, Texas, and executed the contract by Christopher Ward for himself individually, and next friend on behalf of Ryland Ward, his wife JoAnn Ward, and as next friend on behalf of Brooke Ward, executed contract attached hereto as Exhibit A.

At the time Anderson & Associates Law Firm had represented members of the Ward family for more than twenty years and was currently representing Christopher Ward's father on a business

4 | P a g e
A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

matter.

On or about December 15, 2017 McMahan retained the Webster Law Firm, forty days after the massacre.

On or about December 15, 2017 the Webster Law Firm retained Thomas J. Henry Attorneys.

On or about December 29, 2017 the Webster Law Firm additionally retained Hilliard Martinez Gonzalez, LLP.

8.    McMahan had limited contact with the child, R.W., and scarcely visited R.W. at the Hospital even though R.W. had numerous surgeries from injuries he sustained during the Sutherland Springs Massacre. It was during one of these visits with R.W. that McMahan contracted with the Webster Law Firm for representation.

IV.

CAUSES OF ACTION

### COUNT 1: COMMON LAW FRAUD

9.    Defendant incorporates the facts set forth above.

10.    Defendant alleges that McMahan did not have the authority to retain Plaintiffs on behalf of the child, R.W. In the Order Affecting the Parent-Child Relationship, the exclusive right to make legal decisions on behalf of the child was awarded to the parent who had possession of the child, which was Ward and not McMahan. This was a fraudulent inducement by Ms. McMahan to Plaintiffs due to her false representations.

11.    The elements of a cause of action for common law fraud are as follows:
    a.    The party (McMahan) made a representation to the Plaintiffs;
    b.    The representation was material;
    c.    The representation was false;
    d.    When the party made the representation, the party:
        i.    Knew the representation was false; or
        ii.    That the party made the representation recklessly, as a positive



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

assertion, and without knowledge of its truth;

e.    The party made the representation with the intent that the Plaintiff act on it;

f.    The Plaintiff relied on the representation; and the representation caused the Plaintiff injury.

Defendant requests this court, after reviewing the applicable documents, declare the contracts entered into by McMahan as unenforceable and the out-of-pocket damages suffered by Defendant be charged against McMahan under the tort of common law fraud and the liability for the non-disclosure (*Smith v. National Resort Cmty., Inc. 585 S.W.2d 655, 658 (Tex. 1979)*)

False representation by conduct – Under Common Law Fraud, deceptive conduct is equivalent to a false statement of fact. *Ten-Cate v first National Bank, 52 S.W.2d 323, 326.* A false representation by conduct can be established by proof of acts alone or by proof of a combination of conduct and concealment or conduct and works. McMahan's knowledge and non-disclosure that she was not awarded the right to make legal decisions on behalf of the child, R.W., caused the detrimental reliance of Counter-Defendants on McMahan's ability to enter into the contract for legal representation. Traditionally under a Suit Affective the Parent-Child Relationship or a Divorce, both parents of a child are awarded the independent right to make legal decisions on behalf of such child. In this instance, McMahan did not have this independent right but instead Ward was awarded the exclusive right to make legal decisions for R.W. It was McMahan's intent that Counter-Defendants relay on her representation that she had the authority to enter into the contract on R.W.'s behalf at the time of this tragedy.

*COUNT 2: DECLARATORY JUDGMENT*

12.    Defendant incorporates the facts set forth above.

13.    On November 7, 2017, Christopher Ward retained Anderson & Associates Law Firm PLLC on behalf of himself and his minor son, R.W. R.W. was living with Ward at the time of the Sutherland Springs Massacre. Under the Suit Affecting the Parent Child Relationship, the Court

6 | P a g e

A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

awarded both McMahan and Ward the independent right to represent R.W. in legal action during their periods of possession.

14.    The Federal Tort Claims Act ("FTCA") caps awards of attorneys' fees to 25%. Thus far, Plaintiffs and Defendants have been unable to reach an agreement as to the division of attorneys' fees for the amount awarded to R.W. Accordingly, Defendant seeks a declaration from this Honorable Court, after reviewing the applicable documents, that the Defendants fee agreement is valid and reach a determination as to how the attorneys' fees should be divided.

*COUNT 3: QUANTUM MERUIT*

15.    Defendant incorporates the facts set forth above, and asserts this cause of action in the alternative to their request for declaratory relief.

16.    Defendants provided valuable legal services to and/or on Plaintiffs behalf. Plaintiffs accepted the benefits of Defendants' services, which were reasonably worth the amount allowed under the FTCA. Plaintiffs had reasonable notice of Defendant's expected compensation for such services. Such services were provided under circumstances which Plaintiffs knew, or reasonably should have known, that it would be expected to compensate Defendants for services rendered. Plaintiffs retained the benefit of Defendants services. Defendants are entitled to recover from Plaintiffs, based upon quantum meruit, the reasonable value of the services performed.

17.    Defendants provided services which Plaintiffs accepted. As such, Defendant seeks damages under quantum meruit for the value of the work they performed.

### V.

### PRAYER

Defendant prays the Court, SUBJECT TO THE COURT'S RULING ON DEFENDANT'S SPECIAL APPEARANCE CHALLENGING PERSONAL JURISDICTION,

1.    Will transfer this cause to Bexar County;

7 | P a g e
A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

2.    Will dismiss the Plaintiff's Petition;

2.    Will deny Plaintiff's Special Exceptions; and

3.    Order Plaintiffs to pay all of Defendant's court costs and attorney fees as a direct result of the original lawsuit and after notice and hearing or trial, enters judgment in favor of Defendant, awards Defendant the costs of court, attorney's fees, and such other and further relief as Defendant may be entitled to in law or in equity.

Respectfully submitted,
ANDERSON & ASSOCIATES LAW FIRM

By: *Kandyce Palamarchuck*
    Kandyce Palamarchuck
    Texas Bar No. 24095451
    E-File Email:  rd.aalaw@yahoo.com
    2600 S. W. Military Dr. Ste. 118
    San Antonio, Texas 78224
    Tel. (210) 928-9999
    Fax. (210) 210-928-99118
    Attorney for Defendant

A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CERTIFICATE OF SERVICE

I certify that on April 11, 2023 a true and correct copy of Defendant's First Amended Answer, Motion to Transfer Venue, Counter Claim and Response to Plaintiff's Special Exceptions were served on Plaintiff's and Co-Defendant as follows:

*Via E-Service*

HILLARD MARTINEZ GONZALES, LLP
Robert C. Hilliard
John B. Martinez
Rudy Gonzales, Jr.
Catherine Tobin Hilliard
T. Christopher Pinedo
Marion M. Reily

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
Tel: (361) 882-1612
Fax: (361) 882-3015
*Attorneys for Plaintiffs*

and

LAW OFFICE OF THOMAS J. HENRY
Robert P. Wilson
PO Box 696025
San Antonio, Texas 78269
Tel: (210) 656-1000
Fax: (210) 985-0601
*Attorney for Plaintiffs*

DIEGO LAW
Diego Lopez
8118 Datapoint Drive
San Antonio, Texas 78229
Tel: (210) 614-6400
E-file Email: diego@diegolaw.com
CC: Email: asst@diegolaw.com
*Attorney for Defendant*



Kandyce Palamarchuck

A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions

## STATE OF TEXAS
## COUNTY OF NUECES

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS<br>Plaintiff, | § § § § § | IN THE COUNTY COURT AT LAW |
| V. | § § | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC,<br>Defendant. | § § § § § | NUECES COUNTY, TEXAS |

<u>VERIFICATION</u>

BEFORE ME, the undersigned authority, personally appeared Kandyce Palamarchuck, who being duly sworn, deposed as follows:

"My name is Kandyce Palamarchuck. I am an Attorney for Anderson & Associates Law Firm, PLLC. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged in Defendant's First Amended Answer, Motion to Transfer Venue, Counterclaim and Response to Plaintiff's Special Exceptions . I hereby swear that the statements in support of Defendant's First Amended Answer, Motion to Transfer Venue, Counterclaim and Response to Plaintiff's Special Exceptions are true and correct."

Kandyce Palamarchuck, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on ⟶April 11, 2023____, by

JULIE A. HERNANDEZ
Notary Public, State of Texas
Comm. Expires 02-12-2024
Notary ID 11521631

Notary Public, State of Texas

10 | P a g e
A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

***ANN LORENTZEN***
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS Plaintiff, | § § § § | IN THE COUNTY COURT AT LAW |
| V. | § § | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC, Defendant. | § § § § | NUECES COUNTY, TEXAS |

## AFFIDAVIT IN SUPPORT OF DEFENDANT'S FIRST AMENDED ANSWER, MOTION TO TRANSFER VENUE, COUNTERCLAIM AND RESPONSE TO PLAINTIFF'S SPECIAL EXCEPTIONS

BEFORE ME, the undersigned authority, personally appeared Paul Anderson, who being duly sworn, deposed as follows:

"My name is Kandyce Palamarchuck. I am an Attorney for Anderson & Associates Law Firm, PLLC. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged herein this Affidavit in Support of Defendant's First Amended Answer, Motion to Transfer Venue, Counterclaim and Response to Plaintiff's Special Exceptions."

Kandyce Palamarchuck, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on ⸺April 11, 2023⸺, by



JULIE A. HERNANDEZ
Notary Public, State of Texas
Comm. Expires 02-12-2024
Notary ID 11521631

Notary Public, State of Texas

11 | P a g e
A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS<br>Plaintiff, | §<br>§<br>§<br>§ | IN THE COUNTY COURT AT LAW |
| V. | §<br>§ | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC,<br>Defendant. | §<br>§<br>§<br>§ | NUECES COUNTY, TEXAS |

## AFFIDAVIT IN SUPPORT OF
## DEFENDANT'S FIRST AMENDED MOTION TO TRANSFER VENUE

BEFORE ME, the undersigned authority, personally appeared Kandyce Palamarchuck, who being duly sworn, deposed as follows:

"My name is Kandyce Palamarchuck. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged herein this Affidavit in Support of Defendant's First Amended Answer, Motion to Transfer Venue, Counterclaim and Response to Plaintiff's Special Exceptions. The county of proper venue is maintainable in Bexar County, wherein transfer is sought, for the convenience of the parties and witnesses and in the interest of justice. The balance of interests of all the parties predominates in favor of the action being brought in another county, such as in this matter. The transfer of this matter from Nueces County to Bexar County, Texas is proper and would not work an injustice to any other party."



Kandyce Palamarchuck, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on _____ 11, 2023 _____, by _____

JULIE A. HERNANDEZ
Notary Public, State of Texas
Comm. Expires 02-17-2024
Notary ID 11621631

Notary Public, State of Texas

12 | P a g e
A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# Defendant Anderson and Associates

## <u>Exhibit A</u>

---

## Defendant Anderson and Associates First Amended Answer and Response to Plaintiff's Special Exceptions

---

### *Cause No: 2022CCV-60432-1*

*Hilliard Martinez Gonzales LLP and Thomas J. Henry Injury Attorneys, Plaintiffs*
*vs.*
*Anderson & Associates Law Firm, PLLC and Anderson & Law Office of Diego Lopez, PLLC,*
*Defendants*

### *Nueces County, Texas*



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# COUNTY COURT AT LAW 1

Todd Robinson

## Biography

The Honorable Todd Robinson...

## Description of Office

Nueces County Courts at Law have jurisdiction over criminal misdemeanors, probate matters and civil lawsuits. Their civil jurisdiction is more than that of the Justice of the Peace courts and the same as that of the District Courts.



Texas Parks & Wildlife, CONANP, Esri, HERE, Garmin, Foursquare, SafeGraph, GeoTechnologies, Inc, METI/NASA, ...    Powered by Esri

Total 1 facility found.



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# DISTRICT COURTS

## List of Judges

28th District Court: **Nanette Hasette** (Watch)

94th District Court: **Bobby Galvan** (Watch)

105th District Court: **Jack W. Pulcher** (Watch)

117th District Court: **Susan Barclay** (Watch)

148th District Court: **David Klein** (Watch)

214th District Court: **Inna Klein** (Watch)

319th District Court: **David Stith** (Watch)

347th District Court: **Missy Medary** (Watch)


IV-D Court: **Susan Barclay** (Watch)


Magistrate Court: (Watch)


## Description of Office

District courts are the primary trial courts in Texas. The Constitution of the Republic provided for not less than three or more than eight district courts, each having a judge elected by a joint ballot of both houses of the Legislature for a term of four years. Most constitutions of the state continued the district courts but provided that the judges were to be elected by the qualified voters. (The exceptions were the Constitutions of 1845 and 1861 which provided for the appointment of judges by the Governor with confirmation by the Senate). All constitutions have provided that the judges of these courts must be chosen from defined districts (as opposed to statewide election). In many locations, the geographical jurisdiction of two or more district courts is overlapping. As of September 1, 2014, there were 458 district courts in Texas.

District courts are courts of general jurisdiction. Article V, Section 8 of the Texas Constitution extends a district court's potential jurisdiction to "all actions" but makes such jurisdiction relative by excluding any matters in which exclusive, appellate, or original jurisdiction is conferred by law upon some other court. For this reason, while one can speak of the "general" jurisdiction of a district court, the actual jurisdiction of any specific court will always be limited by the constitutional or statutory provisions that confer exclusive, original, or appellate jurisdiction on other courts serving the same county or counties.

With this caveat, it can be said that district courts generally have the following jurisdiction:

- Original jurisdiction in all criminal cases of the grade of felony and misdemeanors involving official misconduct
- Cases of divorce
- Suits for title to land or enforcement of liens on land



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

- Contested elections
- Suits for slander or defamation
- Suits on behalf of the State for penalties, forfeitures and escheat

Most district courts exercise criminal and civil jurisdiction, but in the metropolitan areas there is a tendency for the courts to specialize in civil, criminal, juvenile or family law matters. Thirteen district courts are designated "criminal district courts" but have general jurisdiction. A limited number of district courts also exercise the subject-matter jurisdiction normally exercised by county courts.

The district courts also have jurisdiction in civil matters with a minimum monetary limit but no maximum limit. The amount of the lower limit has for many years been the subject of controversy, with differing opinions from the courts of appeal. House Bill 79 from the 82nd Legislature, 1st Called Session (2011) included a provision in Section 24.007(b) of the Government Code which was intended to resolve the dispute and to set the minimum jurisdiction of district courts at $500. However, there is still a potential conflict between Article V, Section 8 of the Texas Constitution (which gives the district courts jurisdiction of all actions...except in cases where exclusive) and the amendment. Therefore, there are still differing opinions as to whether the minimum monetary jurisdiction of the district courts is $200.01 or $500. In counties having statutory county courts, the district courts generally have exclusive jurisdiction in civil cases where the amount in controversy is $200,000 or more, and concurrent jurisdiction with the statutory county courts in cases where the amount in controversy exceeds $500 but is less than $200,000.

The district courts may also hear contested matters in probate cases and have general supervisory control over commissioners courts. In addition, district courts have the power to issue writs of habeas corpus, mandamus, injunction, certiorari, sequestration, attachment, garnishment, and all writs necessary to enforce their jurisdiction. Appeals from judgments of the district courts are to the courts of appeals (except appeals of death sentences).

A 1985 constitutional amendment established the Judicial Districts Board to reapportion Texas judicial districts, subject to legislative approval. The same amendment also allows for more than one judge per judicial district.



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Defendant Anderson and Associates

## <u>Exhibit B</u>

---

## Defendant Anderson and Associates First Amended Answer and Response to Plaintiff's Special Exceptions

---

### Cause No: 2022CCV-60432-1

*Hilliard Martinez Gonzales LLP and Thomas J. Henry Injury Attorneys, Plaintiffs*
*vs.*
*Anderson & Associates Law Firm, PLLC and Anderson & Law Office of Diego Lopez, PLLC,*
*Defendants*

### *Nueces County, Texas*



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CONTINGENCY FEE CONTRACT

THIS IS AN AGREEMENT between ANDERSON & ASSOCIATES LAW FIRM (hereinafter called Attorney) of the City of San Antonio Bexar County Texas and the undersigned (hereinafter called Client), whereby Client retains and employs Attorney to represent Client in Prosecuting Clients claim as follows:

*Related to the Sutherland SPNYts shooting Dated 11/5/17 & The Deaths of Joan & Brook Ward, the Death of Emily Garcia & Injuries to Ryland Ward,*

Client empowers Attorney to file such legal action as may be advisable in Attorney's judgment.

Client agrees to pay attorney as attorneys fee for such representation _____ of any gross recovery before action is filed ( ) of any gross recovery after the action is filed but before the commencement of trial and ( ) of any gross recovery after commencement of trial. This contract constitutes a conveyance to said attorney of an undivided interest in the entire cause of action, in the percentages hereinafter set forth. If settlement of this case is made by structured settlement attorney fees will be computed on the basis of a Percentage of the total cost of the settlement. The attorney fees shall be paid out of the initial cash payment.

All costs, necessary disbursements and reasonable personal expenses that are incurred by Attorney for and on behalf of Client and Clients cause are to be reimbursed by Client from that portion of any recovery that is payable to Client after calculation of Attorney's contingency fee hereunder. The parties expressly understand that in the event no recovery is obtained on the claim the subject of this retainer agreement, Attorney will make no charges for Attorney's time, services, fees, costs, or other expenses with Attorney may have advanced.

Neither Client nor Attorney will make a settlement of the claim herein or accept any sum without consent of the Client.

Client understands that Attorney had made no representations Concerning the Successful termination of this claim or the favorable outcome of any legal action that may be filed, and does not guarantee that Attorney will obtain reimbursement to Client of any of Clients costs or expenses resulting from the incident described above, out of which this claim arises. Client further expressly acknowledges that all statements of Attorney on these matters are statements of opinion only.

Client assigns all personal injury protection benefits directly to Anderson & Associates Law Firm, for the purposes of disbursement and payment of medical bill incurred by Client. Client authorizes Attorney to sign, endorse or execute any and all documents, checks, releases or forms related to this cause or action.

Client authorizes the sending of medical and hospital bills to Attorney, and in the event of recovery by trial or settlement authorizes Attorney to pay health care providers directly and to deduct the same from any recovery which may be due Client.

Client hereby gives Attorney Clients power of attorney on Client's case under this contract at no additional cost to Client. Attorney is authorized to enter into an agreement to refer Client's case to another attorney to share attorney's fees with the other attorney at no additional cost to Client, and to discuss all attorney-client communications with any associated attorney of referral attorney.

After review of Client's case by Attorney, Attorney may, at its sole discretion elect not to pursue Client's case, if Attorney does not feel it is feasible to do so.

This contract is performable in Bexar County, Texas.

