# UNITED STATES DISTRICT COURT

Western District of Texas
262 W. Nueva St. Room 1-400
San Antonio, Texas 78207

FILED
AUG 2 1 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY: _____

Philip J. Devlin
Clerk of Court

Annette R. French
Chief Deputy

**August 14, 2023**

Anne Lorentzen
District Court/County Courts at Law
901 Leopard Street, Room 313
Corpus Christi, TX 78401

I, Philip J. Devlin, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer the below-styled and numbered cause to the County Court at Law No. 1, of Nueces County, Texas pursuant to an Order entered remanding, by the Honorable Judge Fred Biery. Enclosed is a certified copy of the transferring order and docket sheet in the cause entitled: Case Number: 5:23-cv-642-FB; Hilliard Martinez Gonzalez LLP, and Thomas J. Henry Injury Attorneys v. Anderson & Associates Law Firm, PLLC, and Law Office of Diego Lopez, PLLC. IN TESTIMONY WHEREOF, I have hereunto Subscribed my name and affixed the seal of the aforesaid Court at San Antonio, Texas, this 14th day of August, 2023.

**Philip J. Devlin, CLERK of Court**

RECEIVED
AUG 17 2023
ANNE LORENTZEN, DISTRICT CLERK
NUECES COUNTY

BY: _Tyler C. Martin_

Tyler C. Martin, Deputy Clerk