DATE 11/9/17

WITNESS 

CLIENT

CLIENT *As N/o/F & Scurve / Father*

Defendant A & A 000019

---

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# Defendant Anderson and Associates

## <u>Exhibit C</u>

---

## Defendant Anderson and Associates First Amended Answer and Response to Plaintiff's Special Exceptions

---

### Cause No: 2022CCV-60432-1

*Hilliard Martinez Gonzales LLP and Thomas J. Henry Injury Attorneys, Plaintiffs*
*vs.*
*Anderson & Associates Law Firm, PLLC and Anderson & Law Office of Diego Lopez, PLLC, Defendants*

### Nueces County, Texas



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Chris Ward
2415 Hartfield Rd.
Lavernia, Texas 78121

## Invoice 2021-

| Date | September |
|------|-----------|
|      |           |

In Reference To: Ward v. United States of America (Federal Case)

| Date | By | Services | Hours | Rates | Amoun |
|------|-----|----------|-------|-------|-------|
| 1/7/2021 | KK | Draft and file motion | .5 | | |
| 1/7/2021 | SN | Review and file Air Force Damage expert Design | 1 | | |
| 1/7/2021 | OQ | Ward Filing review | .2 | | |
| 1/7/21 | SN | Review and file new custody agreement | .5 | | |
| 1/8/2021 | KK | Dr. Roman Deposition | 2 | | |
| 1/8/2021 | OQ | Dr. Roman Deposition | 2.5 | | |
| 1/21/2021 | OQ | Review and file Air Force Motion for continuance | .5 | | |
| 1/11/21 | SN | File and review Defendants Amended Designation | .3 | | |
| 1/11/21 | SN | File and save final contest & application for Admin | .3 | | |
| 1/11/21 | SN | File and review Order Denying plaintiffs partial Msj | .3 | | |
| 1/12/21 | SN | File and review Second motion to Quash | .2 | | |
| 1/12/21 | SN | Review Exhibit A on motion to quash | .2 | | |
| 1/12/21 | SN | Review exhibit B on motion to quash | .2 | | |
| 1/12/21 | SN | Review exhibit C on motion to quash | .2 | | |
| 1/12/21 | SN | Review and file exhibit D on motion to quash | .2 | | |
| 1/12/21 | SN | Review and file exhibit E on motion to quash | .2 | | |
| 1/12/21 | SN | Review and file proposed order on motion to quash | .2 | | |
| 1/12/21 | SN | Review and file notice of attorney appearance | .2 | | |
| 1/13/21 | SN | Review and file doc 323 Suggestion of death | .3 | | |
| 1/13/21 | SN | Review and file motion to continue trial | .3 | | |
| 1/20/21 | OQ | Review and file Pysch Reports | 1 | | |
| 1/20/21 | OQ | Review and file updated school records | 1 | | |
| 1/20/21 | OQ | Review Texas Rangers Deposition Rebbeca Kelly | 1 | | |
| 1/20/21 | SN | Review Texas Rangers Deposition Rebbeca Kelly | 2 | | |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

| Date | | Description | | |
|---|---|---|---|---|
| 1/20/21 | SN | Review Texas Rangers Deposition Michelle Shields | 2 | |
| 1/21/21 | SN | Review Texas Rangers Deposition Danielle Smith | 2 | |
| 1/21/21 | SN | Review Texas Rangers Deposition Michael Kelley | 2 | |
| 1/21/21 | SN | Review and file order to continue trial | .3 | |
| 1/21/21 | SN | Review and file Suggestion of death as to Joanne | .3 | |
| 1/22/21 | SN | Review and file exhibit 1 to doc 320 | .2 | |
| 1/26/21 | SN | Review and file exhibit 2 to doc 320 | .2 | 14hr |
| 1/26/21 | SN | Review and file exhibit 3 to doc 320 | .2 | |
| 1/26/21 | SN | Review and file doc 320 USA resp. to Academy Motion to quash | .2 | |
| 1/26/21 | SN | Review and file Order transferring to Dist Crt Wilson Co. | .5 | |
| 1/26/21 | SN | Review and file Plaintiff's response | 1 | |
| 1/26/21 | SN | Review and fil exhibit 1 to plaintiff's response | .5 | |
| 1/27/21 | SN | Review and file exhibit 2 to plaintiff's response | .5 | |
| 1/27/21 | SN | Review and file exhibit 3 to plaintiff's response | .5 | |
| 1/27/21 | SN | Review and file exhibit 4 to plaintiff's response | .3 | |
| 1/28/21 | SN | Review and file exhibit 5 to plaintiff's response | .3 | |
| 1/28/21 | SN | Review and file exhibit 6 to plaintiff's response | .3 | |
| 1/28/21 | SN | Review and file exhibit 7 to plaintiff's response | .3 | |
| 1/28/21 | SN | Review and file exhibit 8 to plaintiff's response | .3 | |
| 1/28/21 | SN | Review and file exhibit 9 to plaintiff's response | .3 | |
| 1/28/21 | SN | Review and file exhibit 10 to plaintiff's response | .3 | |
| 1/28/21 | SN | Review and file exhibit 11 to plaintiffs response | .3 | |
| 2/2/21 | SN | Review and file Exhibits and dcouments related to Doc 337-360 | 4 | |
| 2/10/21 | SN | Review and save Air Force shared documents | 4 | |
| 2/11/21 | SN | Review and save Air Force shared documents | 4.5 | |
| 3/4/21 | SN | Review and file Exhibits and documents related to Doc 360-382 | 3.7 | 21.8 |
| 3/11/21 | SN | Review and file documents/ exhibits related to Doc 382-400 | 3.5 | |
| 3/16/21 | SN | Review video and audio deposition of Vince Bustillo | 3.4 | |
| 3/17/21 | SN | Review and file Exhibits 400-407 Related to Filing of plaintiff's deposition | 1.2 | 29.9 |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

| Date | Initials | Description | Hours |
|---|---|---|---|
| 3/18/21 | SN | Review And save Shared documents | 4.8 |
| 3/24/21 | SN | Amended/ updated Life Care plan | 2 |
| 1/25/2021 | SN | Draft Letter to Dr. Roman and mail letter | .5 |
| 2/3/2021 | OQ | Draft Order | .3 |
| 2/5/2021 | SN | Request Affidavit of Cost from South Texas Radiology | .3 |
| 2/5/2021 | SN | Review Business Records Air Method | 1 |
| 2/5/2021 | SN | Request Affidavit of Cost Air Method | .3 |
| 2/10/2021 | SN | Review documents sent by Feltoon | .3 |
| 2/11/2021 | SN | Review Shared Documents | 3 |
| 2/11/2021 | OQ | Review Shared Documents | 3 |
| 2/19/21 | SN | Review and file Ward family Tree | .5 |
| 2/19/21 | SN | Review and file Probate package | .4 |
| 2/22/2021 | SN | Review and file Motion To Quash | .8 |
| 2/25/21 | SN | Create Request and fax Affidavits to UHS for updated service | 1 |
| 3/2/21 | SN | Revie, mark calendar and save Attorney vacation notice | .2 |
| 3/3/2021 | SN | Review and file Air Force motion to exclude Dr Younger | .5 |
| 3/4/2021 | SN | Scan and Review joint pretrial order | .5 |
| 3/11/21 | KK | Clinton Mills Deposition review | 2 |
| 3/11/21 | OQ | Clinton Mills Deposition review | 2 |
| 3/11/21 | KK | Col Robert Ford Deposition review | 2 |
| 3/11/21 | OQ | Col Robert Ford Deposition review | 2 |
| 3/12/21 | OQ | Review Medical experts' testimony regarding Ryland Ward | 1 |
| 3/12/21 | KK | Emily Willis Deposition review | 2 |
| 3/12/21 | OQ | Emily Willis Deposition review | 2 |
| 3/12/21 | KK | James Hoy Deposition review | 2 |
| 3/13/21 | OQ | James Hoy deposition and review | 2 |
| 3/13/21 | OQ | James Poorman deposition and review | 2 |
| 3/14/21 | OQ | Lyle Bankhead deposition review | 2 |
| 3/14/21 | OQ | Robert Bankhead deposition review | 2 |
| 3/15/21 | OQ | Vince Bustillo deposition review | 2 |
| 3/15/21 | OQ | Yonatan Holz deposition review | 2 |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

| 3/15/21 | SN | Review and file objection | .5 |
| 3/22/2021 | OQ | Review John Ryner Documents | 1.5 |
| 3/30/21 | SN | Review and save 2nd amended exhibit list | 1 |
| 4/5/21 | SN | File and save Appearance of lead counsel for Chancey | .2 |
| 4/6/2021 | SN | File and scan Motion for clarification | .2 |
| 4/14/21 | SN | File and save motion to modify | .2 |
| 4/16/21 | SN | File and save objection to motion for clarification | .2 |
| 4/22/2021 | OQ | Draft letter to Anton Hajek and mail letter | .5 |
| 4/25/2021 | SN | Review and save Share Files | 4 |
| 4/6-20/21 | KK | Trial | 77.5 |
| 4/6-20/21 | OQ | Trial | 68.3 |
| 4/6-20/21 | RD | Trial | 30 |
| 4/6-20/21 | SN | Trial | 16 |
| 5/4/21 | SN | File and save Amended motion | .2 |

Current total=276.6 hours



0.50        $



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Defendant Anderson and Associates

## <u>Exhibit D</u>

---

## Defendant Anderson and Associates First Amended Answer and Response to Plaintiff's Special Exceptions

---

### *Cause No: 2022CCV-60432-1*

*Hilliard Martinez Gonzales LLP and Thomas J. Henry Injury Attorneys, Plaintiffs*
*vs.*
*Anderson & Associates Law Firm, PLLC and Anderson & Law Office of Diego Lopez, PLLC, Defendants*

### *Nueces County, Texas*



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# Sutherland Springs Baptist Church
# Mass Casualty Event

**Timeline Overview**

Below is a timeline summary of the November 5, 2017 Sutherland Springs Baptist Church shooting event. The timeline includes pre-incident activity by the shooter and covers the investigative efforts up to the end of the scene investigation on 11/10/2017. Times for the listed activities were listed when appropriate and when those times were available.

**December 22, 2014**
- Suspect purchased Glock, Model 19, 9mm handgun from sporting store in Colorado Springs, CO.

**April 7, 2016**
- Suspect purchased Ruger AR-556 rifle from Academy Sports, San Antonio.

**August 6, 2017**
- Suspect purchased AR500 body armor with tactical plates.

**October 28, 2018**
- Suspect ordered two, 100-round high capacity .223 drums (suspect never received).

**November 4, 2017**
- 8:35 PM – Suspect abandoned security post at security job leaving the facility unsecured.

**Sunday, November 5, 2017**
- 10:30 AM – Suspect restrained his wife to bed and left their home (on parent's property) dressed in tactical gear and carrying a black "rifle", duffle bag.
- 11:12 AM – Suspect arrived at the Sutherland Springs Baptist Church and parked his Ford Expedition SUV directly in front of the main entrance.
- 11:15 AM – Suspect exited the SUV wearing all black tactical gear, protective vest, white print "skull" mask, and armed with a Ruger semi-automatic rifle and a Glock 9mm handgun. Suspect opened fire on the church from outside (254 shots outside).
  - The skull print on the mask is indicative of the Marvel Comics character "The Punisher".
- 11:17 AM – First 911 call made to Wilson County Sheriff's Office reporting gunman at Sutherland Church shooting.

1



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Investigative Timeline & Overview

**11:18 AM** - Wilson County Dispatch – All officers respond to Sutherland Springs Church – Active Shooting in progress.

**11:20 AM** - Suspect entered the church building through the main entrance. Suspect began shooting church attendees within the sanctuary room (196 shots inside).
- 26 Deceased
- 21 Wounded
- (450 total shots fired by suspect)
- Duration of the shooting event – approximately 7 minutes 24 seconds.

**11:23 AM** - Suspect exited the church and was engaged by an armed civilian (Steven Willeford). The two exchange gunfire and suspect was wounded with two non-fatal gunshots. Suspect fled the scene in the Ford SUV.

**11:29 AM** - Wilson County Deputies and area LEO's arrived at Sutherland Springs Church.

**11:32 AM** - All available area ambulances dispatched to respond to Sutherland Springs Church.

**11:35 AM** - Suspect vehicle located in a field approximately 10 miles north of Sutherland Springs with suspect found inside, deceased from an apparent self-inflicted gunshot wound to the head.

**11:40 AM** - Texas Rangers notified of the mass shooting.

**11:45 AM** - Company "F" Texas Ranger Major Corey Lain (Incident Commander) notified of the shooting with more than 20 deceased victims.

**3:00 PM** - Rangers, San Antonio PD, and Bexar County Deputies sent to area hospitals to process ambulances for evidence and document incident-related victims. Federal Bureau of Investigation and ATF agents initiated neighborhood canvass for evidence and witness information.

**3:15 PM** - Incident Commander, Major Lain, arrived on scene.

**3:45 PM** - At the request of the Wilson County Sheriff's Office, Texas Rangers assumed control of the investigation including incident command.

**4:00 PM** - Initial Victim's Assistance Center established at Sutherland Springs Vol. Fire Department.

**5:00 PM** - THP Crash Investigation Team assigned to document Guadalupe Co. Crime scene of suspect vehicle recovery location.
Justice of the Peace requested to respond and arrived at the church crime scene. Crime Scene Team utilized Leica digital scan to document victims' body positions within the crime scene.

**6:00 PM** - Established on-scene morgue to house victims' bodies once removed from crime scene.

**6:30 PM** - Identification efforts of the deceased victims began as they were removed from the crime scene.

2



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Investigative Timeline & Overview

8:30 PM - Victim Assistance Center relocates from volunteer fire department building to River Oaks Church.

10:00 PM - Notification of Next of Kin begins.

**Monday, November 6, 2017**

12:33 AM - Notification made to family of the last victim who was able to be identified at the crime scene. One victim (female) remains unidentified due to catastrophic injuries to identifying features.

2:00 AM - Final victim's body was removed from the church sanctuary crime scene.

4:07 AM - All family notifications are complete. Final female victim identified though tattoo comparisons.

6:00 AM - Autopsy of suspect (Devin Kelley) performed at Travis County Medical Examiner's Office.

8:00 AM - Autopsy begins at Bexar County Medical Examiner's Office for deceased victims from church crime scene. The autopsies for first 13 victims will be completed on 1/6/17.

8:30 AM- Numerous evidentiary processes begins and is carried on throughout the day and into the evening by Rangers and FBI working groups.

- o  Formal search of interior and exterior crime scenes.
- o  Documentation of crime scene (photograph / aerial photos).
- o  Suspect vehicle processed by Rangers at the Guadalupe County Sheriff's Office.
- o  Received all evidence from assisting agencies (over 1,000 items) and documented on evidence log sheets.

**Tuesday, November 7, 2017**

8:00 AM- Autopsies of deceased victims continues at the Bexar County Medical Examiner's Office. The autopsies for eight victims will be completed on 11/7/2017.

8:30 AM- Evidentiary processes continue and carry on throughout the day and into the evening.

- The formal search for and identification of evidence continues.
- Documentation and collection of identified evidence began.
- Interior of the church was scanned (as found) using digital forensic technology - Leica.
- Exterior of the church was scanned (as found) using digital forensic technology - Leica.

3:00 PM  - Identification of vehicles at the church belonging to victims.

4:00 PM- Removal of vehicles to River Oaks Church to be released to family members by Victim Assistance coordinators (FBI & DPS).

3



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Investigative Timeline & Overview

4:00 PM-   Identification of all deceased victims is officially confirmed by Bexar County Medical Examiner's Office.

7:00 PM -   List of deceased victims' identifiers confirmed by Bexar Co. ME Office completed and submitted for release to public.

**Wednesday, November 8, 2017**

8:00 AM-   Autopsies of the deceased victims continues at the Bexar County Medical Examiner's Office. The autopsies for the remaining four victims of the shooting incident will be completed on 11/8/17.

8:30 AM-   Evidentiary processes continue and carry on throughout the day and into the evening.

- Church interior is reconstructed by investigators to the condition prior to the shooting incident.
- Documentation of projectile trajectories and defects after the interior is returned to pre-shooting configuration.
- Digital Forensic Scan of church interior after in the original, pre-incident configuration.

9:00 AM -   Personal property belonging to victims that was recovered from the church interior is released to Victim Assistance coordinators at River Oaks Church.

11:08 AM -   DPS confirms deceased victims identities in press release to the public.

7:00 PM -   Initiate crime scene extraction in preparation of releasing the crime scene to Wilson Co.

**Thursday, November 9, 2017**

7:30 AM -   Process and repackaged evidence from ME office.

9:25 AM -   Released church crime scene to Wilson County Sheriff's Office.

10:30 AM -   Released last of the recovered property to Victim Assistance at Sutherland Springs Family Center.

11:00 AM -   Incident Command and Team Leads met at the Wilson County Convention Center (Floresville) and began discussions on investigative procedures and reporting.

- Church released from Wilson County to Sutherland Springs Baptist Church officials.

**Friday, November 10, 2017**

7:00 AM -   All involved Rangers met at the Wilson County Convention Center.

- Incident Command and Team Leads present and explain reporting protocols for the Sutherland Springs Shooting Incident to investigating Rangers.

4



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

- Rangers coordinated investigative reports with each other and under the direction of identified investigative team leads.

4:00 PM - Rangers released from Floresville to return to duty stations.

5:00 PM - Incident Command released Wilson County Convention Center.

### Incident Overview

On 11/05/2017, at approximately 11:15 AM, an armed gunman dressed in all black military-style clothing and wearing a black mask with a white skull print committed an unprecedented attack on an unassuming church in rural Texas that left 26 churchgoers dead and 21 wounded.

The Texas Department of Public Safety, along with numerous local, state, and federal agencies converged on the crime scene in Sutherland Springs in response to the report of a mass casualty shooting event at the Baptist Church. This document is intended to give a brief account of those agencies' actions from the initial call to the initiation of the criminal investigative process. This process followed six basic scene response protocols; *Neutralize/Apprehend Threat, Provide Immediate Medical Care, Evacuate Wounded, Secure the Incident Scene, Identify and Account for Involved Persons, and Initiate Investigation Protocols*. Each protocol will be briefly described and then will be followed by a summary of how that discipline was applied to the Sutherland Springs incident response.

### Neutralize / Apprehend Threat

*An active shooter event typically involves an armed individual targeting a confined, populated area who is intent on killing as many people as possible within a short span of time. The first action by law enforcement in these types of scenarios is to immediately deploy to the affected location and to neutralize the threat.*

Within minutes of the gunman opening fire on the tiny Texas church, 911 calls began pouring into the Wilson County Sheriff's Office Communications Center from persons both from inside of the church reporting the active shooting event. Officers were immediately dispatched to the scene as a high-priority response call to an active-shooter event. Officers were given only basic information of a gunman dressed in black shooting and killing people in the church. Initial responding officers from surrounding areas who were first on scene approached the church quickly but cautiously as there was still a very real possibility the gunman remained in the church, possibly lying-in-wait for officers. Officers had to pass by wounded as they quickly made their way through the church in an attempt to locate and eliminate the threat before attending to victims.

Once the church property including attached buildings was clear, officers and additional first responders rushed into the church and began searching for survivors. The search of the church was complicated by the congestion caused by tightly arranged rows of seats and the victims lying between and underneath church pews. At the onset of the shooting, church-goers took cover underneath the rows of church

5



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

pews and remained there, tucked together sometimes on top of each other until well after the shooting stopped. Responders realized the obstruction caused by the church seats and began removing church pews to allow better access to the wounded and to permit evacuation or emergency medical aid to begin.

Even as the process for providing initial care to the wounded began, officers were still faced with the possibility of a secondary attack. Without the benefit of any additional information, officers remained vigilant in protecting the church from additional assaults on the church by the gunman's return or unidentified accomplices.

*Emergency Medical Intervention*
*Once the immediate threat had been located and neutralized, care for the wounded is given the highest priority in an effort to prevent any additional loss of life and to provide medical care to the wounded as quickly as possible.*

As soon as the Sutherland Springs Church was cleared of the threat, first responders rushed into the church and began escorting the walking wounded out of the building. Officers and other first responders removed church pews from their foundations to allow for access to victims who were incapacitated underneath church seating. Officers who were equipped with emergency trauma medical gear began providing critical first-aid with gear from their medical kits. At this point during the event, the scene was a chaotic mix of first responders and volunteers assisting survivors with medical attention.

*Evacuate Wounded*
*A critical piece of the initial phase of a catastrophic event is the efficiency by which surviving victims are transported to advanced medical care. It is of the utmost priority to identify the critically wounded within the scene and evacuate them to the nearest medical facility in order to best ensure the greatest chances of survival.*

All ambulances in the Wilson County area were dispatched to the Sutherland Springs Baptist Church and began arriving shortly after first responders and volunteers evacuated surviving victims from the church building. Wounded victims were transported from the crime scene to several, separate area hospitals to avoid overwhelming or straining the resources of any one hospital. Additional victims who suffered less critical injuries were transported from the church by family members or volunteers to area hospitals by private vehicles.

Again, priority is placed on transferring surviving victims from the scene to immediate medical attention by the most expeditious means available. During this fast-paced process, there is little time to document or account for the identities of victims, when they were transported and by who, and to which medical facility they were transported. Identifying this information would later prove to be

6



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

challenging for investigators charged with verifying and documenting victim and witness information during this phase. Through methodical interviews of witnesses, volunteers, and first responders, investigators were successful in obtaining all of the relative information that proved to assist in identifying victims involved in the incident.

*Secure the Incident Scene*
*After the termination of all medical and evacuation efforts, the physical scope of the scene must be correctly identified and secured by law enforcement personnel. Every precaution must be taken to secure and control the crime scene from any unnecessary intrusion that could potentially contaminate or risk the availability of crucial evidence.*

Sutherland Springs is a rural community with a population of less than 1,000 *(2016, us census)* that relies upon the Wilson County Sheriff's Office for law enforcement protection and support. When an attack of this scale occurs in a rural setting, the natural, appropriate reaction by local law enforcement and volunteers is to rush to the affected areas and help in any way possible. The Sutherland Springs shooting involved numerous crime scenes that, if not addressed quickly, could have been at risk of contamination by the intrusion of unnecessary personnel into the scene. After the initial response phases are complete and affected scenes are secure, these crime scene/incident areas also become areas of interest to the curious and can often become congested with unnecessary law enforcement and support personnel walking in and out of locations that should be protected.

The arrival of various personnel to the scene after the conclusion of medical evacuation efforts can prove to be problematic for investigators who will later be tasked with the responsibility of identifying all persons who responded to the crime scene, what their involvement was if any, and determine what, if any, items/evidence were moved or removed from the scene. Accurately identifying some of this information proved to be critical in determining the gunman's actions as well as the sequence of events during the shooting incident. Rangers and Federal Bureau of Investigation/ERT investigators were quick to identify the crime/numerous crime scenes involved and took the necessary steps to identify those areas with clear markings along with security personnel tasked with verifying that all personnel attempting to enter those areas were authorized to do so.

*Identify and Account for Involved Persons*
*The responsibility of the investigators in charge of the crime scene investigation is to identify all involved parties and document, with supporting verification, their involvement in the incident. One of the highest priorities associated with a mass casualty event is to confirm the identity of all deceased victims and provide that information to family members and necessary officials.*

The priority task of the Texas Rangers and supporting investigating agencies in the immediate aftermath of the Sutherland Springs Church attack was to identify, with absolute certainty, the identities of all who were killed, wounded, or otherwise involved in the church shooting. The highest priority was given to

7



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Investigative Timeline & Overview

identifying the deceased victims and removing their bodies from the crime scene. This task proved to be one of the most difficult aspects of the Rangers' investigative tasks as they worked around challenges of crime scene documentation and the logistics of moving a large number of victims to locations that are not prepared to handle the volume of victims created by this event. Rangers worked tirelessly to verify the identity of witnesses present inside of the church, wounded victims, and deceased victims including the gunman.

The gunman who, as stated earlier in this writing, was located in a rural field approximately ten miles from the Sutherland Springs Church, was initially identified by documents located in his 2012 Ford Expedition, vehicle registration records, and Texas Driver License records. The suspect's identity was later confirmed by the Travis County Medical Examiner's Office where the suspect was sent for autopsy.

Select Rangers were paired with Federal Bureau of Investigation Agents who worked to research the suspect and all associated information to determine if there were any possibility the suspect shooter was assisted by an accomplice in any way and to assess the possibility of a potential future attack by a coordinated or sympathizing associate.

Surviving witnesses were identified over the several days following the shooting incident by review of video evidence and through numerous witness interviews who gave accounts of their involvement including the identification of those present within the church when the shooting incident occurred.

The most challenging of identification tasks came with the wounded who were transported and treated at numerous area hospitals and the identification of the deceased who remained within the crime scene. The transport of wounded personnel to various hospitals by ambulance and by personal vehicle made the identification of all those involved a demanding task. Through the diligent investigating efforts of Rangers and assisting officers, investigators were able to confirm and document the identification of all surviving victims within 24 hours of the incident.

As highlighted earlier, confirming the identity of the deceased victims was an utmost priority and proved to be the most difficult aspect of the initial investigation. It quickly became evident that during the shooting event, victims moved from their normal seating position in an attempt to avoid becoming a target of the shooter. This resulted in persons who moved around the room during the shooting event, sometimes several times, away from their original position. Adults and children who were of no family relation to each other were found huddled together in small groups as they attempted to avoid gunfire. Young children rarely have photo identification and several of them were found with adults who may or may not be their parent(s) and no longer had a surviving family member to assist in confirming their identity. These children were the most difficult to positively identify. Investigators, law enforcement analysts, and Crime Victim Services personnel understood the enormous responsibility of locating and confirming the identity of each of these victims as quickly as possible. Investigators and support

8



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

personnel went through extraordinary lengths to investigate all possible avenues of verifying victims' identities to include research of friends, relatives, medical records, school records, and in one case the Mexican Consulate's office.

Adults, especially female adults, were found without photo identification or a family member who could be located to provide confirmation of identity. A process was identified that would provide the most certain identification of the deceased, but would also prolong the already lengthy process of identifying the deceased. The Bexar County Medical Examiner's Office (ME) requested all victims be fingerprinted at the Bexar County Medical Examiner's Office and then identified through the Department of Public Safety Crime Records Division as an acceptable confirmation process to determine the decedent's identity. Rangers focused on streamlining this process to avoid any unnecessary delays in the identification of victims.

Releasing identifying information to family and the public was understandably extremely important, but investigators also understood that confirming the identity of wounded and the deceased was of the utmost importance and would require taking the time necessary to ensure all identifying information was verified as correct prior to release. Making a mistake in the identification of a deceased or wounded victim was not an option.

### *Initiate Investigation Protocols*
*Shortly after securing the crime scene(s), the formal investigative process begins. Investigators, especially in a joint-operation, should coordinate investigative efforts to ensure the most efficient and complete investigative process is followed.*

Rangers, Federal Bureau of Investigation (FBI), Alcohol Tobacco and Firearms (ATF), and local investigators met together and formed a unified investigative team. Team leads from each involved agency met together and discussed investigative priorities before making final determinations about investigative initiatives and who those initiatives were to be assigned. Briefings were held each day, twice a day to provide continued updates to Unified Command to identify investigative needs and monitor investigative progress. As a result of effective planning and communication, the crime scene investigation of the Sutherland Springs incident was completed with greater efficiency than expected and without sacrificing any investigative needs.

### *Conclusion*
The Sutherland Springs Mass Casualty Shooting Incident will have a profound impact that reaches far beyond the small community in Wilson County. Major criminal events will always produce a variety of unforeseen challenges to law enforcement and will also present numerous opportunities for growth and learning. The Sutherland Springs mass shooting reinforced long-standing investigative and incident management practices currently employed by the Texas Rangers. This unprecedented mass shooting tragedy illustrated improvement opportunities in the areas of response preparedness and incident

9



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

### Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Kandyce Palamarchuck
Bar No. 24095451
rd.aalaw@yahoo.com
Envelope ID: 74536750
Filing Code Description: Amended Answer
Filing Description: Defendant's First Amended Answer, Motion to Transfer
Venue, Counterclaim and Response to Plaintiffs Special Execeptions
Status as of 4/13/2023 3:02 PM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 4/11/2023 3:34:49 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 4/11/2023 3:34:49 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 4/11/2023 3:34:49 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 4/11/2023 3:34:49 PM | SENT |
| Michael Williams | | mwilliams@brownsims.com | 4/11/2023 3:34:49 PM | SENT |
| John Davis | | jdavis@brownsims.com | 4/11/2023 3:34:49 PM | SENT |
| Nicholas Cenac | | ncenac@brownsims.com | 4/11/2023 3:34:49 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 4/11/2023 3:34:49 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Assistant DAL | | asst@diegolaw.com | 4/11/2023 3:34:49 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 4/11/2023 3:34:49 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson-svc@thomasjhenrylaw.com | 4/11/2023 3:34:49 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Kandyce Palamarchuck
Bar No. 24095451
rd.aalaw@yahoo.com
Envelope ID: 74536750
Filing Code Description: Amended Answer
Filing Description: Defendant's First Amended Answer, Motion to Transfer
Venue, Counterclaim and Response to Plaintiffs Special Exceptions
Status as of 4/13/2023 3:02 PM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 4/11/2023 3:34:49 PM | SENT |
| Ryan Brown | | rbrown@brownsims.com | 4/11/2023 3:34:49 PM | SENT |
| Carole Fenton | | cfenton@brownsims.com | 4/11/2023 3:34:49 PM | ERROR |
| Raquel Herrera | | rherrera@brownsims.com | 4/11/2023 3:34:49 PM | SENT |
| Amanda Rousseau | | arousseua@brownsims.com | 4/11/2023 3:34:49 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 4/11/2023 3:34:49 PM | SENT |
| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 4/11/2023 3:34:49 PM | SENT |
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 4/11/2023 3:34:49 PM | SENT |



## STATE OF TEXAS
## COUNTY OF NUECES

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

***ANN LORENTZEN***
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J. HENRY INJURY ATTORNEYS, Plaintiffs, | § § § § § | IN THE COUNTY COURT |
| V. | § § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC, Defendants. | § § § § | NUECES COUNTY, TEXAS |

### DEFENDANT'S SECOND AMENDED ANSWER, MOTION TO TRANSFER VENUE, COUNTERCLAIM AND RESPONSE TO PLAINTIFFS' SPECIAL EXCEPTIONS

NOW COMES Defendant, ANDERSON & ASSOCIATES LAW FIRM, PLLC, named Defendant in the above-entitled and numbered cause, and files this Second Amended Answer, Motion to Transfer Venue, Counterclaim and Response to Plaintiffs' Special Exceptions, and shows the Court as follows:

### I.

### MOTION TO TRANSFER VENUE

1.     The jurisdictional limits of in County Court at Law No. 1, Nueces County, Texas is more than that of the Justice of the Peace courts, and the same as that of the District Courts. According to the Texas Rules of Civil Procedure, and the Nueces County, Texas local rules, this County has "exclusive jurisdiction in civil cases where the amount in controversy is $200,000.00 or more, and concurrent jurisdiction with the statutory county courts in cases where the amount in controversy exceeds $200 but is less than $200,000.00," respectfully.

(See attached *Exhibit A*).

1 | P a g e
A&A Second Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

2.  Plaintiffs pled, on page 2, paragraph 7 of their Original Petition, for "monetary relief over $1,000,000.00."

2.  The county where Plaintiff filed this suit is not the proper venue for this cause. Defendant specifically **denies** the following allegation of venue:

a.  Venue is not proper in Nueces County, Texas because all of the Plaintiff's causes of action occurred in Bexar County, Texas.

b.  Defendant further provides the Court as *Exhibit B* a Contingency Fee Contract in response to Plaintiff's special exceptions as evidence Defendant's motion to transfer venue,

c.  The above referenced Contingency Fee Contract states as follows:

**"This contract is performable in Bexar County, Texas."**

d.  This contingency fee contract is dated November 7, 2017; signed by Christopher Ward; and is subject to an attorney/client privilege until further Ordered.

e.  The original underlying cause of this matter was filed in the **United States District Court for the Western District of Texas, San Antonio Division,** styled as *Christopher Ward, Individually, Representative of the Estates of Joann Ward Deceased and B.W., Deceased, Minor, and as Next Friend of R.W., a Minor,* Civil Action No. SA-19-CV-0829 and Consolidated in Civil Action No. SA-18-cv-00555-XR.

f.  As known to the Courts, the Western District of Texas, San Antonio Division, is located in Bexar County, Texas.

3.  Accordingly, Defendant claims Plaintiff's choice of county violates the general venue rule Tex. Civ. Prac. & Rem. Code Section 15.002(a), and hereby asserts that venue is proper in Bexar County for the reasons above and incorporated herein. Therefore, pursuant to the general

2 | P a g e

A&A Second Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

venue provisions cited herein, the venue of this cause is Bexar County, Texas.

4.    Further, Defendant has produced a copy of an Investigative Timeline and Overview of the voluminous work that Defendant put into the underlying matter while in Bexar County, Texas. (Please see *Exhibit C* and *Exhibit D*)

4.    Defendant requests a transfer of venue for convenience and in the interest of justice pursuant to Tex. Civ. Prac. & Rem. Code section 15.002(b), and submits affidavits in support of same.

    a.    Defendant claims the parties and witnesses will be inconvenienced by Plaintiff's choice of Nueces County because all the witnesses live in or adjacent to Bexar County, Texas.

    b.    Defendant claims maintenance of this suit in Nueces County will work an economic and personal hardship on the parties and witnesses because Nueces County is 147 miles and a two- and twenty-minutes' drive from Defendant, Anderson & Associates Law Firm, PLLC's principal office.

    c.    Defendant claims Bexar County will not work such economic and personal hardship on the witnesses because both Defendants' principal offices are located in San Antonio, Bexar County, Texas.

    d.    Defendant claims the balance of interests of all parties favors maintenance of the suit in Bexar County, Texas because Plaintiffs actively do business in San Antonio, Bexar County, Texas and have done so since at least 2009 as Anderson & Associates, PLLC.

    e.    Bexar County, Texas is a proper venue for this cause.

Therefore, pursuant to the general venue provisions and for the reasons cited herein this

3 | P a g e

A&A Second Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

cause is most appropriate in Bexar County, Texas.

## II.

### GENERAL DENIAL

6.    Defendant denies each and every allegation of Plaintiff's Original Petition, and demands strict proof thereof as required by the Texas Rules of Civil Procedure.

## III.

### DEFENDANT'S COUNTERCLAIM

*a) Facts*

7.    This suit arises from the Sutherland Springs, Texas massacre on November 5, 2017. Counter-Defendants' client, Chancie McMahan (hereinafter "McMahan"), the mother of the minor R.W. Counter-Defendant' client, McMahan, and Counter-Plaintiffs' client, Christopher Ward (hereinafter "Ward"), were not ever married and the child R.W. resided with Ward. Additionally, an Order in a Suit Affecting the Parent Child Relationship between both McMahan and Ward awarded that he right to make legal decision to Ward and not to McMahan.

On November 5, 2017 Michael Ward contacted Anderson & Associates Law Firm, and spoke to Paul Anderson regarding the shooting that occurred at the Sutherland Springs Baptist Church that killed and injured his family members. Christopher Ward was requesting our assistance in the case.

On November 7, 2017 Anderson & Associates Law Firm met with Christopher Ward at the University Health System Hospital in San Antonio, Bexar County, Texas, and executed the contract by Christopher Ward for himself individually, and next friend on behalf of Ryland Ward, his wife JoAnn Ward, and as next friend on behalf of Brooke Ward, executed contract attached

4 | P a g e

A&A Second Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

hereto as Exhibit A.

At the time Anderson & Associates Law Firm had represented members of the Ward family for more than twenty years and was currently representing Christopher Ward's father on a business matter.

On or about December 15, 2017 McMahan retained the Webster Law Firm, forty days after the massacre.

On or about December 15, 2017 the Webster Law Firm retained Thomas J. Henry Attorneys.

On or about December 29, 2017 the Webster Law Firm additionally retained Hilliard Martinez Gonzalez, LLP.

8.     McMahan had limited contact with the child, R.W., and scarcely visited R.W. at the Hospital even though R.W. had numerous surgeries from injuries he sustained during the Sutherland Springs Massacre. It was during one of these visits with R.W. that McMahan contracted with the Webster Law Firm for representation.

IV.

<u>CAUSES OF ACTION</u>

### *COUNT 1: COMMON LAW FRAUD*

9.     Defendant incorporates the facts set forth above.

10.    Defendant alleges that McMahan did not have the authority to retain Plaintiffs on behalf of the child, R.W. In the Order Affecting the Parent-Child Relationship, the exclusive right to make legal decisions on behalf of the child was awarded to the parent who had possession of the child, which was Ward and not McMahan. This was a fraudulent inducement by Ms. McMahan to Plaintiffs due to her false representations.

5 | P a g e

A&A Second Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

11. The elements of a cause of action for common law fraud are as follows:
   a. The party (McMahan) made a representation to the Plaintiffs;
   b. The representation was material;
   c. The representation was false;
   d. When the party made the representation, the party:
      i. Knew the representation was false; or
      ii. That the party made the representation recklessly, as a positive assertion, and without knowledge of its truth;
   e. The party made the representation with the intent that the Plaintiff act on it;
   f. The Plaintiff relied on the representation; and the representation caused the Plaintiff injury.

Defendant requests this court, after reviewing the applicable documents, declare the contracts entered into by McMahan as unenforceable and the out-of-pocket damages suffered by Defendant be charged against McMahan under the tort of common law fraud and the liability for the non-disclosure (*Smith v. National Resort Cmty., Inc. 585 S.W.2d 655, 658 (Tex. 1979)*)

False_representation_by_conduct — Under Common Law Fraud, deceptive conduct is equivalent to a false statement of fact. *Ten-Cate v first National Bank, 52 S.W.2d 323, 326.* A false representation by conduct can be established by proof of acts alone or by proof of a combination of conduct and concealment or conduct and works. McMahan's knowledge and non-disclosure that she was not awarded the right to make legal decisions on behalf of the child, R.W., caused the detrimental reliance of Counter-Defendants on McMahan's ability to enter into the contract for legal representation. Traditionally under a Suit Affective the Parent-Child Relationship or a Divorce, both parents of a child are awarded the independent right to make legal decisions on behalf of such child. In this instance, McMahan did not have this independent right but instead Ward was awarded the exclusive right to make legal decisions for R.W. It was McMahan's intent that Counter-Defendants relay on her representation that she had the authority to enter into the contract on R.W.'s behalf at the time of this tragedy.

6 | P a g e
A&A Second Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

### COUNT 2: DECLARATORY JUDGMENT

12.    Defendant incorporates the facts set forth above.

13.    On November 7, 2017, Christopher Ward retained Anderson & Associates Law Firm PLLC on behalf of himself and his minor son, R.W. R.W. was living with Ward at the time of the Sutherland Springs Massacre. Under the Suit Affecting the Parent Child Relationship, the Court awarded both McMahan and Ward the independent right to represent R.W. in legal action during their periods of possession.

14.    The Federal Tort Claims Act ("FTCA") caps awards of attorneys' fees to 25%. Thus far, Plaintiffs and Defendants have been unable to reach an agreement as to the division of attorneys' fees for the amount awarded to R.W. Accordingly, Defendant seeks a declaration from this Honorable Court, after reviewing the applicable documents, that the Defendants fee agreement is valid and reach a determination as to how the attorneys' fees should be divided.

### COUNT 3: QUANTUM MERUIT

15.    Defendant incorporates the facts set forth above, and asserts this cause of action in the alternative to their request for declaratory relief.

16.    Defendants provided valuable legal services to and/or on Plaintiffs behalf. Plaintiffs accepted the benefits of Defendants' services, which were reasonably worth the amount allowed under the FTCA. Plaintiffs had reasonable notice of Defendant's expected compensation for such services. Such services were provided under circumstances which Plaintiffs knew, or reasonably should have known, that it would be expected to compensate Defendants for services rendered. Plaintiffs retained the benefit of Defendants services. Defendants are entitled to recover from Plaintiffs, based upon quantum meruit, the reasonable value of the services performed.

17.    Defendants provided services which Plaintiffs accepted. As such, Defendant seeks

7 | P a g e

A&A Second Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

damages under quantum meruit for the value of the work they performed.

**V.**

**DEFENDANT'S RESPONSE TO PLAINTIFFS' SPECIAL EXCEPTIONS**

18.  Defendant Anderson & Associates Law Firm, PLLC addressed Plaintiffs' Special Exceptions, Amended Defendant's Original Answer and cured the alleged pleading defects.

**VI.**

**PRAYER**

Defendant prays the Court:

1.  Will transfer this cause to Bexar County;

2.  Will dismiss the Plaintiff's Petition;

2.  Will deny Plaintiff's Special Exceptions; and

3.  Order Plaintiffs to pay all of Defendant's court costs and attorney fees as a direct result of the original lawsuit and after notice and hearing or trial, enters judgment in favor of Defendant, awards Defendant the costs of court, attorney's fees, and such other and further relief as Defendant may be entitled to in law or in equity.

Respectfully submitted,
ANDERSON & ASSOCIATES LAW FIRM

By: _Kandyce Palamarchuck_
    Kandyce Palamarchuck
    Texas Bar No. 24095451
    E-File Email: rd.aalaw@yahoo.com
    2600 S. W. Military Dr. Ste. 118
    San Antonio, Texas 78224
    Tel. (210) 928-9999
    Fax. (210) 210-928-99118
    Attorney for Defendant

8 | P a g e

A&A Second Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CERTIFICATE OF SERVICE

I certify that on April 11, 2023 a true and correct copy of Defendant's First Amended Answer, Motion to Transfer Venue, Counter Claim and Response to Plaintiff's Special Exceptions were served on Plaintiff's and Co-Defendant as follows:

*Via E-Service*

HILLARD MARTINEZ GONZALES, LLP
Robert C. Hilliard
John B. Martinez
Rudy Gonzales, Jr.
Catherine Tobin Hilliard
T. Christopher Pinedo
Marion M. Reily

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
Tel: (361) 882-1612
Fax: (361) 882-3015
*Attorneys for Plaintiffs*

and

LAW OFFICE OF THOMAS J. HENRY
Robert P. Wilson
PO Box 696025
San Antonio, Texas 78269
Tel: (210) 656-1000
Fax: (210) 985-0601
*Attorney for Plaintiffs*

DIEGO LAW
Diego Lopez
8118 Datapoint Drive
San Antonio, Texas 78229
Tel: (210) 614-6400
E-file Email: diego@diegolaw.com
CC: Email: asst@diegolaw.com
*Attorney for Defendant*

*Kandyce Palamarchuck*
Kandyce Palamarchuck

9 | P a g e

A&A Second Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS Plaintiff, | § § § § § | IN THE COUNTY COURT AT LAW |
| v. | § § | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC, Defendant. | § § § § | NUECES COUNTY, TEXAS |

## VERIFICATION

BEFORE ME, the undersigned authority, personally appeared Kandyce Palamarchuck, who being duly sworn, deposed as follows:

"My name is Kandyce Palamarchuck. I am an Attorney for Anderson & Associates Law Firm, PLLC. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged in Defendant's ~~First~~ Second Amended Answer, Motion to Transfer Venue, Counterclaim and Response to Plaintiff's Special Exceptions . I hereby swear that the statements in support of Defendant's First Amended Answer, Motion to Transfer Venue, Counterclaim and Response to Plaintiff's Special Exceptions are true and correct."

Kandyce Palamarchuck, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on April 11, 2023 , by

Kandyce Palamarchuck

Notary Public, State of Texas

10 | P a g e
A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

P381

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS Plaintiff, | § § § § § | IN THE COUNTY COURT AT LAW |
| V. | § § | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC, Defendant. | § § § § § | NUECES COUNTY, TEXAS |

### AFFIDAVIT IN SUPPORT OF DEFENDANT'S FIRST AMENDED ANSWER, MOTION TO TRANSFER VENUE, COUNTERCLAIM AND RESPONSE TO PLAINTIFF'S SPECIAL EXCEPTIONS

BEFORE ME, the undersigned authority, personally appeared Paul Anderson, who being duly sworn, deposed as follows:

"My name is Kandyce Palamarchuck. I am an Attorney for Anderson & Associates Law Firm, PLLC. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged herein this Affidavit in Support of Defendant's First Amended Answer, Motion to Transfer Venue, Counterclaim and Response to Plaintiff's Special Exceptions."

Kandyce Palamarchuck, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on _April 11, 2023_, by

Notary Public, State of Texas

11 | P a g e
A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS Plaintiff, | § § § § § | IN THE COUNTY COURT AT LAW |
| V. | § § | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC, Defendant. | § § § § | NUECES COUNTY, TEXAS |

### AFFIDAVIT IN SUPPORT OF
### DEFENDANT'S FIRST AMENDED MOTION TO TRANSFER VENUE

BEFORE ME, the undersigned authority, personally appeared Kandyce Palamarchuck, who being duly sworn, deposed as follows:

"My name is Kandyce Palamarchuck. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged herein this Affidavit in Support of Defendant's Second Amended Answer, Motion to Transfer Venue, Counterclaim and Response to Plaintiff's Special Exceptions. The county of proper venue is maintainable in Bexar County, wherein transfer is sought, for the convenience of the parties and witnesses and in the interest of justice. The balance of interests of all the parties predominates in favor of the action being brought in another county, such as in this matter. The transfer of this matter from Nueces County to Bexar County, Texas is proper and would not work an injustice to any other party."



Kandyce Palamarchuck, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on _____ 11, 2023, by
Kandyce Palamarchuck

_____
Notary Public, State of Texas

2 | P a g e

A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# Defendant Anderson and Associates

## <u>Exhibit A</u>

---

### Defendant Anderson and Associates ~~First~~ _Second_ Amended Answer
### and Response to Plaintiff's Special Exceptions

---

**_Cause No: 2022CCV-60432-1_**

_Hilliard Martinez Gonzales LLP and Thomas J. Henry Injury Attorneys, Plaintiffs_
_vs._
_Anderson & Associates Law Firm, PLLC and Anderson & Law Office of Diego Lopez, PLLC,_
_Defendants_

**_Nueces County, Texas_**



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# COUNTY COURT AT LAW 1

**Todd Robinson**

## Biography

**The Honorable Todd Robinson...**

## Description of Office

Nueces County Courts at Law have jurisdiction over criminal misdemeanors, probate matters and civil lawsuits. Their civil jurisdiction is more than that of the Justice of the Peace courts and the same as that of the District Courts.





Texas Parks & Wildlife, CONANP, Esri, HERE, Garmin, Foursquare, SafeGraph, GeoTechnologies, Inc, METI/NASA, ...     Powered by Esri

**Total 1 facility found.**



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# DISTRICT COURTS

## List of Judges

28th District Court: **Nanette Hasette** (Watch)

94th District Court: **Bobby Galvan** (Watch)

105th District Court: **Jack W. Pulcher** (Watch)

117th District Court: **Susan Barclay** (Watch)

148th District Court: **David Klein** (Watch)

214th District Court: **Inna Klein** (Watch)

319th District Court: **David Stith** (Watch)

347th District Court: **Missy Medary** (Watch)


IV-D Court: **Susan Barclay** (Watch)


Magistrate Court: (Watch)


## Description of Office

District courts are the primary trial courts in Texas. The Constitution of the Republic provided for not less than three or more than eight district courts, each having a judge elected by a joint ballot of both houses of the Legislature for a term of four years. Most constitutions of the state continued the district courts but provided that the judges were to be elected by the qualified voters. (The exceptions were the Constitutions of 1845 and 1861 which provided for the appointment of judges by the Governor with confirmation by the Senate). All constitutions have provided that the judges of these courts must be chosen from defined districts (as opposed to statewide election). In many locations, the geographical jurisdiction of two or more district courts is overlapping. As of September 1, 2014, there were 458 district courts in Texas.

District courts are courts of general jurisdiction. Article V, Section 8 of the Texas Constitution extends a district court's potential jurisdiction to "all actions" but makes such jurisdiction relative by excluding any matters in which exclusive, appellate, or original jurisdiction is conferred by law upon some other court. For this reason, while one can speak of the "general" jurisdiction of a district court, the actual jurisdiction of any specific court will always be limited by the constitutional or statutory provisions that confer exclusive, original, or appellate jurisdiction on other courts serving the same county or counties.

With this caveat, it can be said that district courts generally have the following jurisdiction:

- Original jurisdiction in all criminal cases of the grade of felony and misdemeanors involving official misconduct
- Cases of divorce
- Suits for title to land or enforcement of liens on land



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

- Contested elections
- Suits for slander or defamation
- Suits on behalf of the State for penalties, forfeitures and escheat

Most district courts exercise criminal and civil jurisdiction, but in the metropolitan areas there is a tendency for the courts to specialize in civil, criminal, juvenile or family law matters. Thirteen district courts are designated "criminal district courts" but have general jurisdiction. A limited number of district courts also exercise the subject-matter jurisdiction normally exercised by county courts.

The district courts also have jurisdiction in civil matters with a minimum monetary limit but no maximum limit. The amount of the lower limit has for many years been the subject of controversy, with differing opinions from the courts of appeal. House Bill 79 from the 82nd Legislature, 1st Called Session (2011) included a provision in Section 24.007(b) of the Government Code which was intended to resolve the dispute and to set the minimum jurisdiction of district courts at $500. However, there is still a potential conflict between Article V, Section 8 of the Texas Constitution (which gives the district courts jurisdiction of all actions...except in cases where exclusive) and the amendment. Therefore, there are still differing opinions as to whether the minimum monetary jurisdiction of the district courts is $200.01 or $500. In counties having statutory county courts, the district courts generally have exclusive jurisdiction in civil cases where the amount in controversy is $200,000 or more, and concurrent jurisdiction with the statutory county courts in cases where the amount in controversy exceeds $500 but is less than $200,000.

The district courts may also hear contested matters in probate cases and have general supervisory control over commissioners courts. In addition, district courts have the power to issue writs of habeas corpus, mandamus, injunction, certiorari, sequestration, attachment, garnishment, and all writs necessary to enforce their jurisdiction. Appeals from judgments of the district courts are to the courts of appeals (except appeals of death sentences).

A 1985 constitutional amendment established the Judicial Districts Board to reapportion Texas judicial districts, subject to legislative approval. The same amendment also allows for more than one judge per judicial district.



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# Defendant Anderson and Associates

## Exhibit B

---

## Defendant Anderson and Associates ~~First~~ Second Amended Answer and Response to Plaintiff's Special Exceptions

---

### Cause No: 2022CCV-60432-1

*Hilliard Martinez Gonzales LLP and Thomas J. Henry Injury Attorneys, Plaintiffs*

*vs.*

*Anderson & Associates Law Firm, PLLC and Anderson & Law Office of Diego Lopez, PLLC, Defendants*

### Nueces County, Texas



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CONTINGENCY FEE CONTRACT

THIS IS AN AGREEMENT between ANDERSON & ASSOCIATES LAW FIRM (hereinafter called Attorney) of the City of San Antonio Bexar County Texas and the undersigned (hereinafter called Client), whereby Client retains and employs Attorney to represent Client in Prosecuting Clients claim as follows:

_Related to the Sutherland Springs Shooting Dated 11/5/17 & the deaths of Joann Brock Ward, the death of Emily Garcia & survivor to Ryland Ward_

Client empowers Attorney to file such legal action as may be advisable in Attorney's judgment.

Client agrees to pay attorney as attorneys fee for such representation · _____ of any gross recovery before action is filed · _____ ) of any gross recovery after the action is filed but before the commencement of trial and _____ ) of any gross recovery after commencement of trial. This contract constitutes a conveyance to said attorney of an undivided interest in the entire cause of action, in the percentages heretofore set forth. If settlement of this case is made by structured settlement attorney fees will be computed on the basis of a Percentage of the total cost of the settlement. The attorney fees shall be paid out of the initial cash payment.

All costs, necessary disbursements and reasonable personal expenses that are incurred by Attorney for and on behalf of Client and Clients cause are to be reimbursed by Client from that portion of any recovery that is payable to Client after calculation of Attorney's contingency fee hereunder. The parties expressly understand that in the event no recovery is obtained on the claim the subject of this retainer agreement, Attorney will make no charges for Attorney's time, services, fees, costs, or other expenses with Attorney may have advanced.

Neither Client nor Attorney will make a settlement of the claim herein or accept any sum without consent of the Client.

Client understands that Attorney had made no representations Concerning the Successful termination of this claim or the favorable outcome of any legal action that may be filed, and does not guarantee that Attorney will obtain reimbursement to Client of any of Clients costs or expenses resulting from the incident described above, out of which this claim arises. Client further expressly acknowledges that all statements of Attorney on these matters are statements of opinion only.

Client assigns all personal injury protection benefits directly to Anderson & Associates Law Firm, for the purposes of disbursement and payment of medical bill incurred by Client. Client authorizes Attorney to sign, endorse or execute any and all documents, checks, releases or forms related to this cause or action.

Client authorizes the sending of medical and hospital bills to Attorney, and in the event of recovery by trial or settlement authorizes Attorney to pay health care providers directly and to deduct the same from any recovery which may be due Client.

Client hereby gives Attorney Clients power of attorney on Client's case under this contract at no additional cost to Client. Attorney is authorized to enter into an agreement to refer Client's case to another attorney to share attorney's fees with the other attorney at no additional cost to Client, and to discuss all attorney-client communications with any associated attorney of referral attorney.

After review of Client's case by Attorney, Attorney may, at is sole discretion elect not to pursue Client's case, if Attorney does not feel it is feasible to do so.

This contract is performable in Bexar County, Texas.

DATE _11/2/17_

CLIENT 

WITNESS _____

CLIENT _As N/o/f & Survive/Texas_

Defendant A & A 000019

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# Defendant Anderson and Associates

## <u>Exhibit C</u>

Defendant Anderson and Associates First Second Amended Answer
and Response to Plaintiff's Special Exceptions

### *Cause No: 2022CCV-60432-1*

*Hilliard Martinez Gonzales LLP and Thomas J. Henry Injury Attorneys, Plaintiffs*
*vs.*
*Anderson & Associates Law Firm, PLLC and Anderson & Law Office of Diego Lopez, PLLC,*
*Defendants*

### *Nueces County, Texas*



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Chris Ward
2415 Hartfield Rd.
Lavernia, Texas 78121

## Invoice 2021-

| Date | September |
|------|-----------|
|      |           |

In Reference To: Ward v. United States of America (Federal Case)

| Date | By | Services | Hours | Rates | Amoun |
|------|----|----|-------|-------|-------|
| 1/7/2021 | KK | Draft and file motion | .5 | | |
| 1/7/2021 | SN | Review and file Air Force Damage expert Design | 1 | | |
| 1/7/2021 | OQ | Ward Filing review | .2 | | |
| 1/7/21 | SN | Review and file new custody agreement. | .5 | | |
| 1/8/2021 | KK | Dr. Roman Deposition | 2 | | |
| 1/8/2021 | OQ | Dr. Roman Deposition | 2.5 | | |
| 1/21/2021 | OQ | Review and file Air Force Motion for continuance | .5 | | |
| 1/11/21 | SN | File and review Defendants Amended Designation | .3 | | |
| 1/11/21 | SN | File and save final contest & application for Admin | .3 | | |
| 1/11/21 | SN | File and review Order Denying plaintiffs partial Msj | .3 | | |
| 1/12/21 | SN | File and review Second motion to Quash | .2 | | |
| 1/12/21 | SN | Review Exhibit A on motion to quash | .2 | | |
| 1/12/21 | SN | Review exhibit B on motion to quash | .2 | | |
| 1/12/21 | SN | Review exhibit C on motion to quash | .2 | | |
| 1/12/21 | SN | Review and file exhibit D on motion to quash | .2 | | |
| 1/12/21 | SN | Review and file exhibit E on motion to quash | .2 | | |
| 1/12/21 | SN | Review and file proposed order on motion to quash | .2 | | |
| 1/12/21 | SN | Review and file notice of attorney appearance | .2 | | |
| 1/13/21 | SN | Review and file doc 323 Suggestion of death | .3 | | |
| 1/13/21 | SN | Review and file motion to continue trial | .3 | | |
| 1/20/21 | OQ | Review and file Pysch Reports | 1 | | |
| 1/20/21 | OQ | Review and file updated school records | 1 | | |
| 1/20/21 | OQ | Review Texas Rangers Deposition Rebbeca Kelly | 1 | | |
| 1/20/21 | SN | Review Texas Rangers Deposition Rebbeca Kelly | 2 | | |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

| | | | | |
|---|---|---|---|---|
| 1/20/21 | SN | Review Texas Rangers Deposition Michelle Shields | 2 | |
| 1/21/21 | SN | Review Texas Rangers Deposition Danielle Smith | 2 | |
| 1/21/21 | SN | Review Texas Rangers Deposition Michael Kelley | 2 | |
| 1/21/21 | SN | Review and file order to continue trial | .3 | |
| 1/21/21 | SN | Review and file Suggestion of death as to Joanne | .3 | |
| 1/22/21 | SN | Review and file exhibit 1 to doc 320 | .2 | |
| 1/26/21 | SN | Review and file exhibit 2 to doc 320 | .2 | 14hr |
| 1/26/21 | SN | Review and file exhibit 3 to doc 320 | .2 | |
| 1/26/21 | SN | Review and file doc 320 USA resp. to Academy Motion to quash | .2 | |
| 1/26/21 | SN | Review and file Order transferring to Dist Crt Wilson Co. | .5 | |
| 1/26/21 | SN | Review and file Plaintiff's response | 1 | |
| 1/26/21 | SN | Review and fil exhibit 1 to plaintiff's response | .5 | |
| 1/27/21 | SN | Review and file exhibit 2 to plaintiff's response | .5 | |
| 1/27/21 | SN | Review and file exhibit 3 to plaintiff's response | .5 | |
| 1/27/21 | SN | Review and file exhibit 4 to plaintiff's response | .3 | |
| 1/28/21 | SN | Review and file exhibit 5 to plaintiff's response | .3 | |
| 1/28/21 | SN | Review and file exhibit 6 to plaintiff's response | .3 | |
| 1/28/21 | SN | Review and file exhibit 7 to plaintiff's response | .3 | |
| 1/28/21 | SN | Review and file exhibit 8 to plaintiff's response | .3 | |
| 1/28/21 | SN | Review and file exhibit 9 to plaintiff's response | .3 | |
| 1/28/21 | SN | Review and file exhibit 10 to plaintiff's response | .3 | |
| 1/28/21 | SN | Review and file exhibit 11 to plaintiffs response | .3 | |
| 2/2/21 | SN | Review and file Exhibits and dcouments related to Doc 337-360 | 4 | |
| 2/10/21 | SN | Review and save Air Force shared documents | 4 | |
| 2/11/21 | | Review and save Air Force shared documents | 4.5 | |
| 3/4/21 | SN | Review and file Exhibits and documents related to Doc 360-382 | 3.7 | 21.8 |
| 3/11/21 | SN | Review and file documents/ exhibits related to Doc 382-400 | 3.5 | |
| 3/16/21 | SN | Review video and audio deposition of Vince Bustillo | 3.4 | |
| 3/17/21 | SN | Review and file Exhibits 400-407 Related to Filing of plaintiff's deposition | 1.2 | 29.9 |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

| 3/18/21 | SN | Review And save Shared documents | 4.8 |
| 3/24/21 | SN | Amended/ updated Life Care plan | 2 |
| 1/25/2021 | SN | Draft Letter to Dr. Roman and mail letter | .5 |
| 2/3/2021 | OQ | Draft Order | .3 |
| 2/5/2021 | SN | Request Affidavit of Cost from South Texas Radiology | .3 |
| 2/5/2021 | SN | Review Business Records Air Method | 1 |
| 2/5/2021 | SN | Request Affidavit of Cost Air Method | .3 |
| 2/10/2021 | SN | Review documents sent by Feltoon | .3 |
| 2/11/2021 | SN | Review Shared Documents | 3 |
| 2/11/2021 | OQ | Review Shared Documents | 3 |
| 2/19/21 | SN | Review and file Ward family Tree | .5 |
| 2/19/21 | SN | Review and file Probate package | .4 |
| 2/22/2021 | SN | Review and file Motion To Quash | .8 |
| 2/25/21 | SN | Create Request and fax Affidavits to UHS for updated service | 1 |
| 3/2/21 | SN | Revie, mark calendar and save Attorney vacation notice | .2 |
| 3/3/2021 | SN | Review and file Air Force motion to exclude Dr Younger | .5 |
| 3/4/2021 | SN | Scan and Review joint pretrial order | .5 |
| 3/11/21 | KK | Clinton Mills Deposition review | 2 |
| 3/11/21 | OQ | Clinton Mills Deposition review | 2 |
| 3/11/21 | KK | Col Robert Ford Deposition review | 2 |
| 3/11/21 | OQ | Col Robert Ford Deposition review | 2 |
| 3/12/21 | OQ | Review Medical experts' testimony regarding Ryland Ward | 1 |
| 3/12/21 | KK | Emily Willis Deposition review | 2 |
| 3/12/21 | OQ | Emily Willis Deposition review | 2 |
| 3/12/21 | KK | James Hoy Deposition review | 2 |
| 3/13/21 | OQ | James Hoy deposition and review | 2 |
| 3/13/21 | OQ | James Poorman deposition and review | 2 |
| 3/14/21 | OQ | Lyle Bankhead deposition review | 2 |
| 3/14/21 | OQ | Robert Bankhead deposition review | 2 |
| 3/15/21 | OQ | Vince Bustillo deposition review | 2 |
| 3/15/21 | OQ | Yonatan Holz deposition review | 2 |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

| Date | | | |
|---|---|---|---|
| 3/15/21 | SN | Review and file objection | .5 |
| 3/22/2021 | OQ | Review John Ryner Documents | 1.5 |
| 3/30/21 | SN | Review and save 2nd amended exhibit list | 1 |
| 4/5/21 | SN | File and save Appearance of lead counsel for Chancey | .2 |
| 4/6/2021 | SN | File and scan Motion for clarification | .2 |
| 4/14/21 | SN | File and save motion to modify | .2 |
| 4/16/21 | SN | File and save objection to motion for clarification | .2 |
| 4/22/2021 | OQ | Draft letter to Anton Hajek and mail letter | .5 |
| 4/25/2021 | SN | Review and save Share Files | 4 |
| 4/6-20/21 | KK | Trial | 77.5 |
| 4/6-20/21 | OQ | Trial | 68.3 |
| 4/6-20/21 | RD | Trial | 30 |
| 4/6-20/21 | SN | Trial | 16 |
| 5/4/21 | SN | File and save Amended motion | .2 |

Current total=276.6 hours

0.50        $



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# Defendant Anderson and Associates

## **Exhibit D**

---

## Defendant Anderson and Associates First ~~Second~~ Amended Answer
## and Response to Plaintiff's Special Exceptions

---

### *Cause No: 2022CCV-60432-1*

*Hilliard Martinez Gonzales LLP and Thomas J. Henry Injury Attorneys, Plaintiffs*
*vs.*
*Anderson & Associates Law Firm, PLLC and Anderson & Law Office of Diego Lopez, PLLC,*
*Defendants*

### *Nueces County, Texas*



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# Sutherland Springs Baptist Church
# Mass Casualty Event

**Timeline Overview**

Below is a timeline summary of the November 5, 2017 Sutherland Springs Baptist Church shooting event. The timeline includes pre-incident activity by the shooter and covers the investigative efforts up to the end of the scene investigation on 11/10/2017. Times for the listed activities were listed when appropriate and when those times were available.

**December 22, 2014**
- Suspect purchased Glock, Model 19, 9mm handgun from sporting store in Colorado Springs, CO.

**April 7, 2016**
- Suspect purchased Ruger AR-556 rifle from Academy Sports, San Antonio.

**August 6, 2017**
- Suspect purchased AR500 body armor with tactical plates.

**October 28, 2018**
- Suspect ordered two, 100-round high capacity .223 drums (suspect never received).

**November 4, 2017**
8:35 PM - Suspect abandoned security post at security job leaving the facility unsecured.

**Sunday, November 5, 2017**
10:30 AM - Suspect restrained his wife to bed and left their home (on parent's property) dressed in tactical gear and carrying a black "rifle", duffle bag.

11:12 AM - Suspect arrived at the Sutherland Springs Baptist Church and parked his Ford Expedition SUV directly in front of the main entrance.

11:15 AM - Suspect exited the SUV wearing all black tactical gear, protective vest, white print "skull" mask, and armed with a Ruger semi-automatic rifle and a Glock 9mm handgun. Suspect opened fire on the church from outside (254 shots outside).
- The skull print on the mask is indicative of the Marvel Comics character "The Punisher".

11:17 AM – First 911 call made to Wilson County Sheriff's Office reporting gunman at Sutherland Church shooting.

1



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Investigative Timeline & Overview

11:18 AM - Wilson County Dispatch – All officers respond to Sutherland Springs Church – Active Shooting in progress.

11:20 AM - Suspect entered the church building through the main entrance. Suspect began shooting church attendees within the sanctuary room (196 shots inside).
- 26 Deceased
- 21 Wounded
- (450 total shots fired by suspect)
- Duration of the shooting event – approximately 7 minutes 24 seconds.

11:23 AM - Suspect exited the church and was engaged by an armed civilian (Steven Willeford). The two exchange gunfire and suspect was wounded with two, non-fatal gunshots. Suspect fled the scene in the Ford SUV.

11:29 AM - Wilson County Deputies and area LEO's arrived at Sutherland Springs Church.

11:32 AM - All available area ambulances dispatched to respond to Sutherland Springs Church.

11:35 AM - Suspect vehicle located in a field approximately 10 miles north of Sutherland Springs with suspect found inside, deceased from an apparent self-inflicted gunshot wound to the head.

11:40 AM - Texas Rangers notified of the mass shooting.

11:45 AM - Company "F" Texas Ranger Major Corey Lain (Incident Commander) notified of the shooting with more than 20 deceased victims.

3:00 PM - Rangers, San Antonio PD, and Bexar County Deputies sent to area hospitals to process ambulances for evidence and document incident-related victims. Federal Bureau of Investigation and HSI agents initiated neighborhood canvass for evidence and witness information.

3:15 PM - Incident Commander, Major Lain, arrived on scene.

3:45 PM - At the request of the Wilson County Sheriff's Office, Texas Rangers assumed control of the investigation including incident command.

4:00 PM - Initial Victim's Assistance Center established at Sutherland Springs Vol. Fire Department.

5:00 PM - THP Crash Investigation Team assigned to document Guadalupe Co. Crime scene of suspect vehicle recovery location.
- Justice of the Peace requested to respond and arrived at the church crime scene.
- Crime Scene Team utilized Leica digital scan to document victims' body positions within the crime scene.

6:00 PM - Established on-scene morgue to house victims' bodies once removed from crime scene.

6:30 PM - Identification efforts of the deceased victims began as they were removed from the crime scene.

2



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Investigative Timeline & Overview

8:30 PM -   Victim Assistance Center relocates from volunteer fire department building to
River Oaks Church.
10:00 PM -  Notification of Next of Kin begins.

Monday, November 6, 2017

12:33 AM -  Notification made to family of the last victim who was able to be identified at the
crime scene. One victim (female) remains unidentified due to catastrophic
injuries to identifying features.
2:00 AM -   Final victim's body was removed from the church sanctuary crime scene.
4:07 AM -   All family notifications are complete. Final female victim identified though tattoo
comparisons.
6:00 AM -   Autopsy of suspect (Devin Kelley) performed at Travis County Medical Examiner's
Office.
8:00 AM -   Autopsy begins at Bexar County Medical Examiner's Office for deceased victims
from church crime scene. The autopsies for first 13 victims will be completed on
1/6/17.
8:30 AM-    Numerous evidentiary processes begins and is carried on throughout the day and
into the evening by Rangers and FBI working groups.
o   Formal search of interior and exterior crime scenes.
o   Documentation of crime scene (photograph / aerial photos).
o   Suspect vehicle processed by Rangers at the Guadalupe County Sheriff's
Office.
o   Received all evidence from assisting agencies (over 1,000 items) and
documented on evidence log sheets.

Tuesday, November 7, 2017

8:00 AM-    Autopsies of deceased victims continues at the Bexar County Medical Examiner's
Office. The autopsies for eight victims will be completed on 11/7/2017.
8:30 AM-    Evidentiary processes continue and carry on throughout the day and into the
evening.
-   The formal search for and identification of evidence continues.
-   Documentation and collection of identified evidence began.
-   Interior of the church was scanned (as found) using digital forensic technology -
Leica.
-   Exterior of the church was scanned (as found) using digital forensic technology -
Leica.
3:00 PM -   Identification of vehicles at the church belonging to victims.
4:00 PM-    Removal of vehicles to River Oaks Church to be released to family members by
Victim Assistance coordinators (FBI & DPS).

3



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Investigative Timeline & Overview

4:00 PM- Identification of all deceased victims is officially confirmed by Bexar County Medical Examiner's Office.

7:00 PM - List of deceased victims' identifiers confirmed by Bexar Co. ME Office completed and submitted for release to public.

**Wednesday, November 8, 2017**

8:00 AM- Autopsies of the deceased victims continues at the Bexar County Medical Examiner's Office. The autopsies for the remaining four victims of the shooting incident will be completed on 11/8/17.

8:30 AM- Evidentiary processes continue and carry on throughout the day and into the evening.
- Church interior is reconstructed by investigators to the condition prior to the shooting incident.
- Documentation of projectile trajectories and defects after the interior is returned to pre-shooting configuration.
- Digital Forensic Scan of church interior after in the original, pre-incident configuration.

9:00 AM - Personal property belonging to victims that was recovered from the church interior is released to Victim Assistance coordinators at River Oaks Church.

11:08 AM - DPS confirms deceased victims' identities in press release to the public.

7:00 PM - Initiate crime scene extraction in preparation of releasing the crime scene to Wilson Co.

**Thursday, November 9, 2017**

7:30 AM - Process and repackaged evidence from ME office.

9:25 AM - Released church crime scene to Wilson County Sheriff's Office.

10:30 AM - Released last of the recovered property to Victim Assistance at Sutherland Springs Family Center.

11:00 AM - Incident Command and Team Leads met at the Wilson County Convention Center (Floresville) and began discussions on investigative procedures and reporting.
- Church released from Wilson County to Sutherland Springs Baptist Church officials.

**Friday, November 10, 2017**

7:00 AM - All involved Rangers met at the Wilson County Convention Center.
- Incident Command and Team Leads present and explain reporting protocols for the Sutherland Springs Shooting Incident to investigating Rangers.

4



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

-    Rangers coordinated investigative reports with each other and under the direction
    of identified investigative team leads.
4:00 PM -    Rangers released from Floresville to return to duty stations.
5:00 PM -    Incident Command released Wilson County Convention Center.

## Incident Overview

On 11/05/2017, at approximately 11:15 AM, an armed gunman dressed in all black military-style clothing and wearing a black mask with a white skull print committed an unprecedented attack on an unassuming church in rural Texas that left 26 churchgoers dead and 21 wounded.

The Texas Department of Public Safety, along with numerous local, state, and federal agencies converged on the crime scene in Sutherland Springs in response to the report of a mass casualty shooting event at the Baptist Church. This document is intended to give a brief account of those agencies' actions from the initial call to the initiation of the criminal investigative process. This process followed six basic scene response protocols; *Neutralize/Apprehend Threat, Provide Immediate Medical Care, Evacuate Wounded, Secure the Incident Scene, Identify and Account for Involved Persons, and Initiate Investigation Protocols.* Each protocol will be briefly described and then will be followed by a summary of how that discipline was applied to the Sutherland Springs incident response.

## Neutralize / Apprehend Threat

*An active shooter event typically involves an armed individual targeting a confined, populated area who is intent on killing as many people as possible within a short span of time. The first action by law enforcement in these types of scenarios is to immediately deploy to the affected location and to neutralize the threat.*

Within minutes of the gunman opening fire on the tiny Texas church, 911 calls began pouring into the Wilson County Sheriff's Office Communications Center from persons both from inside of the church reporting the active shooting event. Officers were immediately dispatched to the scene as a high-priority response call to an active shooter event. Officers were given only basic information of a gunman dressed in black shooting and killing people in the church. Initial responding officers from surrounding areas who were first on scene approached the church quickly but cautiously as there was still a very real possibility the gunman remained in the church, possibly lying-in-wait for officers. Officers had to pass by wounded as they quickly made their way through the church in an attempt to locate and eliminate the threat before attending to victims.

Once the church property including attached buildings was clear, officers and additional first responders rushed into the church and began searching for survivors. The search of the church was complicated by the congestion caused by tightly arranged rows of seats and the victims lying between and underneath church pews. At the onset of the shooting, church-goers took cover underneath the rows of church

5



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

pews and remained there, tucked together sometimes on top of each other until well after the shooting stopped. Responders realized the obstruction caused by the church seats and began removing church pews to allow better access to the wounded and to permit evacuation or emergency medical aid to begin.

Even as the process for providing initial care to the wounded began, officers were still faced with the possibility of a secondary attack. Without the benefit of any additional information, officers remained vigilant in protecting the church from additional assaults on the church by the gunman's return or unidentified accomplices.

### Emergency Medical Intervention

*Once the immediate threat had been located and neutralized, care for the wounded is given the highest priority in an effort to prevent any additional loss of life and to provide medical care to the wounded as quickly as possible.*

As soon as the Sutherland Springs Church was cleared of the threat, first responders rushed into the church and began escorting the walking wounded out of the building. Officers and other first responders removed church pews from their foundations to allow for access to victims who were incapacitated underneath church seating. Officers who were equipped with emergency trauma medical gear began providing critical first-aid with gear from their medical kits. At this point during the event, the scene was a chaotic mix of first responders and volunteers assisting survivors with medical attention.

### Evacuate Wounded

*A critical piece of the initial phase of a catastrophic event is the efficiency by which surviving victims are transported to advanced medical care. It is of the utmost priority to identify the critically wounded within the scene and evacuate them to the nearest medical facility in order to best ensure the greatest chances of survival.*

All ambulances in the Wilson County area were dispatched to the Sutherland Springs Baptist Church and began arriving shortly after first responders and volunteers evacuated surviving victims from the church building. Wounded victims were transported from the crime scene to several, separate area hospitals to avoid overwhelming or straining the resources of any one hospital. Additional victims who suffered less critical injuries were transported from the church by family members or volunteers to area hospitals by private vehicles.

Again, priority is placed on transferring surviving victims from the scene to immediate medical attention by the most expeditious means available. During this fast-paced process, there is little time to document or account for the identities of victims, when they were transported and by who, and to which medical facility they were transported. Identifying this information would later prove to be



6



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

challenging for investigators charged with verifying and documenting victim and witness information during this phase. Through methodical interviews of witnesses, volunteers, and first responders, investigators were successful in obtaining all of the relative information that proved to assist in identifying victims involved in the incident.

### Secure the Incident Scene

*After the termination of all medical and evacuation efforts, the physical scope of the scene must be correctly identified and secured by law enforcement personnel. Every precaution must be taken to secure and control the crime scene from any unnecessary intrusion that could potentially contaminate or risk the availability of crucial evidence.*

Sutherland Springs is a rural community with a population of less than 1,000 *(2016, US Census)* that relies upon the Wilson County Sheriff's Office for law enforcement protection and support. When an attack of this scale occurs in a rural setting, the natural, appropriate reaction by local law enforcement and volunteers is to rush to the affected areas and help in any way possible. The Sutherland Springs shooting involved numerous crime scenes that, if not addressed quickly, could have been at risk of contamination by the intrusion of unnecessary personnel into the scene. After the initial response phases are complete and affected scenes are secure, these crime scene incident areas also become areas of interest to the curious and can often become congested with unnecessary law enforcement and support personnel walking in and out of locations that should be protected.

The arrival of various personnel to the scene after the conclusion of medical evacuation efforts can prove to be problematic for investigators who will later be tasked with the responsibility of identifying all persons who responded to the crime scene, what their involvement was if any, and determine what, if any, items/evidence were moved or removed from the scene. Accurately identifying some of this information proved to be critical in determining the gunman's actions as well as the sequence of events during the shooting incident. Rangers and Federal Bureau of Investigation/ERT investigators were quick to identify the crime numerous crime scenes involved and took the necessary steps to identify those areas with clear markings along with security personnel tasked with verifying that all personnel attempting to enter those areas were authorized to do so.

### Identify and Account for Involved Persons

*The responsibility of the investigators in charge of the crime scene investigation is to identify all involved parties and document, with supporting verification, their involvement in the incident. One of the highest priorities associated with a mass casualty event is to confirm the identity of all deceased victims and provide that information to family members and necessary officials.*

The priority task of the Texas Rangers and supporting investigating agencies in the immediate aftermath of the Sutherland Springs Church attack was to identify, with absolute certainty, the identities of all who were killed, wounded, or otherwise involved in the church shooting. The highest priority was given to

7



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Investigative Timeline & Overview

identifying the deceased victims and removing their bodies from the crime scene. This task proved to be one of the most difficult aspects of the Rangers' investigative tasks as they worked around challenges of crime scene documentation and the logistics of moving a large number of victims to locations that are not prepared to handle the volume of victims created by this event. Rangers worked tirelessly to verify the identity of witnesses present inside of the church, wounded victims, and deceased victims including the gunman.

The gunman who, as stated earlier in this writing, was located in a rural field approximately ten miles from the Sutherland Springs Church, was initially identified by documents located in his 2012 Ford Expedition, vehicle registration records, and Texas Driver License records. The suspect's identity was later confirmed by the Travis County Medical Examiner's Office where the suspect was sent for autopsy.

Select Rangers were paired with Federal Bureau of Investigation Agents who worked to research the suspect and all associated information to determine if there were any possibility the suspect shooter was assisted by an accomplice in any way and to assess the possibility of a potential future attack by a coordinated or sympathizing associate.

Surviving witnesses were identified over the several days following the shooting incident by review of video evidence and through numerous witness interviews who gave accounts of their involvement including the identification of those present within the church when the shooting incident occurred.

The most challenging of identification tasks came with the wounded who were transported and treated at numerous area hospitals and the identification of the deceased who remained within the crime scene. The transport of wounded personnel to various hospitals by ambulance and by personal vehicle made the identification of all those involved a demanding task. Through the diligent investigating efforts of Rangers and assisting officers, investigators were able to confirm and document the identification of all surviving victims within 24 hours of the incident.

As highlighted earlier, confirming the identity of the deceased victims was an utmost priority and proved to be the most difficult aspect of the initial investigation. It quickly became evident that during the shooting event, victims moved from their normal seating position in an attempt to avoid becoming a target of the shooter. This resulted in persons who moved around the room during the shooting event, sometimes several times, away from their original position. Adults and children who were of no family relation to each other were found huddled together in small groups as they attempted to avoid gunfire. Young children rarely have photo identification and several of them were found with adults who may or may not be their parent(s) and no longer had a surviving family member to assist in confirming their identity. These children were the most difficult to positively identify. Investigators, law enforcement analysts, and Crime Victim Services personnel understood the enormous responsibility of locating and confirming the identity of each of these victims as quickly as possible. Investigators and support

8



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Investigative Timeline & Overview

personnel went through extraordinary lengths to investigate all possible avenues of verifying victims' identities to include research of friends, relatives, medical records, school records, and in one case the Mexican Consulate's office.

Adults, especially female adults, were found without photo identification or a family member who could be located to provide confirmation of identity. A process was identified that would provide the most certain identification of the deceased, but would also prolong the already lengthy process of identifying the deceased. The Bexar County Medical Examiner's Office (ME) requested all victims be fingerprinted at the Bexar County Medical Examiner's Office and then identified through the Department of Public Safety Crime Records Division as an acceptable confirmation process to determine the decedent's identity. Rangers focused on streamlining this process to avoid any unnecessary delays in the identification of victims.

Releasing identifying information to family and the public was understandably extremely important, but investigators also understood that confirming the identity of wounded and the deceased was of the utmost importance and would require taking the time necessary to ensure all identifying information was verified as correct prior to release. Making a mistake in the identification of a deceased or wounded victim was not an option.

### Initiate Investigation Protocols
*Shortly after securing the crime scene(s), the formal investigative process begins. Investigators, especially in a joint-operation, should coordinate investigative efforts to ensure the most efficient and complete investigative process is followed.*

Rangers, Federal Bureau of Investigation (FBI), Alcohol Tobacco and Firearms (ATF), and local investigators met together and formed a unified investigative team. Team leads from each involved agency met together and discussed investigative priorities before making final determinations about investigative initiatives and who those initiatives were to be assigned. Briefings were held each day, twice a day to provide continued updates to Unified Command to identify investigative needs and monitor investigative progress. As a result of effective planning and communication, the crime scene investigation of the Sutherland Springs incident was completed with greater efficiency than expected and without sacrificing any investigative needs.

### Conclusion
The Sutherland Springs Mass Casualty Shooting Incident will have a profound impact that reaches far beyond the small community in Wilson County. Major criminal events will always produce a variety of unforeseen challenges to law enforcement and will also present numerous opportunities for growth and learning. The Sutherland Springs mass shooting reinforced long-standing investigative and incident management practices currently employed by the Texas Rangers. This unprecedented mass shooting tragedy illustrated improvement opportunities in the areas of response preparedness and incident

9



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Kandyce Palamarchuck
Bar No. 24095451
rd.aalaw@yahoo.com
Envelope ID: 74548669
Filing Code Description: Amended Answer
Filing Description: Defendant's Second Amended Answer Motion to
Transfer Venue, Counter Claim and Response To Plaintiff's Special
Exceptions
Status as of 4/14/2023 8:38 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marion Reilly | | Caitlin@hmglawfirm.com | 4/11/2023 7:58:21 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 4/11/2023 7:58:21 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Assistant DAL | | asst@diegolaw.com | 4/11/2023 7:58:21 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 4/11/2023 7:58:21 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson-svc@thomasjhenrylaw.com | 4/11/2023 7:58:21 PM | SENT |
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 4/11/2023 7:58:21 PM | SENT |
| Ryan Brown | | rbrown@brownsims.com | 4/11/2023 7:58:21 PM | SENT |
| Carole Fenton | | cfenton@brownsims.com | 4/11/2023 7:58:21 PM | ERROR |
| Raquel Herrera | | rherrera@brownsims.com | 4/11/2023 7:58:21 PM | SENT |
| Amanda Rousseau | | arousseua@brownsims.com | 4/11/2023 7:58:21 PM | ERROR |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| | | | | |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Kandyce Palamarchuck
Bar No. 24095451
rd.aalaw@yahoo.com
Envelope ID: 74548669
Filing Code Description: Amended Answer
Filing Description: Defendant's Second Amended Answer Motion to
Transfer Venue, Counter Claim and Response To Plaintiff's Special
Exceptions
Status as of 4/14/2023 8:38 AM CST

Associated Case Party: Anderson & Associates Law Firm PLLC

| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 4/11/2023 7:58:21 PM | SENT |
|---|---|---|---|---|
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 4/11/2023 7:58:21 PM | SENT |
| Michael Williams | | mwilliams@brownsims.com | 4/11/2023 7:58:21 PM | SENT |
| John Davis | | jdavis@brownsims.com | 4/11/2023 7:58:21 PM | SENT |
| Nicholas Cenac | | ncenac@brownsims.com | 4/11/2023 7:58:21 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 4/11/2023 7:58:21 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 4/11/2023 7:58:21 PM | SENT |
| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 4/11/2023 7:58:21 PM | SENT |
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 4/11/2023 7:58:21 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS Plaintiff, | § § § § § | IN THE COUNTY COURT AT LAW |
| V. | § § | NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC, Defendant. | § § § § | NUECES COUNTY, TEXAS |

## ORDER DENYING PLAINTIFF'S SPECIAL EXCEPTIONS TO DEFENDANT'S FIRST AMENDED ANSWER, MOTION TO TRANSFER VENUE, AND COUNTERCLAIM

On _____, the Court considered the Plaintiff's Special Exceptions to Defendant's Original Answer, Motion to Transfer Venue, Counter-Claims. Having considered the Defendant's First Amended Answer, the pleadings, responses, the Court's file, applicable authorities and the arguments of counsel, the Court hereby **DENIES** Plaintiff's Special Exceptions.

IT IS THEREFORE ORDERED, ADJUGED AND DECREED that Defendant's Special Exceptions to Defendant's Original Answer, Motion to Transfer Venue, and Counterclaim is hereby DENIED.

SIGNED on _____, 2023.

_____
JUDGE PRESIDING

14 | P a g e
A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

NO. 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP, AS OF THOMAS J. HENRY INJURY ATTORNEYS | § § § | IN THE COUNTY COURT AT LAW |
| Plaintiff, | § | |
| | § | |
| V. | § | NO. 1 |
| | § | |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC, | § § § | |
| Defendant. | § | NUECES COUNTY, TEXAS |

## ORDER GRANTING
## DEFENDANT'S MOTION TO TRANSFER VENUE

On _____, the Court considered the Defendant's Motion to Transfer Venue, and after considering the pleadings, the response, the affidavits, any discovery filed, and arguments of counsel, finds that the Motion should be GRANTED on the grounds that Nueces county is an inconvenient forum.

    IT IS THEREFORE ORDERED that the Motion to Transfer Venue is GRANTED and this cause is hereby transferred to Bexar county.

Signed on _____, 2023.

_____
JUDGE PRESIDING

A&A First Amended Answer, Motion to Transfer Venue, Counter Claim and Special Exceptions



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

CAUSE NO 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J HENRY INJURY ATTORNEYS, | § § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| V. | § § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC | § § § § § | |
| Defendants. | § | NUECES COUNTY, TEXAS |

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF NUECES | § |

## SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF
## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO TRANSFER VENUE

Plaintiffs submit this affidavit in compliance with the Texas Rules of Civil Procedure, supporting the allegations in Plaintiffs' Response to Defendants' Motion to Transfer Venue.

Before me, the undersigned notary, on this day personally appeared Marion M. Reilly, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"1.    My name is Marion Reilly, I am over the age of eighteen (18) years and fully competent to make this affidavit.

2.    I am a Partner with Hilliard Martinez Gonzales LLP. Our law firm is based out of Corpus Christi, Nueces County, Texas. Our co-counsel in the matter, Thomas J. Henry Injury Attorneys, also has a principal office in Corpus Christi, Nueces County, Texas.



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

3.     I was one of the primary attorneys handling the Sutherland Springs shooting litigations for our respective law firms, along with attorneys from Mr. Henry's office. The vast majority of our work was handled utilizing the firms' resources, including personnel, in Nueces County.

4.     A true and correct copy of the contract executed between Ms. McMahan and The Law Offices of Thomas J. Henry is attached hereto. This contract expressly provides that "Any suit ... regarding Attorneys' representation of client or regarding anything covered by this Agreement will be filed in a Court of competent jurisdiction in Nueces County, Texas."

4.     I am an attorney of record for the Plaintiffs and have read the aforementioned Plaintiffs' Response to Defendants' Motion to Transfer Venue. I have personal knowledge of the facts stated in the Response. I declare that all the facts contained therein are true and correct."

Further Affiant sayeth not."

_____
Marion M. Reilly

Sworn to and subscribed before me on the _14th_ day of _April_, 20 _23_

BROOK A GARCIA
Notary Public, State of Texas
Comm. Expires 11-03-2024
Notary ID 13087856-0

_____
Notary Public in and for
The State of Texas
My Commission Expires:



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 74713154
Filing Code Description: Amended Filing
Filing Description: Supplemental Affidavit in Support of Plaintiffs'
Response to Defendants' Motion to Transfer Venue
Status as of 4/17/2023 4:27 PM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 4/17/2023 1:37:23 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 4/17/2023 1:37:23 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 4/17/2023 1:37:23 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 4/17/2023 1:37:23 PM | SENT |
| Michael Williams | | mwilliams@brownsims.com | 4/17/2023 1:37:23 PM | SENT |
| John Davis | | jdavis@brownsims.com | 4/17/2023 1:37:23 PM | SENT |
| Nicholas Cenac | | ncenac@brownsims.com | 4/17/2023 1:37:23 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 4/17/2023 1:37:23 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Assistant DAL | | asst@diegolaw.com | 4/17/2023 1:37:23 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 4/17/2023 1:37:23 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson-svc@thomasjhenrylaw.com | 4/17/2023 1:37:23 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

### Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 74713154
Filing Code Description: Amended Filing
Filing Description: Supplemental Affidavit in Support of Plaintiffs'
Response to Defendants' Motion to Transfer Venue
Status as of 4/17/2023 4:27 PM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 4/17/2023 1:37:23 PM | SENT |
| Ryan Brown | | rbrown@brownsims.com | 4/17/2023 1:37:23 PM | SENT |
| Carole Fenton | | cfenton@brownsims.com | 4/17/2023 1:37:23 PM | SENT |
| Raquel Herrera | | rherrera@brownsims.com | 4/17/2023 1:37:23 PM | SENT |
| Amanda Rousseau | | arousseua@brownsims.com | 4/17/2023 1:37:23 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 4/17/2023 1:37:23 PM | SENT |
| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 4/17/2023 1:37:23 PM | SENT |
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 4/17/2023 1:37:23 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

CAUSE NO 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J HENRY INJURY ATTORNEYS, | § § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| V. | § § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC | § § § § § | |
| Defendants. | § | NUECES COUNTY, TEXAS |

STATE OF TEXAS      §
                    §
COUNTY OF NUECES    §

---

### SECOND SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO TRANSFER VENUE

---

Plaintiffs submit this affidavit in compliance with the Texas Rules of Civil Procedure, supporting the allegations in Plaintiffs' Response to Defendants' Motion to Transfer Venue.

Before me, the undersigned notary, on this day personally appeared Marion M. Reilly, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"1.   My name is Marion Reilly, I am over the age of eighteen (18) years and fully competent to make this affidavit.

2.    I am a Partner with Hilliard Martinez Gonzales LLP. Our law firm is based out of Corpus Christi, Nueces County, Texas. Our co-counsel in the matter, Thomas J. Henry Injury Attorneys, also has a principal office in Corpus Christi, Nueces County, Texas.



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

3.    I was one of the primary attorneys handling the Sutherland Springs shooting litigations for our respective law firms, along with attorneys from Mr. Henry's office. The vast majority of our work was handled utilizing the firms' resources, including personnel, in Nueces County.

4.    A true and correct copy of the contract executed between Ms. McMahan and The Law Offices of Thomas J. Henry is attached hereto. This contract expressly provides that "Any suit ... regarding Attorneys' representation of client or regarding anything covered by this Agreement will be filed in a Court of competent jurisdiction in Nueces County, Texas."

4.    I am an attorney of record for the Plaintiffs and have read the aforementioned Plaintiffs' Response to Defendants' Motion to Transfer Venue. I have personal knowledge of the facts stated in the Response. I declare that all the facts contained therein are true and correct."

Further Affiant sayeth not."

Marion M. Reilly

Sworn to and subscribed before me on the _17th_ day of _April_, 20 _23_

BROOK A GARCIA
Notary Public, State of Texas
Comm. Expires 11-03-2024
Notary ID 13087660-0

Notary Public in and for
The State of Texas
My Commission Expires:



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

S CONTRACT IS SUBJECT TO ARBITRATI

### POWER OF ATTORNEY AND CONTINGENT FEE CONTRACT

This agreement is made between Client(s), referred to as "client" and the The Law Offices of Thomas J. Henry, hereinafter referred to as "Attorneys".

In consideration of the mutual promises herein contained, the parties hereto agree as follows:

**1.     PURPOSE OF REPRESENTATION**

The client hereby retains and employs Attorneys to sue for and recover all damages and compensation to which the client may be entitled as well as to compromise and settle all claims arising out of on or about:

It is specifically agreed and understood that Attorneys' representation is limited to specific persons and or companies named as clients and that Attorneys are not representing or expected to represent any other person or entity not named herein as a client. It is expressly agreed and understood that Attorneys' obligations are limited to representing Client in the specific matters documented herein, and Clients do not expect Attorneys to do anything else.

Client's signature hereon confirms that said client was not improperly solicited by The Law Offices of Thomas J. Henry

**2.     ATTORNEYS' FEES**

A. General Fee Agreement: In consideration of the services rendered and to be rendered to Client by Attorneys, Client does hereby assign, grant and convey to Attorney the following present undivided interests in all the claims and courses of action for and as a reasonable contingent fee for Attorneys' services and said contingent attorneys' fee will be figured on the total gross recovery which includes any money received.

B. Federal Government and Government Claims or Suit:

1. Federal Tort Claims Act: For cases arising out of, or subject to the Federal Tort Claims Act, Client does hereby assign, grant and convey to Attorney the following present undivided interests in all the claims and courses of action for and as a reasonable contingent fee for Attorneys' services and said contingent attorneys' fee will be figured on the total gross recovery which includes any money received:

         of any award or settlement made by an administrative agency;
of any settlement or recovery made after suit is filed;

2. In consideration of the services rendered and to be rendered to Client by Attorneys, Client does hereby assign, grant and convey to Attorney the following present undivided interests in all the claims and courses of action for and as a reasonable contingent fee for Attorneys' services and said contingent attorneys' fee will be figured on the total gross recovery which includes any money received:

of any settlement or recovery made before suit is filed thereon;
of any settlement or recovery made after suit is filed;
of any settlement or recovery made after a notice of appeal has been given or an appeal bond has been filed.

**3.     ASSIGNMENT OF INTEREST**

In consideration of Attorneys' services, the Client hereby conveys and assigns to Attorneys and agrees to pay to Attorneys an undivided interest in and to all of Client's claims and causes of action to the extent of the percentage set out in Paragraph 2.

If there is any type of settlement whereby the Client is to receive or be paid future payments, then the settlement will be reduced to present value, and the settlement will be arranged whereby there will be sufficient cash at the time of the settlement to pay the attorneys' fees which will be figured on the present value of the total settlement, including the present value of future payments.

All sums due and to become due are payable at The Law Offices of Thomas J. Henry in Nueces County, Texas.

**4.     APPROVAL NECESSARY FOR SETTLEMENT**

No settlement of any nature shall be made without Client's approval and Client agrees to make no settlement or offer of settlement without the approval of the Attorneys.

Attorneys are hereby granted a Power of Attorney so that they may have full authority to prepare, sign and file all legal instruments, pleadings, drafts, authorizations and papers as shall be reasonably necessary to conclude this representation, including settlement and/or reducing to possession any and all monies or other things of value due to the Client under the claim as fully as the Client could do in person. Attorneys are also authorized and empowered as Client's negotiator in any and all settlement negotiations concerning the subject of this Agreement.

**5.     REPRESENTATIONS**

It is understood and agreed that Attorneys cannot warrant or guarantee the outcome of the case and Attorneys have not represented to the Client that the Client will recover all or any of the funds so desired. Client realizes that Attorneys will be investigating the law and facts applicable to this claim on a continuing basis and should Attorneys learn something which in the opinion of attorneys makes it impractical for Attorneys to proceed with the handling of Client's claim, then Attorneys may withdraw from further representation of Client by sending written notice to Client's last known address.

I understand that if I am currently receiving SSI, Medicaid, or certain other government benefits, and enter into any settlement without a financial consultant and/or attorney taking appropriate precautions on my behalf, that my receipt of these government benefits may be changed, stopped or delayed. The Law Offices of Thomas J. Henry is not providing legal advice regarding any issue regarding SSI, Medicaid, or certain other government benefits.



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**6.    DEDUCTION OF EXPENSES.**
Client additionally agrees that Attorneys are to be repaid and reimbursed out of client's recovery for all Court costs and expenses of litigation and non-litigation Attorney has paid or incurred. Including but not limited to, collection by various agents for The Law Offices of Thomas J. Henry of medical records, affidavits, statements, depositions, investigator expenses, expert witness expenses, photographs, witness fees, Court costs, travel, meals, copies, long-distance calls, postage, advances to Client or in Client's behalf, or any other expenses reasonably related to Client's claim. Regardless of the outcome of the matter described above, all medical expenses, subrogation claims, may and all liens, and adverse parties' costs and expenses shall be the sole responsibility of client. Client agrees that attorneys may borrow funds from a commercial bank to advance or pay such Court costs and litigation expenses and the reasonable interest charged by the bank on such borrowed funds will be added to the Court costs and litigation expenses to be deducted from the settlement recovery.

The Law Offices of Thomas J. Henry have Client's permission to send "Letters of Protection" to providers for the benefit of client and attorneys are authorized to pay resultant monies owed from the Client's recovery at the resolution of the case.

**7.    COOPERATION OF CLIENT**
Client agrees to cooperate with Attorneys at all times and to comply with all reasonable requests of Attorneys. Client further agrees to keep attorneys advised of his/her whereabouts at all times, and to provide attorneys with any changes of address, phone number, or business affiliation in writing.

Attorneys or either of them may at his/her option, withdraw from the case and cease to represent the client should client fail to comply with any portion of this Agreement or should Attorneys or either of them decide that he or she cannot continue to be involved in this case. Such withdrawal will be effective by mailing written notice to client's last known address.

**8.    ASSOCIATION OF OTHER ATTORNEYS**
Attorneys may, at their own expense, use or associate other attorneys in the representation of the aforesaid claims of the client. The Law Offices of Thomas J. Henry is a law firm with a number of attorneys; and, several of those attorneys may work on Client's case.

**9.    TEXAS LAW TO APPLY**
This Agreement shall be construed under and in accordance with the laws of the State of Texas, and the rights, duties and obligations of client and of Attorneys regarding attorneys' representation of Client and regarding anything covered by this Agreement shall be governed by the laws of the State of Texas. Any suit between Client and Attorneys or either of them regarding Attorneys' representation of client or regarding anything covered by this Agreement will be filed in a Court of competent jurisdiction in Nueces County, Texas.

**10.    ARBITRATION**
Any and all disputes, controversies, claims or demands arising out of or relating to this Agreement or any provision hereof, the providing of services by Attorneys to Client, or in any way relating to the relationship between Attorneys and Client, whether in contract, tort or otherwise, at law or in equity, for damages or any other relief, shall be resolved by binding arbitration pursuant to the Federal Arbitration Act in accordance with the Commercial Arbitration Rules then in effect with the American Arbitration Association. Any such arbitration proceeding shall be conducted in Nueces County, Texas. This arbitration provision shall be enforceable in either federal or state court in Nueces County, Texas, pursuant to the substantive federal laws established by the Federal Arbitration Act. Any party to any award rendered in such arbitration proceeding may seek a judgment upon the award and that judgment may be entered by any federal or state court in Nueces County, Texas, having jurisdiction.

**11.    PARTIES BOUND**
This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, executors, administrators, legal representatives, successors and assigns.

**12.    LEGAL CONSTRUCTION**
In case any one or more of the provisions contained in this Agreement shall for any reason be held to be invalid, illegal, or unenforceable in any respect, such invalidity, illegality, or unenforceability shall not affect any other provisions thereof and this Agreement shall be construed as if such invalid, illegal, or unenforceable provision had never been contained herein.

**13.    PRIOR AGREEMENTS SUPERSEDED**
This Agreement constitutes the sole and only Agreement of the parties hereto and supersedes any prior understandings or written or oral agreement between the parties respecting the within subject matter.

I certify and acknowledge that I have had the opportunity to read this Agreement. I further state that I have voluntarily entered into this Agreement fully aware of its terms and conditions.

Signed and accepted this __15__ day of __December__, 2017.

THIS CONTRACT IS SUBJECT TO ARBITRATION UNDER THE TEXAS GENERAL ARBITRATION STATUTE.



X _Chance McMahon_ IANF ▮▮▮▮▮▮
CLIENT:

X _____
ATTORNEY

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

# CONSENT TO ASSOCIATE ATTORNEY, SPLIT FEE AND ACKNOWLEDGMENT OF EXPENSES

     I, Chancie McMahon, individually and as next friend of R████ W███, have been informed by my attorney, Thomas J. Henry, that he intends to associate the law firm of Hilliard, Martinez, & Gonzales LLP,. to assist in the prosecution of my case arising from the injuries sustained by my son, Ryland Ward, on November 5, 2017 in Sutherland Springs, Texas. <u>I have been informed that the attorneys will split whatever attorney's fees I owe amongst themselves equally (50-50) and that this association will not cost me any more money in attorney's fees.</u>  However, I am still responsible for reimbursing all case expenses regardless of whether they are expenses from attorneys Henry, Hilliard, Martinez, & Gonzales LLP., or both.  After full disclosure, I have consented to this fee-splitting arrangement.

Chancie McMahon

12/29/2017

Date signed



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW



T H O M A S J H E N R Y
I N J U R Y   A T T O R N E Y S

TJHLAW.COM

**HILLIARD MARTINEZ GONZALES**
**TRIAL ATTORNEYS**

## CONSENT TO ASSOCIATION OF ADDITIONAL COUNSEL AND CONSENT TO FEE-SHARING

    I, **Chancie McMahan, on behalf of R████ W████**, hereinafter called "the Client," have previously employed and/or consented to be represented by **HILLIARD MARTINEZ GONZALES LLP ("HMG")** and Thomas J. Henry Law ("TJH") in connection with Chancie McMahan's claims on behalf of █████████ arising from injuries he sustained in the Sutherland Springs shooting on November 5, 2017.

    The Client wishes to associate with **The Webster Law Firm ("Webster")** and **The Herrera Law Firm ("Herrera")** as additional counsel to represent Chancie McMahan, on behalf of Ryland Ward, with the understanding and agreement that **Webster and Herrera** are bound by the contract with Chancie McMahan, on behalf of R████ W████ so that the total attorneys' fees that will be charged to the Client and the other terms and conditions of the original contract Chancie McMahan, on behalf of R████ W████ remain unchanged.

    The undersigned hereby consents to the association of Webster, Herrera, HMG and TJH as attorneys for Chancie McMahan, on behalf of R████ W████ Client further consents to a fee sharing agreement between Webster, Herrera, HMG and TJH for her claims on behalf of R████ Wa██ Client further consents to a division of the work and services required to represent the Client between these attorneys in such manner as may be agreed upon between the attorneys. Attorneys agree, and I consent, that Ryland Ward's claims will be presented during the damages phase of trial by attorneys for HMG and TJH. Client understands and consents that the fee sharing agreement of these attorneys will be based on an assumption of joint responsibility for the representation of Chancie McMahan, on behalf of R████ W████ that if a recovery is made for Client on behalf of ████████, of the total attorneys' fees obtained by Webster, Herrera, HMG and TJ for Chancie McMahan, on behalf of R██d W███, fees shall be shared as follows:

**Hilliard Martinez Gonzales, LLP**
**Thomas J. Henry Law** 
**The Webster Law Firm & Herrera Law Firm**

    If the 25% percent attorneys' fees provided in the original contract with the Client on behalf of R████ is altered in any way, whether by the Court, ad litem or counsel, the percentages delineated above will be maintained for any distribution of attorneys' fees for the prosecution of Client's claims on behalf of R████ W███ to Webster, Herrera, HMG and/or TJH.

    This Consent to Association of Additional Counsel and Consent to Fee-Sharing applies only to the claims of Ry██ Wa██ individually, and not to the individual claims of Chancie McMahan, or any other clients independently and individually represented by counsel.

    If, at any time Webster, Herrera, HMG and/or TJH determine, for whatever reason, that it would like to play no further role in the prosecution of Client's claims on behalf of Ryland Ward, Webster, Herrera, HMG and/or TJH may withdraw from said representation. This agreement and consent shall become a part of the contract attached hereto.

*[Signature page follows]*



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Dated: _____

Chancie McMahan on behalf of ▮▮▮▮▮▮

Dated: **07/23/2021**

Robert C. Hilliard
Hilliard Martinez Gonzales LLP

Dated: _____

Thomas J. Henry
Thomas J. Henry Law

Dated: **07/23/2021**

Jason Webster
The Webster Law Firm

Dated: _____

The Herrera Law Firm



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Dated: _____    _____
                      Chancie McMahan on behalf of Ryland Ward

Dated: _____    _____
                      Robert C. Hilliard
                      Hilliard Martinez Gonzales LLP

Dated: _____    _____
                      Thomas J. Henry
                      Thomas J. Henry Law

Dated: 07/23/2021     _____
                      Jason Webster
                      The Webster Law Firm

Dated: _____    _____
                      The Herrera Law Firm



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

### Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 74734735
Filing Code Description: Notice
Filing Description: Second Supplemental Affidavit In Support Of Plaintiffs'
Response To Defendants' Motion To Transfer Venue
Status as of 4/18/2023 9:09 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Hilliard | | HMGService@hmglawfirm.com | 4/17/2023 6:48:45 PM | SENT |
| Marion Reilly | | Caitlin@hmglawfirm.com | 4/17/2023 6:48:45 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 4/17/2023 6:48:45 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 4/17/2023 6:48:45 PM | SENT |
| Michael Williams | | mwilliams@brownsims.com | 4/17/2023 6:48:45 PM | SENT |
| John Davis | | jdavis@brownsims.com | 4/17/2023 6:48:45 PM | SENT |
| Nicholas Cenac | | ncenac@brownsims.com | 4/17/2023 6:48:45 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 4/17/2023 6:48:45 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Assistant DAL | | asst@diegolaw.com | 4/17/2023 6:48:45 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 4/17/2023 6:48:45 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 4/17/2023 6:48:46 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 74734735
Filing Code Description: Notice
Filing Description: Second Supplemental Affidavit In Support Of Plaintiffs'
Response To Defendants' Motion To Transfer Venue
Status as of 4/18/2023 9:09 AM CST

Associated Case Party: Thomas J. Henry Injury Attorneys

| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 4/17/2023 6:48:45 PM | SENT |
|---|---|---|---|---|
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 4/17/2023 6:48:45 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson-svc@thomasjhenrylaw.com | 4/17/2023 6:48:45 PM | SENT |
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 4/17/2023 6:48:45 PM | SENT |
| Michelle Agleton | | magleton@brownsims.com | 4/17/2023 6:48:45 PM | SENT |
| Ryan Brown | | rbrown@brownsims.com | 4/17/2023 6:48:45 PM | SENT |
| Raquel Herrera | | rherrera@brownsims.com | 4/17/2023 6:48:45 PM | SENT |
| Amanda Rousseau | | arousseua@brownsims.com | 4/17/2023 6:48:45 PM | ERROR |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

CAUSE NO 2022CCV-60432-1

| | |
|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J HENRY INJURY ATTORNEYS, § § § § | IN THE COUNTY COURT |
| Plaintiffs, § § | |
| V. § § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC § § § § § | |
| Defendants. § | NUECES COUNTY, TEXAS |

### ORDER DENYING DEFENDANT ANDERSON & ASSOCIATES PLLC'S MOTION TO TRANSFER VENUE

Pending before the Court is Defendant Anderson & Associates Motion to Transfer Venue ("Motion"). Having considered the Motion, the pleadings, the response, the Court's file, applicable authorities and the arguments of counsel, the Court hereby DENIES the Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Anderson & Associates Motion to Transfer Venue is hereby DENIED.

Signed on this the _____ day of _____, 2023.

_____
HON. TODD ROBINSON



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

### Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 74771352
Filing Code Description: Proposed Order
Filing Description: Order Denying Defendant Anderson & Associates
PLLC's Motion To Transfer Venue
Status as of 4/19/2023 8:07 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 4/18/2023 3:23:18 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 4/18/2023 3:23:18 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 4/18/2023 3:23:18 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 4/18/2023 3:23:18 PM | SENT |
| Michael Williams | | mwilliams@brownsims.com | 4/18/2023 3:23:18 PM | SENT |
| John Davis | | jdavis@brownsims.com | 4/18/2023 3:23:18 PM | SENT |
| Nicholas Cenac | | ncenac@brownsims.com | 4/18/2023 3:23:18 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 4/18/2023 3:23:18 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Assistant DAL | | asst@diegolaw.com | 4/18/2023 3:23:18 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 4/18/2023 3:23:18 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson-svc@thomasjhenrylaw.com | 4/18/2023 3:23:18 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 74771352
Filing Code Description: Proposed Order
Filing Description: Order Denying Defendant Anderson & Associates
PLLC's Motion To Transfer Venue
Status as of 4/19/2023 8:07 AM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 4/18/2023 3:23:18 PM | SENT |
| Michelle Agleton | | magleton@brownsims.com | 4/18/2023 3:23:18 PM | SENT |
| Ryan Brown | | rbrown@brownsims.com | 4/18/2023 3:23:18 PM | SENT |
| Raquel Herrera | | rherrera@brownsims.com | 4/18/2023 3:23:18 PM | SENT |
| Amanda Rousseau | | arousseua@brownsims.com | 4/18/2023 3:23:18 PM | ERROR |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 4/18/2023 3:23:18 PM | SENT |
| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 4/18/2023 3:23:18 PM | SENT |
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 4/18/2023 3:23:18 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

CAUSE NO 2022CCV-60432-1

| | |
|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J HENRY INJURY ATTORNEYS, § § § § | IN THE COUNTY COURT |
| Plaintiffs, § § | |
| V. § § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC § § § § § | |
| Defendants. § | NUECES COUNTY, TEXAS |

## ORDER DENYING DEFENDANT LAW OFFICE OF DIEGO LOPEZ, PLLC'S MOTION TO TRANSFER VENUE

Pending before the Court is Defendant Law Office of Diego Lopez, PLLC's Motion to Transfer Venue ("Motion"). Having considered the Motion, the pleadings, the response, the Court's file, applicable authorities and the arguments of counsel, the Court hereby **DENIES** the Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Law Office of Diego Lopez, PLLC's Motion to Transfer Venue is hereby **DENIED**.

Signed on this the _____ day of _____, 2023.


_____
**HON. TODD ROBINSON**



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

### Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 74771681
Filing Code Description: Proposed Order
Filing Description: Order Denying Defendant Law Office Of Diego Lopez,
PLLC's Motion To Transfer Venue
Status as of 4/19/2023 8:08 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marion Reilly | | Caitlin@hmglawfirm.com | 4/18/2023 3:26:23 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 4/18/2023 3:26:23 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 4/18/2023 3:26:23 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 4/18/2023 3:26:23 PM | SENT |
| Michael Williams | | mwilliams@brownsims.com | 4/18/2023 3:26:23 PM | SENT |
| John Davis | | jdavis@brownsims.com | 4/18/2023 3:26:23 PM | SENT |
| Nicholas Cenac | | ncenac@brownsims.com | 4/18/2023 3:26:23 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 4/18/2023 3:26:23 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Assistant DAL | | asst@diegolaw.com | 4/18/2023 3:26:23 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 4/18/2023 3:26:23 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson-svc@thomasjhenrylaw.com | 4/18/2023 3:26:23 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

***ANN LORENTZEN***
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

### Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Caitlin Salinas on behalf of Marion Reilly
Bar No. 24079195
caitlin@hmglawfirm.com
Envelope ID: 74771681
Filing Code Description: Proposed Order
Filing Description: Order Denying Defendant Law Office Of Diego Lopez,
PLLC's Motion To Transfer Venue
Status as of 4/19/2023 8:08 AM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 4/18/2023 3:26:23 PM | SENT |
| Michelle Agleton | | magleton@brownsims.com | 4/18/2023 3:26:23 PM | SENT |
| Ryan Brown | | rbrown@brownsims.com | 4/18/2023 3:26:23 PM | SENT |
| Raquel Herrera | | rherrera@brownsims.com | 4/18/2023 3:26:23 PM | SENT |
| Amanda Rousseau | | arousseua@brownsims.com | 4/18/2023 3:26:23 PM | ERROR |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 4/18/2023 3:26:23 PM | SENT |
| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 4/18/2023 3:26:23 PM | SENT |
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 4/18/2023 3:26:23 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
4/18/2023 3:23 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J HENRY INJURY ATTORNEYS, | § § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| V. | § § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC | § § § § § | |
| Defendants. | § | NUECES COUNTY, TEXAS |

## ORDER DENYING DEFENDANT ANDERSON & ASSOCIATES PLLC'S MOTION TO TRANSFER VENUE

Pending before the Court is Defendant Anderson & Associates Motion to Transfer Venue ("Motion"). Having considered the Motion, the pleadings, the response, the Court's file, applicable authorities and the arguments of counsel, the Court hereby **DENIES** the Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Anderson & Associates Motion to Transfer Venue is hereby **DENIED**.

Signed on this the ___19___ day of ___April___, 2023.



HON. TODD ROBINSON

## STATE OF TEXAS
## COUNTY OF NUECES

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
4/18/2023 3:26 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J HENRY INJURY ATTORNEYS, | § § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| V. | § § | AT LAW NO. 1 |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC | § § § § § | |
| Defendants. | § § | NUECES COUNTY, TEXAS |

## ORDER DENYING DEFENDANT LAW OFFICE OF DIEGO LOPEZ, PLLC'S MOTION TO TRANSFER VENUE

Pending before the Court is Defendant Law Office of Diego Lopez, PLLC's Motion to Transfer Venue ("Motion"). Having considered the Motion, the pleadings, the response, the Court's file, applicable authorities and the arguments of counsel, the Court hereby **DENIES** the Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Law Office of Diego Lopez, PLLC's Motion to Transfer Venue is hereby DENIED.

Signed on this the ___19___ day of ___April___, 2023.



HON. TODD ROBINSON

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
4/18/2023 3:26 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP AND THOMAS J HENRY INJURY ATTORNEYS, | § § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| V. | § § | |
| ANDERSON & ASSOCIATES LAW FIRM PLLC AND ANDERSON & LAW OFFICE OF DIEGO LOPEZ, PLLC | § § § § § | AT LAW NO. 1 |
| Defendants. | § § | NUECES COUNTY, TEXAS |

## ORDER DENYING DEFENDANT LAW OFFICE OF DIEGO LOPEZ, PLLC'S MOTION TO TRANSFER VENUE

Pending before the Court is Defendant Law Office of Diego Lopez, PLLC's Motion to Transfer Venue ("Motion"). Having considered the Motion, the pleadings, the response, the Court's file, applicable authorities and the arguments of counsel, the Court hereby DENIES the Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Law Office of Diego Lopez, PLLC's Motion to Transfer Venue is hereby DENIED.

Signed on this the ___19___ day of ___April___, 2023.



HON. TODD ROBINSON

**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
4/25/2023 3:08 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

Cause No.: 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES | § | IN THE COUNTY COURT |
| LLP AND THOMAS J. HENRY | § | |
| INJURY ATTORNEYS | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | AT LAW NO. 1 |
| | § | |
| ANDERSON & ASSOCIATES | § | |
| LAW FIRM PLLC AND ANDERSON | § | |
| & LAW OFFICE OF DIEGO LOPEZ | § | |
| Defendants | § | NUECES COUNTY, TEXAS |

---

### DEFENDANT ANDERSON & ASSOCIATES
### MOTION TO QUASH
### AND OBJECTIONS TO
### PLAINTIFF'S NOTICE OF INTENTION TO TAKE THE ORAL AND
### VIDEOTAPED DEPOSITION OF ROBERT NALBACH

---

**NOW COMES** Defendant, ANDERSON & ASSOCIATES LAW FIRM PLLC, referred to as "Defendant" herein, through its attorney of record, and files this *Motion to Quash and Objections to Plaintiff's Notice of Intention to Take the Oral and Videotaped Deposition of Robert Nalbach*, and would respectfully show the Court as follows:

### I.
### FACTS AND LEGAL ARGUMENTS

1.    On April 21, 2023, Defendant was served by Plaintiff with the attached Notice of Intention to Take the Oral and Videotaped Deposition of Robert Nalbach. *See* Exhibit

   *a)    Plaintiff Unilaterally Set the Deposition of Robert Nalbach*

2.    The Deposition of Robert Nalbach was unilaterally set without adequate conferencing with Defendant's counsel regarding the availability of the witness, as well

Page 1 of 5



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

as the availability of Defendant's counsel. Pursuant to Texas Rule of Civil Procedure 199.4, Defendant objects to the date, time, and location for the deposition of Robert Nalbach.

> **b)    *A Docket Control Order has not been Issued and a Trial Date has not been Set—Plaintiff's Notice is Premature.***

3.     Plaintiff has not requested a trial date or the entry of a Docket Control Order. Accordingly, discovery deadlines have yet to be established. Plaintiff's notice is premature and Defendant moves for it to be quashed.

4.     According to Texas Rule of Civil Procedure 190.2 and 190.4 – a discovery plan must be put in place by the Court to address any issues concerning discovery or the matters listed in Rule 166, and may change any limitation on the time for or amount of discovery set forth in the Texas Rules of Civil Procedure.

5.     Rule 190.4(a) of the Texas Rules of Civil Procedure provides that a discovery plan must include:

> 1.    A date for trial or for conference to determine a trial setting;
> 2.    A discovery period during which either all discovery must be conducted or all discovery requests must be sent, for the entire case or an appropriate phase of it;
> 3.    Appropriate limits on the amount of discovery; and
> 4.    Deadlines for joining additional parties, amending or supplementing pleadings, and designating expert witness.

6.     As stated above, neither a Docket Control Order nor a trial date have been set by the Court at this time. Despite this, Plaintiff has chosen to unilaterally and improperly notice the depositions of Mr. Nalbach and a Defendant's corporate representative.

7.     Undersigned counsel will cooperate and coordinate with counsel for Plaintiff to set Mr. Nalbach's deposition for a mutually agreeable date, time and location once a

Page 2 of 5



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

trial date has been set, discovery deadlines have been established, and a Docket Control Order is in effect.

> **c)    *Defendant is Entitled to an Automatic Stay of Plaintiff's Notice of Intention to Take the Oral and Videotaped Deposition of Robert Nalbach***

8.    Because this motion is filed within three (3) business days of the date the notice was served, pursuant to Texas Rules of Civil Procedure 199.4, this *Motion to Quash and Objections to Plaintiff's Notice of Intention to Take the Oral and Videotaped Deposition of Robert Nalbach* automatically stays the deposition until determined by the Court.

9.    A copy of this motion will be sent to **INFINITY REPORTING GROUP, LLC, 11200 RICHMOND AVENUE, SUITE 410, HOUSTON, TEXAS 77082.**

**II.**
**PRAYER**

**WHEREFORE,** Defendant prays that this Honorable Court **SUSTAIN** Defendant's   Objections, **GRANT** Defendant's *Motion to Quash and Objections to Plaintiff's Notice of Intention to Take the Oral and Videotaped Deposition of Robert Nalbach,* and **GRANT** Defendant all other and further relief, at law or in equity, to which Defendant may show justly entitled.

*[Signature block on next page.]*

Page 3 of 5



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR · RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Respectfully submitted,

BROWN SIMS, P.C.

Michael D. Williams
Texas Bar No. 21564330
*mwilliams@brownsims.com*
David Clay Wilkerson
Texas Bar No. 24010480
*cwilkerson@brownsims.com*
Nicholas J. Cenac
Texas Bar No. 24126293
*ncenac@brownsims.com*
1177 West Loop South, Tenth Floor
Houston, Texas 77027
713.629.1580
713.629.5027 Fax

***Attorneys for Defendant,
Anderson & Associates Law Firm, PLLC***

Page 4 of 5



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

***ANN LORENTZEN***
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, a true and correct copy of the foregoing instrument has been served on the following party in accordance with the Texas Rules of Civil Procedure.

Robert C. Hilliard                                    *Via E-Service*
HILLIARD MARTINEZ GONZALES, LLP
John B. Martinez
Rudy Gonzales, Jr.
Catherine Tobin Hilliard
T. Christopher Pinedo
Marion M. Reilly
719 South Shoreline Boulevard
Corpus Christi, Texas 78401

and

Robert Wilson                                         *Via E-Service*

LAW OFFICE OF THOMAS J. HENRY
P.O. 696025
San Antonio, Texas 78269

*Attorneys for Plaintiffs*

and

Diego A. Lopez                                        *Via E-Service*
LAW OFFICES OF DIEGO A. LOPEZ, P.L.L.C.
The Ariel House
8118 Data Point Drive
San Antonio, Texas 78229

*Attorney for Defendant,*
*Law Offices of Diego A. Lopez, P.L.L.C*



Michael D. Williams

Page 5 of 5

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

### Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Raquel Herrera on behalf of Michael Williams
Bar No. 21564330
rherrera@brownsims.com
Envelope ID: 75003504
Filing Code Description: Motion
Filing Description: Defendant Anderson & Associates Motion To Quash
and Objections To Plaintiff's Notice of Intention To Take The Oral and
Videotaped Deposition Of Robert Nalbach
Status as of 4/26/2023 11:18 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marion Reilly | | Caitlin@hmglawfirm.com | 4/25/2023 3:08:30 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 4/25/2023 3:08:30 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 4/25/2023 3:08:30 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 4/25/2023 3:08:30 PM | SENT |
| Michael Williams | | mwilliams@brownsims.com | 4/25/2023 3:08:30 PM | SENT |
| John Davis | | jdavis@brownsims.com | 4/25/2023 3:08:30 PM | SENT |
| Nicholas Cenac | | ncenac@brownsims.com | 4/25/2023 3:08:30 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 4/25/2023 3:08:30 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Assistant DAL | | asst@diegolaw.com | 4/25/2023 3:08:30 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 4/25/2023 3:08:30 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| | | | | |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Raquel Herrera on behalf of Michael Williams
Bar No. 21564330
rherrera@brownsims.com
Envelope ID: 75003504
Filing Code Description: Motion
Filing Description: Defendant Anderson & Associates Motion To Quash
and Objections To Plaintiff's Notice of Intention To Take The Oral and
Videotaped Deposition Of Robert Nalbach
Status as of 4/26/2023 11:18 AM CST

Case Contacts

| Robert Wilson | | rwilson-svc@thomasjhenrylaw.com | 4/25/2023 3:08:30 PM | SENT |
|---|---|---|---|---|
| Amanda Rousseau | | arousseau@brownsims.com | 4/25/2023 3:08:30 PM | SENT |
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 4/25/2023 3:08:30 PM | SENT |
| Ryan Brown | | rbrown@brownsims.com | 4/25/2023 3:08:30 PM | SENT |
| Raquel Herrera | | rherrera@brownsims.com | 4/25/2023 3:08:30 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 4/25/2023 3:08:30 PM | SENT |
| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 4/25/2023 3:08:30 PM | SENT |
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 4/25/2023 3:08:30 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
4/25/2023 3:08 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

Cause No.: 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES | § | IN THE COUNTY COURT |
| LLP AND THOMAS J. HENRY | § | |
| INJURY ATTORNEYS | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | AT LAW NO. 1 |
| | § | |
| ANDERSON & ASSOCIATES | § | |
| LAW FIRM PLLC AND ANDERSON | § | |
| & LAW OFFICE OF DIEGO LOPEZ | § | |
| Defendants | § | NUECES COUNTY, TEXAS |

---

### ORDER GRANTING DEFENDANT ANDERSON & ASSOCIATES MOTION TO QUASH AND OBJECTIONS TO PLAINTIFF'S NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION OF ROBERT NALBACH

---

ON THIS DAY came for hearing Defendant, Anderson & Associates Law Firm, PLLC's, *Motion to Quash and Objections to Plaintiff's Notice of Intention to Take the Oral and Videotaped Deposition of Robert Nalbach.* Upon consideration of the pleadings and relevant evidence submitted therewith, the Court is of the opinion that the Motion is meritorious and should in all things be GRANTED. It is therefore:

ORDERED, ADJUDGED, AND DECREED, that Plaintiff's Notice of the Intention to Take the Oral and Videotaped Deposition of Robert Nalbach is QUASHED in its entirety.

SIGNED this _____ day of _____, 2023.

_____
**HON. TODD ROBINSON**

Page 1 of 1



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Raquel Herrera on behalf of Michael Williams
Bar No. 21564330
rherrera@brownsims.com
Envelope ID: 75003504
Filing Code Description: Motion
Filing Description: Defendant Anderson & Associates Motion To Quash
and Objections To Plaintiff's Notice of Intention To Take The Oral and
Videotaped Deposition Of Robert Nalbach
Status as of 4/26/2023 11:18 AM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Hilliard | | HMGService@hmglawfirm.com | 4/25/2023 3:08:30 PM | SENT |
| Marion Reilly | | Caitlin@hmglawfirm.com | 4/25/2023 3:08:30 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 4/25/2023 3:08:30 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 4/25/2023 3:08:30 PM | SENT |
| Michael Williams | | mwilliams@brownsims.com | 4/25/2023 3:08:30 PM | SENT |
| John Davis | | jdavis@brownsims.com | 4/25/2023 3:08:30 PM | SENT |
| Nicholas Cenac | | ncenac@brownsims.com | 4/25/2023 3:08:30 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 4/25/2023 3:08:30 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Assistant DAL | | asst@diegolaw.com | 4/25/2023 3:08:30 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 4/25/2023 3:08:30 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Raquel Herrera on behalf of Michael Williams
Bar No. 21564330
rherrera@brownsims.com
Envelope ID: 75003504
Filing Code Description: Motion
Filing Description: Defendant Anderson & Associates Motion To Quash
and Objections To Plaintiff's Notice of Intention To Take The Oral and
Videotaped Deposition Of Robert Nalbach
Status as of 4/26/2023 11:18 AM CST

Associated Case Party: Thomas J. Henry Injury Attorneys

| Robert Wilson | | rwilson@thomasjhenrylaw.com | 4/25/2023 3:08:30 PM | SENT |
|---|---|---|---|---|
| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 4/25/2023 3:08:30 PM | SENT |
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 4/25/2023 3:08:30 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson-svc@thomasjhenrylaw.com | 4/25/2023 3:08:30 PM | SENT |
| Amanda Rousseau | | arousseau@brownsims.com | 4/25/2023 3:08:30 PM | SENT |
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 4/25/2023 3:08:30 PM | SENT |
| Ryan Brown | | rbrown@brownsims.com | 4/25/2023 3:08:30 PM | SENT |
| Raquel Herrera | | rherrera@brownsims.com | 4/25/2023 3:08:30 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Cause No.: 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES | § | IN THE COUNTY COURT |
| LLP AND THOMAS J. HENRY | § | |
| INJURY ATTORNEYS | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | AT LAW NO. 1 |
| | § | |
| ANDERSON & ASSOCIATES | § | |
| LAW FIRM PLLC AND ANDERSON | § | |
| & LAW OFFICE OF DIEGO LOPEZ | § | |
| Defendants | § | NUECES COUNTY, TEXAS |

### DEFENDANT ANDERSON & ASSOCIATES MOTION TO QUASH AND OBJECTIONS TO PLAINTIFF'S NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION OF ANDERSON & ASSOCIATES LAW FIRM, PLLC'S CORPORATE REPRESENTATIVE WITH SUBPOENA DUECES TECUM

NOW COMES Defendant, ANDERSON & ASSOCIATES LAW FIRM PLLC, referred to as "Defendant" herein, through its attorney of record, and files this *Motion to Quash and Objections to Plaintiff's Notice of Intention to Take the Oral and Videotaped Deposition of Anderson & Associates Law Firm, PLLC's Corporate Representative with Subpoena Dueces Tecum*, and would respectfully show the Court as follows:

### I.
### FACTS AND LEGAL ARGUMENTS

1.    On April 21, 2023, Defendant was served by Plaintiff with the attached Notice of Intention to Take the Oral and Videotaped Deposition of Anderson & Associates Law Firm, PLLC's Corporate Representative with Subpoena Dueces Tecum. *See* Exhibit A.

Page 1 of 5



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

### a) *Plaintiff Unilaterally Set the Deposition of Robert Nalbach*

2.    The Deposition of Defendant's Corporate Representative was unilaterally set without adequate conferencing with Defendant's counsel regarding the availability of the witness, as well as the availability of Defendant's counsel. Pursuant to Texas Rule of Civil Procedure 199.4, Defendant objects to the date, time, and location for the deposition of its Corporate Representative.

### b) *A Docket Control Order has not been Issued and a Trial Date has not been Set—Plaintiff's Notice is Premature.*

3.    Plaintiff has not requested a trial date or the entry of a Docket Control Order. Accordingly, discovery deadlines have yet to be established. Plaintiff's notice is premature and Defendant moves for it to be quashed.

4.    According to Texas Rule of Civil Procedure 190.2 and 190.4 – a discovery plan must be put in place by the Court to address any issues concerning discovery or the matters listed in Rule 166, and may change any limitation on the time for or amount of discovery set forth in the Texas Rules of Civil Procedure.

5.    Rule 190.4(a) of the Texas Rules of Civil Procedure provides that a discovery plan must include:

    1.    A date for trial or for conference to determine a trial setting;
    2.    A discovery period during which either all discovery must be conducted or all discovery requests must be sent, for the entire case or an appropriate phase of it;
    3.    Appropriate limits on the amount of discovery; and
    4.    Deadlines for joining additional parties, amending or supplementing pleadings, and designating expert witness.

6.    As stated above, neither a Docket Control Order nor a trial date have been set by the Court at this time. Despite this, Plaintiff has chosen to unilaterally and improperly notice the depositions of Defendant's Corporate Representative and Mr.

Page 2 of 5

 **STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

***ANN LORENTZEN***
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Robert Nalbach.

7.     Undersigned counsel will cooperate and coordinate with counsel for Plaintiff to set the deposition of its Corporate Representative for a mutually-agreeable date, time and location once a trial date has been set, discovery deadlines have been established, and a Docket Control Order is in effect.

      *c)   Defendant is Entitled to an Automatic Stay of Plaintiff's Notice of Intention to Take the Oral and Videotaped Deposition of Anderson & Associates, PLLC's Corporate Representative*

8.     Because this motion is filed within three (3) business days of the date the notice was served, pursuant to Texas Rules of Civil Procedure 199.4, this *Motion to Quash and Objections to Plaintiff's Notice of Intention to Take the Oral and Videotaped Deposition of Anderson & Associates, PLLC's Corporate Representative* automatically stays the deposition until determined by the Court.

9.     A copy of this motion will be sent to **INFINITY REPORTING GROUP, LLC, 11200 RICHMOND AVENUE, SUITE 410, HOUSTON, TEXAS 77082.**

**II.
PRAYER**

    **WHEREFORE,** Defendant prays that this Honorable Court **SUSTAIN** Defendant's Objections, **GRANT** Defendant's *Motion to Quash and Objections to Plaintiff's Notice of Intention to Take the Oral and Videotaped Deposition of Anderson & Associates, PLLC's Corporate Representative*, and **GRANT** Defendant all other and further relief, at law or in equity, to which Defendant may show justly entitled.

Page 3 of 5



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Respectfully submitted,

BROWN SIMS, P.C.

Michael D. Williams
Texas Bar No. 21564330
_mwilliams@brownsims.com_
David Clay Wilkerson
Texas Bar No. 24010480
_cwilkerson@brownsims.com_
Nicholas J. Cenac
Texas Bar No. 24126293
_ncenac@brownsims.com_
1177 West Loop South, Tenth Floor
Houston, Texas 77027
713.629.1580
713.629.5027 Fax

*Attorneys for Defendant,*
*Anderson & Associates Law Firm, PLLC*

Page 4 of 5



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, a true and correct copy of the foregoing instrument has been served on the following party in accordance with the Texas Rules of Civil Procedure.

Robert C. Hilliard                                    *Via E-Service*
HILLIARD MARTINEZ GONZALES, LLP
John B. Martinez
Rudy Gonzales, Jr.
Catherine Tobin Hilliard
T. Christopher Pinedo
Marion M. Reilly
719 South Shoreline Boulevard
Corpus Christi, Texas 78401

and

Robert Wilson                                         *Via E-Service*

LAW OFFICE OF THOMAS J. HENRY
P.O. 696025
San Antonio, Texas 78269

*Attorneys for Plaintiffs*

and

Diego A. Lopez                                        *Via E-Service*
LAW OFFICES OF DIEGO A. LOPEZ, P.L.L.C.
The Ariel House
8118 Data Point Drive
San Antonio, Texas 78229

*Attorney for Defendant,*
*Law Offices of Diego A. Lopez, P.L.L.C*



Michael D. Williams

Page 5 of 5

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Raquel Herrera on behalf of Michael Williams
Bar No. 21564330
rherrera@brownsims.com
Envelope ID: 75003504
Filing Code Description: Motion
Filing Description: Defendant Anderson & Associates Motion To Quash
and Objections To Plaintiff's Notice of Intention To Take The Oral and
Videotaped Deposition Of Robert Nalbach
Status as of 4/26/2023 11:18 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Raquel Herrera | | rherrera@brownsims.com | 4/25/2023 3:08:30 PM | SENT |
| Robert Wilson | | rwilson-svc@thomasjhenrylaw.com | 4/25/2023 3:08:30 PM | SENT |
| Amanda Rousseau | | arousseau@brownsims.com | 4/25/2023 3:08:30 PM | SENT |
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 4/25/2023 3:08:30 PM | SENT |
| Ryan Brown | | rbrown@brownsims.com | 4/25/2023 3:08:30 PM | SENT |

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Hilliard | | HMGService@hmglawfirm.com | 4/25/2023 3:08:30 PM | SENT |
| Marion Reilly | | Caitlin@hmglawfirm.com | 4/25/2023 3:08:30 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 4/25/2023 3:08:30 PM | SENT |
| Michael Williams | | mwilliams@brownsims.com | 4/25/2023 3:08:30 PM | SENT |
| John Davis | | jdavis@brownsims.com | 4/25/2023 3:08:30 PM | SENT |
| Nicholas Cenac | | ncenac@brownsims.com | 4/25/2023 3:08:30 PM | SENT |
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 4/25/2023 3:08:30 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 4/25/2023 3:08:30 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Raquel Herrera on behalf of Michael Williams
Bar No. 21564330
rherrera@brownsims.com
Envelope ID: 75003504
Filing Code Description: Motion
Filing Description: Defendant Anderson & Associates Motion To Quash
and Objections To Plaintiff's Notice of Intention To Take The Oral and
Videotaped Deposition Of Robert Nalbach
Status as of 4/26/2023 11:18 AM CST

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Diego Lopez | | diego@diegolaw.com | 4/25/2023 3:08:30 PM | SENT |
| Assistant DAL | | asst@diegolaw.com | 4/25/2023 3:08:30 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 4/25/2023 3:08:30 PM | SENT |
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 4/25/2023 3:08:30 PM | SENT |
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 4/25/2023 3:08:30 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
4/25/2023 3:08 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

Cause No.: 2022CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES | § | IN THE COUNTY COURT |
| LLP AND THOMAS J. HENRY | § | |
| INJURY ATTORNEYS | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | AT LAW NO. 1 |
| | § | |
| ANDERSON & ASSOCIATES | § | |
| LAW FIRM PLLC AND ANDERSON | § | |
| & LAW OFFICE OF DIEGO LOPEZ | § | |
| Defendants | § | NUECES COUNTY, TEXAS |

---

**ORDER GRANTING DEFENDANT ANDERSON & ASSOCIATES
MOTION TO QUASH AND OBJECTIONS TO
PLAINTIFF'S NOTICE OF INTENTION TO TAKE THE ORAL AND
VIDEOTAPED DEPOSITION OF ANDERSON & ASSOCIATES LAW
FIRM, PLLC'S CORPORATE REPRESENTATIVE**

---

ON THIS DAY came for hearing Defendant, Anderson & Associates Law Firm, PLLC's, *Motion to Quash and Objections to Plaintiff's Notice of Intention to Take the Oral and Videotaped Deposition of Anderson & Associates, PLLC's Corporate Representative.* Upon consideration of the pleadings and relevant evidence submitted therewith, the Court is of the opinion that the Motion is meritorious and should in all things be GRANTED. It is therefore:

ORDERED, ADJUDGED, AND DECREED, that Plaintiff's Notice of Intention to Take the Oral and Videotaped Deposition of Anderson & Associates, PLLC's Corporate Representative is QUASHED in its entirety.

SIGNED this _____ day of _____, 2023.

_____
**HON. TODD ROBINSON**



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Raquel Herrera on behalf of Michael Williams
Bar No. 21564330
rherrera@brownsims.com
Envelope ID: 75003504
Filing Code Description: Motion
Filing Description: Defendant Anderson & Associates Motion To Quash
and Objections To Plaintiff's Notice of Intention To Take The Oral and
Videotaped Deposition Of Robert Nalbach
Status as of 4/26/2023 11:18 AM CST

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 4/25/2023 3:08:30 PM | SENT |
| Michael Williams | | mwilliams@brownsims.com | 4/25/2023 3:08:30 PM | SENT |
| John Davis | | jdavis@brownsims.com | 4/25/2023 3:08:30 PM | SENT |
| Nicholas Cenac | | ncenac@brownsims.com | 4/25/2023 3:08:30 PM | SENT |
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 4/25/2023 3:08:30 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 4/25/2023 3:08:30 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Assistant DAL | | asst@diegolaw.com | 4/25/2023 3:08:30 PM | SENT |
| Diego Lopez | | diego@diegolaw.com | 4/25/2023 3:08:30 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 4/25/2023 3:08:30 PM | SENT |
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 4/25/2023 3:08:30 PM | SENT |
| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 4/25/2023 3:08:30 PM | SENT |

Case Contacts



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Raquel Herrera on behalf of Michael Williams
Bar No. 21564330
rherrera@brownsims.com
Envelope ID: 75003504
Filing Code Description: Motion
Filing Description: Defendant Anderson & Associates Motion To Quash
and Objections To Plaintiff's Notice of Intention To Take The Oral and
Videotaped Deposition Of Robert Nalbach
Status as of 4/26/2023 11:18 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson-svc@thomasjhenrylaw.com | 4/25/2023 3:08:30 PM | SENT |
| Amanda Rousseau | | arousseau@brownsims.com | 4/25/2023 3:08:30 PM | SENT |
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 4/25/2023 3:08:30 PM | SENT |
| Raquel Herrera | | rherrera@brownsims.com | 4/25/2023 3:08:30 PM | SENT |
| Ryan Brown | | rbrown@brownsims.com | 4/25/2023 3:08:30 PM | SENT |

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 4/25/2023 3:08:30 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 4/25/2023 3:08:30 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
5/8/2023 3:01 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

NO. 2022-CCV-60432-1

| | | |
|---|---|---|
| HILLIARD MARTINEZ GONZALES LLP | § | IN THE COUNTY COURT |
| AND THOMAS J. HENRY INJURY | § | |
| ATTORNEYS, | § | |
| PLANINTIFFS | § | |
| | § | |
| V. | § | AT LAW NO. 1 |
| | § | |
| ANDERSON & ASSOCIATES LAW FIRM | § | |
| PLLC AND LAW OFFICES OF DIEGO | § | |
| LOPEZ, PLLC, | § | |
| DEFENDANTS. | § | NUECES COUNTY, TEXAS |

## REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW

TO THE HONORABLE JUDGE OF SAID COURT:

HOW COMES Defendant, Law Office of Diego Lopez, PLLC, pursuant to Rule 296 of

the Texas Rules of Civil Procedure, and requests the Court to enter written Findings of Fact and

Conclusions of Law.

A.    Defendant files the request within 20 days of the date the Court signed the judgment.

B.    Defendant requests the Court to enter written Findings of Fact and Conclusions of Law

and mail copies to all parties.

Respectfully submitted,

Law Offices of Diego Lopez, PLLC
*The Ariel House*
8118 Datapoint Drive
San Antonio, Texas 78229
Tel:    (210) 614-6400
Fax:    (210) 614-6403


<u>    /s/ Diego A. Lopez        </u>
Diego A. Lopez
State Bar No. 00790062
Email: diego@diegolaw.com
ATTORNEY FOR DEFENDANT,
LAW OFFICES OF DIEGO LOPEZ, PLLC

1



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## COURT'S ANNOTATION

Defendant's Request for Findings of Fact and Conclusions of Law has been called to my attention on _____, 2023.


_____
JUDGE PRESIDING


2




**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

**ANN LORENTZEN**
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served in accordance with the Texas Rules of Civil Procedure on all parties or their attorney of record via electronic filing manager on May 8, 2023.

/s/ Diego A. Lopez
Diego A. Lopez

3



**STATE OF TEXAS
COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Diego Lopez
Bar No. 00790062
Diego@Diegolaw.com
Envelope ID: 75417336
Filing Code Description: Request for Findings of Fact and Conclusion of
Law
Filing Description: Request for Findings of Fact and Conclusions of Law
Status as of 5/8/2023 3:21 PM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marion Reilly | | Caitlin@hmglawfirm.com | 5/8/2023 3:01:40 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 5/8/2023 3:01:40 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 5/8/2023 3:01:40 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 5/8/2023 3:01:40 PM | SENT |
| Michael Williams | | mwilliams@brownsims.com | 5/8/2023 3:01:40 PM | SENT |
| John Davis | | jdavis@brownsims.com | 5/8/2023 3:01:40 PM | SENT |
| Nicholas Cenac | | ncenac@brownsims.com | 5/8/2023 3:01:40 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 5/8/2023 3:01:40 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Diego Lopez | | diego@diegolaw.com | 5/8/2023 3:01:40 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 5/8/2023 3:01:40 PM | SENT |
| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 5/8/2023 3:01:40 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Diego Lopez
Bar No. 00790062
Diego@Diegolaw.com
Envelope ID: 75417336
Filing Code Description: Request for Findings of Fact and Conclusion of
Law
Filing Description: Request for Findings of Fact and Conclusions of Law
Status as of 5/8/2023 3:21 PM CST

Associated Case Party: Thomas J. Henry Injury Attorneys

| | | | | |
|---|---|---|---|---|
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 5/8/2023 3:01:40 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson-svc@thomasjhenrylaw.com | 5/8/2023 3:01:40 PM | SENT |
| Amanda Rousseau | | arousseau@brownsims.com | 5/8/2023 3:01:40 PM | SENT |
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 5/8/2023 3:01:40 PM | SENT |
| Ryan Brown | | rbrown@brownsims.com | 5/8/2023 3:01:40 PM | SENT |
| Raquel Herrera | | rherrera@brownsims.com | 5/8/2023 3:01:40 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

Filed
5/15/2023 3:08 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

Cause No. 2022-CCV-60432-1

| | |
|---|---|
| Hilliard Martinez Gonzales, LLP and Thomas J. Henry Injury Attorneys,<br>　　　Plaintiffs, | In the County Court |
| v. | at Law No. 1 |
| Anderson & Associates Law Firm, PLLC and Law Offices of Diego Lopez, PLLC<br>　　　Defendants. | Nueces County, Texas |

### Defendant's Notice of Change of Firm Address

COMES NOW, counsel for Defendant, Anderson & Associates Law Firm, PLLC, and gives notice to the Court and to all counsel of record that, effective May 1, 2023, the address for BROWN SIMS, P.C. is 1990 Post Oak Blvd, Suite 1800, Houston, Texas 77056.

Respectfully submitted,

BROWN SIMS, P.C.



Michael D. Williams
Texas Bar No. 21564330
*mwilliams@brownsims.com*
John G. H. Davis
Texas Bar No. 24012507
*jdavis@brownsims.com*
Nicholas J. Cenac
Texas Bar No. 24126293
*ncenac@brownsims.com*
1990 Post Oak Blvd, Suite 1800
Houston, Texas 77056
713.629.1580
713.629.5027 Fax

*Attorneys for Defendant,*
*Anderson & Associates, Law Firm, PLLC*

**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Certificate of Service

I certify that on May 15, 2023, I served a copy of the foregoing document on the parties listed below by electronic service, and the electronic transmission was reported as complete.

Robert C. Hilliard                          *bobh@hmglawfirm.com*
John B. Martinez                           *Jjohn@hmglawfirm.com*
Rudy Gonzales, Jr.                         *rudyg@hmglawfirm.com*
Catherine Tobin Hilliard                   *catherine@hmglawfirm.com*
T. Christopher Pinedo                      *cpinedo@hmglawfirm.com*
Marion M. Reilly                           *marion@hmglawfirm.com*
HILLIARD MARTINEZ GONZALES, LLP
719 South Shoreline Boulevard
Corpus Christi, Texas 78401

**and**

Robert Wilson                              *rwilson@thomasjhenrylaw.com*
LAW OFFICE OF THOMAS J. HENRY
P.O. Box 696025
San Antonio, Texas 78269

*Attorneys for Plaintiffs,*
*Hilliard Martinez Gonzales, LLP*
*and Thomas J. Henry Injury Attorneys*



Michael D. Williams



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Amanda Rousseau on behalf of Michael Williams
Bar No. 21564330
arousseau@brownsims.com
Envelope ID: 75646506
Filing Code Description: Notice
Filing Description: Defendant's Notice of Change of Firm Address
Status as of 5/15/2023 3:23 PM CST

Associated Case Party: Hilliard Martinez Gonzales LLP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marion Reilly | | Caitlin@hmglawfirm.com | 5/15/2023 3:08:10 PM | SENT |
| Robert Hilliard | | HMGService@hmglawfirm.com | 5/15/2023 3:08:10 PM | SENT |

Associated Case Party: Anderson & Associates Law Firm PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kandyce Palamarchuck | | rd.aalaw@yahoo.com | 5/15/2023 3:08:10 PM | SENT |
| Kandyce Palamarchuck | | kp.aalaw@yahoo.com | 5/15/2023 3:08:10 PM | SENT |
| Michael Williams | | mwilliams@brownsims.com | 5/15/2023 3:08:10 PM | SENT |
| John Davis | | jdavis@brownsims.com | 5/15/2023 3:08:10 PM | SENT |
| Nicholas Cenac | | ncenac@brownsims.com | 5/15/2023 3:08:10 PM | SENT |
| Robert Nalbach | | rdnalbach@aol.com | 5/15/2023 3:08:10 PM | SENT |

Associated Case Party: Law Offices Of Diego Lopez, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Diego Lopez | | diego@diegolaw.com | 5/15/2023 3:08:10 PM | SENT |

Associated Case Party: Thomas J. Henry Injury Attorneys

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Wilson | | rwilson@thomasjhenrylaw.com | 5/15/2023 3:08:10 PM | SENT |
| Karen Villarruel | | kvillarruel@thomasjhenrylaw.com | 5/15/2023 3:08:10 PM | SENT |
| Ruth Vargas | | rvargas@thomasjhenrylaw.com | 5/15/2023 3:08:10 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT COPY AS THE SAME APPEARS ON
FILE/OR RECORDED IN THE APPROPRIATE
RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Amanda Rousseau on behalf of Michael Williams
Bar No. 21564330
arousseau@brownsims.com
Envelope ID: 75646506
Filing Code Description: Notice
Filing Description: Defendant's Notice of Change of Firm Address
Status as of 5/15/2023 3:23 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Wilson | | rwilson-svc@thomasjhenrylaw.com | 5/15/2023 3:08:10 PM | SENT |
| Amanda Rousseau | | arousseau@brownsims.com | 5/15/2023 3:08:10 PM | SENT |
| Mary Alice Greses | | maryalice.greses@nuecesco.com | 5/15/2023 3:08:10 PM | SENT |
| Ryan Brown | | rbrown@brownsims.com | 5/15/2023 3:08:10 PM | SENT |
| Raquel Herrera | | rherrera@brownsims.com | 5/15/2023 3:08:10 PM | SENT |



**STATE OF TEXAS**
**COUNTY OF NUECES**

THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY AS THE SAME APPEARS ON FILE/OR RECORDED IN THE APPROPRIATE RECORDS OF NUECES COUNTY, TEXAS.

*ANN LORENTZEN*
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT & COUNTY COURTS AT LAW